CM/ECF CONSOL
TYPE A

U.S. District Court
USDC District of Columbia (Washington)

CIVIL DOCKET FOR CASE #: 98-CV-1232

USA v. MICROSOFT CORP.                              Filed: 05/18/98
Assigned to: Judge Colleen Kollar-Kotelly
Demand: $0,000                          Nature of Suit:  410
Lead Docket: None                       Jurisdiction: US Plaintiff
Dkt# in other court: None

Cause: 15:1 Antitrust Litigation
Case type: 1. civil 2. null


UNITED STATES OF AMERICA              Dennis C. Vacco
     plaintiff                       FTS 416-8282
                                     [COR LD NTC gvt]
                                     ATTORNEY GENERAL OF THE STATE
                                     OF NEW YORK
                                     120 Broadway
                                     New York, NY 10271
                                     AREA CODE (212)

                                     Christopher Crook
                                     FTS 436-6660
                                     [COR LD NTC gvt]
                                     U.S. DEPARTMENT OF JUSTICE
                                     Antitrust Division
                                     450 Golden Gate Avenue
                                     Box 36046
                                     San Francisco, CA 94102
                                     AREA CODE (415)

                                     A. Douglas Melamed
                                     FTS 514-2410
                                     Room 3208
                                     [COR LD NTC gvt]
                                     U.S. DEPARTMENT OF JUSTICE
                                     Antitrust Division
                                     950 Pennsylvania Avenue, NW
                                     Washington, DC 20530
                                     AREA CODE (202)

BLOOMBERG NEWS                       David Paul Murray
     movant                          FTS 429-4702
                                     202-429-6726 FAX
                                     Suite 600
                                     [COR LD NTC ret]
                                     WILLKIE FARR & GALLAGHER
                                     Three Lafayette Center

```
                                    1155 21st Street, NW
                                    Washington, DC 20036-3384
                                    AREA CODE (202)


SEATTLE TIMES                       Lee J. Levine
      intervenor                    FTS 508-1100
                                    202-861-9888 FAX
                                    Suite 800
                                    [COR LD NTC ret]
                                    LEVINE SULLIVAN & KOCH, LLP
                                    1050 17th Street, NW
                                    Washington, DC 20036
                                    AREA CODE (202)


REUTERS AMERICA INC                 Niki Kuckes
      intervenor                    FTS 833-5164
                                    [COR LD NTC ret]
                                    BAKER BOTTS, LLP
                                    The Warner Building
                                    1299 Pennsylvania Avenue, NW
                                    Washington, DC 20004-2400
                                    AREA CODE (202)


ZDTV LLC                            Lee J. Levine
      intervenor                    (See above)
                                    [COR LD NTC ret]


ZDNET                               Lee J. Levine
      intervenor                    (See above)
                                    [COR LD NTC ret]


      v.


MICROSOFT CORPORATION               Daryl Andrew Libow
      defendant                     FTS 956-7500
                                    Suite 800
                                    [COR LD NTC ret]
                                    SULLIVAN & CROMWELL
                                    1701 Pennsylvania Avenue, NW
                                    Washington, DC 20006
                                    AREA CODE (202)

                                    John Lehman Warden
                                    FTS 558-3610
                                    212-558-3333 FAX
                                    [COR LD NTC ret]
                                    SULLIVAN & CROMWELL
                                    125 Broad Street
```

                                    New York, NY 10004
                                    AREA CODE (212)


NETWORK COMPUTER INC                Donald Manwell Falk
    Non Party                       FTS 331-2000
                                    [COR LD NTC ret]
                                    MAYER, BROWN & PLATT
                                    555 College Avenue
                                    Palo Alto, CA 94306-1433
                                    AREA CODE (650)


SUN MICROSYSTEMS, INC.              Joseph Jay Simons
    Non Party                       FTS 434-0719
                                    202-912-5158 FAX
                                    [COR LD NTC ret]
                                    CLIFFORD, CHANCE, ROGERS &
                                    WELLS, LLP
                                    2001 K Street, NW
                                    Washington, DC 20006-1001
                                    AREA CODE (202)


DELL COMPUTER CORPORATION           Samuel R. Miller
    Non Party                       FTS 986-2800
                                    23 Floor
                                    [COR LD NTC fso]
                                    FOLGER, LEVIN & KAHN, L.L.P.
                                    Embarcedero Center West
                                    273 Batter Street
                                    San Francisco, CA 94111
                                    AREA CODE (415)

                                    Trisa Jean Thompson
                                    [COR LD NTC ret]
                                    DELL COMPUTER CORPORATION
                                    1 Dell Way
                                    Round Rock, TX 78682


INTERNATIONAL BUSINESS             Junius Carlisle McElveen, Jr.
MACHINES CORPORATION               FTS 879-3726
    Non Party                      [COR LD NTC ret]
                                   JONES, DAY, REAVIS & POGUE
                                   51 Louisiana Avenue, NW
                                   Washington, DC 20001-2113
                                   AREA CODE (202)


NOVELL, INC.                       John P. Mullen
    Non Party                      FTS 534-1700
                                   Suite 700
                                   [COR LD NTC fso]

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                         CONSOL TYPE A

                                    ANDERSON & KARRENBERG
                                    50 West Broadway
                                    Salt Lake City, UT 84101
                                    AREA CODE (801)


GATEWAY, INC.                       Mark C. Schechter
      Non Party                     FTS 383-6890
                                    [COR LD NTC ret]
                                    WASHINGTON LAWYERS' COMMITTEE
                                    11 Dupont Circle, NW
                                    Washington, DC 20036-2402
                                    AREA CODE (202)


REALNETWORKS, INC.                  Bruce J. Prager
      Non Party                     FTS 906-1272
                                    212-751-4864 FAX
                                    [COR LD NTC ret]
                                    Christopher Chad Johnson
                                    FTS 906-1216
                                    Suite 1000
                                    [COR LD NTC ret]
                                    LATHAM & WATKINS
                                    885 Third Avenue
                                    New York, NY 10022
                                    AREA CODE (212)



W. DAVID SLAWSON
      amicus


ERWIN CHEMERINSKY
      amicus


THE SOFTWARE AND INFORMATION        Gary M. Cohen
INDUSTRY ASSOCIATION                FTS 955-6300
      amicus                        202-955-6460 FAX
                                    Suite 700
                                    [COR LD NTC am]
                                    BLUMENFELD & COHEN
                                    1615 M Street, NW
                                    Washington, DC 20036
                                    AREA CODE (202)


ROBERT H. BORK                      Robert H. Bork
      amicus                        FTS 862-5851
                                    [COR LD NTC am]

Docket as of June 11, 2002 11:01 am                    Page 4

Proceedings Include All Events.
1:98cv1232 USA v. MICROSOFT CORP.

CM/ECF
CONSOL TYPE A

                                    1150 17th Street, NW
                                    Washington, DC 20036
                                    AREA CODE (202)


LAWRENCE LESSIG                     Lawrence Lessig
     amicus                        FTS 495-7547
                                   [COR LD NTC am]
                                   THE BERKMAN CENTER FOR INTERNET
                                   & SOCIETY
                                   1563 Massachusetts Avenue
                                   Cambridge, MA 02138
                                   AREA CODE (617)


COMPETITIVE TECHNOLOGY             Gene C Schaerr
     amicus                        FTS 736-8141
                                   202-736-8711 FAX
                                   [COR LD NTC ret]
                                   SIDLEY AUSTIN BROWN & WOOD
                                   1501 K Street, NW
                                   Washington, DC 20005
                                   AREA CODE (202)

                                   William Joseph Kolasky, Jr.
                                   FTS 663-6357
                                   [COR LD NTC ret]
                                   Jayant V. Prabhu
                                   FTS 663-6000
                                   [COR LD NTC ret]
                                   WILMER, CUTLER & PICKERING
                                   2445 M Street, NW
                                   Washington, DC 20037
                                   AREA CODE (202)


     v.


NETSCAPE COMMUNICATIONS            Allen Roger Snyder
CORPORATION                        FTS 637-5741
     movant                        202-637-5910 FAX
                                   [COR LD NTC ret]
                                   HOGAN & HARTSON, L.L.P.
                                   Columbia Square
                                   555 13th Street, NW
                                   Washington, DC 20004-1109
                                   AREA CODE (202)


SAN JOSE MERCURY NEWS,             Robert A. Gutkin
INCORPORATED                       FTS 905-2020
     movant                        [COR LD NTC ret]
                                   PILLSBURY WINTHROP LLP

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                          CONSOL TYPE A

                              1600 Tysons Boulevard
                              McLean, VA 22102
                              AREA CODE (703)


JERRY L. ROBINETT              JERRY L. ROBINETT
     movant                    [COR LD NTC pse] [PRO SE]
                              15704 Chef Menteur Highway
                              New Orleans, LA 70129


ORACLE CORPORATION             Richard Joseph Favretto
     movant                    FTS 263-3000
                              [COR LD NTC ret]
                              MAYER, BROWN, ROWE & MAW
                              1675 Broadway
                              New York, NY 10019-5820
                              AREA CODE (212)


THE WASHINGTON POST COMPANY    Lee J. Levine
     movant                    FTS 508-1100
                              202-861-9888 FAX
                              Suite 800
                              [COR LD NTC ret]
                              LEVINE SULLIVAN & KOCH, LLP
                              1050 17th Street, NW
                              Washington, DC 20036
                              AREA CODE (202)


ASSOCIATED PRESS               Lee J. Levine
     movant                    (See above)
                              [COR LD NTC ret]


DOW JONES & COMPANY, INC.      Lee J. Levine
     movant                    (See above)
                              [COR LD NTC ret]


COMPAQ COMPUTER CORPORATION    William Dean Coston
     movant                    FTS 962-4813
                              Suite 1000
                              [COR LD NTC ret]
                              VENABLE, BAETJER, HOWARD &
                              CIVILETTI, L.L.P.
                              1201 New York Avenue, NW
                              Washington, DC 20005
                              AREA CODE (202)


BOEING COMPANY                 Benjamin S. Sharp
     movant                    FTS 434-1615

Docket as of June 11, 2002 11:01 am              Page 6

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                              CONSOL TYPE A

                                    202-434-1690 FAX
                                    Suite 800
                                    [COR LD NTC ret]
                                    PERKINS COIE, LLP
                                    607 14th Street, NW
                                    Washington, DC 20005-2011
                                    AREA CODE (202)

THE ASSOCIATED PRESS                Jay Ward Brown
    movant                          FTS 508-1100
                                    202-861-9888 FAX
                                    Suite 800
                                    [COR LD NTC ret]
                                    LEVINE SULLIVAN & KOCH, LLP
                                    1050 17th Street, NW
                                    Washington, DC 20036
                                    AREA CODE (202)

BRISTOL TECHNOLOGY                  Carl Richard Schenker, Jr.
INCORPORATED                        FTS 383-5360
    movant                          Suite 500 West
                                    [COR LD NTC ret]
                                    O'MELVENY & MYERS, L.L.P
                                    555 13th Street, NW
                                    Washington, DC 20004
                                    AREA CODE (202)

GRAVITY, INC.                       Robert Stephen Berry
    movant                          FTS 296-3020
                                    202-296-3038 FAX
                                    Suite 450
                                    [COR LD NTC ret]
                                    BERRY & LEFTWICH
                                    2000 K Street, NW
                                    Washington, DC 20006
                                    AREA CODE (202)

INTEL CORPORATION                   Joseph Kattan
    movant                          FTS 955-8239
                                    [COR LD NTC ret]
                                    Jeffrey Thomas Gilleran
                                    FTS 955-8500
                                    202-467-0539 FAX
                                    [COR LD NTC ret]
                                    GIBSON, DUNN & CRUTCHER, L.L.P.
                                    1050 Connecticut Avenue, NW
                                    Washington, DC 20036-5306
                                    AREA CODE (202)

Proceedings Include All Events.                                          CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                              CONSOL TYPE A

GATEWAY, INC.                          John G. Froemming
    movant                          FTS 383-7219
                                       [COR LD NTC ret]
                                       WASHINGTON LAWYERS' COMMITTEE
                                       11 Dupont Circle, NW
                                       Washington, DC 20036-2402
                                       AREA CODE (202)


HEWLETT-PACKARD COMPANY                 Samuel R. Miller
    movant                          FTS 986-2800
                                       23 Floor
                                       [COR LD NTC ret]
                                       FOLGER, LEVIN & KAHN, L.L.P.
                                       Embarcedero Center West
                                       273 Batter Street
                                       San Francisco, CA 94111
                                       AREA CODE (415)


===============================

NEW YORK TIMES COMPANY, The            Lee J. Levine
    intervenor                      FTS 508-1100
                                       202-861-9888 FAX
                                       Suite 800
                                       [COR LD NTC ret]
                                       LEVINE SULLIVAN & KOCH, LLP
                                       1050 17th Street, NW
                                       Washington, DC 20036
                                       AREA CODE (202)


===============================

AMERICAN LAWYER MEDIA,                 Lee J. Levine
INCORPORATED                           FTS 508-1100
    movant                          202-861-9888 FAX
                                       Suite 800
                                       [COR LD NTC ret]
                                       LEVINE SULLIVAN & KOCH, LLP
                                       1050 17th Street, NW
                                       Washington, DC 20036
                                       AREA CODE (202)


USA TODAY                              Lee J. Levine
    movant                          (See above)
                                       [COR LD NTC ret]


===============================

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                              CONSOL TYPE A


ROY A. DAY                         ROY A. DAY
      movant                       (202) 495-1708
                                   [COR LD NTC pse] [PRO SE]
                                   P.O. Box 33
                                   Tarpon Springs, FL 34688-0033


=========================


W. DAVID SLAWSON                   W. David Slawson
      amicus                       [COR LD NTC am]
                                   UNIVERSITY OF SOUTHERN
                                   CALIFORNIA
                                   University Park
                                   Los Angeles, CA 90089-0071


ERWIN CHEMERINSKY                  Erwin Chemerinsky
      amicus                       [COR LD NTC am]
                                   UNIVERSITY OF SOUTHERN
                                   CALIFORNIA
                                   University Park
                                   Los Angeles, CA 90089-0071


=========================


CALIFORNIA PLAINTIFFS              Michael John Quinn
      movant                       FTS 296-3020
                                   Suite 450
                                   [COR LD NTC ret]
                                   BERRY & LEFTWICH
                                   2000 K Street, NW
                                   Washington, DC 20006
                                   AREA CODE (202)


=========================


ROBERT E. LITAN                    Robert E. Litan
      movant                       FTS 797-6120
                                   [COR LD NTC am]
                                   BROOKINGS INSTITUTE
                                   1775 Massachusetts Avenue, NW
                                   Washington, DC 20036
                                   AREA CODE (202)


=========================

THE COMPUTER & COMMUNICATIONS        Edward J. Black
INDUSTRY ASSOCIATION                 FTS 783-0070
     amicus                          [COR LD NTC am]
                                     666 11th Street, NW
                                     Washington, DC 20001
                                     AREA CODE (202)


THE SOFTWARE AND INFORMATION         Kenneth A. Wasch
INDUSTRY ASSOCIATION                 FTS 452-1600
     amicus                          [COR LD NTC am]
                                     SOFTWARE & INFORMATION INDUSTRY
                                     ASSOCIATION
                                     1730 M Street, NW
                                     Washington, DC 20036
                                     AREA CODE (202)


===========================


VALMARPRO ANTITRUST                  Carl Lundgren
     movant                          FTS 574-1001
                                     Suite 241
                                     [COR LD NTC fso]
                                     VALMARPRO ANTITRUST
                                     4801 Copley Lane
                                     Upper Marlboro, MD 20772-5966
                                     AREA CODE (301)

Case 1:98-cv-01232-CKK   Document 620   Filed 08/27/01   Page 11 of 88

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                          CONSOL TYPE A

5/18/98  1       COMPLAINT filed by plaintiff USA (tth) [Entry date 05/19/98]
                 [1:98cv1232]

5/18/98  2       MOTION filed by plaintiff USA for preliminary injunction;
                 Declarations (4); Exhibits (6) (tth) [Entry date 05/19/98]
                 [1:98cv1232]

5/18/98  --      SUMMONS (1) issued for defendant MICROSOFT CORP. (tth)
                 [Entry date 05/19/98] [1:98cv1232]

5/18/98  3       MOTION filed by plaintiff USA for leave to file overlength
                 brief of approximately 75 total pages for its Memorandum of
                 the United States in Support of Motion for Preliminary
                 Injunction (tth) [Entry date 05/19/98]
                 [Edit date 05/20/98] [1:98cv1232]

5/18/98  4       MOTION filed by plaintiff USA for an order directing the
                 filing of certain documents in support of their motion for
                 preliminary injunction under seal; (MEMO. AND EXHIBITS -
                 FILED UNDER SEAL - PURSUANT TO PROTECTIVE ORDER OF 5/27/00)
                 (tth) [Entry date 05/19/98] [Edit date 07/18/00]
                 [1:98cv1232]

5/20/98  5       ATTORNEY APPEARANCE  for defendant MICROSOFT CORP. by Daryl
                 Andrew Libow (tth) [Entry date 05/21/98] [1:98cv1232]

5/21/98  6       MOTION filed by defendant MICROSOFT CORP. to extend time to
                 respond to Plaintiff's Motion for Preliminary Injunction ,
                 and for entry of a scheduling order providing defendant
                 with adequate time to conduct discovery before filing its
                 response; Exhibit (1) (tth) [Entry date 05/22/98]
                 [Edit date 05/22/98] [1:98cv1232]

5/21/98  7       MOTION filed by defendant MICROSOFT CORP. to consolidate
                 this action for all purposes with New York ex rel. Vacco,
                 et al. v. Microsoft Corporation, Civil Action No. 98-1233;
                 Exhibits (3) (tth) [Entry date 05/22/98] [1:98cv1232]

5/21/98  8       MOTION filed for NEW YORK TIMES CO to intervene; EXHIBITS
                 (COMPLAINT IN INTERVENTION, RULE 109 STATEMENT) (tth)
                 [Entry date 05/22/98] [Edit date 05/22/98] [1:98cv1232]

5/22/98  --      STATUS HEARING  before Judge Thomas P. Jackson , case to be
                 consolidated with CA98-1233; defendants to file answer to
                 the complaint by 7/28/98; trial set for 10:00 9/8/98 ;
                 defendants opposition to motion for preliminary injunction
                 due 8/10/98 ;plaintiffs reply  due 8/24/98 ; Reporter: P.
                 Merana (rew) [1:98cv1232]

5/22/98   9      ORDER  by Judge Thomas P. Jackson  : granting motion to
                 consolidate this action for all purposes with New York ex
                 rel. Vacco, et al. v. Microsoft Corporation, Civil Action
                 No. 98-1233 [7-1] by MICROSOFT CORP. in 1:98-cv-01232, and
                 consolidating the cases for all purposes pending furthr
                 order of the Court; directing defendant to answer the
                 complaints by 7/28/98;  granting motion to extend time to
                 respond to Plaintiff's Motion for Preliminary Injunction
                 [6-1] by MICROSOFT CORP. and directing defendant to file
                 oppositions by 8/10/98;   oppositions to motion(s) due by
                 8/10/98 in 1:98-cv-01232, in 1:98-cv-01233 ; directing
                 plaintiffs to file replies to any oppositions by 8/24/98;
                 reply to motion(s) due by 8/24/98 in 1:98-cv-01232, in
                 1:98-cv-01233 ; directing that the trial on the merits is
                 advanced and consolidated with the hearing on preliminary
                 injunctions; and setting trial on the merits and plaintiffs
                 applications for preliminary injunctions for 9/8/98 at
                 10:00 am.    (N) (rew) [1:98cv1232 1:98cv1233]

5/22/98   10     RESPONSE by plaintiff USA in 1:98-cv-01232 to motion to
                 consolidate this action for all purposes with New York ex
                 rel. Vacco, et al. v. Microsoft Corporation, Civil Action
                 No. 98-1233 [7-1] by MICROSOFT CORP. (tth)
                 [Entry date 05/26/98] [1:98cv1232]

5/22/98   11     RESPONSE by plaintiff USA in 1:98-cv-01232 to motion to
                 extend time to respond to Plaintiff's Motion for
                 Preliminary Injunction [6-1] by MICROSOFT CORP., motion for
                 entry of a scheduling order providing defendant with
                 adequate time to conduct discovery before filing its
                 response [6-2] by MICROSOFT CORP. (tth)
                 [Entry date 05/26/98] [1:98cv1232]

5/22/98   13     ATTORNEY APPEARANCE  for defendant MICROSOFT CORP. in
                 1:98-cv-01232 by John Lehman Warden (tth)
                 [Entry date 05/27/98] [1:98cv1232]

5/22/98   14     RESPONSE by plaintiffs in 1:98-cv-01233 to motion to extend
                 time to respond to Plaintiffs' Motion for a Preliminary
                 Injunction [5-1] by MICROSOFT CORP. in 1:98-cv-01233 (tth)
                 [Entry date 05/27/98] [1:98cv1232 1:98cv1233]

5/26/98   12     ORDER  by Judge Thomas P. Jackson  : granting motion for
                 leave to file overlength brief of approximately 75 total
                 pages for its Memorandum of the United States in Support of
                 Motion for Preliminary Injunction [3-1] by USA in
                 1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

5/26/98   15     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 for Richard J. Urowsky, to appear pro hac vice ( Sullivan
                 & Cromwell, 125 Broad Street, New York, NY 10004, (212)
                 558-4000) (tth) [Entry date 05/27/98] [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                            CONSOL TYPE A

5/26/98   16     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 for Richard C. Pepperman, II, to appear pro hac vice (
                 Sullivan & Cromwell, 125 Broad Street, New York, NY 10004,
                 (212) 558-4000) (tth) [Entry date 05/27/98] [1:98cv1232]

5/27/98   17     ORDER by Judge Thomas P. Jackson : granting motion for
                 Richard C. Pepperman, II, to appear pro hac vice ( Sullivan
                 & Cromwell, 125 Broad Street, New York, NY 10004, (212)
                 558-4000) [16-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
                 (rew) [Entry date 05/28/98] [1:98cv1232 1:98cv1233]

5/27/98   18     ORDER by Judge Thomas P. Jackson : granting motion for
                 Richard J. Urowsky, to appear pro hac vice ( Sullivan &
                 Cromwell, 125 Broad Street, New York, NY 10004, (212)
                 558-4000) [15-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
                 (rew) [Entry date 05/28/98] [1:98cv1232 1:98cv1233]

5/27/98   54     STIPULATION AND PROTECTIVE ORDER filed and fiated  by Judge
                 Thomas P. Jackson regarding . (N) (rew)
                 [Entry date 08/04/98] [1:98cv1232 1:98cv1233]

5/28/98   19     ORDER by Judge Thomas P. Jackson ,granting application to
                 admit pro hac vice Steven L. Holley, Steven L. Holley,
                 Sullivan and Cromwell 125 Broad St. New York, New York
                 10004. (N) (rew) [1:98cv1232 1:98cv1233]

5/28/98   24     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 to maintain under seal certain confidential documents (tth)
                 [Entry date 06/01/98] [1:98cv1232]

5/29/98   20     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 for Robin D. Fessel to appear pro hac vice (Sullivan &
                 Cromwell, 125 Broad Street, New York, NY 10004, (212)
                 558-4000) (tth) [Entry date 06/01/98] [1:98cv1232]

5/29/98   21     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 for Stephanie G. Wheeler, to appear pro hac vice (Sullivan
                 & Cromwell, 125 Broad Street, New York, NY 10004, (212)
                 558-4000) (tth) [Entry date 06/01/98] [1:98cv1232]

5/29/98   22     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 for Theodore Edelman, to appear pro hac vice ( Sullivan &
                 Cromwell, 125 Broad Street, New York, NY 10004, (212)
                 558-4000) (tth) [Entry date 06/01/98] [1:98cv1232]

5/29/98   23     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 for Michael Lacovara, to appear pro hac vice ( Sullivan &
                 Cromwell, 125 Broad Street, New York, NY 10004, (212)
                 558-4000) (tth) [Entry date 06/01/98] [1:98cv1232]

6/3/98    25     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 for William H. Neukom, to appear pro hac vice ( MICROSOFT
                 CORPORATION, Law and Corporate Affairs, One Microsoft Way,
                 Redmond, WA 98052, (425) 936-8080) (tth)

Proceedings Include All Events.                                          CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                            CONSOL TYPE A

                    [Entry date 06/04/98] [1:98cv1232]

6/3/98    26    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                for David A. Heiner, Jr. to appear pro hac vice (
                MICROSOFT CORPORATION, Law and Corporate Affairs, One
                Microsoft Way, Redmond, WA 98052, (425) 936-8080) (tth)
                [Entry date 06/04/98] [1:98cv1232]

6/3/98    27    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                for Thomas W. Burt, to appear pro hac vice ( MICROSOFT
                CORPORATION, Law and Corporate Affairs, One Microsoft Way,
                Redmond, WA 98052, (425) 936-8080) (tth)
                [Entry date 06/04/98] [1:98cv1232]

6/3/98    28    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                for Steven J. Aeschbacher, to appear pro hac vice (
                MICROSOFT CORPORATION, Law and Corporate Affairs, One
                Microsoft Way, Redmond, WA 98052, (425) 936-8080) (tth)
                [Entry date 06/04/98] [1:98cv1232]

6/3/98    29    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                for Diane D'Arcangelo, to appear pro hac vice ( MICROSOFT
                CORPORATION, Law and Corporate Affairs, One Microsoft Way,
                Redmond, WA 98052, (425) 936-8080) (tth)
                [Entry date 06/04/98] [1:98cv1232]

6/8/98    30    MEMORANDUM  by plaintiff USA in 1:98-cv-01232 in opposition
                to motion to maintain under seal certain confidential
                documents [24-1] by MICROSOFT CORP. (tb)
                [Entry date 06/09/98] [1:98cv1232]

6/8/98    31    ATTORNEY APPEARANCE  for movant BLOOMBERG NEWS in
                1:98-cv-01232 by David P. Murray (tth) [Entry date 06/09/98]
                [1:98cv1232]

6/8/98    33    RULE 109 Certificate of disclosure of corporate
                affiliations and financial interests by movant BLOOMBERG
                NEWS in 1:98-cv-01232 (tth) [Entry date 06/10/98]
                [1:98cv1232]

6/8/98    32    MOTION JOINDER by movant BLOOMBERG NEWS in 1:98-cv-01232
                joining in motion for NEW YORK TIMES CO to intervene [8-1]
                (bj) [Entry date 07/09/98] [Edit date 07/09/98]
                [1:98cv1232]

6/9/98    --    STATUS HEARING  before Judge Thomas P. Jackson , pretrial
                conference set for 10:00 9/3/98 in 1:98-cv-01232, in
                1:98-cv-01233 before Judge Jackson ;pretrial statements are
                due 8-31-98. Reporter: P. Merana (rew) [1:98cv1232
                1:98cv1233]

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                        CONSOL TYPE A

6/9/98   34    ORDER  by Judge Thomas P. Jackson  : granting motion for
               Diane D'Arcangelo, to appear pro hac vice ( MICROSOFT
               CORPORATION, Law and Corporate Affairs, One Microsoft Way,
               Redmond, WA 98052, (425) 936-8080) [29-1] by MICROSOFT
               CORP. in 1:98-cv-01232 (N) (rew) [Entry date 06/11/98]
               [1:98cv1232 1:98cv1233]

6/9/98   35    ORDER  by Judge Thomas P. Jackson  : granting motion for
               Steven J. Aeschbacher, to appear pro hac vice ( MICROSOFT
               CORPORATION, Law and Corporate Affairs, One Microsoft Way,
               Redmond, WA 98052, (425) 936-8080) [28-1] by MICROSOFT
               CORP. in 1:98-cv-01232 (N) (rew) [Entry date 06/11/98]
               [1:98cv1232 1:98cv1233]

6/9/98   36    ORDER  by Judge Thomas P. Jackson  : granting motion for
               Thomas W. Burt, to appear pro hac vice ( MICROSOFT
               CORPORATION, Law and Corporate Affairs, One Microsoft Way,
               Redmond, WA 98052, (425) 936-8080) [27-1] by MICROSOFT
               CORP. in 1:98-cv-01232 (N) (rew) [Entry date 06/11/98]
               [1:98cv1232 1:98cv1233]

6/9/98   37    ORDER  by Judge Thomas P. Jackson  : granting motion for
               David A. Heiner, Jr. to appear pro hac vice ( MICROSOFT
               CORPORATION, Law and Corporate Affairs, One Microsoft Way,
               Redmond, WA 98052, (425) 936-8080) [26-1] by MICROSOFT
               CORP. in 1:98-cv-01232 (N) (rew) [Entry date 06/11/98]
               [1:98cv1232 1:98cv1233]

6/9/98   38    ORDER  by Judge Thomas P. Jackson  : granting motion for
               William H. Neukom, to appear pro hac vice ( MICROSOFT
               CORPORATION, Law and Corporate Affairs, One Microsoft Way,
               Redmond, WA 98052, (425) 936-8080) [25-1] by MICROSOFT
               CORP. in 1:98-cv-01232 (N) (rew) [Entry date 06/11/98]
               [1:98cv1232 1:98cv1233]

6/9/98   39    ORDER  by Judge Thomas P. Jackson  : granting motion for
               Michael Lacovara, to appear pro hac vice ( Sullivan &
               Cromwell, 125 Broad Street, New York, NY 10004, (212)
               558-4000) [23-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
               (rew) [Entry date 06/11/98] [1:98cv1232 1:98cv1233]

6/9/98   40    ORDER  by Judge Thomas P. Jackson  : granting motion for
               Theodore Edelman, to appear pro hac vice ( Sullivan &
               Cromwell, 125 Broad Street, New York, NY 10004, (212)
               558-4000) [22-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
               (rew) [Entry date 06/11/98] [1:98cv1232 1:98cv1233]

6/9/98   41    ORDER  by Judge Thomas P. Jackson  : granting motion for
               Stephanie G. Wheeler, to appear pro hac vice (Sullivan &
               Cromwell, 125 Broad Street, New York, NY 10004, (212)
               558-4000) [21-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
               (rew) [Entry date 06/11/98] [1:98cv1232 1:98cv1233]

6/9/98    42    ORDER by Judge Thomas P. Jackson  : granting motion for
                Robin D. Fessel to appear pro hac vice (Sullivan &
                Cromwell, 125 Broad Street, New York, NY 10004, (212)
                558-4000) [20-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
                (rew) [Entry date 06/11/98] [1:98cv1232 1:98cv1233]

6/9/98    43    RESPONSE  by plaintiff USA in 1:98-cv-01232 in opposition
                to motion to maintain under seal certain confidential
                documents [24-1] by MICROSOFT CORP. . (tb)
                [Entry date 06/11/98] [1:98cv1232]

6/11/98   45    TRANSCRIPT filed  for date(s) of 05/22/98.  Reporter:
                Phylilis Merana (tb) [Entry date 06/15/98]
                [Edit date 06/15/98] [1:98cv1232]

6/11/98   46    TRANSCRIPT filed  for date(s) of 06/09/98.  Reporter:
                Phyllis Merana (tb) [Entry date 06/15/98] [1:98cv1232]

6/12/98   44    ORDER by Judge Thomas P. Jackson , Pretrial Order #1,
                defendant shall file its answer by 7-28-98, defendant to
                file oppositions to plaintiffs motions for preliminary
                injunction by 8-10-98 and plaintiffs to reply by 8-24-98,
                lists of witnesses for trial by 8-21-98, pretrial
                statements by 8-31-98 and setting pretrial for 9-3-98 at
                10:00 am, and instructions to counsel on conduct of the
                trial and subponas for witnesses, and service of discovery
                requests and responses and pretrial submissions. (N) (rew)
                [1:98cv1232 1:98cv1233]

6/15/98   47    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                motion to maintain under seal certain confidential
                documents [24-1] by MICROSOFT CORP. (tb)
                [Entry date 06/16/98] [1:98cv1232]

6/19/98   48    MEMORANDUM by defendant MICROSOFT CORP. in 1:98-cv-01232
                in opposition to join motion [32-1] by BLOOMBERG NEWS (tb)
                [Entry date 06/22/98] [1:98cv1232]

6/26/98   49    REPLY  by movant BLOOMBERG NEWS in 1:98-cv-01232 to
                response to join motion [32-1] by BLOOMBERG NEWS (tb)
                [Entry date 06/29/98] [1:98cv1232]

7/28/98   50    ANSWER TO COMPLAINT [1-1] by defendant MICROSOFT CORP. in
                1:98-cv-01232. (tb) [Entry date 07/29/98] [1:98cv1232]

7/31/98   51    MOTION filed by plaintiff USA in 1:98-cv-01232 to compel
                discovery (tb) [Entry date 08/03/98] [1:98cv1232]

Proceedings Include All Events.                                          CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                               CONSOL TYPE A

7/31/98  52      MEMORANDUM  by plaintiff USA in 1:98-cv-01232, plaintiffs
                 STATE OF NEW YORK in 1:98-cv-01233, STATE OF CALIFORNIA in
                 1:98-cv-01233, STATE OF CONNECTICUT in 1:98-cv-01233, DC in
                 1:98-cv-01233, STATE OF FLORIDA in 1:98-cv-01233, STATE OF
                 ILLINOIS in 1:98-cv-01233, STATE OF IOWA in 1:98-cv-01233,
                 STATE OF KANSAS in 1:98-cv-01233, STATE OF KENTUCKY in
                 1:98-cv-01233, STATE OF LOUISIANA in 1:98-cv-01233, STATE OF
                 MARYLAND in 1:98-cv-01233, COMMONWEALTH OF MASS in
                 1:98-cv-01233, STATE OF MICHIGAN in 1:98-cv-01233, STATE OF
                 MINNESOTA in 1:98-cv-01233, STATE OF NEW MEXICO in
                 1:98-cv-01233, STATE NC in 1:98-cv-01233, STATE OF OHIO in
                 1:98-cv-01233, STATE SC in 1:98-cv-01233, STATE OF UTAH in
                 1:98-cv-01233, STATE OF WV in 1:98-cv-01233, STATE OF
                 WISCONSIN in 1:98-cv-01233 in support of motion to compel
                 discovery [51-1] by USA in 1:98-cv-01232; exhibits
                 (B,C,D,F,H,I)  (tb)  [Entry date 08/03/98]
                 [Edit date 08/03/98]  [1:98cv1232 1:98cv1233]

7/31/98  53      MOTION filed by plaintiff USA in 1:98-cv-01232, plaintiffs
                 STATE OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF
                 CALIFORNIA in 1:98-cv-01233, STATE OF CONNECTICUT in
                 1:98-cv-01233, DC in 1:98-cv-01233, STATE OF FLORIDA in
                 1:98-cv-01233, STATE OF ILLINOIS in 1:98-cv-01233, STATE OF
                 IOWA in 1:98-cv-01233, STATE OF KANSAS in 1:98-cv-01233,
                 STATE OF KENTUCKY in 1:98-cv-01233, STATE OF LOUISIANA in
                 1:98-cv-01233, STATE OF MARYLAND in 1:98-cv-01233,
                 COMMONWEALTH OF MASS in 1:98-cv-01233, STATE OF MICHIGAN in
                 1:98-cv-01233, STATE OF MINNESOTA in 1:98-cv-01233, STATE OF
                 NEW MEXICO in 1:98-cv-01233, STATE NC in 1:98-cv-01233,
                 STATE OF OHIO in 1:98-cv-01233, STATE SC in 1:98-cv-01233,
                 STATE OF UTAH in 1:98-cv-01233, STATE OF WV in
                 1:98-cv-01233, STATE OF WISCONSIN in 1:98-cv-01233 to file
                 under seal exhibits; (EXHIBITS A, E, AND G FILED UNDER
                 SEAL) (tb)  [Entry date 08/03/98]  [Edit date 10/15/98]
                 [1:98cv1232 1:98cv1233]

7/31/98  55      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 to modify stipulation and protective order; declaration
                 (1); exhibits (2); (EXHIBITS TO DECLARATION LOGGED UNDER
                 SEAL) (tb)  [Entry date 08/04/98]  [1:98cv1232]

8/4/98   56      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 for protective order; declarations (2); exhibits (7)  (tb)
                 [Entry date 08/05/98]  [Edit date 08/05/98]  [1:98cv1232]

8/4/98   57      MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                 in opposition to motion to compel discovery [51-1] by USA;
                 exhibit (1)  (tb)  [Entry date 08/05/98]  [1:98cv1232]

Proceedings Include All Events.                                          CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                               CONSOL TYPE A

8/5/98    58      RESPONSE  by plaintiff USA in 1:98-cv-01232, plaintiffs
                  STATE OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF
                  CALIFORNIA in 1:98-cv-01233, plaintiff STATE OF CONNECTICUT
                  in 1:98-cv-01233, plaintiff DC in 1:98-cv-01233, plaintiff
                  STATE OF FLORIDA in 1:98-cv-01233, plaintiff STATE OF
                  ILLINOIS in 1:98-cv-01233, plaintiff STATE OF IOWA in
                  1:98-cv-01233, plaintiff STATE OF KANSAS in 1:98-cv-01233,
                  plaintiff STATE OF KENTUCKY in 1:98-cv-01233, plaintiff
                  STATE OF LOUISIANA in 1:98-cv-01233, plaintiff STATE OF
                  MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH OF MASS
                  in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
                  1:98-cv-01233, plaintiff STATE OF MINNESOTA in
                  1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
                  1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
                  plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE
                  SC in 1:98-cv-01233, plaintiff STATE OF UTAH in
                  1:98-cv-01233, plaintiff STATE OF WV in 1:98-cv-01233,
                  plaintiff STATE OF WISCONSIN in 1:98-cv-01233 in opposition
                  to motion to modify stipulation and protective order [55-1]
                  by MICROSOFT CORP. in 1:98-cv-01232; exhibits (2) (tb)
                  [Entry date 08/06/98] [1:98cv1232 1:98cv1233]

8/6/98    --      STATUS HEARING  before Judge Thomas P. Jackson ,Plaintiffs
                  motion to compel discovery is granted, defendants motion
                  for a protective order is denied, motion of the plaintiff
                  to file certain exhibits under seal is granted, holding in
                  abeyance defendants motion to modify stipulation and
                  protective order, and granting defendants mot to maintain
                  under seal certain documents. Reporter: Dave Kasdan
                  (Miller) (rew) [1:98cv1232 1:98cv1233]

8/6/98    59      ORDER  by Judge Thomas P. Jackson  : denying motion for
                  protective order [56-1] by MICROSOFT CORP. in
                  1:98-cv-01232, granting motion to file under seal exhibits
                  [53-1] by by plaintiff in 1:98-cv-01232, 1:98-cv-01233 and
                  directing Exhibits A,E,and G of plaintiffs memorandum in
                  support of motion to compel discovery be filed under seal,
                  granting motion to compel discovery [51-1] by USA in
                  1:98-cv-01232 and directing defendant to produce certain
                  materials, make William Gates available for deposition
                  commencing on 8-12-98 and within 3 days of this Order
                  schedule remaining depositions, granting motion to maintain
                  under certain confidential documents [24-1] by MICROSOFT
                  CORP. in 1:98-cv-01232, and holding in abeyance defendants
                  motion to modify the 5-27-98 stipulated protective order.
                  (N) (rew) [1:98cv1232 1:98cv1233]

8/6/98    60      PRETRIAL ORDER #2  by Judge Thomas P. Jackson ,with
                  instructions to counsel on modification of pretrial order
                  #1, mandatory expert disclosures and discovery, use of
                  diposition testimony at trial, technical demonstrations at
                  trial, and identification of witnesses/submission of direct
                  testimony. (N) (rew) [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                          CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                                  CONSOL TYPE A

8/6/98    61    MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                in support of proposed pretrial order No. 2 [60-1]; (fiat)
                JACKSON, J.; exhibits (3) (tb) [Entry date 08/07/98]
                [1:98cv1232]

8/6/98    62    REPLY  by plaintiff USA in 1:98-cv-01232, plaintiff STATE
                OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF CALIFORNIA
                in 1:98-cv-01233, plaintiff STATE OF CONNECTICUT in
                1:98-cv-01233, plaintiff DC in 1:98-cv-01233, plaintiff
                STATE OF FLORIDA in 1:98-cv-01233, plaintiff STATE OF
                ILLINOIS in 1:98-cv-01233, plaintiff STATE OF IOWA in
                1:98-cv-01233, plaintiff STATE OF KANSAS in 1:98-cv-01233,
                plaintiff STATE OF KENTUCKY in 1:98-cv-01233, plaintiff
                STATE OF LOUISIANA in 1:98-cv-01233, plaintiff STATE OF
                MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH OF MASS
                in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
                1:98-cv-01233, plaintiff STATE OF MINNESOTA in
                1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
                1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
                plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE
                SC in 1:98-cv-01233, plaintiff STATE OF UTAH in
                1:98-cv-01233, plaintiff STATE OF WV in 1:98-cv-01233,
                plaintiff STATE OF WISCONSIN in 1:98-cv-01233 in support of
                motion to compel [51-1]; exhibits (1,3); (EXHIBIT 2 FILED
                UNDER SEAL) (tb) [Entry date 08/07/98] [1:98cv1232
                1:98cv1233]

8/6/98    63    MEMORANDUM  by plaintiff USA in 1:98-cv-01232, plaintiff
                STATE OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF
                CALIFORNIA in 1:98-cv-01233, plaintiff STATE OF CONNECTICUT
                in 1:98-cv-01233, plaintiff DC in 1:98-cv-01233, plaintiff
                STATE OF FLORIDA in 1:98-cv-01233, plaintiff STATE OF
                ILLINOIS in 1:98-cv-01233, plaintiff STATE OF IOWA in
                1:98-cv-01233, plaintiff STATE OF KANSAS in 1:98-cv-01233,
                plaintiff STATE OF KENTUCKY in 1:98-cv-01233, plaintiff
                STATE OF LOUISIANA in 1:98-cv-01233, plaintiff STATE OF
                MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH OF MASS
                in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
                1:98-cv-01233, plaintiff STATE OF MINNESOTA in
                1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
                1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
                plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE
                SC in 1:98-cv-01233, plaintiff STATE OF UTAH in
                1:98-cv-01233, plaintiff STATE OF WV in 1:98-cv-01233,
                plaintiff STATE OF WISCONSIN in 1:98-cv-01233 in opposition
                to motion for protective order [56-1] by MICROSOFT .CORP. in
                1:98-cv-01232 (tb) [Entry date 08/07/98] [1:98cv1232
                1:98cv1233]

8/6/98    64    MOTION filed by movant NETSCAPE COMMMUN in 1:98-cv-01232
                for leave to file opposition to defendant MICROSOFT CORP
                motion to modify stipulation and protective order; exhibit
                (3) (tb) [Entry date 08/07/98] [Edit date 12/15/98]
                [1:98cv1232]

Docket as of June 11, 2002 11:01 am                    Page 19

8/6/98    65    MEMORANDUM  by plaintiff USA in 1:98-cv-01232, plaintiffs
                in 1:98-cv-01233 in support of plaintiffs' proposed
                pretrial order no. 2 & opposition to defendant Microsoft's
                proposed pretrial order no. 2 (cjp) [Entry date 08/10/98]
                [1:98cv1232 1:98cv1233]

8/7/98    70    MOTION filed by Non Party NETWORK COMPUTER INC in
                1:98-cv-01232 for leave to file response in opposition to
                motion of MICROSOFT CORP to modify stipulation and
                portective order; (fiat) JACKSON, J.; EXHIBIT (RESPONSE &
                R109 CERTIFICATE) (tb) [Entry date 08/11/98]
                [Edit date 08/11/98] [1:98cv1232]

8/7/98    72    TRANSCRIPT filed for discovery status call held on date(s)
                of August 06, 1998. Reporter: David A. Kasdan (jmf)
                [Entry date 08/12/98] [1:98cv1232 1:98cv1233]

8/10/98   66    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                to file excess pages limitation to their motion for summary
                jugdment; (fiat) JACKSON, J.; EXHIBITS (MOTION); APPENDIX
                I,II & STATEMENT OF MATERIAL OF FACTS P&A'S  LODGED UNDER
                SEAL (fiat 8/11/98) JACKSON, J. (tb) [Entry date 08/11/98]
                [Edit date 08/13/98] [1:98cv1232]

8/10/98   67    MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                in opposition to motion for preliminary injunction [2-1] by
                USA (tb) [Entry date 08/11/98] [1:98cv1232]

8/10/98   68    MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                in opposition to motion for preliminary injunction [2-1] by
                USA; (FILED UNDER SEAL) (tb) [Entry date 08/11/98]
                [1:98cv1232]

8/11/98   --    MOTION HEARING   before Judge Thomas P. Jackson , motion of
                New York Times and joined by Seattle Times to attend
                deposition of William Gates heard and taken under
                advisement. Reporter: P. Merana (rew) [1:98cv1232 1:98cv1233]

8/11/98   69    ORDER  by Judge Thomas P. Jackson  : granting motion to
                file excess pages limitation to their motion for summary
                jugdment [66-1] by MICROSOFT CORP. in 1:98-cv-01232 (N) (rew)
                [Edit date 08/11/98] [1:98cv1232 1:98cv1233]

8/11/98   71    ORDER  by Judge Thomas P. Jackson, granting in part motion
                of prospective intervenors to enforce a "right of access",
                and directing intervenors and public shall be admitted to
                all depositions to be taken to the extent space is
                available, with instructions as to an interlocutory appeal,
                and all depositions are stayed pending presentation by
                intervenors and the parties of an agreed form of order
                establishing protocol for affording access to pretrial
                deposition and protecting the interests of the parties. (N)
                (rew) [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                          CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                              CONSOL TYPE A


8/11/98   76      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  for summary judgment; appendixes (2); (APPENDIX I & II
                  FILED UNDER SEAL) (fiat) JACKSON, J. (cjp)
                  [Entry date 08/13/98] [1:98cv1232]

8/11/98   77      MOTION filed by movant SEATTLE TIMES in 1:98-cv-01232
                  joining in the motion of the New York Times Co for leave to
                  intervene EXHIBIT (R109 & INTERVENTION COMPLAINT)
                  (ADMINISTRATIVELY FILED ONLY) (cjp) [Entry date 08/13/98]
                  [1:98cv1232]

8/11/98   78      MOTION filed by movant REUTERS AMERICA,INC. in
                  1:98-cv-01232 for leave to intervene as a non-party and
                  notice of joinder in motion of the New York Times for
                  emergency relief EXHIBIT (R109 & INTERVENTION COMPLAINT)
                  (ADMINISTRATIVELY FILED) (cjp) [Entry date 08/13/98]
                  [1:98cv1232]

8/11/98   79      MOTION (EMERGENCY) filed by movant SEATTLE TIMES in
                  1:98-cv-01232, movant ZDTV LLC in 1:98-cv-01232, movant
                  ZDNET in 1:98-cv-01232, movant NEW YORK TIMES CO in
                  1:98-cv-01232 for order enforcing 15 USC Section 30;
                  exhibits (4) (fiat) JACKSON, J. (ADMINISTRATIVELY FILED)
                  (cjp) [Entry date 08/13/98] [Edit date 08/13/98]
                  [1:98cv1232]

8/11/98   80      MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                  in opposition to motion for order enforcing 15 USC Section
                  30 [79-1] by NEW YORK TIMES CO, ZDNET, ZDTV LLC, SEATTLE
                  TIMES (cjp) [Entry date 08/13/98] [1:98cv1232]

8/11/98   81      MOTION filed by movant BLOOMBERG NEWS in 1:98-cv-01232  to
                  join the pending emergency motion for an order enforcing 15
                  USC Section 30 by the New York Times Company, ZDTV, LLC,
                  ZDNET, & The Seattle Times (ADMINISTRATIVELY FILED) (cjp)
                  [Entry date 08/13/98] [1:98cv1232]

8/11/98   91      MOTION filed by movant SAN JOSE MERCURY NEW in 1:98-cv-01232
                  to intervene as a non-party and join in the opposition to
                  the motion of defendant Microsoft Corporation to maintain
                  documents under seal; declaration (1) (ADMINISTRATIVELY
                  FILED) (tb) [Entry date 08/20/98] [Edit date 08/24/98]
                  [1:98cv1232]

8/12/98   73      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  to stay case pending Appeal as to movant NEW YORK TIMES CO
                  in 1:98-cv-01232 (tb) [1:98cv1232]

8/12/98   --      STATUS HEARING  before Judge Thomas P. Jackson , motion of
                  defendant to stay case pending appeal of 8-11-98 order
                  heard and denied. Reporter: P. Merana (rew) [1:98cv1232
                  1:98cv1233]

8/12/98  74      NOTICE OF APPEAL by defendant MICROSOFT CORP. in
                 1:98-cv-01232 from order [71-1], entered on: 08/11/98;
                 $105.00 FILING FEE PAID; copies mailed to A. Douglas
                 Melamed, Daryl A. Libow, John L. Warden, Lee J. Levine,
                 David P. Murray, Allen R. Snyder, Donald M. Falk, Dennis C.
                 Vacco & Christopher Crook (tb) [1:98cv1232]

8/12/98  --      TRANSMITTED PRELIMINARY RECORD on appeal [74-1] by
                 MICROSOFT CORP. to U.S. Court of Appeals (tb)
                 [1:98cv1232]

8/12/98  75      ORDER by Judge Thomas P. Jackson  : denying motion to stay
                 case pending Appeal as to movant NEW YORK TIMES CO in
                 1:98-cv-01232 [73-1] by MICROSOFT CORP. in 1:98-cv-01232
                 (N) (tb) [1:98cv1232 1:98cv1233]

8/12/98  82      MEMORANDUM  by movant NEW YORK TIMES CO in 1:98-cv-01232,
                 movant SEATTLE TIMES in 1:98-cv-01232, movant ZDTV LLC in
                 1:98-cv-01232, movant ZDNET in 1:98-cv-01232 in opposition
                 to motion to stay case pending Appeal as to movant NEW YORK
                 TIMES CO in 1:98-cv-01232 [73-1] by MICROSOFT CORP.
                 (ADMINISTRATIVELY FILED) (cjp) [Entry date 08/13/98]
                 [Edit date 02/25/99] [1:98cv1232]

8/12/98  83      RESPONSE (OPPOSITIONS) by plaintiff USA in 1:98-cv-01232 to
                 motion to stay case pending Appeal as to movant NEW YORK
                 TIMES CO in 1:98-cv-01232 [73-1] by MICROSOFT CORP. (cjp)
                 [Entry date 08/13/98] [1:98cv1232]

8/12/98  84      REPLY by movant NEW YORK TIMES CO in 1:98-cv-01232, movant
                 ZDTV LLC in 1:98-cv-01232, movant ZDNET in 1:98-cv-01232 in
                 support of their motions [8-1] (ADMINISTRATIVELY FILED) (cjp)
                 [Entry date 08/13/98] [1:98cv1232]

8/12/98  85      RESPONSE (OPPOSITIONS) by movant NEW YORK TIMES CO in
                 1:98-cv-01232, movant ZDTV LLC in 1:98-cv-01232, movant
                 ZDNET in 1:98-cv-01232 to motion to maintain under seal
                 certain confidential documents [24-1] by MICROSOFT CORP.
                 (ADMINISTRATIVELY FILED) (cjp) [Entry date 08/13/98]
                 [1:98cv1232]

8/12/98  86      RESPONSE (OPPOSITIONS) by defendant MICROSOFT CORP. in
                 1:98-cv-01232 to motion for NEW YORK TIMES CO to intervene
                 [8-1] (ADMINISTRATIVELY FILED) (cjp) [Entry date 08/13/98]
                 [1:98cv1232]

8/12/98  87      MOTION filed by movant ZDTV LLC in 1:98-cv-01232, movant
                 ZDNET in 1:98-cv-01232 to join in the motion of The New
                 York Times for leave to intervene EXHIBIT (R109 &
                 INTERVENTION COMPLAINT) (ADMINISTRATIVELY FILED) (cjp)
                 [Entry date 08/13/98] [Edit date 08/13/98] [1:98cv1232]

8/13/98  --      TRANSMITTED supplemental record on appeal [74-1] by
                 MICROSOFT CORP. (tb) [1:98cv1232]

Case 1:98-cv-01232-CKK   Document 620   Filed 08/27/01   Page 23 of 88

Proceedings Include All Events.                                          CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                                  CONSOL TYPE A

8/13/98  88    ORDER  by Judge Thomas P. Jackson, granting movants THE NEW
               YOUK TIMES CO., ZDTV,LLC,ZDNET, THE SEATTLE TIMES, REUTERS
               AMERICA INC., and BLOOMBERG NEWS motions to intervene
               pursuant to FRCP 24(c) for the limited purposes of securing
               such rights of access as may be afforded by 15 USC 30, and
               directing the Clerk to enter movants appearance as parties
               in this action.(N) (rew) [Entry date 08/14/98]
               [1:98cv1232 1:98cv1233]

8/13/98  --    USCA # 98-5399 assigned for appeal [74-1] by MICROSOFT
               CORP. (tb) [Entry date 08/14/98] [1:98cv1232]

8/14/98  89    TRANSCRIPT filed  for date(s) of 08/11/98.  Reporter:
               Phyllis Merana (tb) [Entry date 08/17/98] [1:98cv1232]

8/14/98  90    TRANSCRIPT filed  for date(s) of 08/12/98.  Reporter:
               Phyllis Merana (tb) [Entry date 08/17/98] [1:98cv1232]

8/20/98  92    STIPULATION OF BRIEFING AND ARGUMENT SCHEDULE filed and
               fiated by Judge Thomas P. Jackson plaintiffs answer to
               defendants motion for summary judgment due 8-28-98,
               defendants reply brief due 9-4-98, and argument set for
               9-8-98 at 9:30 am. (N) (rew) [Edit date 08/20/98]
               [1:98cv1232 1:98cv1233]

8/20/98  93    SCHEDULING ORDER  by Judge Thomas P. Jackson ,amending
               Pretrial Orders No.1 and 2, p laintiffs reply in support of
               motions for preliminary injunction due 8-28-98, plaintiffs
               to identify expert witnesses by 9-2-98, defendants expert
               witnesses by 9-4-98, depositions of expert witnesses after
               9-7-98 and no later than 9-17-98, witnesses lists due
               9-4-98, pretrial statements due 9-14-98, plaintiffs direct
               examinations by 9-17-98, and setting pretrial conference on
               9-17-98 at 10:00 am, and trial on 9-23-98 at 10:00 am. (N)
               (rew) [1:98cv1232 1:98cv1233]

8/20/98  --    SCHEDULING NOTICE: pretrial conference set for 10:00
               9/17/98 in 1:98-cv-01232, in 1:98-cv-01233 ; trial set for
               10:00 9/23/98 in 1:98-cv-01232, in 1:98-cv-01233 ; motion
               hearing set for 9:30 9/8/98 in 1:98-cv-01232, in
               1:98-cv-01233 ;  before Judge Thomas P. Jackson . (rew)
               [1:98cv1232 1:98cv1233]

8/20/98  --    STATUS HEARING  before Judge Thomas P. Jackson , counsel
               agree to briefing and argument schedule. Reporter: P.
               Merana (rew) [1:98cv1232 1:98cv1233]

8/26/98  94    MOTION filed by movant JERRY L. ROBINETT in 1:98-cv-01232
               for leave to file brief as amicus curiae; EXHIBIT (amicus
               brief) (tw) [Entry date 08/27/98] [1:98cv1232]

Proceedings Include All Events.                                      CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                            CONSOL TYPE A

8/27/98  95     STIPULATED SUPPLEMENTAL BRIEFING AND ARGUMENT SCHEDULE
                filed and fiated by Judge Thomas P. Jackson plaintiffs
                answering brief to defendants motion for summary judgment
                due 8-31-98, defendants reply due 9-8-98, argument set for
                9-11-98 at 9:30 AM. (N) (rew) [Entry date 08/28/98]
                [1:98cv1232 1:98cv1233]

8/28/98  --     SCHEDULING NOTICE: response to motion for summary judgment
                due 8/31/98 in 1:98-cv-01232, in 1:98-cv-01233 reply motion
                for summary judgment due 9/8/98 in 1:98-cv-01232, in
                1:98-cv-01233 ; motion hearing set for 9:30 9/11/98 in
                1:98-cv-01232, in 1:98-cv-01233 ;  before Judge Thomas P.
                Jackson . (rew) [1:98cv1232 1:98cv1233]

8/31/98  96     RESPONSE  by plaintiff states' in 1:98-cv-01233 in
                opposition to motion for summary judgment [76-1] by
                MICROSOFT CORP. in 1:98-cv-01232. (tb) [Entry date 09/01/98]
                [1:98cv1232 1:98cv1233]

8/31/98  97     MOTION filed by plaintiff USA in 1:98-cv-01232 for leave to
                file overlength brief for plaintiff's joint response to
                defendant's motion for summary judgment and reply in support
                of motions for preliminary injunction; EXHIBIT (
                BRIEF/REPLY/EXHIBITS ) (tb) [Entry date 09/01/98]
                [Edit date 09/01/98] [1:98cv1232]

8/31/98  98     NOTICE OF FILING RE: merger effective 09/01/98 between
                Genesis Law Group and Skjerven Morrill, MacPherson,
                Franklin & Friel, LLP by movant SAN JOSE MERCURY NEW in
                1:98-cv-01232 (tb) [Entry date 09/01/98] [1:98cv1232]

9/1/98   103    RESPONSE (PUBLIC VERSION) by plaintiff USA in 1:98-cv-01232
                to motion for summary judgment [76-1] by MICROSOFT CORP. (tb)
                [Entry date 09/03/98] [Edit date 09/03/98] [1:98cv1232]

9/1/98   104    REPLY (PUBLIC VERSION) by plaintiff USA in 1:98-cv-01232 to
                motion for preliminary injunction [2-1] by USA (tb)
                [Entry date 09/03/98] [1:98cv1232]

9/1/98   105    RESPONSE by plaintiff USA in 1:98-cv-01232 to motion for
                summary judgment [76-1] by MICROSOFT CORP.;
                (RESPONSE/EXHIBITS/DECLARATIONS FILED UNDER SEAL) (tb)
                [Entry date 09/03/98] [Edit date 09/03/98] [1:98cv1232]

9/1/98   106    REPLY by plaintiff USA in 1:98-cv-01232 to motion for
                preliminary injunction [2-1] by USA;
                (REPLY/EXHIBITS/DECLARATIONS FILED UNDER SEAL) (tb)
                [Entry date 09/03/98] [1:98cv1232]

9/2/98   99     ORDER  by Judge Thomas P. Jackson  : granting nunc pro tunc
                to 8-31-98 motion for leave to file overlength brief for
                plaintiff's joint response to defendant's motion for
                summary judgment and reply in support of motions for
                preliminary injunction [97-1] by USA  (N) (rew)

Docket as of June 11, 2002 11:01 am                    Page 24

[1:98cv1232]

9/2/98    100    MOTION filed by plaintiff USA in 1:98-cv-01232 to compel
                 defendant MICROSOFT CORP to comply with discovery; exhibit
                 I; EXHIBIT II (FILED UNDER SEAL) (tb) [Entry date 09/03/98]
                 [1:98cv1232]

9/2/98    102    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 in limine to limit issues for trial; exhibits (2) (tb)
                 [Entry date 09/03/98] [Edit date 09/03/98] [1:98cv1232]

9/3/98    101    MOTION filed by plaintiff USA in 1:98-cv-01232 for order
                 directing the filing of certain documents under seal (tb)
                 [1:98cv1232]

9/3/98    107    ORDER  by Judge Thomas P. Jackson  : granting motion for
                 order directiing the filing of certain documents under seal
                 [101-1] by USA in 1:98-cv-01232, and Exhibit B is filed
                 under seal. (N) (rew) [1:98cv1232 1:98cv1233]

9/3/98    108    MEMORANDUM  by plaintiff USA in 1:98-cv-01232, plaintiff
                 STATE OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF
                 CALIFORNIA in 1:98-cv-01233, plaintiff STATE OF CONNECTICUT
                 in 1:98-cv-01233, plaintiff DC in 1:98-cv-01233, plaintiff
                 STATE OF FLORIDA in 1:98-cv-01233, plaintiff STATE OF
                 ILLINOIS in 1:98-cv-01233, plaintiff STATE OF IOWA in
                 1:98-cv-01233, plaintiff STATE OF KANSAS in 1:98-cv-01233,
                 plaintiff STATE OF KENTUCKY in 1:98-cv-01233, plaintiff
                 STATE OF LOUISIANA in 1:98-cv-01233, plaintiff STATE OF
                 MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH OF MASS
                 in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
                 1:98-cv-01233, plaintiff STATE OF MINNESOTA in
                 1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
                 1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
                 plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE
                 SC in 1:98-cv-01233, plaintiff STATE OF UTAH in
                 1:98-cv-01233, plaintiff STATE OF WV in 1:98-cv-01233,
                 plaintiff STATE OF WISCONSIN in 1:98-cv-01233 in opposition
                 to motion in limine to limit issues for trial [102-1] by
                 MICROSOFT CORP. in 1:98-cv-01232 (tb) [1:98cv1232 1:98cv1233]

9/3/98    109    ORDER by Judge Thomas P. Jackson  : granting in part
                 motion to compel defendant MICROSOFT CORP to comply with
                 discovery [100-1] by USA in 1:98-cv-01232, and defendant is
                 ordered to promptly respond to requests 3,4, and 5 of
                 plaintiffs third joint request for production, and
                 defendants motion to limit issues for trial is held in
                 abeyance until 9-17-98 pretrial conference. (N) (rew)
                 [1:98cv1232 1:98cv1233]

9/3/98    --     STATUS HEARING  before Judge Thomas P. Jackson , plaintiffs
                 motion to compel heard and granted in part and defendants
                 motion to limit taken under advisement. Reporter: P. Merana
                 (rew) [1:98cv1232 1:98cv1233]

9/3/98   110   MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
               in opposition to motion to compel defendant MICROSOFT CORP
               to comply with discovery [100-1] by USA (tb)
               [1:98cv1232]

9/3/98   111   MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
               in support of motion in limine to limit issues for trial
               [102-1] by MICROSOFT CORP. (tb) [1:98cv1232]

9/4/98   112   WITNESS LIST by defendant MICROSOFT CORP. in 1:98-cv-01232
               (tb) [Entry date 09/08/98] [1:98cv1232]

9/4/98   113   WITNESS LIST  by plaintiff USA in 1:98-cv-01232, plaintiff
               STATE OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF
               CALIFORNIA in 1:98-cv-01233, plaintiff STATE OF CONNECTICUT
               in 1:98-cv-01233, plaintiff DC in 1:98-cv-01233, plaintiff
               STATE OF FLORIDA in 1:98-cv-01233, plaintiff STATE OF
               ILLINOIS in 1:98-cv-01233, plaintiff STATE OF IOWA in
               1:98-cv-01233, plaintiff STATE OF KANSAS in 1:98-cv-01233,
               plaintiff STATE OF KENTUCKY in 1:98-cv-01233, plaintiff
               STATE OF LOUISIANA in 1:98-cv-01233, plaintiff STATE OF
               MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH OF MASS
               in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
               1:98-cv-01233, plaintiff STATE OF MINNESOTA in
               1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
               1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
               plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE
               SC in 1:98-cv-01233, plaintiff STATE OF UTAH in
               1:98-cv-01233, plaintiff STATE OF WV in 1:98-cv-01233,
               plaintiff STATE OF WISCONSIN in 1:98-cv-01233 (tb)
               [Entry date 09/08/98] [1:98cv1232 1:98cv1233]

9/4/98   114   SUPPLEMENTAL EXPERT DISCOVERY SCHEDULE STIPULATION filed
               and fiated by Judge Thomas P. Jackson Plaintiff to identify
               expert witnesses and disclosures by 9-3-98 and Defendant to
               identify expert witnesses and disclosures by 9/5/98 . (N)
               (rew) [Entry date 09/08/98] [1:98cv1232 1:98cv1233]

9/8/98   115   REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
               support of motion for summary judgment [76-1] by MICROSOFT
               CORP.; (EXHIBITS AND REPLY FILED UNDER SEAL) (tb)
               [1:98cv1232]

9/8/98   116   MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
               for leave to file public version of an overlength reply in
               support of motion for summary judgment; EXHIBIT (REPLY) (tb)
               [Entry date 09/09/98] [1:98cv1232]

9/9/98   117   ORDER  by Judge Thomas P. Jackson  : granting motion for
               leave to file public version of an overlength reply in
               support of motion for summary judgment [116-1] by MICROSOFT
               CORP. in 1:98-cv-01232 (N) (rew) [Entry date 09/10/98]
               [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                           CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                                 CONSOL TYPE A


9/9/98    118    REPLY (PUBLIC VERSION) by defendant MICROSOFT CORP. in
                 1:98-cv-01232 in support of motion for summary judgment
                 [76-1] by MICROSOFT CORP.; exhibits (7) (tb)
                 [Entry date 09/10/98] [1:98cv1232]

9/10/98   119    OBJECTIONS by plaintiff USA in 1:98-cv-01232 to evidence
                 submitted by defendant MICROSOFT in support of their motion
                 for summary judgment [76-1] by MICROSOFT CORP.; (FILED
                 UNDER SEAL) (tb) [Entry date 09/11/98] [1:98cv1232]

9/11/98   --     MOTION HEARING   before Judge Thomas P. Jackson, defendants
                 motion for summary judgment heard and taken under
                 advisement. Reporter: P.Merana (rew) [1:98cv1232 1:98cv1233]

9/14/98   120    MEMORANDUM AND ORDER by Judge Thomas P. Jackson   :
                 granting motion for summary judgment [76-1] by MICROSOFT
                 CORP. in 1:98-cv-01232 on Plaintiff STATES third claim for
                 relief and the claim is dismissed with prejudice and the
                 motion for summary judgment is otherwise denied. (N)   (N)
                 (rew) [1:98cv1232 1:98cv1233]

9/14/98   121    ORDER by Judge Thomas P. Jackson ,amending scheduling
                 order of 8-20-98     (N) (rew) [1:98cv1232 1:98cv1233]

9/14/98   122    STIPULATION filed and fiated by Judge Thomas P. Jackson
                 amending scheduling order of 8-20-98, expert wintesses to
                 be deposed after 9-14-98 and not later than 10-9-98,
                 pretrial statements due 10-6-98, plaintiffs to file direct
                 examinations of witnesses by 10-9-98, final pretrial
                 conference set 10-9-98 at 10:00 am and trial set for
                 10-15-98 at 10:00 am . (N) (rew) [1:98cv1232 1:98cv1233]

9/14/98   123    ORDER by Judge Thomas P. Jackson , granting defendants
                 motion for leave to file supplemental memorandum in support
                 of its motion for summary judgment. (N) (rew)
                 [1:98cv1232 1:98cv1233]

9/14/98   124    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 for leave to file supplemental memorandum in support of
                 motion for summary judgment; EHXIBIT (SUPPLEMENTAL
                 MEMORANDUM) (tb) [Entry date 09/15/98] [1:98cv1232]

9/14/98   125    SUPPLEMENTAL MEMORANDUM by defendant MICROSOFT CORP. in
                 1:98-cv-01232 in support of motion for summary judgment
                 [76-1] by MICROSOFT CORP. (tb) [Entry date 09/15/98]
                 [1:98cv1232]

9/16/98   --     SCHEDULING NOTICE: status hearing set for 9:30 9/17/98 in
                 1:98-cv-01232, in 1:98-cv-01233 ;  before Judge Thomas P.
                 Jackson . (rew) [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                          CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                               CONSOL TYPE A

9/16/98   126    MEMORANDUM (ADDENDUM) by plaintiff USA in 1:98-cv-01232 in
                 support of motion for preliminary injunction [2-1] by USA;
                 (EXHIBIT-A FILED UNDER SEAL) (tb) [Entry date 09/17/98]
                 [1:98cv1232]

9/16/98   127    ERRATA RE: Statement of extraneous issues to be excluded
                 from trial by defendant MICROSOFT CORP. in 1:98-cv-01232 (tb)
                 [Entry date 09/17/98] [1:98cv1232]

9/17/98   --     STATUS HEARING and pretrial before Judge Thomas P. Jackson
                 ,defendants motion to limit issues for trial heard and
                 denied without prejudice. Reporter: P. Merana (rew)
                 [1:98cv1232 1:98cv1233]

9/17/98   128    ORDER  by Judge Thomas P. Jackson  : denying without
                 prejudice motion in limine to limit issues for trial
                 [102-1] by MICROSOFT CORP. in 1:98-cv-01232 (N) (rew)
                 [1:98cv1232 1:98cv1233]

9/24/98   129    EMERGENCY MOTION filed by movant ORACLE CORPORATION in
                 1:98-cv-01232 for protective order restraining MICROSOFT
                 CORP from attempting to enforce subpoena; declarations (2);
                 exhibits (7) (tb) [Entry date 09/25/98] [1:98cv1232]

9/24/98   130    RULE 109 Certificate of disclosure of corporate
                 affiliations and financial interests by movant ORACLE
                 CORPORATION in 1:98-cv-01232 (tb) [Entry date 09/25/98]
                 [1:98cv1232]

9/25/98   131    MEMORANDUM by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                 opposition to motion for protective order restraining
                 MICROSOFT CORP from attempting to enforce subpoena [129-1]
                 by ORACLE CORPORATION; declaration (1); exhibits (5) (tb)
                 [Entry date 09/28/98] [1:98cv1232]

9/28/98   132    REPLY by movant ORACLE CORPORATION in 1:98-cv-01232 in
                 support of motion for protective order restraining
                 MICROSOFT CORP from attempting to enforce subpoena [129-1]
                 by ORACLE CORPORATION (tb) [Entry date 09/29/98]
                 [1:98cv1232]

9/29/98   --     MOTION HEARING   before Judge Thomas P. Jackson , motion of
                 movant ORACLE CORP. for protective order heard and taken
                 under advisement. Reporter: P. Merana (rew) [1:98cv1232
                 1:98cv1233]

9/29/98   133    ORDER  by Judge Thomas P. Jackson  : granting in part and
                 denying in part motion for protective order restraining
                 MICROSOFT CORP from attempting to enforce subpoena [129-1]
                 by ORACLE CORPORATION in 1:98-cv-01232, directing ORACLE
                 CORP. to produce certain documents by 10-9-98 and by
                 October 9 and 14 one or more wintesses for deposition and
                 the Protective Order of 5-27-98 is applicable to all
                 discovery produced by ORACLE CORP. (N) (rew)

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                           CONSOL TYPE A

                        [1:98cv1232 1:98cv1233]

10/2/98   134      MOTION (RENEWED) filed by plaintiff USA in 1:98-cv-01232,
                   plaintiffs states in 1:98-cv-01233; STATE OF NEW YORK, STATE
                   OF CALIFORNIA, STATE OF CONNECTICUT, DC, STATE OF FLORIDA,
                   STATE OF ILLINOIS, STATE OF IOWA, STATE OF KANSAS, STATE OF
                   KENTUCKY, STATE OF LOUISIANA, STATE OF MARYLAND,
                   COMMONWEALTH OF MASS, STATE OF MICHIGAN, STATE OF MINNESOTA,
                   STATE OF NEW MEXICO, STATE NC, STATE OF OHIO, STATE SC,
                   STATE OF UTAH, STATE OF WV, STATE OF WISCONSIN to compel
                   defendant MICROSOFT CORP. to produce databases; (MEMORANDUM
                   IN SUPPORT OF MOTION AND EXHIBIT FILED UNDER SEAL) (tb)
                   [Entry date 10/05/98] [Edit date 10/05/98] [1:98cv1232
                   1:98cv1233]

10/2/98   135      MOTION filed by plaintiff USA in 1:98-cv-01232, plaintiffs
                   states in 1:98-cv-1233; STATE OF NEW YORK, STATE OF
                   CALIFORNIA, STATE OF CONNECTICUT, DC, STATE OF FLORIDA,
                   STATE OF ILLINOIS, STATE OF IOWA, STATE OF KANSAS, STATE OF
                   KENTUCKY, STATE OF LOUISIANA, STATE OF MARYLAND,
                   COMMONWEALTH OF MASS, STATE OF MICHIGAN, STATE OF
                   MINNESOTA, STATE OF NEW MEXICO, STATE NC, STATE OF OHIO,
                   STATE SC, STATE OF UTAH, STATE OF WV, STATE OF WISCONSIN
                   to seal memorandum in support of renewed motion to compel
                   MICROSOFT CORP. to produce databases and the attached
                   exhibit (tb) [Entry date 10/05/98] [1:98cv1232 1:98cv1233]

10/5/98   136      MEMORANDUM (PUBLIC FILED VERSION) by plaintiff USA in
                   1:98-cv-01232, plaintiff STATE OF NEW YORK in 1:98-cv-01233,
                   plaintiff STATE OF CALIFORNIA in 1:98-cv-01233, plaintiff
                   STATE OF CONNECTICUT in 1:98-cv-01233, plaintiff DC in
                   1:98-cv-01233, plaintiff STATE OF FLORIDA in 1:98-cv-01233,
                   plaintiff STATE OF ILLINOIS in 1:98-cv-01233, plaintiff
                   STATE OF IOWA in 1:98-cv-01233, plaintiff STATE OF KANSAS in
                   1:98-cv-01233, plaintiff STATE OF KENTUCKY in 1:98-cv-01233,
                   plaintiff STATE OF LOUISIANA in 1:98-cv-01233, plaintiff
                   STATE OF MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH
                   OF MASS in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
                   1:98-cv-01233, plaintiff STATE OF MINNESOTA in
                   1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
                   1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
                   plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE SC
                   in 1:98-cv-01233, plaintiff STATE OF UTAH in 1:98-cv-01233,
                   plaintiff STATE OF WV in 1:98-cv-01233, plaintiff STATE OF
                   WISCONSIN in 1:98-cv-01233 in support of renewed motion to
                   compel defendant MICROSOFT CORP. to produce databases
                   [134-1] by USA in 1:98-cv-01232 and plaintiff states in
                   1:98-cv-1233 (tb) [Entry date 10/06/98]
                   [Edit date 10/06/98] [1:98cv1232 1:98cv1233]

10/6/98   137     PRETRIAL STATEMENTS (JOINT) by plaintiff USA in
                  1:98-cv-01232, plaintiff states in 1:98-cv-1233 STATE OF NEW
                  YORK , STATE OF CALIFORNIA, STATE OF CONNECTICUT, DC, STATE
                  OF FLORIDA, STATE OF ILLINOIS, STATE OF IOWA , STATE OF
                  KANSAS, STATE OF KENTUCKY, STATE OF LOUISIANA, STATE OF
                  MARYLAND, COMMONWEALTH OF MASS , STATE OF MICHIGAN, STATE OF
                  MINNESOTA, STATE OF NEW MEXICO, STATE NC , STATE OF OHIO,
                  STATE SC, STATE OF UTAH , STATE OF WV , STATE OF WISCONSIN
                  (tb) [Entry date 10/07/98] [Edit date 10/07/98]
                  [1:98cv1232 1:98cv1233]

10/6/98   138     RESPONSE  by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                  opposition to motion to compel defendant MICROSOFT CORP. to
                  produce databases [134-1] by plaintiff USA in 1:98-cv-1232
                  and plaintiffs states in 1:98-cv-1233; exhibits (2) (tb)
                  [Entry date 10/07/98] [1:98cv1232]

10/6/98   139     PRETRIAL STATEMENTS by defendant MICROSOFT CORP. in
                  1:98-cv-01232; exhibit (1) (tb) [Entry date 10/07/98]
                  [1:98cv1232]

10/8/98   140     MOTION filed by movant WASHINGTON POST CO. in
                  1:98-cv-01232, movant ASSOCIATED PRESS in 1:98-cv-01232,
                  movant DOW JONES & COMPANY in 1:98-cv-01232 for leave to
                  file to intervene; exhibit (1); EXHIBITS (COMPLAINT &
                  CERTIFICATION OF RULE 109 STATEMENT) (tb) [1:98cv1232]

10/8/98   141     REPLY by plaintiff USA in 1:98-cv-01232, plaintiff states
                  in 1:98-cv-1233; STATE OF NEW YORK, STATE OF CALIFORNIA,
                  STATE OF CONNECTICUT, DC, STATE OF FLORIDA, STATE OF
                  ILLINOIS, STATE OF IOWA, STATE OF KANSAS, STATE OF
                  KENTUCKY, STATE OF LOUISIANA, STATE OF MARYLAND,
                  COMMONWEALTH OF MASS, STATE OF MICHIGAN, STATE OF
                  MINNESOTA, STATE OF NEW MEXICO, STATE NC, STATE OF OHIO,
                  STATE SC, STATE OF UTAH, STATE OF WV, STATE OF WISCONSIN to
                  motion to compel defendant MICROSOFT CORP. to produce
                  databases [134-1] in 1:98-cv-01232; exhibit (1) (tb)
                  [1:98cv1232 1:98cv1233]

10/8/98   142     OBJECTIONS by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                  plaintiffs' new requests for relief and attempt to expand
                  this case beyond the allegations in the complaints. (tth)
                  [Entry date 10/09/98] [1:98cv1232]

10/8/98   143     SCHEDULE OF WITNESSES filed by plaintiff USA in
                  1:98-cv-01232 and plaintiff STATES' in 1:98-cv-01233, (tth)
                  [Entry date 10/09/98] [Edit date 10/09/98] [1:98cv1232
                  1:98cv1233]

10/8/98   144     SCHEDULE OF WITNESSES filed by defendant MICROSOFT CORP. in
                  1:98-cv-01232 (tth) [Entry date 10/09/98] [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                          CONSOL TYPE A

10/9/98   145      FINAL PRETRIAL ORDER  by Judge Thomas P. Jackson, adopting
                   and incorporating the parties pretrial statements and
                   schedules of witnesses and lists of exhibits, resetting
                   trial for 10-19-98 at 10:00 am, with instructions on order
                   of witnesses and notification to the Court, testimony of
                   witnesses, rebuttal and surrebuttal evidence, discovery,
                   evidence and the public record,  videotape and transcript
                   depositions as public record, and proposed findings and
                   conclusions following the close of evidence. (N) (rew)
                   [1:98cv1232 1:98cv1233]

10/9/98   146      ORDER  by Judge Thomas P. Jackson  : denying motion for
                   leave to file to intervene [140-1] by DOW JONES & COMPANY,
                   ASSOCIATED PRESS, WASHINGTON POST CO. in 1:98-cv-01232 (N)
                   (rew)  [1:98cv1232 1:98cv1233]

10/9/98   147      SECOND AMENDED SCHEDULING ORDER  by Judge Thomas P. Jackson
                   , allowing parties to exchange and file pretrial statements
                   on 10-6-98, exchange and file schedules of witnesses by
                   5:00 p.m. on 10/8/98, setting final pretrial conference for
                   10-9-98 at 10:00 a.m., exchange final exhibit lists on
                   10-10-98 and file lists on 10-13-98, serve and file direct
                   examinations of witnesses and deposition designations on
                   10-13-98. (N) (rew) [1:98cv1232 1:98cv1233]

10/9/98   148      ORDER  by Judge Thomas P. Jackson  : granting motion to
                   compel defendant MICROSOFT CORP. to produce databases
                   [134-1] by counter-defendant by plaintiff, in
                   1:98-cv-01232, 1:98-cv-01233, and directing defendant to
                   produce to plaintiffs by 5:00 p.m. on 10-12-98 exact
                   duplicate of each of its own databases or by permitting
                   plaintiffs access to the computer systems at a mutually
                   agreeable time but no later than 10:00 a.m. on 10-14-98,
                   and with instructions on failure to comply. (N) (rew)
                   [1:98cv1232 1:98cv1233]

10/9/98   --       STATUS HEARING  before Judge Thomas P. Jackson , joint
                   motion to continue trial granted, trial reset for 10:00
                   10/19/98 in 1:98-cv-01232, in 1:98-cv-01233 ; motion to
                   interven denied, plaintiffs motion to compel granted.
                   Reporter: P.Merana (rew) [1:98cv1232 1:98cv1233]

10/9/98   149      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                   for leave of court to initiate discovery concerning new
                   witnesses (tb) [Entry date 10/13/98]
                   [Edit date 10/13/98] [1:98cv1232]

10/9/98   150      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                   to continue trial to 11/02/98 to address testimony of
                   plaintiff's new trial witnesses (tb) [Entry date 10/13/98]
                   [1:98cv1232]

10/9/98   151      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                   for leave of court to alter its witness list (tb)

Proceedings Include All Events.                                      CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                              CONSOL TYPE A

                    [Entry date 10/13/98] [1:98cv1232]

10/13/98 152        MOTION filed by plaintiff USA in 1:98-cv-01232 for leave
                    of court to conduct depositions of Microsoft's new
                    witnesses (tb) [Entry date 10/14/98] [1:98cv1232]

10/13/98 153        RESPONSE by plaintiff USA in 1:98-cv-01232 to motion for
                    leave of court to initiate discovery concerning new
                    witnesses [149-1] by MICROSOFT CORP. (tb)
                    [Entry date 10/14/98] [1:98cv1232]

10/13/98 154        RESPONSE  by plaintiff USA in 1:98-cv-01232 in opposition
                    to motion to continue trial to 11/02/98 to address
                    testimony of plaintiff's new trial witnesses [150-1] by
                    MICROSOFT CORP. . (tb) [Entry date 10/14/98]
                    [1:98cv1232]

10/13/98 155        ERRATA RE: appendixes B & C of plaintiff's pre-trial
                    statement filed on 10/06/98 by plaintiff USA in
                    1:98-cv-01232, and plaintiff states in 1:98-cv-1233; STATE
                    OF NEW YORK, STATE OF CALIFORNIA, STATE OF CONNECTICUT, DC,
                    STATE OF FLORIDA, STATE OF ILLINOIS, STATE OF IOWA, STATE
                    OF KANSAS, STATE OF KENTUCKY, STATE OF LOUISIANA, STATE OF
                    MARYLAND, COMMONWEALTH OF MASS, STATE OF MICHIGAN, STATE OF
                    MINNESOTA, STATE OF NEW MEXICO, STATE NC, STATE OF OHIO,
                    STATE SC, STATE OF UTAH, STATE OF WV, STATE OF WISCONSIN (tb)
                    [Entry date 10/14/98] [1:98cv1232 1:98cv1233]

10/13/98 156        MOTION filed by plaintiff USA in 1:98-cv-01232, and
                    plaintiff states in 1:98-cv-1233; STATE OF NEW YORK, STATE
                    OF CALIFORNIA, STATE OF CONNECTICUT, DC, STATE OF FLORIDA,
                    STATE OF ILLINOIS, STATE OF IOWA, STATE OF KANSAS, STATE OF
                    KENTUCKY, STATE OF LOUISIANA, STATE OF MARYLAND,
                    COMMONWEALTH OF MASS, STATE OF MICHIGAN, STATE OF
                    MINNESOTA, STATE OF NEW MEXICO, STATE NC, STATE OF OHIO,
                    STATE SC, STATE OF UTAH, STATE OF WV, STATE OF WISCONSIN
                    to place written direct testimony of witnesses temporarily
                    under seal until the day prior to the witness's court
                    appearance; exhibit (1) (tb) [Entry date 10/14/98]
                    [1:98cv1232 1:98cv1233]

10/13/98 157        NOTICE OF FILING RE: of testimony of: Edward W. Felten,
                    Professor David J. Farber, James A. Gosling, Franklin M.
                    Fisher, Glenn E. Weadock, David M. Colburn, John Soyring,
                    Frederick B. Warren-Boulton, Jim Barksdale, William Harris,
                    and Avadis Tevanian, Jr. by plaintiff USA in 1:98-cv-01232;
                    (FILED UNDER SEAL) (tb) [Entry date 10/14/98]
                    [1:98cv1232]

10/14/98 158        ORDER  by Judge Thomas P. Jackson  : granting motion to
                    place written direct testimony of witnesses temporarily
                    under seal until the day prior to the witness's court
                    appearance [156-1] by counter-defendantby plaintiff,
                       in 1:98-cv-01232, 1:98-cv-01233 (N) (rew)

[1:98cv1232 1:98cv1233]

10/14/98 159    ORDER  by Judge Thomas P. Jackson  : granting motion for
                leave of court to alter its witness list [151-1] by
                MICROSOFT CORP. in 1:98-cv-01232, and substituting Eric
                Engstrom and Robert Muglia for Thomas Reardon and Jeffrey
                Raikes on defendant's schedule of witnesses filed 10-8-98.
                (N) (rew) [1:98cv1232 1:98cv1233]

10/14/98 160    ORDER  by Judge Thomas P. Jackson  : denying motion to
                continue trial to 11/02/98 to address testimony of
                plaintiff's new trial witnesses [150-1] by MICROSOFT CORP.
                in 1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

10/14/98 161    ORDER  by Judge Thomas P. Jackson  : granting motion for
                leave of court to conduct depositions of Microsoft's new
                witnesses [152-1] by USA in 1:98-cv-01232 and plaintiffs
                may take the deposition of Robert Muglia with instructions
                to counsel, granting motion for leave of court to initiate
                discovery concerning new witnesses [149-1] by MICROSOFT
                CORP. in 1:98-cv-01232 and defendant may take the
                depositions of Avadis Tevanian and James Gosling with
                instructions to counsel. (N) (rew) [1:98cv1232 1:98cv1233]

10/14/98 162    SUPPLEMENTAL MEMORANDUM  by defendant MICROSOFT CORP. in
                1:98-cv-01232 in support of motion to continue trial to
                11/02/98 to address testimony of plaintiff's new trial
                witnesses [150-1] by MICROSOFT CORP. (tb)
                [Entry date 10/15/98] [1:98cv1232]

10/14/98 163    EXHIBITS to be offered into evidence by defendant MICROSOFT
                CORP. in 1:98-cv-01232; exhibit (1) (tb)
                [Entry date 10/15/98] [1:98cv1232]

10/15/98 164    ERRATA RE: replacement pages of direct testimony of Richard
                Warren-Boulton by plaintiff USA in 1:98-cv-01232, plaintiff
                STATE OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF
                CALIFORNIA in 1:98-cv-01233, plaintiff STATE OF CONNECTICUT
                in 1:98-cv-01233, plaintiff DC in 1:98-cv-01233, plaintiff
                STATE OF FLORIDA in 1:98-cv-01233, plaintiff STATE OF
                ILLINOIS in 1:98-cv-01233, plaintiff STATE OF IOWA in
                1:98-cv-01233, plaintiff STATE OF KANSAS in 1:98-cv-01233,
                plaintiff STATE OF KENTUCKY in 1:98-cv-01233, plaintiff
                STATE OF LOUISIANA in 1:98-cv-01233, plaintiff STATE OF
                MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH OF MASS
                in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
                1:98-cv-01233, plaintiff STATE OF MINNESOTA in
                1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
                1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
                plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE
                SC in 1:98-cv-01233, plaintiff STATE OF UTAH in
                1:98-cv-01233, plaintiff STATE OF WV in 1:98-cv-01233,
                plaintiff STATE OF WISCONSIN in 1:98-cv-01233; (FILED UNDER
                SEAL) (tb) [Entry date 10/16/98] [1:98cv1232 1:98cv1233]

10/16/98 165    MOTION (EMERGENCY) filed by plaintiff USA in 1:98-cv-01232
                to compel Microsoft to provide the plaintiffs, including
                their representatives currently located in Redmond, access
                to all data in the OEM Query, OEM Sales, and other
                responsive databases that relate to Windows or Internet
                Explorer. (tth) [Entry date 10/19/98] [1:98cv1232]

10/16/98 167    MOTION filed by Non Party SUN MICROSYSTEMS INC in
                1:98-cv-01232 to maintain confidential protection as
                provided by the protective order; Exhibits (3); "Let this
                be filed", JACKSON, J. (tth) [Entry date 10/19/98]
                [1:98cv1232]

10/16/98 184    MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                in opposition to emergency motion to compel Microsoft to
                provide the plaintiffs, including their representatives
                currently located in Redmond, access to all data in the OEM
                Query, OEM Sales, and other responsive databases that
                relate to Windows or Internet Explorer. [165-1] by USA (tb)
                [Entry date 10/28/98] [1:98cv1232]

10/19/98 166    ORDER  by Judge Thomas P. Jackson upon stipulation of the
                parties that defendant may file objections to plaintiffs
                deposition designations and its rebuttal designations any
                time prior to close of plaintiffs case and plaintiff to
                file objections to defendant's deposition designations and
                rebuttal designations any time prior to close of
                defendant's case. (N) (rew) [1:98cv1232 1:98cv1233]

10/19/98 --     NON-JURY TRIAL   before Judge Thomas P. Jackson  begun and
                continued to 10:00 10/20/98 in 1:98-cv-01232, in
                1:98-cv-01233 .  reporter: P. Merana (rew) [1:98cv1232
                1:98cv1233]

10/19/98 168    MOTION filed by Non Party NETWORK COMPUTER INC in
                1:98-cv-01232 for protective order to maintain
                confidentiality of documents and deposition transcript;
                Exhibits (3) (tth) [Entry date 10/20/98] [1:98cv1232]

10/19/98 169    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                in limine to exclude hearsay statements in the direct
                examination of Jim Barksdale (tth) [Entry date 10/20/98]
                [1:98cv1232]

10/19/98 170    MOTION filed by movant NETSCAPE COMMMUN in 1:98-cv-01232
                for protective order preventing public disclosure of
                certain portions of highly confidential business documents,
                as well as portions of certain other documents which
                contain information that Netscape is contractually
                prevented from publicly disclosing. (tth)
                [Entry date 10/20/98] [1:98cv1232]

10/19/98 171    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                in limine to exclude evidence of a purported pattern or
                routine corporate practice (tth) [Entry date 10/20/98]
                [1:98cv1232]

10/19/98 172    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                in limine to strike the government's improper deposition
                designations (tth) [Entry date 10/20/98] [1:98cv1232]

10/19/98 185    REPLY by plaintiff USA in 1:98-cv-01232, plaintiff states
                in 1:98-cv-1233; STATE OF NEW YORK, STATE OF CALIFORNIA ,
                STATE OF CONNECTICUT , DC, STATE OF FLORIDA, STATE OF
                ILLINOIS, STATE OF IOWA , STATE OF KANSAS, STATE OF
                KENTUCKY, STATE OF LOUISIANA,STATE OF MARYLAND,
                COMMONWEALTH OF MASS , STATE OF MICHIGAN, STATE OF
                MINNESOTA, STATE OF NEW MEXICO, STATE NC , STATE OF OHIO,
                STATE SC, STATE OF UTAH ,STATE OF WV, STATE OF WISCONSIN in
                support of emergency motion to compel Microsoft to provide
                the plaintiffs, including their representatives currently
                located in Redmond, access to all data in the OEM Query,
                OEM Sales, and other responsive databases that relate to
                Windows or Internet Explorer. [165-1] by USA in
                1:98-cv-01232 (tb) [Entry date 10/28/98] [1:98cv1232
                1:98cv1233]

10/20/98 --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 10/21/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: P. Merana (rew) [1:98cv1232
                1:98cv1233]

10/20/98 --     DIRECT Testimony of Jim Barksdale unsealed. (tth)
                [Entry date 10/21/98] [1:98cv1232]

10/20/98 173    RESPONSE  by plaintiff USA in 1:98-cv-01232 and Plaintiff
                STATES in 1:98-cv-01233 in opposition to motion in limine
                to exclude hearsay statements in the direct examination of
                Jim Barksdale [169-1] by MICROSOFT CORP. in 1:98-cv-01232.
                (tth) [Entry date 10/21/98] [1:98cv1232 1:98cv1233]

10/20/98 174    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                for protective order with respect to plaintiffs' Sixth
                Joint Request for Production of Documents (tth)
                [Entry date 10/21/98] [Edit date 10/21/98] [1:98cv1232]

10/20/98 175    RESPONSE  by plaintiff USA in 1:98-cv-01232, PLAINTIFF
                STATES in 1:98-cv-01233 in opposition to motion for
                protective order with respect to plaintiffs' Sixth Joint
                Request for Production of Documents [174-1] by MICROSOFT
                CORP. in 1:98-cv-01232; Attachment (1). (tth)
                [Entry date 10/21/98] [1:98cv1232 1:98cv1233]

10/21/98 176    ORDER  by Judge Thomas P. Jackson  : denying motion for
                protective order with respect to plaintiffs' Sixth Joint
                Request for Production of Documents [174-1] by MICROSOFT
                CORP. in 1:98-cv-01232, and directing that discovery
                related to plaintiffs'sixth request shall be completed by
                5:00 p.m. on 10-23-98 and plaintiff shall pay all costs,
                denying as moot plaintiffs Further Emergency Motion to
                Compel. (N) (rew) [1:98cv1232 1:98cv1233]

10/21/98 --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 10/22/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: P.Merana (rew) [1:98cv1232
                1:98cv1233]

10/21/98 177    MOTION filed by plaintiff USA in 1:98-cv-01232, PLAINTIFF
                STATES in 1:98-cv-01233, for leave to file corrected
                witness statements of James and John Soyring; EXHIBITS
                (DIRECT TESTIMONY OF JAMES AND JOHN SOYRING - LODGED UNDER
                SEAL) (tth) [Entry date 10/22/98] [1:98cv1232 1:98cv1233]

10/22/98 --     NON-JURY TRIAL before Judge Thomas P. Jackson:  resumed and
                continued to 10:00 a.m. on 10/26/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (a.m.), David
                Kasdan (p.m.) (kmk) [Entry date 10/23/98] [1:98cv1232
                1:98cv1233]

10/22/98 179    ORDER  by Judge Thomas P. Jackson  : granting motion for
                leave to file corrected witness statements of James and
                John Soyring [177-1] by counter-defendantby plaintiff,
                       in 1:98-cv-01232, 1:98-cv-01233 (N) (rew)
                [Entry date 10/26/98] [1:98cv1232 1:98cv1233]

10/23/98 178    RESPONSE  by plaintiff USA in 1:98-cv-01232 in opposition
                to motion in limine to strike the government's improper
                deposition designations [172-1] by MICROSOFT CORP.;
                attachment (1) (tb) [Entry date 10/26/98] [1:98cv1232]

10/23/98 180    ORDER  by Judge Thomas P. Jackson  : granting motion to
                seal memorandum in support of renewed motion to compel
                MICROSOFT CORP. to produce databases and the attached
                exhibit [64-1] [135-1] by counter-defendantby plaintiff,
                       plaintiff in 1:98-cv-01232, 1:98-cv-01233 (N) (rew)
                [Entry date 10/26/98] [1:98cv1232 1:98cv1233]

10/26/98 --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 10/27/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

10/26/98 181    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                for sanctions for the government's failure to produce a
                requested document before trial; exhibits (5) (tb)
                [Entry date 10/27/98] [1:98cv1232]

10/26/98 182    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                support of motion in limine to strike the government's
                improper deposition designations [172-1] by MICROSOFT CORP.
                (tb) [Entry date 10/27/98] [1:98cv1232]

10/26/98 183    RESPONSE by plaintiff USA in 1:98-cv-01232 to motion for
                sanctions for the government's failure to produce a
                requested document before trial [181-1] by MICROSOFT CORP.;
                exhibits (2) (tb) [Entry date 10/27/98] [1:98cv1232]

10/27/98 --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 10/28/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

10/27/98 186    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                for a limited modification of the protective order;
                exhibits (5) (tb) [Entry date 10/28/98] [1:98cv1232]

10/27/98 187    MOTION filed by plaintiff USA in 1:98-cv-01232 for leave
                to file corrected direct testimony of Jim Barksdale;
                EXHIBIT (TESTIMONY) (tb) [Entry date 10/28/98]
                [1:98cv1232]

10/27/98 188    MOTION filed by movant COMPAQ COMPUTER CORP in
                1:98-cv-01232 for protective order; (fiat) J. JACKSON;
                exhibits (3) (tb) [Entry date 10/28/98] [1:98cv1232]

10/27/98 --     REMARK direct testimony of David M. Colburn unsealed, filed
                on 10/13/98 [157] by plaintiff USA (tb)
                [Entry date 10/28/98] [1:98cv1232]

10/28/98 189    ORDER  by Judge Thomas P. Jackson ,denying defendants
                motion in limine to strike the government's improper
                deposition designations [127-1] insofar as it relates to
                the deposition testimony of William Gates, and is held in
                abeyance in all other respects. (N) (rew) [1:98cv1232
                1:98cv1233]

10/28/98 190    NOTICE OF FILING RE: counterdesignation of testimony from
                the deposition of Bill Gates by defendant MICROSOFT CORP.
                in 1:98-cv-01232 (tb) [1:98cv1232]

10/28/98 191    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                support of motion for sanctions for the government's
                failure to produce a requested document before trial
                [181-1] by MICROSOFT CORP. (tb) [1:98cv1232]

10/28/98 192    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                support of motion for a limited modification of the
                protective order [186-1] by MICROSOFT CORP. (tb)
                [1:98cv1232]

10/28/98 --     NON-JURY TRIAL   before Judge Thomas P. Jackson, motion of
                defendant to modify protective order heard and granted,
                trial resumed and continued to 10:00 10/29/98 in
                1:98-cv-01232, in 1:98-cv-01233  reporter: Phyllis Merana
                (rew) [1:98cv1232 1:98cv1233]

10/28/98 193    ORDER by Judge Thomas P. Jackson  : granting motion for a
                limited modification of the protective order [186-1] by
                MICROSOFT CORP. in 1:98-cv-01232, and allowing Thomas W.
                Burt access to certain documents produced by Sun
                Microsystems Inc. and to take the deposition of Dr. James
                A.Gosling.(N) (rew) [1:98cv1232 1:98cv1233]

10/28/98 194    ORDER by Judge Thomas P. Jackson  : granting motion for
                leave to file corrected direct testimony of Jim Barksdale
                [187-1] by USA in 1:98-cv-01232 (N) (rew) [1:98cv1232
                1:98cv1233]

10/28/98 195    RESPONSE by Non Party SUN MICROSYSTEMS INC in 1:98-cv-01232
                in opposition to motion to modify stipulation and
                protective order [55-1] by MICROSOFT CORP.; exhibits (6) (tb)
                [Entry date 10/29/98] [1:98cv1232]

10/28/98 507    NOTICE OF FILING by plaintiff USA in 1:98-cv-01232 of
                direct testimony of Jim Barksdale. (kmk)
                [Entry date 10/27/99] [1:98cv1232]

10/29/98 --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 11/2/98 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

10/30/98 196    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                in limine portions of the direct testimony of Avadis
                Tevanian, Jr.; exhibits (3); (FILED UNDER SEAL) (tb)
                [Entry date 11/02/98] [Edit date 11/02/98] [1:98cv1232]

10/30/98 197    RESPONSE by plaintiff USA in 1:98-cv-01232, plaintiff
                states in 1:98-cv-1233; STATE OF NEW YORK, STATE OF
                CALIFORNIA , STATE OF CONNECTICUTn , DC, STATE OF FLORIDA,
                STATE OF ILLINOIS, STATE OF IOWA , STATE OF KANSAS, STATE
                OF KENTUCKY, STATE OF LOUISIANA, STATE OF MARYLAND,
                COMMONWEALTH OF MASS , STATE OF MICHIGAN, STATE OF
                MINNESOTA, STATE OF NEW MEXICO, STATE NC , STATE OF OHIO,
                STATE SC, STATE OF UTAH , STATE OF WV, STATE OF WISCONSIN
                to motion in limine to exclude evidence of a purported
                pattern or routine corporate practice [171-1] by MICROSOFT
                CORP. in 1:98-cv-01232; exhibits (22); (FILED UNDER SEAL)
                (tb) [Entry date 11/02/98] [Edit date 11/02/98]
                [1:98cv1232 1:98cv1233]

11/2/98  --     REMARK direct testimony of Avadis Tevanian, Jr. unsealed,
                filed on 10/13/98 [157] by plaintiff USA; exhibits (5) (tb)
                [Edit date 11/02/98] [1:98cv1232]

11/2/98   198    ERRATA supplemental declaration of Avadis Tevanian to
                 direct testimony of Avadis Tevanian, Jr. filed 10/13/98
                 [157] by plaintiff USA in 1:98-cv-01232; declaration (1) (tb)
                 [1:98cv1232]

11/2/98   199    RESPONSE by plaintiff USA in 1:98-cv-01232 to motion in
                 limine portions of the direct testimony of Avadis Tevanian,
                 Jr. [196-1] by MICROSOFT CORP. (tb) [1:98cv1232]

11/2/98   200    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                 support of motion in limine to exclude evidence of a
                 purported pattern or routine corporate practice [171-1] by
                 MICROSOFT CORP. (tb) [Entry date 11/03/98] [1:98cv1232]

11/2/98   --     NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                 and continued to 11:00 11/4/98 in 1:98-cv-01232, in
                 1:98-cv-01233   reporter: Phyllis Merana (rew)
                 [Entry date 11/04/98] [1:98cv1232 1:98cv1233]

11/4/98   --     NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                 and continued to 10:00 11/5/98 in 1:98-cv-01232, in
                 1:98-cv-01233   reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

11/4/98   201    MOTION filed by movant BOEING COMPANY in 1:98-cv-01232 to
                 maintain confidential treatment of certain information
                 produced by the Boeing Company in response to subpoena of
                 Microsoft Corporation; exhibits (3); (fiat) J. JACKSON (tb)
                 [Entry date 11/06/98] [1:98cv1232]

11/5/98   --     NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                 and continued to 10:00 11/9/98 in 1:98-cv-01232, in
                 1:98-cv-01233   reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

11/9/98   --     NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                 and continued to 10:00 11/10/98 in 1:98-cv-01232, in
                 1:98-cv-01233   reporter: Phyllis Merana (rew)
                 [Entry date 11/10/98] [1:98cv1232 1:98cv1233]

11/10/98 --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                 and continued to 10:00 11/12/98 in 1:98-cv-01232, in
                 1:98-cv-01233   reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

11/10/98 202     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 to strike the direct testimony of Avadis Tevanian, Jr.
                 relating to alleged technical imcompatibilities; exhibits
                 (4) (tb) [Entry date 11/12/98] [1:98cv1232]

11/12/98 --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                 and continued to 10:00 11/16/98 in 1:98-cv-01232, in
                 1:98-cv-01233   reporter: Phyllis Merana (rew)

                        [1:98cv1232 1:98cv1233]

11/12/98 203      ORDER  by Judge Thomas P. Jackson  : granting motion for
                  protective order preventing public disclosure of certain
                  portions of highly confidential business documents, as well
                  as portions of certain other documents which contain
                  information that Netscape is contractually prevented from
                  publicly disclosing. [170-1] by NETSCAPE COMMMUN in
                  1:98-cv-01232 and with instructions as to proposed exhibits
                  in Appendices A,B to Netscape Communications Corp's motion
                  . (N) (rew) [1:98cv1232 1:98cv1233]

11/16/98 --       REMARK direct testimony of John Soyring unsealed, filed on
                  10/13/98 [157] by plaintiff USA (tb) [1:98cv1232]

11/16/98 --       REMARK direct testimony of Glenn E. Weadock unsealed, filed
                  on 10/13/98 [157] by plaintiff USA (tb) [1:98cv1232]

11/16/98 --       NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                  and continued to 10:00 11/17/98 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: P. Merana (rew) [1:98cv1232
                  1:98cv1233]

11/17/98 --       NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                  and continued to 10:00 11/18/98 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

11/17/98 204      MOTION filed by plaintiff USA in 1:98-cv-01232 for leave
                  to file corrected witness statment; EXHIBIT (CORRECTED
                  STATEMENT); (FILED UNDER SEAL) (tb) [Entry date 11/18/98]
                  [1:98cv1232]

11/18/98 --       NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                  and continued to 10:00 11/19/98 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

11/18/98 205      MOTION (EMERGENCY) filed by Non Party DELL COMPUTER CORP in
                  1:98-cv-01232 for protective order protecting trade
                  secrets/confidential business information from public
                  disclosure;(fiat) J. JACKSON; exhibits (11); declarations
                  (3) (tb) [Entry date 11/19/98] [Edit date 11/19/98]
                  [1:98cv1232]

11/18/98 206      RULE 109 Certificate of disclosure of corporate
                  affiliations and financial interests by Non Party DELL
                  COMPUTER CORP in 1:98-cv-01232 (tb) [Entry date 11/19/98]
                  [1:98cv1232]

11/18/98 207      MOTION (EMERGENCY) filed by Non Party INTL BUS MACHINE COR
                  in 1:98-cv-01232 for protective order to maintain
                  confidentially of documents; (fiat) J. JACKSON; exhibits
                  (10) (tb) [Entry date 11/19/98] [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                         CONSOL TYPE A


11/19/98 --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                 and continued to 10:00 11/23/98 in 1:98-cv-01232, in
                 1:98-cv-01233   reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

11/19/98 208     ORDER by Judge Thomas P. Jackson  : granting nunc pro tunc
                 motion for leave to file corrected witness statment [204-1]
                 by USA in 1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

11/19/98 --      REMARK direct testimony of Frederick R. Warren-Boulton
                 unsealed, filed on 10/13/98 [157] by plaintiff USA (tb)
                 [1:98cv1232]

11/23/98 --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                 and continued to 10:00 11/24/98 in 1:98-cv-01232, in
                 1:98-cv-01233   reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

11/23/98 209     MOTION filed by plaintiff USA in 1:98-cv-01232, plaintiff
                 STATE OF NEW YORK in 1:98-cv-01233, plaintiff STATE OF
                 CALIFORNIA in 1:98-cv-01233, plaintiff STATE OF CONNECTICUT
                 in 1:98-cv-01233, plaintiff DC in 1:98-cv-01233, plaintiff
                 STATE OF FLORIDA in 1:98-cv-01233, plaintiff STATE OF
                 ILLINOIS in 1:98-cv-01233, plaintiff STATE OF IOWA in
                 1:98-cv-01233, plaintiff STATE OF KANSAS in 1:98-cv-01233,
                 plaintiff STATE OF KENTUCKY in 1:98-cv-01233, plaintiff
                 STATE OF LOUISIANA in 1:98-cv-01233, plaintiff STATE OF
                 MARYLAND in 1:98-cv-01233, plaintiff COMMONWEALTH OF MASS
                 in 1:98-cv-01233, plaintiff STATE OF MICHIGAN in
                 1:98-cv-01233, plaintiff STATE OF MINNESOTA in
                 1:98-cv-01233, plaintiff STATE OF NEW MEXICO in
                 1:98-cv-01233, plaintiff STATE NC in 1:98-cv-01233,
                 plaintiff STATE OF OHIO in 1:98-cv-01233, plaintiff STATE
                 SC in 1:98-cv-01233, plaintiff STATE OF UTAH in
                 1:98-cv-01233, plaintiff STATE OF WV in 1:98-cv-01233,
                 plaintiff STATE OF WISCONSIN in 1:98-cv-01233 to permit
                 limited supplemental cross-examination (tb)
                 [Entry date 11/24/98] [1:98cv1232 1:98cv1233]

11/23/98 210     RESPONSE  by plaintiff USA in 1:98-cv-01232 in opposition
                 to motion to strike the direct testimony of Avadis
                 Tevanian, Jr. relating to alleged technical
                 imcompatibilities [202-1] by MICROSOFT CORP.; exhibits (6)
                 (tb) [Entry date 11/24/98] [1:98cv1232]

11/24/98 --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                 and continued to 10:00 11/30/98 in 1:98-cv-01232, in
                 1:98-cv-01233   reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

11/24/98 211     STIPULATION filed and fiated  by Judge Thomas P. Jackson
                 re: protective order of 5-27-98 and IBM . (N) (rew)
                 [Entry date 11/25/98] [1:98cv1232 1:98cv1233]

11/24/98 212    STIPULATION filed and fiated  by Judge Thomas P. Jackson
                re: protective order of 5-27-98 and Netscape Communications
                Corp . (N) (rew) [Entry date 11/25/98] [1:98cv1232
                1:98cv1233]

11/24/98 213    STIPULATION filed and fiated  by Judge Thomas P. Jackson
                re: protective order of 5-27-98 and Oracle Corp.☐☐(N) (rew)
                [Entry date 11/25/98] [1:98cv1232 1:98cv1233]

11/30/98 214    TRANSCRIPT filed  for date(s) of 10/19/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 215    TRANSCRIPT filed  for date(s) of 10/20/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 216    TRANSCRIPT filed  for date(s) of 10/21/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 217    TRANSCRIPT filed  for date(s) of 10/22/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 218    TRANSCRIPT filed  for date(s) of 10/26/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 219    TRANSCRIPT filed  for date(s) of 10/27/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 220    TRANSCRIPT filed  for date(s) of 10/28/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 221    TRANSCRIPT filed  for date(s) of 10/28/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 222    TRANSCRIPT filed  for date(s) of 11/02/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 223    TRANSCRIPT filed  for date(s) of 11/04/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 224    TRANSCRIPT filed  for date(s) of 11/05/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 225    TRANSCRIPT filed  for date(s) of 11/09/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 226    TRANSCRIPT filed  for date(s) of 11/10/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 227    TRANSCRIPT filed  for date(s) of 11/12/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 228    TRANSCRIPT filed  for date(s) of 11/16/98.  Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                          CONSOL TYPE A


11/30/98 229    TRANSCRIPT filed for date(s) of 11/17/98. Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 230    TRANSCRIPT filed for date(s) of 11/18/98. Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 231    TRANSCRIPT filed for date(s) of 11/19/98. Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 232    TRANSCRIPT filed for date(s) of 11/23/98. Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 233    TRANSCRIPT filed for date(s) of 11/24/98. Reporter:
                Phyllis Merana (tb) [Entry date 12/01/98] [1:98cv1232]

11/30/98 --     NON-JURY TRIAL before Judge Thomas P. Jackson resumed
                and continued to 10:00 12/1/98 in 1:98-cv-01232, in
                1:98-cv-01233 reporter: Phyllis Merana (rew)
                [Entry date 12/02/98] [1:98cv1232 1:98cv1233]

12/1/98  --     NON-JURY TRIAL before Judge Thomas P. Jackson resumed and
                continued to 10:00 12/2/98 in 1:98-cv-01232, in
                1:98-cv-01233. Reporter: Phyllis Merana (gdf)
                [Edit date 12/08/98] [1:98cv1232 1:98cv1233]

12/1/98  234    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                support of motion to strike the direct testimony of Avadis
                Tevanian, Jr. relating to alleged technical
                imcompatibilities [202-1] by MICROSOFT CORP.; exhibit (1)
                (tb) [Entry date 12/02/98] [1:98cv1232]

12/2/98  --     REMARK direct testimony of James A. Gosling unsealed, filed
                on 10/13/98 [157] by plaintiff USA; exhibits (4) (tb)
                [1:98cv1232]

12/2/98  --     NON-JURY TRIAL before Judge Thomas P. Jackson resumed
                and continued to 10:00 12/3/98 in 1:98-cv-01232, in
                1:98-cv-01233 reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

12/2/98  235    ORDER by Judge Thomas P. Jackson, granting in part and
                striking designation of depositions of Phillip Barrett and
                Stephanie Reichel and the motion is denied without
                prejudice in all other respects. (N) (rew) [1:98cv1232
                1:98cv1233]

12/3/98  236    MEMORANDUM by defendant MICROSOFT CORP. in 1:98-cv-01232
                in opposition to motion to permit limited supplemental
                cross-examination [209-1] by plaintiff and plaintiff states
                in 1:98-cv-1233 □ (tb) [1:98cv1232]

Proceedings Include All Events.                                          CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                              CONSOL TYPE A

12/3/98  --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed and
                 continued to 10:00 a.m. on 12/8/98 in 1:98-cv-01232, in
                 1:98-cv-01233.  Reporter: Phyllis Merana (gdf)
                 [Edit date 12/08/98] [1:98cv1232 1:98cv1233]

12/7/98  237     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 for leave of court to initiate discovery concerning AOL's
                 recently announced acquisition of Netscape and strategic
                 alliance with Sun (tb) [Entry date 12/08/98]
                 [1:98cv1232]

12/8/98  --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 12/9/98 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: P. Merana (rew) [1:98cv1232
                 1:98cv1233]

12/8/98  --      REMARK direct testimony of David J. Farber unsealed, filed
                 on 10/13/98 [157] by plaintiff USA (tb) [1:98cv1232]

12/9/98  --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 12/10/98 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

12/9/98  238     REPLY by plaintiff USA in 1:98-cv-01232, and plaintiff
                 states in 1:98-cv-01233; STATE OF NEW YORK , STATE OF
                 CALIFORNIA, STATE OF CONNECTICUT, DC, STATE OF FLORIDA,
                 STATE OF ILLINOIS, STATE OF IOWA, STATE OF KANSAS, STATE OF
                 KENTUCKY, STATE OF LOUISIANA, STATE OF MARYLAND,
                 COMMONWEALTH OF MASS, STATE OF MICHIGAN, STATE OF
                 MINNESOTA, STATE OF NEW MEXICO, STATE NC, STATE OF OHIO,
                 STATE SC, STATE OF UTAH, STATE OF WV, STATE OF WISCONSIN in
                 support of motion to permit limited supplemental
                 cross-examination [209-1] by counter-defendant by plaintiff,
                 counter-defendant, plaintiff, counter-defendant, plaintiff,
                 counter-defendant, plaintiff, counter-defendant, plaintiff,
                 counter-defendant, plaintiff, counter-defendant, plaintiff,
                 counter-defendant, plaintiff, counter-defendant, plaintiff,
                 counter-defendant, plaintiff, counter-defendant, plaintiff,
                 counter-defendant, plaintiff, counter-defendant, plaintiff,
                 counter-defendant, plaintiff, counter-defendant, plaintiff,
                 counter-defendant, plaintiff, counter-defendant, plaintiff,
                 counter-defendant, plaintiff, counter-defendant, plaintiff
                 in 1:98-cv-01232 (tb) [Entry date 12/10/98] [1:98cv1232
                 1:98cv1233]

12/9/98  239     MOTION filed by plaintiff USA in 1:98-cv-01232 for
                 production of written direct testimony of defendants
                 witnesses (tb) [Entry date 12/10/98] [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                          CONSOL TYPE A

12/10/98 --      STIPULATION filed and fiated  by Judge Thomas P. Jackson in
                 case CA98-1233 between the STATE OF SOUTH CAROLINA and
                 MICROSOFT CORP. withdrawing without prejudice all claims in
                 the first amended complaint and withdrawing MICROSOFT'S
                 counterclaim . (N) (rew) [Edit date 12/10/98]
                 [1:98cv1233]

12/10/98 --      NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 12/14/98 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

12/10/98 240     RESPONSE by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                 motion for production of written direct testimony of
                 defendants witnesses [239-1] by USA (tth)
                 [Entry date 12/11/98] [1:98cv1232]

12/14/98 --      REMARK direct testimony of Edward W. Felten unsealed, filed
                 on 10/13/98 [157] by plaintiff USA (tb) [1:98cv1232
                 1:98cv1233]

12/14/98 --      NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 12/15/98 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: P. Merana (rew) [1:98cv1232
                 1:98cv1233]

12/14/98 241     REPLY by plaintiff USA in 1:98-cv-01232 in support of
                 motion for production of written direct testimony of
                 defendants witnesses [239-1] by USA (tb) [1:98cv1232]

12/15/98 242     ORDER  by Judge Thomas P. Jackson  : denying motion for
                 production of written direct testimony of defendants
                 witnesses [239-1] by USA in 1:98-cv-01232, and defendant
                 shall in accordance with Pretrial Order #2 serve direct
                 examinations by 1-7-99. (N) (rew) [1:98cv1232 1:98cv1233]

12/15/98 --      NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 12/16/98 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

12/16/98 243     RESPONSE (OPPOSITIONS) by defendant MICROSOFT CORP. in
                 1:98-cv-01232 to the testimony of Edward Felten; exhibit
                 (1) (tb) [Entry date 12/17/98] [1:98cv1232]

12/16/98 244     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 in limine the deposition testimony of Phil Schiller (tb)
                 [Entry date 12/17/98] [1:98cv1232]

12/16/98 245     RESPONSE by plaintiff USA in 1:98-cv-01232 to motion for
                 leave of court to initiate discovery concerning AOL's
                 recently announced acquisition of Netscape and strategic
                 alliance with Sun [237-1] by MICROSOFT CORP. (tb)
                 [Entry date 12/17/98] [1:98cv1232]

12/16/98 --      NON-JURY TRIAL    before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 1/4/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [Entry date 12/31/98] [1:98cv1232 1:98cv1233]

12/17/98 246     TRANSCRIPT filed  for date(s) of 12/01/98.  Reporter:
                 Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 247     TRANSCRIPT filed  for date(s) of 12/02/98.  Reporter:
                 Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 248     TRANSCRIPT filed  for date(s) of 12/03/98.  Reporter:
                 Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232
                 1:98cv1233]

12/17/98 249     TRANSCRIPT filed  for date(s) of 12/08/98.  Reporter:
                 Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 250     TRANSCRIPT filed  for date(s) of 12/09/98.  Reporter:
                 Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 251     TRANSCRIPT filed  for date(s) of 12/10/98.  Reporter:
                 Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 252     TRANSCRIPT filed  for date(s) of 12/14/98.  Reporter:
                 Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 253     TRANSCRIPT filed  for date(s) of 12/15/98.  Reporter:
                 Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 254     TRANSCRIPT filed  for date(s) of 12/16/98.  Reporter:
                 Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/17/98 255     TRANSCRIPT filed  for date(s) of 11/30/98.  Reporter:
                 Phyllis Merana (tb) [Entry date 12/18/98] [1:98cv1232]

12/21/98 256     REPLY by plaintiff USA in 1:98-cv-01232   to objection
                 [243-1] by MICROSOFT CORP.; exhibit (1) (tb)
                 [Entry date 12/22/98] [Edit date 12/22/98] [1:98cv1232]

12/21/98 257     MOTION filed by plaintiff USA in 1:98-cv-01232 to strike
                 objection [243-1] (tb) [Entry date 12/22/98]
                 [1:98cv1232]

12/21/98 258     MOTION filed by plaintiff USA in 1:98-cv-01232 for leave
                 of court to conduct limited additional discovery relating
                 to the test process by MICROSOFT and the results thereof (tb)
                 [Entry date 12/22/98] [1:98cv1232]

12/28/98 259     RESPONSE (JOINT) by plaintiff USA in 1:98-cv-01232 and
                 plaintiffs in 1:98-cv-01233 to motion in limine the
                 deposition testimony of Phil Schiller [244-1] by MICROSOFT
                 CORP. in 1:98-cv-01232; Appendices (2) (tth)

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                           CONSOL TYPE A

                    [Entry date 12/30/98] [1:98cv1232 1:98cv1233]

12/30/98 260        MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                    in limine to exclude inadmissible statements in the direct
                    testimony of William Harris (tth) [Entry date 12/31/98]
                    [1:98cv1232]

12/31/98 261        RESPONSE by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                    opposition to motion for leave of court to conduct limited
                    additional discovery relating to the test process by
                    MICROSOFT and the results thereof [258-1] by USA, motion to
                    strike objection [243-1] [257-1] by USA; exhibits (4) (tb)
                    [Entry date 01/04/99] [1:98cv1232]

1/4/99   --         REMARK direct testimony of William Harris unsealed; filed
                    on 10/13/98 [157] by plaintiff USA (tb) [1:98cv1232]

1/4/99   --         NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                    and continued to 10:00 1/5/99 in 1:98-cv-01232, in
                    1:98-cv-01233  reporter: Phyllis Merana (rew)
                    [1:98cv1232 1:98cv1233]

1/4/99   262        MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                    in limine non-expert testimony in the direct examination
                    of Franklin M. Fisher; exhibit (1); (FILED UNDER SEAL) (tb)
                    [Entry date 01/05/99] [1:98cv1232]

1/5/99   --         NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                    and continued to 10:00 1/6/99 in 1:98-cv-01232, in
                    1:98-cv-01233 Reporter: Phyllis Merana (rew)
                    [1:98cv1232 1:98cv1233]

1/5/99   --         REMARK direct testimony of Franklin M. Fisher unsealed;
                    filed on 10/13/98 [157] by plaintiff USA; attachment (1);
                    exhibits (32) (tb) [Edit date 01/05/99] [1:98cv1232]

1/5/99   263        MOTION filed by plaintiff USA in 1:98-cv-01232 for leave to
                    file corrected witness statement (tb) [Entry date 01/06/99]
                    [Edit date 01/07/99] [1:98cv1232]

1/5/99   264        REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                    support of motion in limine the deposition testimony of
                    Phil Schiller [244-1] by MICROSOFT CORP.; exhibit (1) (tb)
                    [Entry date 01/06/99] [1:98cv1232]

1/6/99   --         NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                    and continued to 10:00 1/7/99 in 1:98-cv-01232, in
                    1:98-cv-01233  reporter: Phyllis Merana (rew)
                    [1:98cv1232 1:98cv1233]

1/6/99   265        MEMORANDUM by plaintiff USA in 1:98-cv-01232 in opposition
                    to motion in limine to exclude inadmissible statements in
                    the direct testimony of William Harris [260-1] by MICROSOFT
                    CORP. (tb) [Entry date 01/07/99] [1:98cv1232]

1/6/99    266    RESPONSE by plaintiff USA in 1:98-cv-01232 to motion in
                 limine non-expert testimony in the direct examination of
                 Franklin M. Fisher [262-1] by MICROSOFT CORP. (tb)
                 [Entry date 01/07/99] [1:98cv1232]

1/6/99    267    MOTION (EMERGENCY) filed by movant ASSOCIATE PRESS in
                 1:98-cv-01232 for to intervene for the limited purpose of
                 vindicating the public's rights of access to the testimony
                 of Franklin M. Fisher; EXHIBIT (MOV-INTV COMPLAINT) (tb)
                 [Entry date 01/07/99] [1:98cv1232]

1/6/99    268    RULE 109 Certificate of disclosure of corporate
                 affiliations and financial interests by movant ASSOCIATE
                 PRESS in 1:98-cv-01232 (tb) [Entry date 01/07/99]
                 [1:98cv1232]

1/6/99    269    MOTION (EMERGENCY) filed by movant ASSOCIATE PRESS in
                 1:98-cv-01232 for access to the testimony of Franklin M.
                 Fisher (tb) [Entry date 01/07/99] [1:98cv1232]

1/6/99    271    REPLY by plaintiff USA in 1:98-cv-01232 to motion to strike
                 objection [243-1] [257-1] by USA (tb) [Entry date 01/07/99]
                 [1:98cv1232]

1/7/99    --     NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 1/11/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

1/7/99    270    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 to file direct testimony of their witnesses under seal;
                 EXHIBIT (SEALED DEPOSITIONS) (tb) [1:98cv1232]

1/7/99    272    MEMORANDUM by defendant MICROSOFT CORP. in 1:98-cv-01232
                 in opposition to motion for access to the testimony of
                 Franklin M. Fisher [269-1] by ASSOCIATE PRESS; exhibit (1)
                 (tb) [1:98cv1232]

1/7/99    273    DEPOSITION designations of portions of depositions to be
                 offered in evidence by defendant MICROSOFT CORP. in
                 1:98-cv-01232.; exhibit (1) (tb) [Entry date 01/08/99]
                 [1:98cv1232]

1/7/99    274    ORDER by Judge Thomas P. Jackson : granting motion for
                 leave to file corrected witness statement [263-1] by USA in
                 1:98-cv-01232 (N) (rew) [Entry date 01/08/99]
                 [Edit date 01/08/99] [1:98cv1232 1:98cv1233]

1/8/99    275    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                 support of motion in limine to exclude inadmissible
                 statements in the direct testimony of William Harris
                 [260-1] by MICROSOFT CORP. (tb) [Entry date 01/11/99]
                 [1:98cv1232]

1/11/99   276     ORDER  by Judge Thomas P. Jackson ,granting MICROSOFT'S
                  motion to strike and return is granted and the public
                  version of the testimony of Richard L.Schmalensee  filed
                  1-7-99 be stricken and returned to defendant and the
                  corrected copy of the public version filed 1-11-99 be
                  substituted.(N) (rew) [1:98cv1232 1:98cv1233]

1/11/99   277     ORDER  by Judge Thomas P. Jackson  : granting motion to
                  file direct testimony of their witnesses under seal [270-1]
                  by MICROSOFT CORP. and this order shall apply only to the
                  public version of the direct testimony of Richard L.
                  Schmalensee and the Clerk shall not release the version
                  filed under seal unless directed to, in 1:98-cv-01232 (N)
                  (rew) [1:98cv1232 1:98cv1233]

1/11/99   --      NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                  and continued to 11:00 1/12/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

1/11/99   278     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  to strike and return public version of deposition filed
                  under seal (tb) [Entry date 01/12/99] [1:98cv1232]

1/11/99   279     STRICKEN AND RETURNED TO COUNSEL PURSUANT TO COURT ORDER OF
                  01/11/99 - - DEPOSITION public version filed unseal by
                  defendant MICROSOFT CORP. in 1:98-cv-01232 on . (tb)
                  [Entry date 01/12/99] [Edit date 01/12/99] [1:98cv1232]

1/11/99   280     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  for protective order; (FILED UNDER SEAL) (tb)
                  [Entry date 01/12/99] [Edit date 01/12/99] [1:98cv1232]

1/11/99   281     DEPOSITION filed under seal by defendant MICROSOFT CORP. in
                  1:98-cv-01232 on .; (FILED UNDER SEAL) (tb)
                  [Entry date 01/12/99] [1:98cv1232]

1/11/99   282     REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232
                  regarding release of its written direct testimony under
                  seal [270-1] by MICROSOFT CORP. (tb) [Entry date 01/12/99]
                  [1:98cv1232]

1/11/99   285     RESPONSE (OPPOSITIONS) by plaintiff USA in 1:98-cv-01232 to
                  motion to file direct testimony of their witnesses under
                  seal [270-1] by MICROSOFT CORP. (tb) [Entry date 01/13/99]
                  [1:98cv1232]

1/12/99   --      NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                  and continued to 10:00 1/13/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                        CONSOL TYPE A

1/12/99   283      NOTICE OF FILING depositon filed under seal by defendant
                   MICROSOFT CORP. in 1:98-cv-01232; (FILED UNDER SEAL) (tb)
                   [Entry date 01/13/99] [1:98cv1232]

1/12/99   284      MOTION (PUBLIC VERSION) filed by defendant MICROSOFT CORP.
                   in 1:98-cv-01232 for protective order (tb)
                   [Entry date 01/13/99] [1:98cv1232]

1/13/99   --       NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                   and continued to 10:00 1/14/99 in 1:98-cv-01232, in
                   1:98-cv-01233  reporter: Phyllis Merana (rew)
                   [1:98cv1232 1:98cv1233]

1/13/99   --       REMARK (PUBLIC CORRECTED VERSION) direct testimony of
                   Richard L. Schmalensee unsealed; filed on 01/07/99 [270] by
                   defendant MICROSOFT CORP.; exhibits (14) (tb)
                   [Edit date 01/13/99] [1:98cv1232]

1/13/99   286      MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                   for judgment as a matter of law dismissing with prejudice
                   all plaintiffs' claims (tth) [Entry date 01/14/99]
                   [1:98cv1232]

1/13/99   287      STIPULATION filed and fiated  by Judge Thomas P. Jackson
                   regarding and admitting certain plaintiff's exhibits (N)
                   (rew) [Entry date 01/14/99] [1:98cv1232 1:98cv1233]

1/13/99   288      ORDER  by Judge Thomas P. Jackson , granting plaintiff's
                   oral motion to admit certain exhibits subject to motion to
                   strike and admit certain exhibits under seal and subject to
                   motion to unseal portions. (N) (rew) [Entry date 01/14/99]
                   [1:98cv1232 1:98cv1233]

1/13/99   289      STIPULATION filed and fiated  by Judge Thomas P. Jackson
                   regarding deposition excerpts . (N) (rew)
                   [Entry date 01/14/99] [1:98cv1232 1:98cv1233]

1/13/99   290      ORDER  by Judge Thomas P. Jackson  : granting motion for
                   leave of court to conduct limited additional discovery
                   relating to the test process by MICROSOFT and the results
                   thereof [258-1] by USA in 1:98-cv-01232,and with
                   instructions to plaintiff on deposing James Allchin and
                   with instructions to defendant on information and
                   documents, denying motion to strike objection [243-1]
                   [257-1] by USA in 1:98-cv-01232 (N) (rew)
                   [Entry date 01/14/99] [1:98cv1232 1:98cv1233]

1/13/99   --       REMARK appendices to (CORRECTED PUBLIC VERSION) direct
                   testimony of Richard L. Schmalensee unsealed on 1/13/99 by
                   defendant MICROSOFT CORP. (tb) [Entry date 01/25/99]
                   [Edit date 01/25/99] [1:98cv1232]

1/14/99  291     ORDER  by Judge Thomas P. Jackson  : denying motion in
                 limine non-expert testimony in the direct examination of
                 Franklin M. Fisher [262-1] by MICROSOFT CORP. in
                 1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

1/14/99  292     ORDER  by Judge Thomas P. Jackson  : denying without
                 prejudice motion for judgment as a matter of law dismissing
                 with prejudice all plaintiffs' claims [286-1] by MICROSOFT
                 CORP. in 1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

1/14/99  293     ORDER  by Judge Thomas P. Jackson  : denying motion in
                 limine to exclude inadmissible statements in the direct
                 testimony of William Harris [260-1] by MICROSOFT CORP. in
                 1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

1/14/99  294     ORDER  by Judge Thomas P. Jackson  : denying motion to
                 strike the direct testimony of Avadis Tevanian, Jr.
                 relating to alleged technical imcompatibilities [202-1] by
                 MICROSOFT CORP. in 1:98-cv-01232 (N) (rew) [1:98cv1232
                 1:98cv1233]

1/14/99  295     ORDER  by Judge Thomas P. Jackson  : denying motion in
                 limine to exclude evidence of a purported pattern or
                 routine corporate practice [171-1] by MICROSOFT CORP. in
                 1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

1/14/99  296     ORDER  by Judge Thomas P. Jackson  : denying motion in
                 limine the deposition testimony of Phil Schiller [244-1] by
                 MICROSOFT CORP. in 1:98-cv-01232 (N) (rew) [1:98cv1232
                 1:98cv1233]

1/14/99  --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 1/19/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

1/19/99  --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 1/20/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

1/20/99  --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 1/21/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

1/21/99  --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 1/25/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: P. Merana (rew) [1:98cv1232
                 1:98cv1233]

1/21/99  297     NOTICE OF FILING RE: testimony filed under seal by
                 defendant MICROSOFT CORP. in 1:98-cv-01232; (FILED UNDER
                 SEAL) (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  298    NOTICE OF FILING RE: testimony (public version) filed under
                seal by defendant MICROSOFT CORP. in 1:98-cv-01232; (FILED
                UNDER SEAL) (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  299    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                to strike and return testimony filed under seal [270-1],
                and for leave to file corrected testimony; exhibit (1) (tb)
                [Entry date 01/22/99] [1:98cv1232]

1/21/99  300    TRANSCRIPT filed  for date(s) of 01/04/99.  Reporter:
                Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  301    TRANSCRIPT filed  for date(s) of 01/05/99.  Reporter:
                Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  302    TRANSCRIPT filed  for date(s) of 01/06/99.  Reporter:
                Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  303    TRANSCRIPT filed  for date(s) of 01/07/99.  Reporter:
                Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  304    TRANSCRIPT filed  for date(s) of 01/11/99.  Reporter:
                Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  305    TRANSCRIPT filed  for date(s) of 01/12/99.  Reporter:
                Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  306    TRANSCRIPT filed  for date(s) of 01/13/99.  Reporter:
                Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  307    TRANSCRIPT filed  for date(s) of 01/14/99.  Reporter:
                Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  308    TRANSCRIPT filed  for date(s) of 01/19/99.  Reporter:
                Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  309    TRANSCRIPT filed  for date(s) of 01/20/99.  Reporter:
                Phyllis Merana (tb) [Entry date 01/22/99] [1:98cv1232]

1/21/99  313    ORDER  by Judge Thomas P. Jackson  : granting motion to
                strike and return testimony of Paul Maritz filed under seal
                [270-1] [299-1] by MICROSOFT CORP. in 1:98-cv-01232 (N) (rew)
                [Entry date 01/25/99] [1:98cv1232 1:98cv1233]

1/22/99  310    MOTION filed by plaintiff USA in 1:98-cv-01232 for entry
                of order for production of documents AOL/Netscape
                transaction (tb) [Entry date 01/25/99] [1:98cv1232]

1/22/99  311    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                to modification of court's direction of 01/13/99 that
                witnesses not discuss the substance of testimony with
                counsel during cross-examination; exhibit (1 (tb)
                [Entry date 01/25/99] [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                            CONSOL TYPE A


1/22/99   312    ORDER  by Judge Thomas P. Jackson  : granting motion for
                 entry of order for production of documents AOL/Netscape
                 transaction [310-1] by USA in 1:98-cv-01232, and directing
                 plaintiff United States to produce to the STATES and
                 MICROSOFT certain documents and with instructions to
                 counsel. (N) (rew) [Entry date 01/25/99] [1:98cv1232
                 1:98cv1233]

1/25/99   --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 1/26/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

1/25/99   --     REMARK direct testimony of Paul Maritz (PUBLIC VERSION)
                 unsealed; filed on 01/13/99 [298-1] by defendant MICROSOFT
                 CORP. (tb) [Edit date 01/25/99] [1:98cv1232]

1/25/99   314    MOTION (EMERGENCY) filed by plaintiff USA in 1:98-cv-01232
                 to compel production of documents; exhibits (7) (tb)
                 [1:98cv1232]

1/25/99   315    MOTION filed by plaintiff USA in 1:98-cv-01232 in limine
                 videotape demonstrations offered in allchin and Maritz
                 testimony, and to strike direct testimony relating
                 thereof (tb) [1:98cv1232]

1/26/99   --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 1/27/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

1/26/99   316    ORDER by Judge Thomas P. Jackson  denying motion in limine
                 videotape demonstrations offered in allchin and Maritz
                 testimony [315-1] by USA in 1:98-cv-01232, denying motion
                 to strike direct testimony relating thereof [315-2] by USA
                 in 1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

1/26/99   317    RESPONSE  by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                 opposition to motion to compel production of documents
                 [314-1] by USA.; exhibits (4); (FILED UNDER SEAL) (tb)
                 [Entry date 01/27/99] [1:98cv1232]

1/26/99   318    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 to seal; (FILED UNDER SEAL) (tb) [Entry date 01/27/99]
                 [1:98cv1232]

1/27/99   319    REPLY by plaintiff USA in 1:98-cv-01232 in support of
                 motion to compel production of documents [314-1] by USA (tb)
                 [1:98cv1232]

1/27/99   320    TRANSCRIPT filed  for date(s) of 10/19/98.  Reporter: David
                 A. Kascan, Miller Report Co., Inc. (tb) [1:98cv1232]

1/27/99  321    TRANSCRIPT filed  for date(s) of 10/20/98.  Reporter: David
                A. Kasdan, Miller Reporting Co., Inc. (tb) [1:98cv1232]

1/27/99  322    TRANSCRIPT filed  for date(s) of 10/21/98.  Reporter: David
                A. Kasdan, Miller Reporting Co. Inc. (tb) [1:98cv1232]

1/27/99  323    TRANSCRIPT filed  for date(s) of 10/22/98.  Reporter: David
                A. Kasdan, Miller Reporting Co., Inc. (tb) [1:98cv1232]

1/27/99  324    TRANSCRIPT filed  for date(s) of 10/26/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  325    TRANSCRIPT filed  for date(s) of 10/27/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  326    TRANSCRIPT filed  for date(s) of 10/28/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  327    TRANSCRIPT filed  for date(s) of 10/29/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  328    TRANSCRIPT filed  for date(s) of 11/02/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  329    TRANSCRIPT filed  for date(s) of 11/04/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  330    TRANSCRIPT filed  for date(s) of 11/05/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  331    TRANSCRIPT filed  for date(s) of 11/09/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  332    TRANSCRIPT filed  for date(s) of 11/10/98.  Reporter: David
                A. Kasdan, Miller Reporting, Inc., Co. (tb) [1:98cv1232]

1/27/99  333    TRANSCRIPT filed  for date(s) of 11/12/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  334    TRANSCRIPT filed  for date(s) of 11/16/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  335    TRANSCRIPT filed  for date(s) of 11/17/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  336    TRANSCRIPT filed  for date(s) of 11/18/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  337    TRANSCRIPT filed  for date(s) of 11/19/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99  338    TRANSCRIPT filed  for date(s) of 11/23/98.  Reporter: David
                A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99   339    TRANSCRIPT filed  for date(s) of 11/24/98.  Reporter: David
                 A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99   340    TRANSCRIPT filed  for date(s) of 11/30/98.  Reporter: David
                 A. Kasdan, Miller Reporting Inc., Co. (tb) [1:98cv1232]

1/27/99   --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 1/28/99 in 1:98-cv-01232, in
                 1:98-cv-01233.  Reporter: Phyllis Merana (gdf)
                 [1:98cv1232 1:98cv1233]

1/28/99   --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 2/1/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: P. Merana (rew) [1:98cv1232
                 1:98cv1233]

1/28/99   341    ORDER by Judge Thomas P. Jackson  : granting in part and
                 denying in part  motion to compel production of documents
                 [314-1] by USA in 1:98-cv-01232, and directing defendant to
                 produce certain spreadsheets. (N) (rew) [1:98cv1232
                 1:98cv1233]

1/29/99   --     REMARK direct testimony of James Allchin unsealed; filed on
                 01/07/99 [270-1] by defendant MICROSOFT CORP. (tb)
                 [Entry date 02/01/99] [1:98cv1232]

1/29/99   342    TRANSCRIPT filed  for date(s) of 1/21/99.  Reporter:
                 Phyllis Merana (gdf) [Entry date 02/01/99] [1:98cv1232
                 1:98cv1233]

1/29/99   345    TRANSCRIPT filed  for date(s) of 1/27/99.  Reporter:
                 Phyllis Merana (st) [Entry date 02/02/99] [1:98cv1232]

1/29/99   346    TRANSCRIPT filed  for date(s) of 1/28/99.  Reporter:
                 Phyllis Merana (st) [Entry date 02/02/99] [1:98cv1232]

2/1/99    --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 2/2/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: P.Merana (rew) [1:98cv1232
                 1:98cv1233]

2/1/99    344    TRANSCRIPT filed  for date(s) of 1/26/99.  Reporter:
                 Phyllis Merana (st) [Entry date 02/02/99] [1:98cv1232]

2/2/99    --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 2/3/99 in 1:98-cv-01232, in
                 1:98-cv-01233 Reporter: Phyllis Merana (gdf)
                 [1:98cv1232 1:98cv1233]

2/2/99    343    ORDER by Judge Thomas P. Jackson  : denying motion to
                 modification of court's direction of 01/13/99 that
                 witnesses not discuss the substance of testimony with
                 counsel during cross-examination [311-1] by MICROSOFT CORP.
                 in 1:98-cv-01232 (N) (gdf) [1:98cv1232 1:98cv1233]

2/3/99   347   ORDER  by Judge Thomas P. Jackson: denying as moot the
              motion to seal [318-1] by MICROSOFT CORP. in 1:98-cv-01232
              (N) (gdf) [1:98cv1232 1:98cv1233]

2/3/99   --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
              and continued to 10:00 2/4/99 in 1:98-cv-01233, in
              1:98-cv-01233 Reporter: Phyllis Merana (gdf)
              [1:98cv1232 1:98cv1233]

2/3/99   348   TRANSCRIPT filed  for date(s) of 01/25/99.  Reporter: David
              A. Kasdan, Miller Reporting Co., Inc. (tb)
              [Entry date 02/04/99] [Edit date 02/04/99] [1:98cv1232]

2/3/99   349   TRANSCRIPT filed  for date(s) of 01/26/99.  Reporter: David
              A. Kasdan, Miller Reporting Co., Inc. (tb)
              [Entry date 02/04/99] [Edit date 02/04/99] [1:98cv1232]

2/3/99   350   TRANSCRIPT filed  for date(s) of 01/27/99.  Reporter: David
              A. Kasdan, Miller Reporting Co., Inc. (tb)
              [Entry date 02/04/99] [1:98cv1232]

2/3/99   351   TRANSCRIPT filed  for date(s) of 01/28/99.  Reporter: David
              A. Kasdan, Miller Reporting Co., Inc. (tb)
              [Entry date 02/04/99] [1:98cv1232]

2/4/99   --    NON-JURY TRIAL before Judge Thomas P. Jackson resumed and
              continued to 10:00 2/8/99 in 1:98-cv-01232, in 1:98-cv-01233
              Reporter: Phyllis Merana (gdf) [Edit date 02/08/99]
              [1:98cv1232 1:98cv1233]

2/5/99   352   TRANSCRIPT filed  for date(s) of 02/01/99.  Reporter:
              Phyllis Merana (tb) [Entry date 02/08/99] [1:98cv1232]

2/5/99   353   TRANSCRIPT filed  for date(s) of 02/02/99.  Reporter:
              Phyllis Merana (tb) [Entry date 02/08/99] [1:98cv1232]

2/5/99   354   TRANSCRIPT filed  for date(s) of 02/03/99.  Reporter:
              Phyllis Merana (tb) [Entry date 02/08/99] [1:98cv1232]

2/5/99   355   TRANSCRIPT filed  for date(s) of 02/04/99.  Reporter:
              Phyllis Merana (tb) [Entry date 02/08/99] [1:98cv1232]

2/8/99   --    NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
              and continued to 10:00 2/9/99 in 1:98-cv-01232, in
              1:98-cv-01233  reporter: Phyllis Merana (rew)
              [1:98cv1232 1:98cv1233]

2/8/99   --    REMARK direct testimony of William Poole unsealed; filed on
              01/07/99 [270-1] by defendant MICROSOFT CORP. (tb)
              [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                           CONSOL TYPE A

2/8/99    --      REMARK direct testimony of Micheal T. Devin unsealed; filed
                  on 01/07/99 [270-1] by defendant MICROSOFT CORP.; exhibits
                  (2) (tb) [Edit date 02/08/99] [1:98cv1232]

2/9/99    --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                  and continued to 10:00 2/10/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

2/9/99    356     MOTION filed by movant BRISTOL TECH INC in 1:98-cv-01232
                  to intervention to modify protective order; exhibits (6) (tb)
                  [Entry date 02/10/99] [1:98cv1232]

2/10/99   --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                  and continued to 10:00 2/11/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

2/10/99   --      REMARK direct testimony of Cameron Myhrvold unsealed; filed
                  on 01/07/99 [270-1] by defendant MICROSOFT CORP. (tb)
                  [Entry date 02/11/99] [Edit date 02/11/99] [1:98cv1232]

2/11/99   --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                  and continued to 10:00 2/16/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

2/11/99   357     STIPULATION filed and fiated  by Judge Thomas P. Jackson
                  regarding exhibits to direct testimony of Brad Chase. (N)
                  (rew) [1:98cv1232 1:98cv1233]

2/11/99   --      REMARK direct testimony of Brad Chase unsealed, filed on
                  01/07/99 [270-1] by defendant MICROSOFT CORP. (tb)
                  [1:98cv1232]

2/11/99   358     TRANSCRIPT filed  for date(s) of 01/13/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb) [1:98cv1232]

2/11/99   359     TRANSCRIPT filed  for date(s) of 02/01/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb) [1:98cv1232]

2/11/99   360     TRANSCRIPT filed  for date(s) of 02/02/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb) [1:98cv1232]

2/11/99   361     TRANSCRIPT filed  for date(s) of 02/03/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb) [1:98cv1232]

2/11/99   362     TRANSCRIPT filed  for date(s) of 02/04/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb) [1:98cv1232]

2/12/99   363     TRANSCRIPT filed  for date(s) of 02/08/99.  Reporter:
                  Phyllis Merana (tb) [Entry date 02/16/99] [1:98cv1232]

2/12/99   364      TRANSCRIPT filed  for date(s) of 02/09/99.  Reporter:
                   Phyllis Merana (tb) [Entry date 02/16/99] [1:98cv1232]

2/12/99   365      TRANSCRIPT filed  for date(s) of 02/10/99.  Reporter:
                   Phyllis Merana (tb) [Entry date 02/16/99] [1:98cv1232]

2/12/99   366      TRANSCRIPT filed  for date(s) of 02/11/99.  Reporter:
                   Phyllis Merana (tb) [Entry date 02/16/99] [1:98cv1232]

2/16/99   --       NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                   and continued to 10:00 2/17/99 in 1:98-cv-01232, in
                   1:98-cv-01233  reporter: Phyllis Merana (rew)
                   [1:98cv1232 1:98cv1233]

2/16/99   367      TRANSCRIPT filed  for date(s) of 02/08/99.  Reporter:
                   Miller Reporting Co. Inc. (tb) [Entry date 02/17/99]
                   [1:98cv1232]

2/16/99   368      TRANSCRIPT filed  for date(s) of 02/09/99.  Reporter:
                   Miller Reporting Co., Inc. (tb) [Entry date 02/17/99]
                   [1:98cv1232]

2/16/99   369      TRANSCRIPT filed  for date(s) of 02/10/99.  Reporter:
                   Miller Reporting Co., Inc. (tb) [Entry date 02/17/99]
                   [1:98cv1232]

2/16/99   370      TRANSCRIPT filed  for date(s) of 02/11/99.  Reporter:
                   Miller Reporting Co., Inc. (tb) [Entry date 02/17/99]
                   [1:98cv1232]

2/16/99   371      MOTION filed by movants in 1:98-cv-01232 for AMER LAWYER
                   MEDIA, USA TODAY to case(s) 1:98-cv-01232,  to intervene
                   for limited purpose of staying further depositions in this
                   action pending issuance of the Court of Appeal's mandate,
                   or in the alternative, for access to forthcoming
                   depositions; EXHIBIT (COMPLAINT,MOTION TO STAY, RULE 109
                   CERTIFICATE) (tb) [Entry date 02/17/99] [1:98cv1232]

2/17/99   --       REMARK direct testimony of John T. Rose unsealed; filed on
                   01/11/99 [281-1] by defendant MICROSOFT CORP. (tb)
                   [1:98cv1232]

2/17/99   --       NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                   and continued to 10:00 2/18/99 in 1:98-cv-01232, in
                   1:98-cv-01233  reporter: Phyllis Merana (rew)
                   [1:98cv1232 1:98cv1233]

2/18/99   --       NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                   and continued to 10:00 2/19/99 in 1:98-cv-01232, in
                   1:98-cv-01233  reporter: Phyllis Merana (rew)
                   [1:98cv1232 1:98cv1233]

2/19/99  --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 2/22/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

2/22/99  372    SCHEDULING ORDER #5 by Judge Thomas P. Jackson ,directing
                that the trial shall recess on 2-26-99 and resume with
                rebuttal and surrebuttal on 4/12/99  and setting status
                hearing set for 9:30 3/31/99 in 1:98-cv-01232, in
                1:98-cv-01233 ; and discovery shall remain closed. (N) (rew)
                [1:98cv1232 1:98cv1233]

2/22/99  373    STIPULATION filed and fiated  by Judge Thomas P. Jackson
                regarding exhibits to the direct testimony of Daniel Rosen
                . (N) (rew) [1:98cv1232 1:98cv1233]

2/22/99  --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 2/23/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

2/22/99  374    DEPOSITION (SUPPLEMENTAL) filed by defendant MICROSOFT CORP.
                in 1:98-cv-01232 on; exhibit (1); (FILED UNDER SEAL) (tb)
                [Entry date 02/23/99] [Edit date 02/23/99] [1:98cv1232]

2/22/99  --     REMARK direct testimony of Daniel Rosen unsealed; filed on
                01/07/99 [270-1] by defendant MICROSOFT CORP. (tb)
                [Entry date 02/23/99] [1:98cv1232]

2/23/99  --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 2/24/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

2/23/99  --     REMARK direct testimony of Eric Engstrom unsealed; filed on
                01/07/99 [270-1] by defendant MICROSOFT CORP. (tb)
                [1:98cv1232]

2/23/99  375    STIPULATION filed and fiated  by Judge Thomas P. Jackson
                regarding exhibits to direct testimony of Eric Engstrom.
                (N) (rew) [1:98cv1232 1:98cv1233]

2/24/99  --     NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                and continued to 10:00 2/25/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

2/24/99  --     REMARK direct testimony on Joachim Kempin unsealed; filed
                on 01/07/99 [270-1] by defendant MICROSOFT CORP. (tb)
                [1:98cv1232]

2/24/99  376    ORDER  by Judge Thomas P. Jackson , nunc pro tunc, granting
                MICROSOFT 'S motion for extension of time to oppose motion
                of Bristol Technology for intervention. (N) (rew)

                    [1:98cv1232 1:98cv1233]

2/24/99   377     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  to extend time to file opposition to motion of BRISTOL TECH
                  for permissive intervention; EXHIBIT (OPPOSITION FILED
                  UNDER SEAL) (tb) [Entry date 02/25/99]
                  [Edit date 02/25/99] [1:98cv1232]

2/24/99   378     RESPONSE by plaintiffs states 1:98-cv-01233 to motion to
                  intervention to modify protective order [356-1] by BRISTOL
                  TECH INC in 1:98-cv-01232 (tb) [Entry date 02/25/99]
                  [1:98cv1232 1:98cv1233]

2/25/99   --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                  and continued to 10:00 2/26/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phillis Merana (rew)
                  [1:98cv1232 1:98cv1233]

2/25/99   379     REPLY by movant BRISTOL TECH INC in 1:98-cv-01232 in
                  support of motion to intervention to modify protective
                  order [356-1] by BRISTOL TECH INC (tb) [Entry date 02/26/99]
                  [1:98cv1232]

2/26/99   --      NON-JURY TRIAL   before Judge Thomas P. Jackson  resumed
                  and continued, status call set 9:30 3/31/99 in
                  1:98-cv-01232, in 1:98-cv-01233  reporter: Phyllis Merana
                  (rew) [1:98cv1232 1:98cv1233]

2/26/99   --      REMARK direct testimony of Robert Muglia unsealed; filed on
                  01/12/99 [283-1] by defendant MICROSOFT CORP. (tb)
                  [1:98cv1232]

2/26/99   380     TRANSCRIPT filed  for date(s) of 12/01/98.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   381     TRANSCRIPT filed  for date(s) of 12/02/98.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   382     TRANSCRIPT filed  for date(s) of 12/03/98.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   383     TRANSCRIPT filed  for date(s) of 12/08/98.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   384     TRANSCRIPT filed  for date(s) of 12/10/98.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   385     TRANSCRIPT filed  for date(s) of 12/14/98.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)

                  [Entry date 03/01/99] [Edit date 03/01/99] [1:98cv1232]

2/26/99   386     TRANSCRIPT filed  for date(s) of 12/15/98.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   387     TRANSCRIPT filed  for date(s) of 12/16/98.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   388      TRANSCRIPT filed  for date(s) of 01/04/99.  Reporter:
                  David A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   389     TRANSCRIPT filed  for date(s) of 01/05/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   390     TRANSCRIPT filed  for date(s) of 01/06/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   391     TRANSCRIPT filed  for date(s) of 01/07/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   392     TRANSCRIPT filed  for date(s) of 01/11/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   393     TRANSCRIPT filed  for date(s) of 01/12/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   394     TRANSCRIPT filed  for date(s) of 01/13/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   395     TRANSCRIPT filed  for date(s) of 01/14/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   396     TRANSCRIPT filed  for date(s) of 01/19/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   397     TRANSCRIPT filed  for date(s) of 01/20/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

2/26/99   398     TRANSCRIPT filed  for date(s) of 01/21/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tb)
                  [Entry date 03/01/99] [1:98cv1232]

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                          CONSOL TYPE A

2/26/99   399    TRANSCRIPT filed  for date(s) of 02/16/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99   400    TRANSCRIPT filed  for date(s) of 02/17/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99   401    TRANSCRIPT filed  for date(s) of 02/18/99.  Reporter: David
                 A. Kasdan, Miller Reporting Co., Inc. (tb)
                 [Entry date 03/01/99] [1:98cv1232]

2/26/99   602    TRANSCRIPT filed  for date(s) of 12/9/98.  Reporter: Miller
                 Reporting Co., Inc. (tth) [Entry date 09/27/00]
                 [1:98cv1232]

3/2/99    402    RESPONSE (OPPOSITIONS) by plaintiff USA in 1:98-cv-01232 to
                 motion for AMER LAWYER MEDIA, USA TODAY to case(s)
                 1:98-cv-01232,  to intervene for limited purpose of staying
                 further depositions in this action pending issuance of the
                 Court of Appeal's mandate, or in the alternative, for
                 access to forthcoming depositions [371-1] by movant (tb)
                 [Entry date 03/03/99] [1:98cv1232]

3/2/99    403    TRANSCRIPT filed  for date(s) of 02/16/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    404    TRANSCRIPT filed  for date(s) of 02/17/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    405    TRANSCRIPT filed  for date(s) of 02/18/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    406    TRANSCRIPT filed  for date(s) of 02/19/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    407    TRANSCRIPT filed  for date(s) of 02/22/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    408    TRANSCRIPT filed  for date(s) of 02/23/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    409    TRANSCRIPT filed  for date(s) of 02/24/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    410    TRANSCRIPT filed  for date(s) of 02/25/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/2/99    411    TRANSCRIPT filed  for date(s) of 02/26/99.  Reporter:
                 Phyllis Merana (tb) [Entry date 03/03/99] [1:98cv1232]

3/5/99    412    TRANSCRIPT filed  for date(s) of 2/22/99.  Reporter: Miller
                 Reporting Co., Inc. (tth) [1:98cv1232]

Proceedings Include All Events.                                          CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                              CONSOL TYPE A

3/5/99    413    TRANSCRIPT filed  for date(s) of 2/23/99.  Reporter: Miller
                 Reporting Co., Inc. (tth) [1:98cv1232]

3/5/99    414    TRANSCRIPT filed  for date(s) of 2/24/99.  Reporter: Miller
                 Reporting Co., Inc. (tth) [1:98cv1232]

3/5/99    415    TRANSCRIPT filed  for date(s) of 2/25/99.  Reporter: Miller
                 Reporting Co., Inc. (tth) [1:98cv1232]

3/5/99    416    TRANSCRIPT filed  for date(s) of 2/26/99.  Reporter: Miller
                 Reporting Co., Inc. (tth) [1:98cv1232]

3/11/99   417    CERTIFIED COPY of Order filed in USCA dated 1/29/99,
                 referencing  appeal [74-1] in 1:98-cv-01232,  appeal [43-1]
                 in 1:98-cv-01233, affirming the judgment of USDC  OPINION
                 USCA 98-5399 & 98-5400 (cjp) [Entry date 03/12/99]
                 [1:98cv1232 1:98cv1233]

3/12/99   418    MOTION filed by movant GRAVITY, INC. in 1:98-cv-01232  to
                 intervene for purpose of modifying proctive order (st)
                 [Entry date 03/15/99] [1:98cv1232]

3/15/99   419    MOTION filed for ROY A. DAY to case(s) 1:98-cv-01232,  to
                 intervene; Attachment (1); EXHIBIT (MOTION) (tth)
                 [Entry date 03/16/99] [1:98cv1232]

3/15/99   420    MEMORANDUM AND ORDER  by Judge Thomas P. Jackson  :
                 granting motion of BRISTOL TECHNOLOGY INC. for permissive
                 intervention to modify protective order [356-1] by BRISTOL
                 TECH INC in 1:98-cv-01232 and the motion to modify the
                 protective order is denied without prejudice. (N)  (N) (rew)
                 [Entry date 03/17/99] [1:98cv1232 1:98cv1233]

3/23/99   421    RULE 109 Certificate of disclosure of corporate
                 affiliations and financial interests by Non Party DELL
                 COMPUTER CORP in 1:98-cv-01232 (tth) [Entry date 03/24/99]
                 [1:98cv1232]

3/23/99   422    MEMORANDUM  by Non Party DELL COMPUTER CORP in
                 1:98-cv-01232 in opposition to motion  to intervene for
                 purpose of modifying proctive order [418-1] by GRAVITY,
                 INC.; Declaration (1); Exhibits (3) (tth)
                 [Entry date 03/24/99] [1:98cv1232]

3/23/99   423    RESPONSE  by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                 opposition to motion  to intervene for purpose of modifying
                 proctive order [418-1] by GRAVITY, INC. . (tth)
                 [Entry date 03/24/99] [1:98cv1232]

3/26/99   426    RESPONSE by plaintiff USA in 1:98-cv-01232 to expected
                 Microsoft request for depositions regarding
                 AOL/Netscape/Sun Transaction. (tth) [Entry date 03/31/99]
                 [1:98cv1232]

3/26/99   427     REQUEST by plaintiff USA in 1:98-cv-01232 for reciprocal
                  discovery from Microsoft (tth) [Entry date 03/31/99]
                  [1:98cv1232]

3/29/99   424     MOTION (EMERGENCY) filed by defendant MICROSOFT CORP. in
                  1:98-cv-01232 to compel AOL, Netscape and Sun to produce
                  all e-mail messagesresponsive to the subpoenas; Exhibits
                  (5) (tth) [Entry date 03/30/99] [1:98cv1232]

3/30/99   425     ORDER  by Judge Thomas P. Jackson ,directing AOL, NETSCAPE,
                  and SUN to respond to MICROSOFT'S motion to compel
                  discovery by 4-8-99 and MICROSOFT'S reply is due 4/9/99 and
                  setting motion hearing on 4-9-99 at 11:00 am. (N) (rew)
                  [Entry date 03/31/99] [1:98cv1232 1:98cv1233]

3/31/99   --      STATUS HEARING  before Judge Thomas P. Jackson , trial
                  expected to resume on 5/10/99 at 10:00 am. Each party to
                  disclose rebutal witnesses by 4/23/99. Reporter: Phyllis
                  Merana (rew) [1:98cv1232 1:98cv1233]

3/31/99   428     SCHEDULING ORDER #6  by Judge Thomas P. Jackson , trial to
                  resume for 10:00 5/10/99 or on the Monday following the
                  sumbission to the jury of CR98-071  in 1:98-cv-01232, in
                  1:98-cv-01233 ;with instructions to counsel on remaining
                  exhibits, number of rebuttal and surrebuttal witnesses,
                  deadling to identify witnesses, subpoenas, depositions,
                  testimony, schedule for proposed findings and conclusions,
                  and submissions by amici. (N) (rew) [Entry date 04/01/99]
                  [1:98cv1232 1:98cv1233]

4/1/99    429     ORDER  by Judge Thomas P. Jackson , setting out procedures
                  governing further depositions. (N) (rew)
                  [Entry date 04/06/99] [1:98cv1232 1:98cv1233]

4/6/99    430     REPLY by movant GRAVITY, INC. in 1:98-cv-01232 to response
                  to motion to extend time to file opposition to motion of
                  BRISTOL TECH for permissive intervention [377-1] by
                  MICROSOFT CORP.; Declaration (1); Exhibits (3) (tth)
                  [Entry date 04/07/99] [1:98cv1232]

4/7/99    431     ORDER  by Judge Thomas P. Jackson setting out procedures
                  governing the public release of transcripts and videotapes
                  of depositions. (N) (rew) [Entry date 04/09/99]
                  [1:98cv1232 1:98cv1233]

4/9/99    432     RESPONSE  by movant COMPAQ COMPUTER CORP in 1:98-cv-01232
                  in opposition to motion  to intervene for purpose of
                  modifying proctive order [418-1] by GRAVITY, INC.;
                  Declaration (1). (tth) [Entry date 04/13/99]
                  [1:98cv1232]

4/12/99   433     JOINT INDEX OF DEPOSITIONS in 1:98-cv-01232; Attachment.
                  (tth) [Entry date 04/13/99] [1:98cv1232]

Proceedings Include All Events.                                          CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                                  CONSOL TYPE A

4/14/99   434   MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                to withdraw motion to compel AOL, Netscape and Sun to
                produce all e-mail messagesresponsive to the subpoenas
                [424-1] (tth) [Entry date 04/15/99] [1:98cv1232]

4/15/99   435   ORDER  by Judge Thomas P. Jackson  : granting motion to
                withdraw motion to compel AOL, Netscape and Sun to produce
                all e-mail messagesresponsive to the subpoenas [424-1]
                [434-1] by MICROSOFT CORP. in 1:98-cv-01232 (N) (rew)
                [Entry date 04/16/99] [1:98cv1232 1:98cv1233]

4/19/99   436   STIPULATION and ORDER  filed and fiated  by Judge Thomas P.
                Jackson directing that Plaintiffs exhibit 372 admitted into
                evidence by stipulation and Order of 1-13-99 be nunc pro
                tune treated as admitted under seal . (N) (rew)
                [Entry date 04/22/99] [1:98cv1232 1:98cv1233]

4/26/99   437   ORDER  by Judge Thomas P. Jackson , directing Plaintiff and
                Defendants time to identify rebuttal and surrebuttal
                witnesses by 5:00 p.m. on 5-3-99 with summary of
                anticipated testimony. (N) (rew) [1:98cv1232 1:98cv1233]

4/28/99   438   ORDER  by Judge Thomas P. Jackson, directing that Eliot
                Spitzer, attorney general of the State of New York, is
                substituted for Dennis Vacco in CA98-1233 and the caption
                shall reflect such substitution. (N) (rew) [1:98cv1232
                1:98cv1233]

5/1/99    443   RESPONSE by defendant MICROSOFT CORP. Notice of Filing in
                Support of its Motion for Permissive Intervention to Modify
                Protective Order 1:98-cv-01232 [441-1] by BRISTOL TECH INC
                (tth) [Entry date 06/02/99] [1:98cv1232]

5/3/99    439   JOINT REBUTTAL WITNESS LIST by plaintiff USA in
                1:98-cv-01232, and PLAINTIFF STATES' in 1:98-cv-01233, to
                witness list [112-1] by MICROSOFT CORP. in 1:98-cv-01232;
                Exhibits (3) (tth) [Entry date 05/04/99]
                [Edit date 05/04/99] [1:98cv1232 1:98cv1233]

5/3/99    440   DESIGNATION of Rebuttal Witnesses and Description of
                Rebuttal Witness Testimony by defendant MICROSOFT CORP. in
                1:98-cv-01232 to witness list [113-1] (tth)
                [Entry date 05/04/99] [1:98cv1232]

5/18/99   441   MEMORANDUM by third party BRISTOL TECH INC in 1:98-cv-01232
                re:  Modification of the Protective Order; Exhibits (2) (tth)
                [Entry date 05/19/99] [1:98cv1232]

5/19/99   --    SCHEDULING NOTICE: trial set for 10:00 6/1/99 in
                1:98-cv-01232, in 1:98-cv-01233 ;  before Judge Thomas P.
                Jackson . (rew) [1:98cv1232 1:98cv1233]

5/24/99   442   TRANSCRIPT filed  for date(s) of 3/31/99.  Reporter:
                Phyllis Merana (tth) [Entry date 05/25/99] [1:98cv1232]

6/1/99    --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                  and continued to 10:00 6/2/99 in 1:98-cv-01232, in
                  1:98-cv-01233   reporter: P. Merana (rew) [1:98cv1232
                  1:98cv1233]

6/2/99    --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                  and continued to 10:00 6/3/99 in 1:98-cv-01232, in
                  1:98-cv-01233   reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

6/2/99    444     ORDER  by Judge Thomas P. Jackson  modifying the Protective
                  Order entered 5/27/98. (N) (rew) [Entry date 06/03/99]
                  [1:98cv1232 1:98cv1233]

6/3/99    --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                  and continued to 10:00 6/4/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: P. Merana (rew)
                  [Entry date 06/04/99] [1:98cv1232 1:98cv1233]

6/4/99    --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                  and continued to 10:00 6/7/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

6/7/99    --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                  and continued to 10:00 6/8/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

6/7/99    445     MOTION filed by movant AMER LAWYER MEDIA in 1:98-cv-01232,
                  movant ASSOCIATED PRESS in 1:98-cv-01232, Non Party NETWORK
                  COMPUTER INC in 1:98-cv-01232, movant NEW YORK TIMES CO in
                  1:98-cv-01232, movant REUTERS AMERICA,INC. in
                  1:98-cv-01232, movant SAN JOSE MERCURY NEW in
                  1:98-cv-01232, movant USA TODAY in 1:98-cv-01232, movant
                  WASHINGTON POST CO. in 1:98-cv-01232, movant ZDTV LLC in
                  1:98-cv-01232, movant ZDNET in 1:98-cv-01232 to unseal
                  certain exhibits admitted into evidence at trial and
                  received at deposition (tth) [Entry date 06/08/99]
                  [1:98cv1232]

6/8/99    --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                  and continued to 10:00 6/9/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

6/9/99    --      NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                  and continued to 10:00 6/10/99 in 1:98-cv-01232, in
                  1:98-cv-01233  reporter: Phyllis Merana (rew)
                  [1:98cv1232 1:98cv1233]

6/10/99  --     NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 6/14/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: P. Merana (rew) [1:98cv1232
                1:98cv1233]

6/14/99  --     NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed and
                continued to 9:30 6/16/99 in 1:98-cv-01232, in 1:98-cv-01233
                reporter: Phyllis Merana (rew) [Edit date 06/15/99]
                [1:98cv1232 1:98cv1233]

6/16/99  ---    NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed and
                continued to 10:00 6/21/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [Edit date 06/16/99] [1:98cv1232 1:98cv1233]

6/16/99  --     SCHEDULING NOTICE: trial set for 10:00 6/21/99 in
                1:98-cv-01232, in 1:98-cv-01233 ;  before Judge Thomas P.
                Jackson . (rew) [1:98cv1232 1:98cv1233]

6/16/99  446    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                to admit deposition excerpts and exhibits; Exhibits (2) (tth)
                [Entry date 06/17/99] [1:98cv1232]

6/18/99  447    TRANSCRIPT filed  for date(s) of 6/7/99.  Reporter: David
                Kasdan, Miller Reporting (st) [Entry date 06/21/99]
                [1:98cv1232]

6/18/99  448    TRANSCRIPT filed  for date(s) of 6/8/99.  Reporter: David
                Kasdan (st) [Entry date 06/21/99] [1:98cv1232]

6/18/99  449    TRANSCRIPT filed  for date(s) of 6/9/99.  Reporter: Thomas
                C. Bitsko, Miller Reporting (st) [Entry date 06/21/99]
                [1:98cv1232]

6/18/99  450    TRANSCRIPT filed  for date(s) of 6/10/99.  Reporter: David
                Kasdan; Miller Reporting (st) [Entry date 06/21/99]
                [1:98cv1232]

6/18/99  451    TRANSCRIPT filed  for date(s) of 6/16/99.  Reporter: David
                Kasdan, Miller Reporting (st) [Entry date 06/21/99]
                [Edit date 06/21/99] [1:98cv1232]

6/18/99  452    TRANSCRIPT filed  for date(s) of 6/14/99.  Reporter: David
                Kasdan, Miller Reporting (st) [Entry date 06/21/99]
                [1:98cv1232]

6/21/99  --     NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 6/22/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: Phyllis Merana (rew)
                [1:98cv1232 1:98cv1233]

6/22/99  --     NON-JURY TRIAL   before Judge Thomas P. Jackson   resumed
                and continued to 10:00 6/23/99 in 1:98-cv-01232, in
                1:98-cv-01233  reporter: P. Merana (rew)

           [Entry date 06/23/99] [1:98cv1232 1:98cv1233]

6/22/99   453    STIPULATION filed and fiated  by Judge Thomas P. Jackson
                 regarding deposition excerpts . (N) (rew)
                 [Entry date 06/23/99] [1:98cv1232 1:98cv1233]

6/22/99   454    STIPULATION filed and fiated  by Judge Thomas P. Jackson
                 admitting certain defendant exhibits. (N) (rew)
                 [Entry date 06/23/99] [1:98cv1232 1:98cv1233]

6/23/99   --     NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                 and continued to 10:00 6/24/99 in 1:98-cv-01232, in
                 1:98-cv-01233  reporter: Phyllis Merana (rew)
                 [1:98cv1232 1:98cv1233]

6/23/99   455    RESPONSE  by plaintiff USA in 1:98-cv-01232 in opposition
                 to motion to admit deposition excerpts and exhibits [446-1]
                 by MICROSOFT CORP.; Exhibits (3). (tth)
                 [Entry date 06/24/99] [1:98cv1232]

6/24/99   --     NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                 and concluded, closing arguments set for 10:00 9/21/99 in
                 1:98-cv-01232, in 1:98-cv-01233  reporter: Phyllis Merana
                 (rew) [1:98cv1232 1:98cv1233]

6/24/99   456    ORDER  by Judge Thomas P. Jackson  : granting motion to
                 admit deposition excerpts and exhibits [446-1] by MICROSOFT
                 CORP. in 1:98-cv-01232 (N) (rew) [1:98cv1232 1:98cv1233]

6/24/99   457    ORDER  by Judge Thomas P. Jackson ,amending the Court's
                 Scheduling Order No.6, proposed findings of fact are due
                 8-10-99, revised proposed findings of fact are due 9-10-99,
                 and closing arguments are scheduled for 9-21-99 at 10:00am.
                 (N) (rew) [1:98cv1232 1:98cv1233]

6/28/99   458    TRANSCRIPT filed  for date(s) of 3/31/99.  Reporter:
                 Phyllis Merana (tth) [Entry date 06/29/99] [1:98cv1232]

6/28/99   459    TRANSCRIPT filed  for date(s) of 6/1/99 (A.M. SESSION).
                 Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                 [1:98cv1232]

6/28/99   460    TRANSCRIPT filed  for date(s) of 6/2/99 (A.M. SESSION).
                 Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                 [1:98cv1232]

6/28/99   461    TRANSCRIPT filed  for date(s) of 6/3/99 (A.M. SESSION).
                 Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                 [1:98cv1232]

6/28/99   462    TRANSCRIPT filed  for date(s) of 6/4/99 (A.M. SESSION).
                 Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                 [1:98cv1232]

6/28/99   463     TRANSCRIPT filed  for date(s) of 6/7/99 (A.M. SESSION).
                  Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                  [1:98cv1232]

6/28/99   464     TRANSCRIPT filed  for date(s) of 6/8/99 (A.M. SESSION).
                  Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                  [1:98cv1232]

6/28/99   465     TRANSCRIPT filed  for date(s) of 6/9/99 (A.M. SESSION).
                  Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                  [1:98cv1232]

6/28/99   466     TRANSCRIPT filed  for date(s) of 6/10/99 (A.M. SESSION).
                  Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                  [1:98cv1232]

6/28/99   467     TRANSCRIPT filed  for date(s) of 6/14/99 (A.M. SESSION).
                  Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                  [1:98cv1232]

6/28/99   468     TRANSCRIPT filed  for date(s) of 6/16/99 (A.M. SESSION).
                  Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                  [1:98cv1232]

6/28/99   469     TRANSCRIPT filed  for date(s) of 6/21/99 (A.M. SESSION).
                  Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                  [1:98cv1232]

6/28/99   470     TRANSCRIPT filed  for date(s) of 6/22/99 (A.M. SESSION).
                  Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                  [1:98cv1232]

6/28/99   471     TRANSCRIPT filed  for date(s) of 6/23/99 (A.M. SESSION).
                  Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                  [1:98cv1232]

6/28/99   472     TRANSCRIPT filed  for date(s) of 6/24/99 (A.M. SESSION).
                  Reporter: Phyllis Merana (tth) [Entry date 06/29/99]
                  [1:98cv1232]

6/29/99   473     MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  to admit surrebuttal exhibits (tth) [Entry date 06/30/99]
                  [1:98cv1232]

6/30/99   474     STIPULATION filed and fiated  by Judge Thomas P. Jackson
                  regarding deposition excerpts received into evidence. (N)
                  (rew) [Entry date 07/01/99] [1:98cv1232 1:98cv1233]

7/2/99    475     TRANSCRIPT filed  for date(s) of 6/24/99.  Reporter: David
                  Kasdan, Miller Reporting (st) [Entry date 07/06/99]
                  [1:98cv1232]

7/2/99    476     TRANSCRIPT filed  for date(s) of 6/23/99.  Reporter: David
                  Kasdan; Miller Reporting (st) [Entry date 07/06/99]

Proceedings Include All Events.                                      CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                          CONSOL TYPE A

                    [1:98cv1232]

7/2/99    477    TRANSCRIPT filed  for date(s) of 6/21/99.  Reporter: David
                 Kasdan, Miller Reporting (st) [Entry date 07/06/99]
                 [1:98cv1232]

7/2/99    478    TRANSCRIPT filed  for date(s) of 6/22/99.  Reporter: David
                 Kasdan, Miller Reporting (st) [Entry date 07/06/99]
                 [1:98cv1232]

7/9/99    479    NOTICE OF WITHDRAWAL of motion to unseal certain exhibits
                 admitted into evidence at trial and received at deposition
                 [445-1] by movantssssss, Non Party, movant (st)
                 [Entry date 07/12/99] [1:98cv1232]

7/12/99   480    RESPONSE  by plaintiff USA in 1:98-cv-01232, and plaintiffs
                 in 1:98-cv-01233 in opposition to motion to admit
                 surrebuttal exhibits [473-1] by MICROSOFT CORP. in
                 1:98-cv-01232; Attachments (2). (tth) [Entry date 07/13/99]
                 [1:98cv1232 1:98cv1233]

7/16/99   481    REPLY  by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                 response to motion to admit surrebuttal exhibits [473-1] by
                 MICROSOFT CORP. (st) [Entry date 07/19/99] [1:98cv1232]

7/22/99   482    ORDER  by Judge Thomas P. Jackson  : granting in part and
                 denying in part motion to admit surrebuttal exhibits
                 [473-1] by MICROSOFT CORP. in 1:98-cv-01232 (N) (rew)
                 [1:98cv1232 1:98cv1233]

7/28/99   483    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 for Oliver Metzger, to appear pro hac vice (Sullivan &
                 Cromwell, 125 Broad Street, New York, NY 10004, (212)
                 558-4000 (tth) [Entry date 07/29/99] [1:98cv1232]

7/28/99   484    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 for Bradley P. Smith, to appear pro hac vice (Sullivan &
                 Cromwell, 125 Broad Street, New York, NY 10004, (212)
                 558-4000) (tth) [Entry date 07/29/99] [1:98cv1232]

7/28/99   485    ORDER  by Judge Thomas P. Jackson  : granting motion for
                 Bradley P. Smith, to appear pro hac vice (Sullivan &
                 Cromwell, 125 Broad Street, New York, NY 10004, (212)
                 558-4000) [484-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
                 (rew) [Entry date 07/29/99] [1:98cv1232 1:98cv1233]

7/28/99   486    ORDER  by Judge Thomas P. Jackson  : granting motion for
                 Oliver Metzger, to appear pro hac vice (Sullivan &
                 Cromwell, 125 Broad Street, New York, NY 10004, (212)
                 558-4000 [483-1] by MICROSOFT CORP. in 1:98-cv-01232 (N)
                 (rew) [Entry date 07/29/99] [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                         CONSOL TYPE A

7/28/99   487   STIPULATION filed and fiated by Judge Thomas P. Jackson
                unsealing and admitting certain defendants AOL eshibits.
                (N) (rew) [Entry date 07/29/99] [1:98cv1232 1:98cv1233]

7/28/99   488   STIPULATION filed and fiated by Judge Thomas P. Jackson
                admitting certain Plaintiff's exhibits . (N) (rew)
                [Entry date 07/29/99] [1:98cv1232 1:98cv1233]

8/9/99    489   MEMORANDUM by plaintiff USA in 1:98-cv-01232, PLAINTIFFS
                STATES in 1:98-cv-01233 and Defendant-Counterclaim
                Plaintiff Microsoft Corporation notifying the Court that
                they hereby rest their cases. (tth) [Entry date 08/11/99]
                [1:98cv1232 1:98cv1233]

8/10/99   490   MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                to file the "Filed Under Seal" version of its Proposed
                Findings of Fact be filed under seal; EXHIBIT (PROPOSED
                FINDING OF FACT - LODGED UNDER SEAL) (tth)
                [Entry date 08/11/99] [1:98cv1232]

8/10/99   491   FINDINGS OF FACT (PROPOSED)(PUBLIC VERSION) and Conclusions
                of Law filed by Defendant Microsoft Corporation. (tth)
                [Entry date 08/11/99] [Edit date 08/11/99] [1:98cv1232]

8/10/99   492   FINDINGS OF FACT (JOINT PROPOSED) and Conclusions of Law
                filed by plaintiffs; (BULKY); (FILED UNDER SEAL). (tth)
                [Entry date 08/11/99] [Edit date 08/11/99] [1:98cv1232
                1:98cv1233]

8/10/99   493   FINDINGS OF FACT (JOINT PROPOSED) and Conclusions of Law by
                plaintiffs; (BULKY); (REDACTED PUBLIC VERSION). (tth)
                [Entry date 08/11/99] [1:98cv1232 1:98cv1233]

8/10/99   494   ORDER  by Judge Thomas P. Jackson ,denying without
                prejudice defendant's motion for judgment as a matter of
                law. (N) (rew) [Entry date 08/11/99] [1:98cv1232 1:98cv1233]

8/10/99   495   ORDER  by Judge Thomas P. Jackson : granting motion to
                file the "Filed Under Seal" version of its Proposed
                Findings of Fact be filed under seal [490-1] by MICROSOFT
                CORP. in 1:98-cv-01232 (N) (rew) [Entry date 08/11/99]
                [1:98cv1232 1:98cv1233]

8/10/99   496   MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                for judgment as a matter of law (tth) [Entry date 08/11/99]
                [1:98cv1232]

8/10/99   497   FINDINGS OF FACT (PROPOSED) and Conclusions of Law filed by
                Defendant Microsoft Corporation; (FILED UNDER SEAL). (tth)
                [Entry date 08/27/99] [1:98cv1232]

9/3/99     498    ORDER   by Judge Thomas P. Jackson ,directing parties to
                  file revised versions of proposed findings of fact on
                  9-10-99 and with instructions to counsel to content and
                  instruction on closing arguments. (N) (rew) [1:98cv1232
                  1:98cv1233]

9/10/99    499    FINDINGS OF FACT and Conclusions of Law (JOINT PROPOSED)
                  filed by plaintiffs1; Exhibits (7); (FILED UNDER SEAL). (tth)
                  [Entry date 09/14/99] [Edit date 09/14/99] [1:98cv1232]

9/10/99    500    FINDINGS OF FACT and Conclusions of Law (JOINT PROPOSED)
                  filed by plaintiffs; Exhibits (7); (REDACTED PUBLIC
                  VERSION) . (tth) [Entry date 09/14/99] [1:98cv1232]

9/10/99    501    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                  to file Proposed Findings of Fact under seal; EXHIBIT
                  (PROPOSED FINDINGS OF FACT) (tth) [Entry date 09/14/99]
                  [1:98cv1232]

9/10/99    502    FINDINGS OF FACT and Conclusions of Law (REVISED PROPOSED)
                  filed by defendant MICROSOFT CORP.; (PUBLIC VERSION) (tth)
                  [Entry date 09/14/99] [1:98cv1232]

9/13/99    503    ORDER   by Judge Thomas P. Jackson  : granting motion to
                  file Proposed Findings of Fact under seal [501-1] by
                  MICROSOFT CORP.  (N) (tth) [Entry date 09/14/99]
                  [Edit date 09/14/99] [1:98cv1232]

9/13/99    504    FINDINGS OF FACT and Conclusions of Law (REVISED PROPOSED)
                  filed by defendant MICROSOFT CORP. (FILED UNDER SEAL) (tth)
                  [Entry date 09/14/99] [1:98cv1232]

9/21/99    --     NON-JURY TRIAL  before Judge Thomas P. Jackson  resumed
                  and concluded with closing arguments, case submitted.
                  reporter: P. Merana (rew) [1:98cv1232 1:98cv1233]

9/30/99    505    TRANSCRIPT filed  for date(s) of 9/21/99.  Reporter: David
                  A. Kasdan, Miller Reporting Co., Inc. (tth)
                  [Entry date 10/05/99] [1:98cv1232]

10/14/99 506      TRANSCRIPT filed  for date(s) of September 21, 1999.
                  Reporter: Phyllis Merana (tw) [Entry date 10/15/99]
                  [1:98cv1232]

11/5/99    508    FINDINGS OF FACT by Judge Thomas Penfield Jackson . (rew)
                  [Entry date 11/08/99] [1:98cv1232 1:98cv1233]

11/5/99    509    SCHEDULING ORDER #7  by Judge Thomas P. Jackson  :directing
                  plaintiffs to file memorandum of law by 12-6-99, and
                  defendant to file a responsive memorandum of law by
                  1-17-00, and plaintiffs may file a reply memorandum by
                  1-24-00, and defendant may file a surreply memorandum by
                  1-31-00, and with instructions to counsel. (N) (rew)
                  [Entry date 11/08/99] [1:98cv1232 1:98cv1233]

11/19/99 510      ORDER   by Judge Thomas P. Jackson  :setting page
                  limitations for memoranda of law; inviting Professor
                  Lawrence Lessig to participate as amicus curiae and both
                  plaintiff and defendant to designate a single amicus of
                  their choice; with instructions to amicus; setting oral
                  argument on 10:00 2/22/00 in 1:98-cv-01232, in
                  1:98-cv-01233 ;  (N) (rew) [1:98cv1232 1:98cv1233]

11/19/99 511      ORDER   by Judge Thomas P. Jackson  :referring cases for
                  voluntary mediation to Judge Richard A.Posner, Chief Judge
                  of the U.S.Court of Appeals for the 7th Circuit. (N) (rew)
                  [1:98cv1232 1:98cv1233]

11/24/99 515      TRANSCRIPT filed  for date of November 18, 1999. Reporter:
                  Phyllis Merana (dot) [Entry date 12/15/99] [1:98cv1232]

12/6/99  512      PLAINTIFFS' JOINT PROPOSED Conclusions of Law. (tth)
                  [Entry date 12/07/99] [1:98cv1232]

12/6/99  513      STATES' MEMORANDUM AND PROPOSED Conclusions of Law. (tth)
                  [Entry date 12/07/99] [1:98cv1232 1:98cv1233]

12/9/99  514      OBJECTIONS by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                  participation by Professor Lawrence Lessig in this case as
                  a purported Amicus Curiae; Exhibits (2) (tth)
                  [Entry date 12/10/99] [1:98cv1232]

12/10/99 519      ATTORNEY APPEARANCE  for plaintiffs in 1:98-cv-01233,
                  counter-defendants in 1:98-cv-01233 by Kevin James O'Connor
                  (tth) [Entry date 01/04/00] [1:98cv1232 1:98cv1233]

12/20/99 516      RESPONSE by plaintiff USA in 1:98-cv-01232 to objection to
                  participation by Professor Lawrence Lessig as an amicus
                  curiae [514-1] (tth) [Entry date 12/21/99] [1:98cv1232]

12/20/99 517      MEMORANDUM AND ORDER  by Judge Thomas P. Jackson :overruling
                  defendant's objection to participation of Professor Lawrence
                  Lessig as amicus curiae. Attachment. (N)  (N) (rew)
                  [Entry date 12/21/99] [Edit date 12/21/99] [1:98cv1232
                  1:98cv1233]

12/21/99 518      ORDER   by Judge Thomas P. Jackson  :of correction of
                  errata and amending Findings of Fact of 11-5-99. (N) (rew)
                  [Entry date 12/22/99] [1:98cv1232 1:98cv1233]

1/6/00   520      ORDER   by Judge Thomas P. Jackson  : directing defendant
                  to file responsive memorandum with respect to conclusions
                  of law by 1-18-00 and plaintiff to reply by 1-25-00 and
                  defendant to file surreply by 2-1-00 and amici curiae to
                  file memoranda of law by 2-1-00 and the oral argument date
                  remains unchanged. (N) (rew) [Entry date 01/07/00]
                  [1:98cv1232 1:98cv1233]

1/18/00   521    PROPOSED Conclusions of Law filed by defendant Microsoft.
                 (tth) [Entry date 01/19/00] [1:98cv1232]

1/18/00   522    MEMORANDUM  by defendant MICROSOFT CORP. in 1:98-cv-01232
                 in opposition to States' Memorandum and Proposed
                 Conclusions of Law [513-1]. (tth) [Entry date 01/19/00]
                 [1:98cv1232]

1/27/00   523    REPLY (JOINT) by plaintiff USA in 1:98-cv-01232, plaintiffs
                 STATES in 1:98-cv-01233, to findings of fact [521-1] in
                 1:98-cv-01232. (tth) [Entry date 01/28/00]
                 [Edit date 01/28/00] [1:98cv1232 1:98cv1233]

1/27/00   524    REPLY by plaintiffs STATES in 1:98-cv-01233 proposed
                 conclusions of law of fact [513-1] in 1:98-cv-01232,
                 proposed conclusions of law [164-1] in 1:98-cv-01233 (tth)
                 [Entry date 01/28/00] [1:98cv1232 1:98cv1233]

1/27/00   525    MOTION filed for W. DAVID SLAWSON, ERWIN CHEMERINSKY to
                 case(s) 1:98-cv-01232,  to file amicus brief; EXHIBIT
                 (MEMORANDUM) (tth) [Entry date 02/01/00] [1:98cv1232]

1/28/00   528    RESPONSE by plaintiff USA in 1:98-cv-01232, plaintiffs
                 STATES in 1:98-cv-01233 to motion for W. DAVID SLAWSON,
                 ERWIN CHEMERINSKY to case(s) 1:98-cv-01232,  to file amicus
                 brief [525-1] in 1:98-cv-01232 (tth) [Entry date 02/02/00]
                 [1:98cv1232 1:98cv1233]

2/1/00    526    MEMORANDUM by defendant MICROSOFT CORP. in 1:98-cv-01232
                 re: designation of amicus curiae. (tth) [1:98cv1232]

2/1/00    527    ORDER by Judge Thomas P. Jackson: denying motion for W.
                 DAVID SLAWSON, ERWIN CHEMERINSKY to case(s) 1:98-cv-01232,
                 to file amicus brief [525-1] (N) (kmk) [1:98cv1232]

2/1/00    529    RESPONSE by plaintiff USA in 1:98-cv-01232 to order re:
                 Designation of Amicus Curiae in 1:98-cv-01232, [510-1],
                 order [510-2], in 1:98-1233, order [163-1] (tth)
                 [Entry date 02/02/00] [Edit date 02/02/00] [1:98cv1232]

2/1/00    530    AMICUS BRIEF filed by amicus SOFTWARE AND INFO in
                 1:98-cv-01232. (tth) [Entry date 02/02/00] [1:98cv1232]

2/1/00    531    RESPONSE by plaintiffs STATES in 1:98-cv-01233 to order re:
                 Designation of Amicus Curiae [510-1] in 1:98-cv-01232, ,
                 [510-2] in 1:98-cv-01232, 1:98-cv-01233, order [163-1] in
                 1:98-cv-01233 (tth) [Entry date 02/02/00]
                 [Edit date 02/02/00] [1:98cv1232 1:98cv1233]

2/1/00    532    AMICUS BRIEF (PROPOSED Conclusions of Law) filed by amicus
                 ROBERT H. BORK in 1:98-cv-01232. (tth) [Entry date 02/02/00]
                 [1:98cv1232]

2/1/00    533    AMICUS BRIEF filed by amicus LAWRENCE LESSIG in
                 1:98-cv-01232. (tth) [Entry date 02/02/00] [1:98cv1232]

2/3/00    535    SURREPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                 response to Plaintiffs' Joint Reply [523-1]; "Let this be
                 filed", JACKSON, J. (tth) [Entry date 02/14/00]
                 [Edit date 02/14/00] [1:98cv1232]

2/3/00    536    SURREPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                 response to the STATES' Reply [524-1]; "Let this be filed",
                 JACKSON, J.; "Let this be file", JACKSON, J. (tth)
                 [Entry date 02/14/00] [Edit date 02/14/00] [1:98cv1232]

2/4/00    537    AMICUS BRIEF filed by amicus COMPETITIVE TECH in
                 1:98-cv-01232.; "Let this be filed", JACKSON, J. (tth)
                 [Entry date 02/14/00] [1:98cv1232]

2/9/00    534    MOTION filed by amicus W. DAVID SLAWSON in 1:98-cv-01232,
                 amicus ERWIN CHEMERINSKY in 1:98-cv-01232 for
                 reconsideration of their motion for leave to file
                 memorandum of amici curiae; EXHIBIT (memorandum) (jf)
                 [Entry date 02/10/00] [1:98cv1232]

2/20/00   609    FINAL JUDGMENT (PROPOSED) for plaintiff USA in
                 1:98-cv-01232, plaintiffs STATES in 1:98-cv-01233; "Let
                 this be filed, nunc pro tunc to 5/20/00", JACKSON, J. (tth)
                 [Entry date 02/22/01] [1:98cv1232 1:98cv1233]

2/22/00   540    ORDER by Judge Thomas P. Jackson: granting motion by
                 plaintiffs in CA98-1233 to make part of the record the
                 unpublished decision in Pinney Dock& Transportation Co. v.
                 Penn Central Corp. case number C80-1733
                 (N.D.Ohio,Feb.2,1982). (N) (kmk) [Entry date 03/16/00]
                 [Edit date 09/14/00] [1:98cv1232 1:98cv1233]

3/3/00    538    TRANSCRIPT filed  for date(s) of February 22, 2000.
                 Reporter: Miller Reporting Co., Inc. (tth)
                 [Entry date 03/06/00] [1:98cv1232]

3/9/00    539    TRANSCRIPT filed  for date(s) of 2/22/00.  Reporter: (bjsp)
                 [Entry date 03/10/00] [1:98cv1232]

4/3/00    541    CONCLUSIONS OF LAW. by Judge Thomas P. Jackson. (N) (rew)
                 [1:98cv1232 1:98cv1233]

4/3/00    542    ORDER   by Judge Thomas P. Jackson  :declaring that
                 MICROSOFT has violated the Sherman Act as well as certain
                 state law provisions, and judgment is entered for the
                 UNITED STATES on certain claims in CA98-1232,and the first
                 claim in CA98-1232 is dismissed with prejudice, and
                 entering judgment for plaintiff STATES on certain claims in
                 CA98-1233, and the fifth claim in CA98-1233 is dismissed
                 with prejudice, and MICROSOFT'S first and second claims in
                 CA98-1233 are dismissed with prejudice, and the Court shall
                 enter an order with respect to appropriate relief,costs and
                 fees, following proceedings to be established by further
                 order of the Court. (N) (rew) [1:98cv1232 1:98cv1233]

4/5/00    543    ORDER   by Judge Thomas P. Jackson  :plaintiff UNITED
                 STATES and STATES to file certain proposed forms of
                 permanent injunction by 4-28-00, defendant to file response;
                  objections; counter-proposals, and recommendations by
                 5-10-00, plaintiffs to reply by 5-17-00, all filings to be
                 on the public record and a hearing on remedies is set for
                 5-24-00 at 10:00 am. trial set for 10:00 5/24/00 in
                 1:98-cv-01232, in 1:98-cv-01233 ;  (N) (rew)
                 [Entry date 04/06/00] [1:98cv1232 1:98cv1233]

4/13/00   544    TRANSCRIPT filed  for date(s) of April 4, 2000.  Reporter:
                 Phyllis Merana (tth) [Entry date 04/18/00] [1:98cv1232]

4/13/00   545    TRANSCRIPT filed  for date(s) of April 5, 2000.  Reporter:
                 Phyllis Merana (tth) [Entry date 04/18/00] [1:98cv1232]

4/21/00   546    MOTION filed for CA PLAINTIFFS to case(s) 1:98-cv-01232,
                 to intervene for the limited purpose of modifying
                 protective order; Exhibits (3) (tth) [Entry date 04/25/00]
                 [1:98cv1232]

4/27/00   547    MOTION filed for ROBERT E. LITAN to case(s) 1:98-cv-01232,
                 to file amicus brief; EXHIBIT (AMICUS BRIEF) (tth)
                 [Entry date 04/28/00] [1:98cv1232]

5/1/00    548    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 to modify its 1998 Protective Order, and any sealing
                 orders entered prior to or during trial, to permit all
                 Microsoft's counsel of record in the California Litigation
                 to review Confidential and Highly Confidential documents
                 and other materials in this action, subject to the terms of
                 the California Protective Order; Exhibits (3) (tth)
                 [Entry date 05/02/00] [1:98cv1232]

5/1/00    549    ORDER   by Judge Thomas P. Jackson  : granting motion for
                 ROBERT E. LITAN to case(s) 1:98-cv-01232, to file amicus
                 brief [547-1] in 1:98-cv-01232 (N) (rew)
                 [Entry date 05/02/00] [1:98cv1232 1:98cv1233]

5/1/00    562    AMICUS BRIEF filed by movant ROBERT E. LITAN in
                 1:98-cv-01232; Appendix (1). (tth) [Entry date 05/18/00]

[1:98cv1232]

5/2/00    550    RESPONSE by plaintiff USA in 1:98-cv-01232 to motion for CA
                 PLAINTIFFS to case(s) 1:98-cv-01232, to intervene for the
                 limited purpose of modifying protective order [546-1] (cjp)
                 [Entry date 05/03/00] [1:98cv1232]

5/9/00    553    MOTION filed by Non Party DELL COMPUTER CORP. in
                 1:98-cv-01232 to extend time to respond to motion by
                 California Plaintiffs to Intervene for Limited Purpose of
                 Modifying Protective Order (tth) [Entry date 05/12/00]
                 [Edit date 05/15/00] [1:98cv1232]

5/10/00   551    REPLY by movant CA PLAINTIFFS in 1:98-cv-01232 to response
                 to motion for CA PLAINTIFFS to case(s) 1:98-cv-01232, to
                 intervene for the limited purpose of modifying protective
                 order [546-1] (tth) [Entry date 05/12/00] [1:98cv1232]

5/10/00   552    MOTION filed by movant ORACLE CORPORATION in 1:98-cv-01232
                 to extend time to respond to Motion by California
                 Plaintiffs to Intervene for Limited Purpose of Modifying
                 Protective Order, and to extend time to respond to
                 defendant Microsoft's Motion for Modification of the
                 protective Order and Sealing Orders (tth)
                 [Entry date 05/12/00] [1:98cv1232]

5/10/00   554    ATTORNEY APPEARANCE  for movant INTEL CORP in 1:98-cv-01232
                 by Joseph Kattan, Jeffrey Thomas Gilleran (tth)
                 [Entry date 05/15/00] [1:98cv1232]

5/10/00   553    MOTION JOINDER by movant INTEL CORP in 1:98-cv-01232
                 joining in motion to extend time to respond to motion by
                 California Plaintiffs to Intervene for Limited Purpose of
                 Modifying Protective Order [553-1] (tth)
                 [Entry date 05/15/00] [1:98cv1232]

5/10/00   557    RESPONSE by movant GATEWAY INC in 1:98-cv-01232 to motion
                 for CA PLAINTIFFS to case(s) 1:98-cv-01232, to intervene
                 for the limited purpose of modifying protective order
                 [546-1], and motion to modify its 1998 Protective Order,
                 and any sealing orders entered prior to or during trial, to
                 permit all Microsoft's counsel of record in the California
                 Litigation to review Confidential and Highly Confidential
                 documents other materials in this action, subject to the
                 terms of the California Protective Order [548-1] by
                 MICROSOFT CORP. (tth) [Entry date 05/17/00] [1:98cv1232]

5/10/00   --     DOCUMENT NUMBER 555 DOESN'T EXIST----RENUMBERING ERROR (cjp)
                 [Entry date 05/25/00] [1:98cv1232]

5/10/00   610    STATEMENT filed by defendant MICROSOFT CORP. in
                 1:98-cv-01232, regarding: Microsoft Corporation's position
                 as to future proceedings on the issue of remedy; Exhibits
                 (2); "Let this be filed", JACKSON, J. (tth)

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                           CONSOL TYPE A

                 [Entry date 02/22/01] [1:98cv1232]

5/12/00   556    MOTION filed by Non Party INTL BUS MACHINE COR in
                 1:98-cv-01232 to extend time to respond to motion by
                 California Plaintiffs to Intervene for Limited Purpose of
                 Modifying Protective Order (tth) [Entry date 05/15/00]
                 [1:98cv1232]

5/12/00   561    MEMORANDUM by defendant MICROSOFT CORP. in 1:98-cv-01232
                 in opposition to motion for ROBERT E. LITAN to case(s)
                 1:98-cv-01232, to file amicus brief [547-1]; Exhibits (2);
                 "Let this be filed", (JACKSON, J.) (tth)
                 [Entry date 05/18/00] [1:98cv1232]

5/16/00   553    MOTION JOINDER by movant HEWLETT-PACKARD CO. in
                 1:98-cv-01232 joining in motion to extend time to respond
                 to motion by California Plaintiffs to Intervene for Limited
                 Purpose of Modifying Protective Order [553-1] (tth)
                 [Entry date 05/17/00] [1:98cv1232]

5/16/00   558    RESPONSE by movant COMPAQ COMPUTER CORP in 1:98-cv-01232
                 in opposition to motion for CA PLAINTIFFS to case(s)
                 1:98-cv-01232, to intervene for the limited purpose of
                 modifying protective order [546-1]; Exhibits (2). (tth)
                 [Entry date 05/17/00] [1:98cv1232]

5/16/00   559    MOTION filed by amicus COMPETITIVE TECH in 1:98-cv-01232
                 for leave to file a proposal for establishment of an
                 orderly procedure for public participation on the issue of
                 remedies (tth) [Entry date 05/17/00] [1:98cv1232]

5/17/00   560    REPLY by plaintiffs in 1:98-cv-01232, 1:98-cv-01233, in
                 support of proposed final judgment; exhibits (20) (jf)
                 [Entry date 05/18/00] [1:98cv1232 1:98cv1233]

5/17/00   563    ORDER  by Judge Thomas P. Jackson  :granting motion of
                 Association for Competitive Technology for leave to file
                 proposal for establishment of an orderly procedure for
                 public participation on remedies and the proposal is
                 received as submission amicus curiae and not de facto
                 interventionl. (N) (rew) [Entry date 05/18/00]
                 [1:98cv1232 1:98cv1233]

5/19/00   564    MOTION filed for COMPUTER & COMM, SOFTWARE AND INFO
                 case(s) 1:98-cv-01232,  to file amicus brief; EXHIBIT
                 (AMICUS BRIEF) (tth) [Entry date 05/22/00] [1:98cv1232]

5/22/00   565    REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232 in
                 further support of their motion for judgment as a matter
                 of law [496-1] by MICROSOFT CORP. ; exhibits (4) (bjsp)
                 [1:98cv1232]

5/22/00   566   JOINT MOTION by defendant MICROSOFT CORP. in 1:98-cv-01232,
                movant CA PLAINTIFFS in 1:98-cv-01232 to extend time to
                6/2/00 to file their respective reply briefs responding to
                the oppositions filed by Gateway and Compaq (tth)
                [Entry date 05/23/00] [1:98cv1232]

5/22/00   567   ORDER by Judge Thomas P. Jackson : granting motion for
                COMPUTER & COMM, SOFTWARE AND INFO case(s) 1:98-cv-01232,
                to file amicus brief [564-1] in 1:98-cv-01232 (N) (jaw)
                [Entry date 05/23/00] [1:98cv1232 1:98cv1233]

5/22/00   572   AMICUS BRIEF filed by amicus COMPUTER & COMM in
                1:98-cv-01232. (tth) [Entry date 06/05/00] [1:98cv1232]

5/23/00   569   MOTION filed for VALMARPRO ANTITRUST to case
                1:98-cv-01232, to intervene, "Let this be filed", JACKSON,
                J. (jaw) [Entry date 05/26/00] [1:98cv1232]

5/23/00   --    ORDER by Judge Thomas P. Jackson denying motion for
                VALMARPRO ANTITRUST to case 1:98-cv-01232, to intervene
                [569-1] in 1:98-cv-01232 (fiat) (N) (jaw)
                [Entry date 05/26/00] [1:98cv1232 1:98cv1233]

5/24/00   568   STATEMENT filed by defendant MICROSOFT CORP. in
                1:98-cv-01232, regarding: Offer of Proof; "Let this be
                filed", JACKSON, J. (tth) [Entry date 05/25/00]
                [1:98cv1232]

5/24/00   --    STATUS HEARING  before Judge Thomas P. Jackson  :plaintiff
                to file additional memoranda on remedy by 5-26-00 and
                defendant to respond within in 48 hours. Reporter: P.
                Merana am, Dave Kasden pm (rew) [Entry date 05/25/00]
                [1:98cv1232 1:98cv1233]

5/30/00   588   LETTER filed by Warren J. Rheaume, dated May 18, 2000, re:
                Objection to Relief Sought Against Mr. Paul Allen, a
                Non-Party; "Let this be filed", JACKSON, J. (tth)
                [Entry date 06/16/00] [1:98cv1232]

5/31/00   611   STATEMENT filed by defendant MICROSOFT CORP. in
                1:98-cv-01232, regarding: Microsoft Corporation's
                Supplemental Offer of Proof; "Let this be filed", JACKSON,
                J. (tth) [Entry date 02/22/01] [1:98cv1232]

6/1/00    --    PHONE CONFERENCE STATUS HEARING  before Judge Thomas P.
                Jackson :Plaintiff to respond to defendants proposed
                judgment by 6-5-00 and defendant to respond by 6-7-00.
                Reporter: P. Merana (rew) [1:98cv1232 1:98cv1233]

6/1/00    570   ORDER  by Judge Thomas P. Jackson  : allowing plaintiff to
                respond to defendants specific comments as to the form of
                their revised proposed final judgment by 6-5-00 and
                defendant to respond by 6-7-00  (N) (rew) [1:98cv1232
                1:98cv1233]

6/1/00     571     MEMORANDUM by plaintiff in 1:98-cv-01232 in support of
                   plaintiffs' revised proposed final judgment.  Plaintiff was
                   directed to file this by the Court at the 5/24/00 hearing
                   (FIAT) JACKSON, J. ; attachments (bjsp)
                   [Entry date 06/02/00] [1:98cv1232]

6/2/00     573     ORDER   by Judge Thomas P. Jackson  :holding in abeyance
                   for 60 days defendant's motion (548) to modify Protective
                   Order and California plaintiff's motion (421) to intervene
                   for a limited purpose, and negotiation efforts are to be
                   concluded by 8-1-00 and proposed modifications to the
                   protective and sealing order shall be presented to the
                   Court, failing each party shall file additional briefs by
                   8-11-00.(N) (rew) [Entry date 06/06/00] [1:98cv1232
                   1:98cv1233]

6/2/00     574     STATEMENT filed by defendant MICROSOFT CORP. in
                   1:98-cv-01232,  regarding: Comments on Plaintiffs' Revised
                   Proposed Final Judgment; "Let this be filed", JACKSON, J.
                   (tth) [Entry date 06/07/00] [1:98cv1232]

6/2/00     581     MEMORANDUM by defendant MICROSOFT CORP. in 1:98-cv-01232
                   in opposition to the Motion of Consumers for Computing
                   Choice and Open Platform Working Group for leave to file a
                   brief on Remedy as purported amici curiae; "Leave to file
                   granted", JACKSON, J. (tth) [Entry date 06/13/00]
                   [1:98cv1232]

6/5/00     577     RESPONSE by plaintiff USA in 1:98-cv-01232, plaintiffs
                   STATES in 1:98-cv-01233 1:98-cv-01233 to comments on
                   revised proposed final judgment [574-1] by MICROSOFT CORP.
                   in 1:98-cv-01232; Exhibits (3) (tth) [Entry date 06/07/00]
                   [1:98cv1232 1:98cv1233]

6/6/00     579     REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232   to
                   response to Microsoft's comments on their Revised Proposed
                   Final Judgment [574-1] by MICROSOFT CORP. (tth)
                   [Entry date 06/08/00] [1:98cv1232]

6/6/00     580     MEMORANDUM by Non Party NOVELL INC in 1:98-cv-01232 in
                   opposition to motion for CA PLAINTIFFS to case(s)
                   1:98-cv-01232, to intervene for the limited purpose of
                   modifying protective order [546-1], motion to modify its
                   1998 Protective Order, and any sealing orders entered prior
                   to or during trial, to permit all Microsoft's counsel of
                   record in the California Litigation to review Confidential
                   and Highly Confidential documents and other materials in
                   this action, subject to the terms of the California
                   Protective Order [548-1] by MICROSOFT CORP.; Exhibits (10);
                   "Let this be filed", JACKSON, J. (tth) [Entry date 06/08/00]
                   [1:98cv1232]

6/7/00    575    MEMORANDUM AND ORDER  by Judge Thomas P. Jackson  :denying
                 defendant's motion for summary rejection of plaintiff's
                 structural reorganization, and rejecting defendant's
                 position as to furture proceedings on remedy, and
                 plaintiff's proposed final judgment and defendant's
                 comments are entered as a Final Judgment.(N) (rew)
                 [1:98cv1232 1:98cv1233]

6/7/00    576    FINAL JUDGMENT  by Judge Thomas P. Jackson  in favor of
                 plaintiff USA in 1:98-cv-01232, plaintiff STATES in
                 1:98-cv-01233 against defendant MICROSOFT CORP. in
                 1:98-cv-01232 and 1:98-1233, with instructions on
                 divestiture, provisions implementing divestiture, internal
                 antitrust compliance, compliance inspection, effective
                 date, term, retention of jurisdiction, and modification.
                 (N) (rew) [1:98cv1232 1:98cv1233]

6/7/00    578    MOTION filed by defendant MICROSOFT CORP. in 1:98-cv-01232
                 for a stay pending appeal of all provisions of the Final
                 Judgment entered by the Court on June 7, 2000 (tth)
                 [1:98cv1232]

6/12/00   582    RESPONSE by plaintiff USA in 1:98-cv-01232 to motion for a
                 stay pending appeal of all provisions of the Final Judgment
                 entered by the Court on June 7, 2000 [578-1] by MICROSOFT
                 CORP.; Attachment (1) (tth) [Entry date 06/13/00]
                 [1:98cv1232]

6/13/00   583    ORDER   by Judge Thomas P. Jackson  :reserving ruling on
                 defendant's motion for stay pending appeal. (N) (rew)
                 [1:98cv1232 1:98cv1233]

6/13/00   584    REPLY  by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                 response to motion for a stay pending appeal of all
                 provisions of the Final Judgment entered by the Court on
                 June 7, 2000 [578-1] by MICROSOFT CORP. (tth)
                 [Entry date 06/14/00] [1:98cv1232]

6/13/00   585    MOTION filed by plaintiff USA in 1:98-cv-01232, plaintiffs
                 in 1:98-cv-01233 for certification of direct appeal to the
                 Supreme Court Under 15 U.S.C 29 (tth) [Entry date 06/14/00]
                 [Edit date 06/21/00] [1:98cv1232 1:98cv1233]

6/13/00   586    NOTICE OF APPEAL by defendant MICROSOFT CORP. in
                 1:98-cv-01232 from judgment order [576-1], entered 6/7/00
                 and order [542-1], entered on: 4/3/00. $5.00 filing fee
                 paid and $100.00 docketing fee paid. Copies mailed to all
                 parties. (tth) [Entry date 06/15/00] [1:98cv1232]

6/14/00   587    STATEMENT filed by defendant MICROSOFT CORP. in
                 1:98-cv-01232, regarding: Suggestion of defendant Microsoft
                 Corporation as to the appropriate procedure to be allowed
                 in resolving plaintiffs' certification motion. (tth)
                 [Entry date 06/15/00] [1:98cv1232]

6/15/00   --       TRANSMITTED PRELIMINARY RECORD on appeal [586-1] by
                   MICROSOFT CORP. to U.S. Court of Appeals (tth)
                   [1:98cv1232]

6/19/00   --       USCA # 00-5212 assigned for appeal [586-1] by MICROSOFT
                   CORP. (tth) [Entry date 06/20/00] [1:98cv1232]

6/19/00   589      RESPONSE by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                   motion for certification of direct appeal to the Supreme
                   Court Under 15 U.S.C 29 [585-1] by plaintiffs, Exhibits (4)
                   (tth) [Entry date 06/20/00] [Edit date 06/20/00]
                   [1:98cv1232]

6/20/00   --       TRANSMITTED supplemental record on appeal [586-1] by
                   MICROSOFT CORP.      USCA No.: 00-5212. (tth)
                   [1:98cv1232]

6/20/00   590      REPLY  by plaintiff USA in 1:98-cv-01232 and plaintiffs in
                   1:98-cv-01233 to response to motion for certification of
                   direct appeal to the Supreme Court Under 15 U.S.C 29 by
                   plaintiffs in 1:98-cv-01232, motion for certification of
                   direct appeal to the Supreme Court Under 15 U.S.C 29
                   plaintiff in 1:98-cv-01233 (tth) [Entry date 06/21/00]
                   [1:98cv1232 1:98cv1233]

6/20/00   591      ORDER  by Judge Thomas P. Jackson  : granting motion for
                   certification of direct appeal to the Supreme Court Under
                   15 U.S.C 29 [585-1] by counter-defendant by plaintiffs,
                       plaintiff in 1:98-cv-01232, 1:98-cv-01233 and the Final
                   Judgment of 6-7-00 is stayed in its entirety unless the
                   stay is vacated by an appellate court.(N) (rew)
                   [Entry date 06/21/00] [1:98cv1232 1:98cv1233]

6/21/00   --       CERTIFIED and transmitted record on appeal [586-1] by
                   MICROSOFT CORP. to U.S. Supreme Court (bjsp)
                   [Entry date 06/23/00] [1:98cv1232]

6/23/00   592      TRANSCRIPT filed  for date(s) of 6/1/00.  Reporter: Phyllis
                   Merana (tth) [Entry date 06/26/00] [1:98cv1232]

6/23/00   593      TRANSCRIPT filed  for date(s) of 5/24/00.  Reporter:
                   Phyllis Merana (tth) [Entry date 06/26/00] [1:98cv1232]

8/10/00   --       STIPULATION filed and fiated  by Judge Thomas P. Jackson
                   allowing briefing, filings and proceedings in connection
                   with the STATES motion for attorney's fees costs and
                   expenses be deferred until after appeal from final judgment
                   of 6-7-00 . (N) (rew) [Entry date 08/11/00] [1:98cv1233]

8/11/00   597      MEMORANDUM by CALIFORNIA PLAINTIFFS in 1:98-cv-01232 in
                   support of stipulation and proposed order modifying the
                   protective order; exhibit (1); (COPY) (bjsp)
                   [Entry date 08/31/00] [1:98cv1232]

8/18/00   594      ORDER   by Judge Thomas P. Jackson   : denying as moot
                   motion for a stay pending appeal of all provisions of the
                   Final Judgment entered by the Court on June 7, 2000 [578-1]
                   by MICROSOFT CORP. in 1:98-cv-01232, denying as moot joint
                   motion to extend time to 6/2/00 to file their respective
                   reply briefs responding to the oppositions filed by Gateway
                   and Compaq [566-1] by CA PLAINTIFFS, MICROSOFT CORP. in
                   1:98-cv-01232, denying as moot motion to extend time to
                   respond to motion by California Plaintiffs to Intervene for
                   Limited Purpose of Modifying Protective Order [556-1] by
                   INTL BUS MACHINE COR in 1:98-cv-01232, denying as moot join
                   motion [553-1] by INTEL CORP in 1:98-cv-01232, denying as
                   moot motion to extend time to respond to Motion by
                   California Plaintiffs to Intervene for Limited Purpose of
                   Modifying Protective Order [552-1] by ORACLE CORPORATION in
                   1:98-cv-01232, denying as moot motion to modify its 1998
                   Protective Order, and any sealing orders entered prior to
                   or during trial, to permit all Microsoft's counsel of
                   record in the California Litigation to review Confidential
                   and Highly Confidential documents and other materials in
                   this action, subject to the terms of the California
                   Protective Order [548-1] by MICROSOFT CORP. in
                   1:98-cv-01232, denying as moot motion for CA PLAINTIFFS to
                   case(s) 1:98-cv-01232, to intervene for the limited purpose
                   of modifying protective order [546-1] in 1:98-cv-01232,
                   denying as moot motion for judgment as a matter of law
                   [496-1] by MICROSOFT CORP. in 1:98-cv-01232, denying as
                   moot motion for ROY A. DAY to case(s) 1:98-cv-01232, to
                   intervene [419-1] in 1:98-cv-01232, denying as moot motion
                   to intervene for purpose of modifying proctive order
                   [418-1] by GRAVITY, INC. in 1:98-cv-01232, denying as moot
                   motion for AMER LAWYER MEDIA, USA TODAY to case(s)
                   1:98-cv-01232,  to intervene for limited purpose of staying
                   further depositions in this action pending issuance of the
                   Court of Appeal's mandate, or in the alternative, for
                   access to forthcoming depositions [371-1] by movants in
                   1:98-cv-01232, denying as moot motion for protective order
                   [284-1] by MICROSOFT CORP. in 1:98-cv-01232, denying as
                   moot motion for protective order [280-1] by MICROSOFT CORP.
                   in 1:98-cv-01232, denying as moot motion for access to the
                   testimony of Franklin M. Fisher [269-1] by ASSOCIATE PRESS
                   in 1:98-cv-01232, denying as moot motion for to intervene
                   for the limited purpose of vindicating the public's rights
                   of access to the testimony of Franklin M. Fisher [267-1] by
                   ASSOCIATE PRESS in 1:98-cv-01232, denying as moot motion to
                   permit limited supplemental cross-examination [209-1] by
                   counter-defendanti, by plaintiffs,           in
                   1:98-cv-01232, 1:98-cv-01233, denying as moot motion for
                   protective order to maintain confidentially of documents
                   [207-1] by INTL BUS MACHINE COR in 1:98-cv-01232, denying
                   as moot motion for protective order protecting trade
                   secrets/confidential business information from public
                   disclosure [205-1] by DELL COMPUTER CORP. in 1:98-cv-01232,
                   denying as moot motion to maintain confidential treatment

of certain information produced by the Boeing Company in
response to subpoena of Microsoft Corporation [201-1] by
BOEING COMPANY in 1:98-cv-01232, denying as moot motion for
protective order [188-1] by COMPAQ COMPUTER CORP in
1:98-cv-01232, denying as moot motion for sanctions for the
government's failure to produce a requested document before
trial [181-1] by MICROSOFT CORP. in 1:98-cv-01232, denying
as moot motion for protective order to maintain
confidentiality of documents and deposition transcript
[168-1] by NETWORK COMPUTER INC in 1:98-cv-01232, denying
as moot motion to maintain confidential protection as
provided by the protective order [167-1] by SUN
MICROSYSTEMS INC in 1:98-cv-01232, denying as moot motion
for leave to file brief as amicus curiae [94-1] by JERRY L.
ROBINETT in 1:98-cv-01232, denying as moot motion to
intervene as a non-party and join in the opposition to the
motion of defendant Microsoft Corporation to maintain
documents under seal [91-1] by SAN JOSE MERCURY NEW in
1:98-cv-01232, denying as moot motion for leave to file
response in opposition to motion of MICROSOFT CORP to
modify stipulation and portective order [70-1] by NETWORK
COMPUTER INC in 1:98-cv-01232, denying as moot motion for
leave to file opposition to defendant MICROSOFT CORP motion
to modify stipulation and protective order [64-1] by
NETSCAPE COMMUN CORP in 1:98-cv-01232, denying as moot
motion to modify stipulation and protective order [55-1] by
MICROSOFT CORP. in 1:98-cv-01232, denying as moot join
motion [32-1] by BLOOMBERG NEWS in 1:98-cv-01232, denying
as moot  motion for NEW YORK TIMES CO to intervene [8-1] in
1:98-cv-01232, denying as moot motion for preliminary
injunction [2-1] by USA in 1:98-cv-01232 (N) (rew)
[Entry date 08/21/00] [1:98cv1232 1:98cv1233]

8/18/00   595   MOTION filed by Non Party GATEWAY INC in 1:98-cv-01232 to
                seal its supplemental response to Microsoft's Motion to
                Modify Protective Order; EXHIBIT (RESPONSE - LODGED UNDER
                SEAL) (tth) [Entry date 08/22/00] [1:98cv1232]

8/25/00   596   ORDER   by Judge Thomas P. Jackson  : granting motion to
                seal it's supplemental response to Microsoft's Motion to
                Modify Protective Order [595-1] by GATEWAY INC in
                1:98-cv-01232 (N) (rew) [Entry date 08/28/00]
                [1:98cv1232 1:98cv1233]

8/29/00   598   REPLY by defendant MICROSOFT CORP. in 1:98-cv-01232   to
                motion to modify its 1998 Protective Order, and any sealing
                orders entered prior to or during trial, to permit all
                Microsoft's counsel of record in the California Litigation
                to review Confidential and Highly Confidential documents
                and other materials in this action, subject to the terms of
                the California Protective Order [548-1] by MICROSOFT CORP.;
                Exhibit (1) (tth) [Entry date 09/07/00] [1:98cv1232]

9/15/00   599   ORDER   by Judge Thomas P. Jackson   : finding motion for NEW
                YORK TIMES CO to intervene by MICROSOFT CORP. [7-1] moot in
                1:98-cv-01233, finding motion for preliminary injunction by
                counter-defendant by plaintiffs, [2-1] moot in 1:98-cv-01233
                and denying as moot motion [534] in 1:98-cv-01232.(N) (rew)
                [Entry date 09/22/00] [Edit date 09/22/00] [1:98cv1232
                1:98cv1233]

9/26/00   600   CERTIFIED COPY of judgment filed in Supreme Court of the
                United States remanding to the USCA for the District of
                Columbia Circuit   Supreme Court # 00-139 (cjp)
                [Entry date 09/27/00] [1:98cv1232 1:98cv1233]

9/26/00   601   COPY of Order filed in the Supreme Court dated 9/26/00
                directing petition for writ of certiorari before judgment
                to the USCA for the District of Columbia Circuit and
                directing said petition before judgment be denied. OPINION
                Supreme Court # 00-261 (cjp) [Entry date 09/27/00]
                [1:98cv1232 1:98cv1233]

9/28/00   --    TRANSMITTED RECORD ON to U.S. Court of Appeals (tth)
                [1:98cv1232]

10/2/00   --    RECORD ON APPEAL returned from U.S. Supreme Court #:
                00-139. (tth) [1:98cv1232]

11/20/00  603   ORDER   by Judge Thomas P. Jackson   :modifying protective
                order of 5/27/98 and the Courts order of 6-2-00. (N) (rew)
                [Entry date 11/21/00] [1:98cv1232 1:98cv1233]

12/19/00  604   OBJECTIONS by Non Party REALNETWORKS INC in 1:98-cv-01232 to
                Stipulation and Order Modifying Protective Order [603-1]
                (tth) [Entry date 12/21/00] [Edit date 01/03/01]
                [1:98cv1232]

1/2/01    605   RESPONSE by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                objection to stipulation and order modifying protective
                order  [604-1] by REALNETWORKS INC (tth)
                [Entry date 01/03/01] [1:98cv1232]

1/5/01    606   ERRATA   by defendant MICROSOFT CORP. in 1:98-cv-01232 to
                correct an omission from its Response to Objections of
                RealNetworks, Inc. to Stipulation and Order Modifying
                Protective Order ("Response to RealNetworks"), filed in this
                Court on Tuesday, January 2, 2001; Exhibit (1) (tth)
                [Entry date 01/10/01] [Edit date 01/10/01] [1:98cv1232]

1/10/01   607 IMG ORDER   by Judge Thomas P. Jackson   :overruling objection
                of third party RealNetworks, Inc. to stipulation and order
                modifying protective order #604. (N) (rew)
                [Entry date 01/12/01] [1:98cv1232 1:98cv1233]

Proceedings Include All Events.                                    CM/ECF
1:98cv1232 USA v. MICROSOFT CORP.                          CONSOL TYPE A

1/26/01  608  IMG  ORDER   by Judge Royce C. Lamberth as motions Judge
                   overruling non-party Gateway's objections and the order
                   modifying the protective order dated 11/20/00 shall apply
                   with respect to any material produced by Gateway. (N) (rew)
                   [Entry date 01/29/01] [1:98cv1232 1:98cv1233]

2/20/01  612       RESPONSE (SUMMARY) by defendant MICROSOFT CORP.
                   1:98-cv-01232 to plaintiffs' proposed final judgment; "Let
                   this be filed", JACKSON, J. (tth) [Entry date 02/23/01]
                   [1:98cv1232]

4/27/01  613       MOTION filed for Plaintiff in In re: Microsoft Corp.
                   Antitrust Litigation, MDL No. 1332 (D.Md.) (Hon. J.
                   Frederick Motz presiding) (the MDL Proceeding) to
                   intervene for the limited purpose of modification of the
                   protective order in this action; Exhibits (2) (tth)
                   [Entry date 04/30/01] [1:98cv1232]

5/18/01  614  IMG  ORDER MODIFYING PROTECTIVE ORDER entered 5-27-98 by Judge
                   Thomas P. Jackson ; setting forth procedures for handling
                   confidential material; allowing designated material to be
                   filed under seal. (N) (rew) [1:98cv1232 1:98cv1233]

7/6/01   615       CERTIFIED COPY of order filed in USCA dated 7/6/01,
                   petition for writ of mandamus be dismissed as moot . USCA
                   # 01-5190 (bcs) [Entry date 07/09/01] [1:98cv1232]

8/24/01  616       CERTIFIED COPY of judgment filed in USCA dated 6/28/01, on
                   appeal [586-1] , affirming the judgment of USDC in part,
                   and reversing the judgment of USDC in part, and remanding
                   for further proceedings in part, and directing that the
                   final judgment embodying the remedial order is vacated in
                   full and the cases remanded for further proceedings .   USCA
                   # 00-5212 (cjp) [Edit date 08/24/01] [1:98cv1232]

8/24/01  --        Case Reopened (rew) [Entry date 09/10/01] [1:98cv1232
                   1:98cv1233]

8/27/01  --        CASE REASSIGNED to Judge Gladys Kessler (tth)
                   [Entry date 09/10/01] [1:98cv1232]

8/28/01   617 IMG   ORDER   by Judge Colleen Kollar-Kotelly  :that the parties
                    shall confer and file a Joint Status Report with the Court
                    (in the style of LCvR 16.3 to the extent appropriate). That
                    such Joint Status Report shall:  identify with specificity
                    the issues on remand that remain for the Court's resolution;
                     identify and/or propose appropriate measures to enable the
                    resolution of such issues (i.e., the potential for
                    additional discovery, the nature of any additional expert
                    testimony, motions, etc.); identify with specificity the
                    nature of any additional evidentiary hearings, and propose
                    an appropriate schedule for the above-described matters.
                    The parties shall submit the Joint Status Report to the
                    Court not later than 9/14/01.  A courtesy copy of such
                    Joint Status Report shall be delivered to chambers not
                    later than 5 p.m. on the same date. Status hearing set for
                    9:30 9/21/01 in 1:98-cv-01232, in 1:98-cv-01233, in
                    Courtroom 11. (N) (dot) [Entry date 08/29/01]
                    [1:98cv1232 1:98cv1233]

8/28/01   --        CASE REASSIGNED to Judge Colleen Kollar-Kotelly (tth)
                    [Entry date 09/10/01] [1:98cv1232]

8/29/01   618 IMG   ORDER   by Judge Colleen Kollar-Kotelly  : denying as moot
                    plaintiff's motion for a expedited status conference. (N)
                    (dot) [1:98cv1232 1:98cv1233]

8/29/01   619       MOTION filed by plaintiff USA in 1:98-cv-01232, plaintiffs
                    in 1:98-cv-01233 for an expedited status conference (tth)
                    [Entry date 08/31/01] [1:98cv1232 1:98cv1233]

4/8/02    --        ORDER   by Judge Colleen Kollar-Kotelly  :denying SBC's
                    motion to preclude MICROSOFT from introducing defendant's
                    Exhibit 1351 into evidence and for immediate return,
                    denying as moot SVC's motions with regard to defendant's
                    Exhibits 1352 and 1353.    (N) (rew) [1:98cv1233]