**ORDERED** that such Joint Status Report shall:

.        identify with specificity the issues on remand that remain for the Court's

         resolution,

•        identify and/or propose appropriate measures to enable the resolution of such

         issues (i.e., the potential for additional discovery, the nature of any additional

         expert testimony, motions, etc.),

.        identify with specificity the nature of any additional evidentiary hearings, and

.        propose an appropriate schedule for the above-described matters; and it is further

    **ORDERED** that the parties shall submit the Joint Status Report to the Court not later

than September 14, 2001; and it is further

    **ORDERED** that a courtesy copy of such Joint Status Report shall be delivered to

chambers not later than 5 p.m. on the same date; and it is further

    **ORDERED** that the parties shall appear for a Status Conference on September 21, 2001,

at 9:30 a.m. in Courtroom 11.

    **SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge