UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

      v.

MICROSOFT CORPORATION,

    Defendant.

Civil Action No. 98-1232 (CKK) *File in*

**FILED** √

**AUG 28** 2001

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

STATE OF NEW YORK, et *al.,*

    Plaintiffs

      v.

MICROSOFT CORPORATION,

    Defendant.

Civil Action No. 98-1233 (CKK)

### ORDER

    This case comes before the Court on remand from the United States Court of Appeals for

the District of Columbia Circuit. See *United States v. Microsoft Corp., 253* F.3d 34 (D.C. Cir.

2001). In order to expedite further proceedings in this case, it is this 28 day of August, 2001,

hereby

    **ORDERED** that the parties shall confer and file a Joint Status Report with the Court (in

**the style** of LCvR 16.3 **to** the **extent** appropriate); and it is further

**ORDERED** that such Joint Status Report shall:

·        identify with specificity the issues on remand that remain for the Court's

resolution,

•        identify and/or propose appropriate measures to enable the resolution of such

issues (i.e., the potential for additional discovery, the nature of any additional

expert testimony, motions, etc.),

·        identify with specificity the nature of any additional evidentiary hearings, and

·        propose an appropriate schedule for the above-described matters; and it is further

**ORDERED** that the parties shall submit the Joint Status Report to the Court not later

than September 14. 2001; and it is further

**ORDERED** that a courtesy copy of such Joint Status Report shall be delivered to

chambers not later than 5 p.m. on the same date; and it is further

**ORDERED** that the parties shall appear for a Status Conference on September 21, 2001,

at 9:30 a.m. in Courtroom 11.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge