**ORDERED** that Plaintiffs' Motion is DENIED as moot.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge