UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Civil Action No. 98-1232 (CKK)  *File in*<br><br>**FILED** ✓<br><br>AUG 29 2001<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| STATE OF NEW YORK, *et al.*,<br><br>  Plaintiffs<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Civil Action No, 98-1233 (CKK) |

**ORDER**

This case comes before the Court on Plaintiffs' "Motion for an Expedited Status Conference." In light of the Court's Order dated August 28, 2001, requiring the filing of a Joint Status Report and scheduling a Status Conference for September 21, 2001, it is this & day of August, 2001, hereby

(N)                                                                                                                                618

**ORDERED** that Plaintiffs' Motion is DENIED as moot.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge