# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2001, I caused one copy of the

foregoing **PRAECIPE** to be served by facsimile, followed by the first class U.S. Mail, postage

prepaid, or by hand upon:

Bradley P. Smith
Sullivan & Cromwell
1701 Pennsylvania Ave., N.W.
Washington, DC 20006
Tel: (202) 956-7500
Fax: (202)293-6330
*Counsel for Appellant Microsoft*

Randall J. Boe
Theodore W. Ullyot
America Online, Inc.
22000 AOL Way
Dulles, Virginia 20166
Tel: (703) 448-1428
Fax: (703) 265-3992
*Counsel for AOL*

Donald M. Falk
Mayer, Brown & Platt
555 College Ave.
Palo Alto, CA 94306-1433
Tel: (650) 33 l-2000
Fax: (650) 331-2060
Counsel *for SIIA*

Carl Lundgren
Valmarpro Antitrust
5035 South 25th Street
Arlington, Virginia 22206-1057
Tel: (703) 235-1910
Fax: (703) 235-5551

Edward J. Black
Jason M. Mahler
Computer & Communications
Industry Association
666 Eleventh Street, N.W.
Washington, D.C. 20001
Tel: (202) 783-0070
Fax: (202) 783-0534
*Counsel for CCIA*

Louis R. Cohen
C. Boyden Gray
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037-1420
Tel: (202) 663-6000
Fax: (202) 663-6363
*Counsel for ACT and CompTIA*

Robert S. Getman
359 West 29th Street
Suite G
New York, New York 1000 1
Tel: (212) 594-6721
Fax: (212) 594-6732
*Counsel for TAFOL*

Robert H. Bork
1150 17th Street, N.W.
Washington, D.C. 20036
Tel: (202) 862-5851
Fax: (202) 862-5899
*Counselfor ProComp*

John Warden
Sullivan & Cromwell
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
*Counsel for Appellant Microsoft*

Paul T. Cappuccio
Time Warner
75 Rockefeller Plaza
Floor 28
New York, New York 10019
*Counselfor AOL*
Fax: (212) 258-3 172

David Burton (By First Class Mail only)
333 North Fairfax Street
Suite 302
Alexandria, Virginia 223 14
*Counsel for CMDC*

Dr. Lee Hollaar
Professor of Computing Science
School of Computing
University of Utah
3 190 Merrill Engineering Building
Salt Lake City, Utah 84112
Tel: (801) 581-3203
Fax: (801) 581-5843

William Neukom
Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052
Tel: (425) 936-8080
Fax: (425) 869-1327
*Counsel for Appellant Microsoft*

Laura Bennett Peterson
700 New Hampshire Ave. NW, #520
Washington, D.C. 20037
Tel: (202) 298-5608
Fax: (202) 298-8788

Beth Brunalli
Paralegal, (202) 5 14-8276

2