PRAECIPE

# United States District Court
# for the District of Columbia

RECEIVED SEP 4 2001 CHAMBERS OF JUDGE KOTELLY

the __Fourth__ day of __September__ XX 2001

United States of America, Plaintiff

vs.

Microsoft Corporation, Defendant

Civil / Criminal Action No. __98-1232__

*The Clerk of said Court will* add Philip Beck, Renata B. Hesse, and Mary Jean Moltenbrey as counsel of record and remove A. Douglas Melamed and Steven C. Holtzman.

___September 4, 2001___
**Date**

Signature

Print Name: __ine S. Kelley__

U.S. Department of Justice
601 D Street, N.W. Suite 1200
**Address**

Washington         DC         20530
**City**           **State**  **Zip Code**

(202) 514-8276
**Phone** Number

**BAR IDENTIFICATION NO.**

## CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2001, I caused one copy of the foregoing PRAECIPE to be served by facsimile, followed by the first class U.S. Mail, postage prepaid, or by hand upon:

Bradley P. Smith
Sullivan & Cromwell
1701 Pennsylvania Ave., N.W.
Washington, DC 20006
Tel: (202) 956-7500
Fax: (202) 293-6330
*Counsel for Appellant Microsoft*

Randall J. Boe
Theodore W. Ullyot
America Online, Inc.
22000 AOL Way
Dulles, Virginia 20166
Tel: (703) 448-1428
Fax: (703) 265-3992
*Counsel for AOL*

Edward J. Black
Jason M. Mahler
Computer & Communications
Industry Association
666 Eleventh Street, N.W.
Washington, D.C. 20001
Tel: (202) 783-0070
Fax: (202) 783-0534
*Counsel for CCIA*

Donald M. Falk
Mayer, Brown & Platt
555 College Ave.
Palo Alto, CA 94306-1433
Tel: (650) 331-2000
Fax: (650) 331-2060
Counsel *for SIIA*

Louis R. Cohen
C. Boyden Gray
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037-1420
Tel: (202) 663-6000
Fax: (202) 663-6363
*Counsel for ACT and CompTIA*

Carl Lundgren
Valmarpro Antitrust
5035 South 25th Street
Arlington, Virginia 22206-1057
Tel: (703) 235-1910
Fax: (703) 235-5551

Robert S. Getman
359 West 29th Street
Suite G
New York, New York 1000 1
Tel: (212) 594-6721
Fax: (212) 594-6732
*Counsel for TAFOL*

Robert H. Bork
1150 17th Street, N.W.
Washington, D.C. 20036
Tel: (202) 862-5851
Fax: (202) 862-5899
*Counsel for ProComp*

John Warden
Sullivan & Cromwell
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
*Counsel for Appellant Microsoft*

Paul T. Cappuccio
Time Warner
75 Rockefeller Plaza
Floor 28
New York, New York 10019
*Counsel for AOL*
Fax: (212) 258-3 172

David Burton (By First Class Mail only)
333 North Fairfax Street
Suite 302
Alexandria, Virginia 223 14
*Counsel for CMDC*

Dr. Lee Hollaar
Professor of Computing Science
School of Computing
University of Utah
3 190 Merrill Engineering Building
Salt Lake City, Utah 84112
Tel: (801) 581-3203
Fax: (801) 581-5843

William Neukom
Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052
Tel: (425) 936-8080
Fax: (425) 869-1327
*Counsel for Appellant Microsoft*

Laura Bennett Peterson
700 New Hampshire Ave. NW, #520
Washington, D.C. 20037
Tel: (202) 298-5608
Fax: (202) 298-8788

*[signature: Beth Brunalli]*
Beth Brunalli
Paralegal, (202) 5 14-8276