IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   vs.<br><br>MICROSOFT CORPORATION,<br><br>                   Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK *ex rel.*<br>Attorney General ELIOT SPITZER, *et al.*,<br><br>                 Plaintiffs,<br><br>   vs.<br><br>MICROSOFT CORPORATION,<br><br>                   Defendant. | Civil Action No. 98-1233 (CKK) |

**JOINT MOTION OF THE PARTIES FOR
AN EXTENSION OF TIME**

The parties jointly move, after consultation with chambers, that the time for

filing the Joint Status Report contemplated by the Court's Order of August 28, 2001, be

extended to 12 noon on Tuesday, September 18, 2001.

Respectfully submitted,

_____
Phillip R. Malone, Esq.
Kenneth W. Gaul (Bar No. 415456)
U.S. Department of Justice
Antitrust Division
601 D Street, N.W., Suite 1200
Washington, D.C. 20530
(202) 514-8276

*Counsel for Plaintiff United States*

_____
Kevin J. O'Connor
Office of the Attorney General of Wisconsin
P.O. Box 7857
123 West Washington Avenue
Madison, Wisconsin 53703-7957
(608) 266-1221

*Counsel for Plaintiff States*

_____
John L. Warden (Bar No. 222083)
Bradley P. Smith (Bar No. 468060)
SULLIVAN & CROMWELL
125 Broad Street
New York, New York 10004-2498
(212) 558-4000

*Counsel for Defendant and
  Counterclaim-Plaintiff
    Microsoft Corporation*

September 12, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>MICROSOFT CORPORATION,<br><br>               Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK *ex rel.*<br>Attorney General ELIOT SPITZER, *et al.*,<br><br>               Plaintiffs,<br>   vs.<br><br>MICROSOFT CORPORATION,<br><br>               Defendant.<br><br>MICROSOFT CORPORATION,<br><br>               Counterclaim-Plaintiff,<br><br>   vs.<br><br>ELIOT SPITZER,<br>Attorney General of the State of New York,<br>In his official capacity, *et al.*,<br><br>               Counterclaim-Defendants. | Civil Action No. 98-1233 (CKK) |

**[PROPOSED] ORDER**

Having considered the Joint Motion of the Parties for an Extension of Time, and for good cause shown, it is this ___ day of September, 2001, hereby

**ORDERED** that the joint motion is **GRANTED** and the parties shall submit the Joint Status Report to the Court not later than 12 noon on Tuesday, September 18, 2001.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge