IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　　　　Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK *ex rel.*<br>Attorney General ELIOT SPITZER, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　　　　Defendant. | Civil Action No. 98-1233 (CKK) |

**JOINT MOTION OF THE PARTIES FOR
AN EXTENSION OF TIME**

The parties jointly move, after consultation with chambers, that the time for

filing the Joint Status Report contemplated by the Court's Order of August 28, 2001, be

- 2 -

extended to 12 noon on Tuesday, September 18, 2001.

                Respectfully submitted,

_____
Phillip R. Malone, Esq.
Kenneth W. Gaul (Bar No. 415456)
U.S. Department of Justice
Antitrust Division
601 D Street, N.W., Suite 1200
Washington, D.C.  20530
(202) 514-8276

*Counsel for Plaintiff United States*

_____
Kevin J. O'Connor
Office of the Attorney General of Wisconsin
P.O. Box 7857
123 West Washington Avenue
Madison, Wisconsin  53703-7957
(608) 266-1221

*Counsel for Plaintiff States*

_____
John L. Warden (Bar No. 222083)
Bradley P. Smith (Bar No. 468060)
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10004-2498
(212) 558-4000

*Counsel for Defendant and
  Counterclaim-Plaintiff
    Microsoft Corporation*

September 12, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br> vs.<br><br>MICROSOFT CORPORATION,<br><br>           Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK *ex rel.*<br>Attorney General ELIOT SPITZER, *et al.*,<br><br>           Plaintiffs,<br> vs.<br><br>MICROSOFT CORPORATION,<br><br>           Defendant.<br><br>MICROSOFT CORPORATION,<br><br>           Counterclaim-Plaintiff,<br><br> vs.<br><br>ELIOT SPITZER,<br>Attorney General of the State of New York,<br>In his official capacity, *et al.*,<br><br>           Counterclaim-Defendants. | Civil Action No. 98-1233 (CKK) |

**[PROPOSED] ORDER**

    Having considered the Joint Motion of the Parties for an Extension of Time, and for good cause shown, it is this ___ day of September, 2001, hereby

- 2 -

**ORDERED** that the joint motion is **GRANTED** and the parties shall submit the Joint Status Report to the Court not later than 12 noon on Tuesday, September 18, 2001.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge