UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>   Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK, *et al.*,<br><br>   Plaintiffs<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>   Defendant. | Civil Action No. 98-1233 (CKK) |

**ORDER**

Upon review and consideration of the Joint Motion of the Parties for an Extension of Time, and for good cause shown, it is this 13th day of September, 2001, hereby

**ORDERED** that the joint motion is **GRANTED**; and it is further

**ORDERED** that the parties shall submit the Joint Status Report to the Court not later than 12 noon on Tuesday, September 18, 2001.

**SO ORDERED**.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge