UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   Plaintiff,

     v.

MICROSOFT CORPORATION,

   Defendant.

Civil Action No. 98-1232 (CKK)

STATE OF NEW YORK, *et al.*,

   Plaintiffs

     v.

MICROSOFT CORPORATION,

   Defendant.

Civil Action No. 98-1233 (CKK)

**ORDER**

In light of recent tragic events affecting the nation, the Court has received various requests for extensions of time. Specifically, all of the parties have requested an extension of time for the filing of the Joint Status Report. In addition, Defendant Microsoft has requested that the Status Conference date be vacated and rescheduled for a later date in order to facilitate travel by counsel. Both the United States and the States have consented to this request. Accordingly, it is this 17th day of September, 2001, hereby

**ORDERED** that the deadline for filing the Joint Status Report shall be extended from 12 noon on September 18, 2001, to 10:00 a.m. on <u>September 20, 2001</u>; and it is further

**ORDERED** that the Status Conference scheduled for September 21, 2001, is vacated and rescheduled for <u>September 28, 2001</u>, at 9:30 a.m.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Court