IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK *ex rel.*<br>Attorney General ELIOT SPITZER, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 98-1233 (CKK) |

**MOTION FOR
ADMISSION *PRO HAC VICE***

John L. Warden, a member in good standing of the bar of this Court, respectfully moves, pursuant to LCvR 83.2(d), that Dan K. Webb be permitted to participate in the above-captioned matter *pro hac vice* as counsel for defendant Microsoft Corporation, and states in support thereof the following:

1.  Mr. Webb's full name, address and telephone number are: Dan K. Webb; Winston & Strawn, 35 West Wacker Drive, Chicago, Illinois 60601-9703; (312) 558-5600.

2.  Mr. Webb is a member in good standing of the Bar of the State of Illinois and has also been admitted to the following bars: United States Supreme Court (February 22, 1993); United States Court of Appeals for the Sixth Circuit (October 26, 1990); United States

Court of Appeals for the Seventh Circuit (May 23, 1972); United States Court of Appeals for the Eighth Circuit (August 4, 1988); United States Court of Appeals for the District of Columbia Circuit (December 12, 1994); United States Court of Appeals for the Federal Circuit (May 24, 1993); United States District Court for the Northern District of Illinois (December 1, 1970); District Court of Appeal of Florida, Third District (September 15, 1999).

     3.     Mr. Webb has not been disciplined by any bar.

     4.     Mr. Webb has been admitted *pro hac vice* in this Court twice within the last two years.

     5.     Mr. Webb does not engage in the practice of law from an office located in the District of Columbia.

     WHEREFORE, it is respectfully requested that Dan K. Webb be permitted to participate in this matter *pro hac vice* pursuant to LCvR 83.2(d).

     Respectfully submitted,

_____
John L. Warden (Bar No. 222083)
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10004-2498
(212) 558-4000

*Counsel for Defendant*
  *Microsoft Corporation*

September 26, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>   vs.<br><br>MICROSOFT CORPORATION,<br><br>                                Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK *ex rel*.<br>Attorney General ELIOT SPITZER, *et al*.,<br><br>                                Plaintiffs,<br><br>   vs.<br><br>MICROSOFT CORPORATION,<br><br>                                Defendant. | Civil Action No. 98-1233 (CKK) |

**[PROPOSED] ORDER**

Upon review and consideration of the Motion for Admission *Pro Hac Vice* of Dan K. Webb, it is this \_\_\_\_ day of _____, 2001, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Dan K. Webb be permitted to represent defendant Microsoft Corporation and to participate in any proceedings in the above-captioned matter.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge