UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>      v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs<br><br>      v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 98-1233 (CKK) |

**ORDER**

Upon review and consideration of the Motion for Admission *Pro Hac Vice* of Dan K. Webb,

it is this 27th day of September, 2001, hereby

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that Dan K. Webb be permitted to represent Defendant Microsoft Corporation

and to participate in any proceedings in the above-captioned matter.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge