UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

     v.

MICROSOFT CORPORATION,

    Defendant.

Civil Action No. 98-1232 (CKK)

STATE OF NEW YORK, *et al.*,

    Plaintiffs

     v.

MICROSOFT CORPORATION,

    Defendant.

Civil Action No. 98-1233 (CKK)

## ORDER

    Upon review and consideration of the Motion for Admission *Pro Hac Vice* of Dan K. Webb,

it is this 27th day of September, 2001, hereby

    **ORDERED** that the motion is GRANTED; and it is further

    **ORDERED** that Dan K. Webb be permitted to represent Defendant Microsoft Corporation

and to participate in any proceedings in the above-captioned matter.

    **SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge