UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK, *et al.*,<br><br>　Plaintiffs<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　Defendant. | Civil Action No. 98-1233 (CKK) |

**ORDER**

　　Pursuant to the telephonic conference held on the record on October 2, 2001, it is this 2nd day of October, 2001, hereby

　　**ORDERED** that the Status Conference scheduled for November 5, 2001, is VACATED due to government counsel's scheduling conflict; and it is further

　　**ORDERED** with the consent of the parties that the Status Conference is rescheduled for November 2, 2001, at 9 a.m. in Courtroom 11; and it is further

**ORDERED** that the evidentiary hearing concerning the appropriate relief in the above-captioned matter is scheduled to commence on <u>March 11, 2002</u>, at 9 a.m.

**SO ORDERED.**

                                                                                                                        _____
                                                                                                                        COLLEEN KOLLAR-KOTELLY
                                                                                                                        United States District Judge