UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 98-1233 (CKK) |

**ORDER**

These cases come before the Court following a status conference held on November 2, 2001, and upon the filing of a joint stipulation of agreement in Civil Action No. 98-1232. Pursuant to the status conference, it is this 2nd day of November, 2001, hereby

**ORDERED** that the parties in the above-captioned cases shall appear before the Court on November 6, 2001, at 9 a.m. in Courtroom 11 for a status conference; and it is further

**ORDERED** that the discovery and litigation schedules set forth in the Court's Scheduling

Order dated September 28, 2001, are VACATED with regard to Civil Action No. 98-1232; and it is further

**ORDERED** that, at the November 6, 2001, status conference, the parties in Civil Action No. 98-1232 shall be prepared to discuss a schedule for proceedings required by the Tunney Act, 15 U.S.C. § 16(b)-(i); and it is further

**ORDERED** that discovery in Civil Action No. 98-1233 is STAYED until November 6, 2001; and it is further

**ORDERED** that, at the November 6, 2001, status conference, the parties in Civil Action No. 98-1233 shall report the status of their settlement negotiations; and it is further

**ORDERED** that if a settlement is not reached with regard to all of the parties in Civil Action No. 98-1233 by November 6, 2001, the non-settling parties shall be prepared to proceed with the litigation schedule set forth in the Court's Scheduling Order dated September 28, 2001, and it is further

**ORDERED** that, at the November 6, 2001, status conference, any parties in Civil Action No. 98-1233 which have agreed to a settlement shall be prepared to discuss any further proceedings which may be appropriate.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge