UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff, )<br>)<br>vs. )<br>)<br>MICROSOFT CORPORATION, )<br>           Defendant. )<br>) | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK *ex. rel.* )<br>Attorney General ELIOT SPITZER, *et al.,* )<br>           Plaintiffs, )<br>)<br>vs. )<br>)<br>MICROSOFT CORPORATION, )<br>           Defendant. ) | Civil Action No. 98-1233 (CKK)<br><br>Next Court Deadline: March 4, 2002<br>Status Conference |

## **NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Charles F. Rule (Bar No. 370818) as counsel for defendant Microsoft Corporation.

Respectfully submitted,

_____
Charles F. Rule (D.C. Bar #370818)
Fried, Frank, Harris, Shriver & Jacobson
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004-2505
Telephone No. 202-639-7300

Attorney for Defendant
Dated: November 15, 2001          Microsoft Corporation

Dockets.Justia.com