UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK *ex. rel.*<br>Attorney General ELIOT SPITZER, *et al.,*<br>Plaintiffs,<br><br>vs.<br><br><br>MICROSOFT CORPORATION,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>Civil Action No. 98-1233 (CKK)<br><br>Next Court Deadline: March 4, 2002<br>Status Conference |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Charles F. Rule (Bar No. 370818) as counsel for defendant Microsoft Corporation.

Respectfully submitted,

_____
Charles F. Rule (D.C. Bar #370818)
Fried, Frank, Harris, Shriver & Jacobson
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C.  20004-2505
Telephone No.  202-639-7300

Attorney for Defendant
Dated:  November 15, 2001          Microsoft Corporation