IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: No Hearing Scheduled |
| STATE OF NEW YORK ex. rel.<br>Attorney General ELIOT SPITZER, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendant. | Civil Action No. 98-1233 (CKK) |

**NOTICE OF FEDERAL REGISTER FILING**

　　　Pursuant to the Court's Order dated November 8, 2001, the United States hereby submits this Notice that the Federal Register Notice, revised proposed Final Judgment and Competitive Impact Statement were published in the Federal Register today, November 28, 2001, in accordance with Antitrust Procedures and Penalties Act (Tunney Act), 15 U.S.C. § 16(b).

Respectfully submitted,

_____
Phillip R. Malone
Renata B. Hesse
Paula L. Blizzard
Jacqueline S. Kelley
David Blake-Thomas
  Attorneys

U.S. Department of Justice
Antitrust Division
901 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 514-8276