IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>                       Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK *ex rel*.<br>Attorney General ELIOT SPITZER, *et al*.,<br><br>                       Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>                       Defendant. | Civil Action No. 98-1233 (CKK)<br><br>Next Court Deadline: March 4, 2002<br>                                Status Conference |

**MOTION FOR
ADMISSION *PRO HAC VICE***

        John L. Warden, a member in good standing of the bar of this Court, respectfully moves, pursuant to LCvR 83.2(d), that Bruce R. Braun be permitted to participate in the above-captioned matter *pro hac vice* as counsel for defendant Microsoft Corporation, and states in support thereof the following:

        1.     Mr. Braun's full name, address and telephone number are: Bruce R. Braun; Winston & Strawn; 35 West Wacker Drive, Chicago, Illinois 60601; (312) 558-5600.

        2.     Mr. Braun is a member in good standing of the Bar of the State of Illinois and has also been admitted to other bars, including: the Supreme Court of the United States (September 12, 1997); the United States Court of Appeals for the Seventh Circuit (November

20, 1992); the United States Court of Appeals for the Ninth Circuit (March 21, 1997); the United States Court of Appeals for the Sixth Circuit (November 7, 1997); the United States Court of Appeals for the Fifth Circuit (August 27, 2001); and the United States Court of Appeals for the Eleventh Circuit (January 2, 2002).

   3.  Mr. Braun has not been disciplined by any bar.

   4.  Mr. Braun has not been admitted *pro hac vice* in this Court within the last two years.

   5.  Mr. Braun does not engage in the practice of law from an office located in the District of Columbia.

   WHEREFORE, it is respectfully requested that Bruce R. Braun be permitted to participate in this matter *pro hac vice* pursuant to LCvR 83.2(d).

                       Respectfully submitted,

                        _____
                        John L. Warden (Bar No. 222083)
                        SULLIVAN & CROMWELL
                        125 Broad Street
                        New York, New York 10004-2498
                        (212) 558-4000

                        *Counsel for Defendant*
                         *Microsoft Corporation*

January 25, 2002