IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     vs.<br><br>MICROSOFT CORPORATION,<br><br>                          Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK *ex rel.*<br>Attorney General ELIOT SPITZER, *et al*.,<br><br>                          Plaintiffs,<br><br>     vs.<br><br>MICROSOFT CORPORATION,<br><br>                          Defendant. | Civil Action No. 98-1233 (CKK)<br><br>Next Court Deadline:  March 4, 2002<br>                                    Status Conference |

**MOTION FOR
ADMISSION *PRO HAC VICE***

John L. Warden, a member in good standing of the bar of this Court,

respectfully moves, pursuant to LCvR 83.2(d), that Jessica S. Pers be permitted to participate

in the above-captioned matter *pro hac vice* as counsel for defendant Microsoft Corporation,

and states in support thereof the following:

1.      Ms. Pers's full name, address and telephone number are:  Jessica S. Pers,

Heller Ehrman White & McAullife, 333 Bush Street, San Francisco, California 94104, (415)

772-6000.

2.      Ms. Pers is a member in good standing of the Bar of the State of California and

has also been admitted to the following bars:  the United States District Court for the Northern

-2-

District of California; the United States District Court for the Eastern District of California;

and the United States Court of Appeals for the Ninth Circuit.

       3.      Ms. Pers has not been disciplined by any bar.

       4.      Ms. Pers has not been admitted *pro hac vice* in this Court within the last two

years.

       5.      Ms. Pers does not engage in the practice of law from an office located in the

District of Columbia.

       WHEREFORE, it is respectfully requested that Jessica S. Pers be permitted to

participate in this matter *pro hac vice* pursuant to LCvR 83.2(d).

       Respectfully submitted,

       _____
       John L. Warden (Bar No. 222083)
       SULLIVAN & CROMWELL
       125 Broad Street
       New York, New York  10004-2498
       (212) 558-4000

       *Counsel for Defendant*
        *Microsoft Corporation*

January 25, 2002