IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>       Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK *ex rel*.<br>Attorney General ELIOT SPITZER, *et al*.,<br><br>       Plaintiffs,<br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>       Defendant. | Civil Action No. 98-1233 (CKK)<br><br>Next Court Deadline: March 4, 2002<br>           Status Conference |

**MOTION FOR
ADMISSION *PRO HAC VICE***

John L. Warden, a member in good standing of the bar of this Court, respectfully moves, pursuant to LCvR 83.2(d), that Robert A. Rosenfeld be permitted to participate in the above-captioned matter *pro hac vice* as counsel for defendant Microsoft Corporation, and states in support thereof the following:

   1.  Mr. Rosenfeld's full name, address and telephone number are:  Robert A. Rosenfeld, Heller Ehrman White & McAullife, 333 Bush Street, San Francisco, California 94104, (415) 772-6000.

   2.  Mr. Rosenfeld is a member in good standing of the Bar of the State of California and has also been admitted to the following bars:  the United States District Court

for the Northern District of California; the United States District Court for the Central District of California; the United States Court of Federal Claims; the United States Court of Appeals for the Seventh Circuit; the United States Court of Appeals for the Ninth Circuit; the United States Court of Appeals for the Federal Circuit; and the United States Supreme Court.

3.      Mr. Rosenfeld has not been disciplined by any bar.

4.      Mr. Rosenfeld has not been admitted *pro hac vice* in this Court within the last two years.

5.      Mr. Rosenfeld does not engage in the practice of law from an office located in the District of Columbia.

WHEREFORE, it is respectfully requested that Robert A. Rosenfeld be permitted to participate in this matter *pro hac vice* pursuant to LCvR 83.2(d).

Respectfully submitted,

_____
John L. Warden (Bar No. 222083)
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10004-2498
(212) 558-4000

*Counsel for Defendant*
  *Microsoft Corporation*

January 25, 2002