UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   Plaintiff,

     v.

MICROSOFT CORPORATION,

   Defendant.

Civil Action No. 98-1232 (CKK)

STATE OF NEW YORK, *et al.*,

   Plaintiffs

     v.

MICROSOFT CORPORATION,

   Defendant.

Civil Action No. 98-1233 (CKK)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 28th day of January, 2002, hereby

**ORDERED** that Proposed Intervenors' Motion to Intervene is DENIED as to Civil Action No. 98-1232; and it is further

**ORDERED** that Proposed Intervenors' Motion to Intervene is GRANTED in part and DENIED in part as to Civil Action No. 98-1233 such that Proposed Intervenors may intervene only for the limited purpose of opposing Microsoft's Motion to Vacate Orders Requiring Public

Depositions.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge