UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>       v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs<br><br>       v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 98-1233 (CKK) |

## ORDER

Upon review and consideration of the Motions for Admission *Pro Hac Vice* of Bruce R. Braun, Jessica S. Pers, and Robert A. Rosenfeld, it is this 29th day of January, 2002, hereby

**ORDERED** that the motions are GRANTED; and it is further

**ORDERED** that Bruce R. Braun, Jessica S. Pers, and Robert A. Rosenfeld are permitted to represent Defendant Microsoft Corporation and to participate in any proceedings in the above-captioned matter; and it is further

**ORDERED** that Bruce R. Braun, Jessica S. Pers, and Robert A. Rosenfeld shall familiarize themselves with the Local Rules in conjunction with their appearance in the above-captioned cases.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge