IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>    vs.<br><br>MICROSOFT CORPORATION,<br><br>                               Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK *ex rel.*<br>Attorney General ELIOT SPITZER, *et al.*,<br><br>                               Plaintiffs,<br><br>    vs.<br><br>MICROSOFT CORPORATION,<br><br>                               Defendant. | Civil Action No. 98-1233 (CKK)<br><br>Next Court Deadline: March 4, 2002<br>                            Status Conference |

## MOTION FOR
## ADMISSION *PRO HAC VICE*

       John L. Warden, a member in good standing of the bar of this Court, respectfully moves, pursuant to LCvR 83.2(d), that D. Stuart Meiklejohn be permitted to participate in the above-captioned matter *pro hac vice* as counsel for defendant Microsoft Corporation, and states in support thereof the following:

       1.     Mr. Meiklejohn's full name, address and telephone number are: D. Stuart Meiklejohn, Sullivan & Cromwell, 125 Broad Street, New York, New York 10004; (212) 558-4000.

       2.     Mr. Meiklejohn is a member in good standing of the Bar of the State of New York and has also been admitted to the following bars:

| | | |
|---|---|---|
| Supreme Court of the United States | Washington, DC | October 6, 1986 |
| U.S. Court of Appeals for the First Circuit | Boston, MA | April 18, 1990 |
| U.S. Court of Appeals for the Second Circuit | New York, NY | April 27, 1981 |
| U.S. Court of Appeals for the Third Circuit | Philadelphia, PA | March 29, 1996 |
| U.S. Court of Appeals for the Fourth Circuit | Richmond, VA | December 17, 2001 |
| U.S. Court of Appeals for the Fifth Circuit | New Orleans, LA | June 7, 1982 |
| U.S. Court of Appeals for the Eighth Circuit | St. Louis, MO | August 30, 1990 |
| U.S. Court of Appeals for the Ninth Circuit | San Francisco, CA | January 28, 1997 |
| U.S. Court of Appeals for the Eleventh Circuit | Atlanta, GA | September 4, 1998 |
| U.S. Court of Appeals for the District of Columbia Circuit | Washington, DC | September 11, 1998 |
| U.S. District Court for the E.D.N.Y. | New York, NY | March 5, 1976 |
| U.S. District Court for the S.D.N.Y. | Brooklyn, NY | March 17, 1976 |

3. Mr. Meiklejohn has not been disciplined by any bar.

4. Mr. Meiklejohn has not been admitted *pro hac vice* in this Court within the last two years.

5. Mr. Meiklejohn does not engage in the practice of law from an office located in the District of Columbia.

WHEREFORE, it is respectfully requested that D. Stuart Meiklejohn be permitted to participate in this matter *pro hac vice* pursuant to LCvR 83.2(d).

Respectfully submitted,

_____
John L. Warden (Bar No. 222083)
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10004-2498
(212) 558-4000

*Counsel for Defendant*
  *Microsoft Corporation*

January 29, 2002