IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK *ex rel.*<br>Attorney General ELIOT SPITZER, *et al.*,<br><br>                    Plaintiffs,<br>     vs.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | Civil Action No. 98-1233 (CKK)<br><br>Next Court Deadline:  March 4, 2002<br>                                         Status Conference |

**MOTION FOR
ADMISSION *PRO HAC VICE***

John L. Warden, a member in good standing of the bar of this Court, respectfully moves, pursuant to LCvR 83.2(d), that D. Stuart Meiklejohn be permitted to participate in the above-captioned matter *pro hac vice* as counsel for defendant Microsoft Corporation, and states in support thereof the following:

1. Mr. Meiklejohn's full name, address and telephone number are:  D. Stuart Meiklejohn, Sullivan & Cromwell, 125 Broad Street, New York, New York 10004; (212) 558-4000.

2. Mr. Meiklejohn is a member in good standing of the Bar of the State of New York and has also been admitted to the following bars:

| | | |
|---|---|---|
| Supreme Court of the United States | Washington, DC | October 6, 1986 |
| U.S. Court of Appeals for the First Circuit | Boston, MA | April 18, 1990 |
| U.S. Court of Appeals for the Second Circuit | New York, NY | April 27, 1981 |
| U.S. Court of Appeals for the Third Circuit | Philadelphia, PA | March 29, 1996 |
| U.S. Court of Appeals for the Fourth Circuit | Richmond, VA | December 17, 2001 |
| U.S. Court of Appeals for the Fifth Circuit | New Orleans, LA | June 7, 1982 |
| U.S. Court of Appeals for the Eighth Circuit | St. Louis, MO | August 30, 1990 |
| U.S. Court of Appeals for the Ninth Circuit | San Francisco, CA | January 28, 1997 |
| U.S. Court of Appeals for the Eleventh Circuit | Atlanta, GA | September 4, 1998 |
| U.S. Court of Appeals for the District of Columbia Circuit | Washington, DC | September 11, 1998 |
| U.S. District Court for the E.D.N.Y. | New York, NY | March 5, 1976 |
| U.S. District Court for the S.D.N.Y. | Brooklyn, NY | March 17, 1976 |

3.  Mr. Meiklejohn has not been disciplined by any bar.

4.  Mr. Meiklejohn has not been admitted *pro hac vice* in this Court within the last two years.

5.  Mr. Meiklejohn does not engage in the practice of law from an office located in the District of Columbia.

-3-

        WHEREFORE, it is respectfully requested that D. Stuart Meiklejohn be permitted to participate in this matter *pro hac vice* pursuant to LCvR 83.2(d).

        Respectfully submitted,

_____
John L. Warden (Bar No. 222083)
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10004-2498
(212) 558-4000

*Counsel for Defendant*
  *Microsoft Corporation*

January 29, 2002

-3-