UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   Plaintiff,

     v.

MICROSOFT CORPORATION,

   Defendant.

Civil Action No. 98-1232 (CKK)

**ORDER**

The close of the 60-day comment period set forth in 15 U.S.C. § 16(d) brings the above-captioned case before the Court. Having reviewed the status of proceedings in this case, it is this 30th day of January, 2002, hereby

**ORDERED** that the United States and Microsoft shall file a Joint Status Report with the Court not later than 10:00 a.m. on February 7, 2002, wherein the parties shall address the following:

- whether, in response to the comments received by the Department of Justice in accordance with 15 U.S.C. § 16(b), the United States and Microsoft are considering any modifications of the Proposed Final Judgment;

- the time-table for submission to the Court of any modifications of the Proposed Final Judgment, if there are to be modifications;

- the nature of any written submissions the parties propose to provide in support of entry of the Proposed Final Judgment and a schedule therefor. In this regard, the Court notes that the proposed schedule should provide for completed briefing in advance of February 28, 2002;

- the nature of any hearing at which the parties propose to present arguments and/or evidence in support of entry of the Proposed Final Judgment. In this regard, the parties

shall provide details regarding the proposed format for such a hearing, including proposals regarding participation by third-parties; and it is further

**ORDERED** that the United States shall provide the Court with a brief summary of the comments received, pursuant to 15 U.S.C. § 16(b), regarding the Proposed Final Judgment. This summary shall categorize the nature of the comments received. The Court leaves the method of categorization to the parties; they may choose to identify, in general terms, comments according to the type of comment, the identity of the entity submitting the comment, etc. The summary shall serve to inform the Court's decision regarding the nature of any hearing; and it is further

**ORDERED** that Microsoft, the United States, and the Settling States shall appear before the Court for a Status Conference at 10 a.m. on February 8, 2002.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge