IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>     v.<br><br>MICROSOFT CORPORATION,<br><br>               Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  February 8, 2002<br>                           Status Conference |

## MOTION FOR
## ADMISSION *PRO HAC VICE*

John L. Warden, a member in good standing of the bar of this Court, respectfully moves, pursuant to LCvR 83.2(d), that James H. Carter, Jr. be permitted to participate in the above-captioned matter *pro hac vice* as counsel for defendant Microsoft Corporation, and states in support thereof the following:

      1.      Mr. Carter's full name, address and telephone number are: James H. Carter, Jr., Sullivan & Cromwell, 125 Broad Street, New York, New York 10004; 212-558-4000.

      2.      Mr. Carter is a member in good standing of the Bar of the State of New York and has also been admitted to the following bars:

| | |
|---|---:|
| Supreme Court of the United States | (1976) |
| Unites States Court of Appeals<br>for the Federal Circuit | (1988) |
| United States Court of Appeals<br>for the First Circuit | (1984) |
| United States Court of Appeals<br>for the Second Circuit | (1971) |

-2-

| | |
|---|---|
| United States Court of Appeals for the Third Circuit | (1990) |
| United States Court of Appeals for the Fifth Circuit | (1984) |
| United States District Court for the D.CT | (1981) |
| United States District Court for the W.D.MI | (1992) |
| United States District Court for the E.D.N.Y. | (1975) |
| United States District Court for the N.D.N.Y. | (1992) |
| United States District Court for the S.D.N.Y. | (1972) |
| United States Court of International Trade | (1980) |

3. Mr. Carter has not been disciplined by any bar.

4. Mr. Carter has not been admitted *pro hac vice* in this Court within the last two years.

5. Mr. Carter does not engage in the practice of law from an office located in the District of Columbia.

WHEREFORE, it is respectfully requested that James H. Carter, Jr. be permitted to participate in this matter *pro hac vice* pursuant to LCvR 83.2(d).

Respectfully submitted,

_____
John L. Warden (Bar No. 222083)
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10004-2498
(212) 558-4000

*Counsel for Defendant
  Microsoft Corporation*

January 31, 2002