IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 98-1232 (CKK) |
| Plaintiff, | |
| v. | Next Court Deadline: February 8, 2002<br>Status Conference |
| MICROSOFT CORPORATION, | |
| Defendant. | |

## MOTION FOR
## ADMISSION *PRO HAC VICE*

John L. Warden, a member in good standing of the bar of this Court, respectfully moves, pursuant to LCvR 83.2(d), that Kate Usdrowski be permitted to participate in the above-captioned matter *pro hac vice* as counsel for defendant Microsoft Corporation, and states in support thereof the following:

1. Ms. Usdrowski's full name, address and telephone number are: Kate Usdrowski, Sullivan & Cromwell, 125 Broad Street, New York, New York 10004; 212-558-4000.

2. Ms. Usdrowski is a member in good standing of the Bar of the State of New York and has also been admitted to the following bars:

      U.S. District Court for the S.D.N.Y.    (1999)

      U.S. District Court for the E.D.N.Y.    (1999)

3. Ms. Usdrowski has not been disciplined by any bar.

-2-

4. Ms. Usdrowski has been admitted *pro hac vice* in this Court once within the last two years.

5. Ms. Usdrowski does not engage in the practice of law from an office located in the District of Columbia.

WHEREFORE, it is respectfully requested that Kate Usdrowski be permitted to participate in this matter *pro hac vice* pursuant to LCvR 83.2(d).

                                        Respectfully submitted,

                                        _____
                                        John L. Warden (Bar No. 222083)
                                        SULLIVAN & CROMWELL
                                        125 Broad Street
                                        New York, New York  10004-2498
                                        (212) 558-4000

                                        *Counsel for Defendant*
                                          *Microsoft Corporation*

January 30, 2002