VA  Corporation & Limited Partnership Records
Last Completed Filing Data Available From 01/01/1900 Through 12/28/2001
State Reported Data Available From 01/01/1900 Through 01/02/2002

Date: 2/ 1/2002                             Time: 11:55 AM
Reference: mc                               Requestor: mc
Search Criteria: RELPROMAX

This data is for informational purposes only. Certification can only be
obtained through The Office of The Virginia Secretary of State.
--------------------------------------------------------------------------------

  1   (Item Number)
State:           VA
Company Name:       RELPROMAX ANTITRUST INC.

Company ID Number:   0569687
Incorporated Date:   12/28/2001
Current Status:      ACTIVE
Status Date:         12/28/2001
Corporation Type:    DOMESTIC CORPORATION
Business Type:       GENERAL
Originated State:    VIRGINIA
Duration:            PERPETUAL

Capital Information
------------------
Stock Indication:    STOCK
Assessment
Indication:          NORMAL ASSESSMENT

Stock Information
-----------------

Stock Class:         COMMON A
Shares Authorized:   5,000

Registered Agent
----------------
Name:                C DOUGLAS WELTY
Address:             2111 WILSON BLVD STE 550
                     ARLINGTON, VA 22201-3051
Effective Date:      12/28/2001
Status:              ATTORNEY
Court Location:      ARLINGTON COUNTY
================================================================================

End of search.