UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 98-1232 (CKK) |

**ORDER**

As set forth during the status conference on February 8, 2002, it is this 13th day of February, 2002, hereby

**ORDERED** that, not later than February 12, 2002, the United States shall file its motion concerning publication of public comments in the Federal Register; and it is further

**ORDERED** that, not later than February 27, 2002, the United States shall provide the Court with both an electronic copy and a "hard" copy of its responses to any public comment received pursuant to 15 U.S.C. § 16(b); and it is further

**ORDERED** that, not later than February 27, 2002, the United States shall provide the Court with a CD-ROM which includes all of the public comments received pursuant to 15 U.S.C. § 16(b); and it is further

**ORDERED** that, not later than February 27, 2002, the United States, Microsoft and the Settling States shall file their briefs in support of entry of the proposed final judgment; and it is further

**ORDERED** that such briefs shall address the issues raised by the Court at the February 8, 2002, status conference, as well as any other issues deemed appropriate by the parties; and it is further

**ORDERED** that, not later than 10 a.m. on March 1, 2002, Microsoft and the Settling States shall file any supplemental briefs in support of entry of the proposed final judgment; and it is further

**ORDERED** that, as the Court has recently decided, the status conference in the above-captioned case which was tentatively scheduled for 10 a.m. on February 15, 2002, shall be held telephonically.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge