UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　Defendant. | Civil Action No. 98-1232 (CKK) |

**ORDER**

Pursuant to the telephonic conference held in the above-captioned case on February 15, 2002, the record of which is incorporated herein by reference, it is this 15th day of February, 2002, hereby

**ORDERED** that the Tunney Act hearing is scheduled to commence on March 6, 2002, at 9 a.m., in Courtroom 9; and it is further

**ORDERED** that, not later than February 22, 2002, the United States shall file any supplement to its motion regarding an alternative procedure for the filing of public comments; and it is further

**ORDERED** that, not later than February 22, 2002, the parties shall file any oppositions to third-party motions to intervene or, in the alternative, to serve as amicus curiae.

**SO ORDERED.**

---------------------------------
COLLEEN KOLLAR-KOTELLY
United States District Judge