# APPENDIX A

## Comments Cited In The Response

1. Allen Akin ("Akin") -- MTC-00002904

2. Mark Alexander ("Alexander") -- MTC-00002572

3. America Online/Time Warner ("AOL") -- MTC-00030615

4. The American Antitrust Institute ("AAI") – MTC-0030600

5. Declaration of Kenneth J. Arrow, submitted as Attachment to ProComp ("ProComp, Arrow") -- MTC-00030608

6. Association for Competitive Technology ("ACT") -- MTC-00027806

7. Joseph L. Bast ("Bast") -- MTC-00013362

7. John Becker ("Becker") -- MTC-00031674

8. Jim Bode ("Bode") -- MTC-00003974

9. Kris Brinkerhoff ("Brinkerhoff") -- MTC-00013542

9. Matthew M. Burke ("Burke") -- MTC-00024360

10. John A. Carroll ("Carroll") -- MTC-00008557

11. Catavault -- MTC-00033650

12. Center for the Moral Defense of Capitalism ("CMDC") -- MTC-00028833

13. Robert Cheetham ("Cheetham") -- MTC-00004982

14. Jerry Clabaugh ("Clabaugh") -- MTC-00004870

15. Tony Clapes ("Clapes") -- MTC-00004159

16. Computer & Communications Industry Association ("CCIA") -- MTC-00030610

17. Computing Technology Industry Association ("CompTIA") -- MTC-00028726

18. Consumer Federation of America ("CFA") -- MTC-00028565

19. Consumers for Computing Choice and Open Platform Working Group ("CCC") -- MTC-00033613

20. Tim Daly ("Daly") -- MTC-00000307

21. Jerry Davis ("Davis") -- MTC-00004860

22. David Demland ("Demland") -- MTC-00007735

23. Sean Drew ("Drew") -- MTC-00014368

24. Nicholas S. Economides ("Economides") -- MTC-00022465

25. Einer Elhauge ("Elhauge") -- MTC-00027209

26. Scott Francis ("Francis") -- MTC-00021847

27. Sean Gallagher ("Gallagher") -- MTC-00012695

28. John Giannandrea ("Giannandrea") -- MTC-00030193

29. Tom Giebel ("Giebel") -- MTC-00018241

30. Jonathan Gifford ("Gifford") -- MTC-00028546

31. David Godshall ("Godshall") -- MTC-00002260

32. Eberhard Hafermalz ("Hafermalz") -- MTC-00009260

33. Wayne Hammett ("Hammett") -- MTC-00002009

34. Derek Harkess ("Harkess") -- MTC-00022874

35. Norman Harman ("Harman") -- MTC-00022721

36. Jeffrey E. Harris ("Harris") -- MTC-00027387

37. Rebecca Henderson ("Henderson") -- MTC-00030602

38. Jim Herrmann ("Herrmann") -- MTC-00010686

39. Phillip Hofmeister ("Hofmeister") -- MTC-00004548

40. Art Holland ("Holland" -- MTC-00000643

41. Joe Huwaldt ("Huwaldt") -- MTC-00004162

42. Paul Johnson ("Johnson") -- MTC-00012543

43. KDE League, Inc. ("KDE") -- MTC-00028788

44. Dan Kegel ("Kegel") -- MTC-00028571

45. Ronald A. Klain, Benjamin G. Bradshaw, Jessica Davidson Miller, <u>A Detailed Critique of the Proposed Final Judgment in <u>U.S. v. Microsoft</u></u>, submitted as Attachment B to AOL (AOL, Klain) -- MTC-00030615

46. The Honorable Herb Kohl, U.S. Senator ("Sen. Kohl") -- MTC-00030603

47. Brian Koppe ("Koppe") -- MTC-00018682

48. Robert Levy ("Levy") -- MTC-00004804

49. Scott Lewis ("Lewis") -- MTC-00026511

50. Robert E. Litan, Roger D. Noll, and William D. Nordhaus ("Litan et al.") -- MTC-00013366

51. Litigating States -- MTC-00030607

52. Chris M. Lloyd ("Lloyd") -- MTC-00011255

53. Mike Lococo ("Lococo") – MTC-00004717

54. Kevin Lowe ("Lowe") -- MTC-00017163

55. Daniel Maddux ("Maddux") -- MTC-00021587

56. Frank Mathewson and Ralph A. Winter, <u>Microsoft's Tying Strategies to Maintain Monopoly Power in its Operating System</u>, submitted as Attachment A to AOL ("AOL, Mathewson & Winter") -- MTC-00030615

57. John McBride ("McBride") -- MTC-00004731

58. Garrett McWilliams ("McWilliams") -- MTC-00019950

59. Andrig T. Miller ("Miller") -- MTC-00003096

60. David Mitchell ("Mitchell") -- MTC-00017643

61. Eben Moglen ("Moglen") -- MTC-00027626

62. David Morrissey ("Morrissey") -- MTC-00004525

63. Ralph Nader and James Love ("Nader/Love") -- MTC-00028313

64. NetAction and Computer Professionals for Social Responsibility ("NetAction") -- MTC-00030604

65. The New York Times ("NYT") -- MTC-00029783

66. Novell, Inc. ("Novell") -- MTC-00029523

67. Palm, Inc. ("Palm") -- MTC-0030613

68. Ramon G. Pantin ("Pantin") -- MTC-00029685

69. Theresa Peterson ("Peterson") -- MTC-00019410

70. Larry Poindexter ("Poindexter") -- MTC-00000493

71. R.D. Porcher ("Porcher") -- MTC-00015938

72. Vince Pratt ("Pratt") -- MTC-00004691

73. The Progress & Freedom Foundation ("PFF") -- MTC-00030606

74. Project to Promote Competition & Innovation in the Digital Age ("ProComp") -- MTC-00030608

75. RealNetworks, Inc. ("RealNetworks") -- MTC-00029305

76. Red Hat, Inc. ("Red Hat") -- MTC-00030616

77. Ray Reid ("Reid") -- MTC-00022393

78. Relpromax Antitrust, Inc. ("Relpromax") -- MTC-00030631

79. Declaration of Edward Roeder, submitted as Attachment to CCIA ("CCIA, Roeder") --

MTC-00030610

80. P.J. Rovero ("Rovero") -- MTC-00002180

81. SBC Communications, Inc. ("SBC") -- MTC-00029411

82. Robert L. Scala ("Scala") -- MTC-00016177

83. Joel Schneider ("Schneider") -- MTC-00022882

84. Bion Schulken ("Schulken") -- MTC-00002254

85. Bob Schulze ("Schulze") -- MTC-00018164

86. David Skinn ("Skinn") -- MTC-00031409

87. Software and Information Industry Association ("SIIA") -- MTC-00030614

88. Sony Corporation ("Sony") -- MTC-00030605

89. Robert Spotswood ("Spotswood") -- MTC-00000604

90. Declaration of Joseph E. Stiglitz and Jason Furman, submitted as Attachment to CCIA ("CCIA, Stiglitz & Furman") -- MTC-00030610

91. Sun Microsystems, Inc. ("Sun") -- MTC-00030609

92. The Telecommunications Research and Action Center, National Black Chamber of Commerce, and National Native Americans Chamber of Commerce ("TRAC") -- MTC-00028893

93. Stuart Thiel ("Thiel") -- MTC-00012095

94. Mason Thomas ("Thomas") -- MTC-00030468

95. Nikkil Tilwalli ("Tilwalli") -- MTC-00016984

96. Robert Timlin ("Timlin") -- MTC-00011156

97. The Honorable John V. Tunney, Former U.S. Senator ("Sen. Tunney") -- MTC-00032065

98. Nicholas Turk ("Turk") -- MTC-00016312

99. U.S. Senate -- MTC-00033734

100. Lee Wagstaff ("Wagstaff") – MTC-00014376

101. Steven Waldman ("Waldman") -- MTC-00025808

102. Michael Wang ("Wang") -- MTC-00003256

103. Washington Legal Foundation ("WLF") -- MTC-00030601

104. Robert Weiler ("Weiler") -- MTC-00017967

105. Tim Williams ("Williams") -- MTC-00000491

106. Chris Young ("Young") -- MTC-00014037

107. Anthony W. Youngman ("Youngman") -- MTC-00010202