UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

  Plaintiff,

    v.

MICROSOFT CORPORATION,

  Defendant.

Civil Action No. 98-1232 (CKK)

**ORDER**

Before the Court is ProComp's motion to intervene, and in the alternative, to participate as amicus curiae. For the reasons set forth in the accompanying Memorandum Opinion, it is this 28th day of February, 2002, hereby

**ORDERED** that ProComp's motion to intervene is DENIED; and it is further

**ORDERED** that ProComp's motion to participate as amicus curiae is GRANTED in part. ProComp shall be permitted to assist the Court in the role of amicus curiae in the following manner:

- ProComp may file a reply memorandum, as described in the accompanying Memorandum Opinion, not exceeding twenty-five pages;
- If ProComp prefers that the Court review its amicus reply brief *prior* to the Tunney Act hearing, it shall file its brief with the Court and deliver a courtesy copy to chambers not later than 5 p.m. on March 4, 2002. Otherwise, ProComp shall file its reply brief not later than 10 a.m. on March 11, 2002;
- ProComp may present not more than ten minutes of oral argument during the Tunney Act hearing; and it is further

**ORDERED** that, if ProComp chooses to present argument to the Court at the upcoming

Tunney Act hearing, it shall identify the individual who will be addressing the Court not later than 10 a.m. on March 4, 2002.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge