UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 98-1232 (CKK) |

### ORDER

Before the Court is a motion to intervene, or in the alternative, for leave to file a brief as amicus curiae, brought by the "California plaintiffs." For the reasons set forth in the accompanying Memorandum Opinion, it is this 28th day of February, 2002, hereby

**ORDERED** that the California plaintiffs' motion to intervene is DENIED; and it is further

**ORDERED** that the California plaintiffs' motion for leave to file a brief as amicus curiae is DENIED.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge