IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: March 6, 2002<br>Tunney Act Hearing |

**NOTICE OF FILING OF MEMORANDUM OF LAW OF THE
SETTLING STATES IN SUPPORT OF THE PROPOSED FINAL JUDGMENT**

PLEASE TAKE NOTICE that pursuant to the Court's Order of February 13, 2002, the

Memorandum of Law of the Settling States in Support of the Proposed Final Judgment, attached

hereto, was filed with the Court on February 27, 2002.

Dated:  February 28, 2002                    Respectfully submitted,

_____
PHILLIP R. MALONE
RENATA B. HESSE
BARBARA J. NELSON
KENNETH W. GAUL
PAULA L. BLIZZARD
DAVID BLAKE-THOMAS
JACQUELINE S. KELLEY
*Trial Attorneys*
U.S. Department of Justice
Antitrust Division
901 Pennsylvania Avenue, N.W.
 Washington, D.C. 20530
(202) 514-2413

PHILIP S. BECK
*Special Trial Counsel*