IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> vs.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: March 6, 2002 |

**DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN SUPPORT OF
THE ASSOCIATION FOR COMPETITIVE TECHNOLOGY'S
<u>CONDITIONAL MOTION TO PARTICIPATE IN THE TUNNEY ACT HEARING</u>**

    The Association for Competitive Technology ("ACT") has conditionally moved to participate in the Tunney Act proceedings. Microsoft Corporation submits that the Court should grant ACT's motion for the reasons stated and to the extent that participation was granted by the Court in its orders to grant the American Antitrust Institute, Inc., the Computer & Communications Industry Association, the Project to Promote Competition & Innovation in the Digital Age, SBC Communications Inc., and the Software & Information Industry Association

limited rights to participate in the Tunney Act proceedings.

Dated: March 1, 2002

Respectfully submitted,

_____

| | |
|---|---|
| William H. Neukom | John L. Warden (Bar No. 222083) |
| Thomas W. Burt | James H. Carter, Jr. |
| David A. Heiner, Jr. | Richard J. Urowsky |
| Diane D'Arcangelo | Steven L. Holley |
| Christopher J. Meyers (Bar No. 456586) | Michael Lacovara |
| MICROSOFT CORPORATION | Richard C. Pepperman, II |
| One Microsoft Way | Stephanie G. Wheeler |
| Redmond, Washington 98052 | Ronald J. Colombo |
| (425) 936-8080 | Kate Usdrowski |
| | SULLIVAN & CROMWELL |
| Dan K. Webb | 125 Broad Street |
| Bruce R. Braun | New York, New York 10004 |
| WINSTON & STRAWN | (212) 558-4000 |
| 35 West Wacker Drive | |
| Chicago, Illinois 60601 | Bradley P. Smith (Bar No. 468060) |
| (312) 558-5600 | SULLIVAN & CROMWELL |
| | 1701 Pennsylvania Avenue, N.W. |
| Charles F. Rule (Bar No. 370818) | Washington, D.C. 20006 |
| FRIED, FRANK, HARRIS, SHRIVER | (202) 956-7500 |
|   & JACOBSON | |
| 1001 Pennsylvania Avenue, N.W. | *Counsel for Defendant* |
| Suite 800 |   *Microsoft Corporation* |
| Washington, D.C. 20004 | |
| (202) 639-7300 | |