IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: March 6, 2002<br>Tunney Act Hearing |

**PLAINTIFF UNITED STATES' CONSOLIDATED RESPONSE TO
THE MOTIONS FOR TUNNEY ACT PARTICIPATION OF DR.
REBECCA HENDERSON, NOVELL, INC., PROFESSOR EINER
ELHAUGE, THE ASSOCIATION FOR COMPETITIVE TECHNOLOGY,
AND NETACTION AND COMPUTER PROFESSIONALS
FOR SOCIAL RESPONSIBILITY**

The United States submits this Consolidated Response to the Motions for Participation in the Tunney Act Hearings of Dr. Rebecca Henderson, Novell, Inc., Professor Einer Elhauge, the Association for Competitive Technology, and NetAction and Computer Professionals for Social Responsibility. None of these movants provides a basis for concluding that the additional participation requested will assist the Court to any greater extent than the participation from the range of industry groups and members that the Court has already granted. The United States thus believes that granting this additional participation is unnecessary. If, however, on a case-by-case basis the Court determines that participation from one or more of these individuals and/or entities would be helpful, the United States would not oppose such participation provided that such participation is granted to the same extent as provided by the Court in its orders granting limited rights of participation to the Computer & Communications Industry Association, the American

Antitrust Institute, the Project to Promote Competition & Innovation in the Digital Age, SBC Communications Inc., and the Software & Information Industry Association.

| | |
|---|---|
| Dated: March 4, 2002. | Respectfully submitted, |

_____

PHILLIP R. MALONE
RENATA B. HESSE
BARBARA NELSON
KENNETH W. GAUL
PAULA L. BLIZZARD
JACQUELINE S. KELLEY
DAVID BLAKE-THOMAS
*Trial Attorneys*
U.S. Department of Justice
Antitrust Division
601 D Street, N.W.
Suite 1200
Washington, D.C. 20530
(202) 514-8276

PHILIP S. BECK
*Special Trial Counsel*