UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

MICROSOFT CORPORATION,

  Defendant.

Civil Action No. 98-1232 (CKK)

# ORDER

Before the Court is Novell, Inc.'s motion to participate as amicus curiae. Novell's request for participation as amicus curiae asks only that the Court grant the company leave to file a memorandum not exceeding twenty-five pages so that it may address new issues raised by the United States' submission of the Second Revised Proposed Final Judgment. In accordance with this Court's discretion pursuant to 15 U.S.C. § 16(f)(3), it is this 4th day of March, hereby

**ORDERED** that Novell's motion to participate as amicus curiae is GRANTED. Novell shall be permitted to assist the Court in the role of amicus curiae in the following manner:

- As described in the Court's February 28, 2002, Orders permitting limited participation by certain amici, Novell may file a reply memorandum not exceeding twenty-five pages; and
- Novell's reply memorandum shall be filed not later than 10 a.m. on March 11, 2002.

**SO ORDERED.**

                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge