IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>                  Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  March 6, 2002 |

**DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM
IN OPPOSITION TO DR. REBECCA A. HENDERSON'S MOTION TO
<u>PARTICIPATE AS AMICUS CURIAE IN THE TUNNEY ACT PROCEEDINGS</u>**

Dr. Rebecca A. Henderson has moved to participate as *amicus curiae* in the upcoming Tunney Act proceedings.  Microsoft Corporation ("Microsoft") submits that Dr. Henderson's motion should be denied on the grounds that her participation will be only repetitious of the already granted *amici curiae* and thus will not contribute to the Court's Tunney Act review and for all the additional reasons set forth in Microsoft's oppositions to motions filed with this Court by other parties.  Microsoft particularly objects to this motion because Dr. Henderson has already submitted comments pursuant to the Tunney Act comment procedures in this case and now seeks eleventh hour leave for additional participation while

-2-

failing to demonstrate that her participation would be anything other than repetitive.

Dated: March 4, 2002

                                          Respectfully submitted,

                                          _____

| | |
|---|---|
| William H. Neukom | John L. Warden (Bar No. 222083) |
| Thomas W. Burt | James H. Carter, Jr. |
| David A. Heiner, Jr. | Richard J. Urowsky |
| Diane D'Arcangelo | Steven L. Holley |
| Christopher J. Meyers (Bar No. 456586) | Michael Lacovara |
| MICROSOFT CORPORATION | Richard C. Pepperman, II |
| One Microsoft Way | Stephanie G. Wheeler |
| Redmond, Washington 98052 | Ronald J. Colombo |
| (425) 936-8080 | Kate Usdrowski |
| | SULLIVAN & CROMWELL |
| Dan K. Webb | 125 Broad Street |
| Bruce R. Braun | New York, New York 10004 |
| WINSTON & STRAWN | (212) 558-4000 |
| 35 West Wacker Drive | |
| Chicago, Illinois 60601 | Bradley P. Smith (Bar No. 468060) |
| (312) 558-5600 | SULLIVAN & CROMWELL |
| | 1701 Pennsylvania Avenue, N.W. |
| Charles F. Rule (Bar No. 370818) | Washington, D.C. 20006 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON | (202) 956-7500 |
| 1001 Pennsylvania Avenue, N.W. | *Counsel for Defendant* |
| Suite 800 |   *Microsoft Corporation* |
| Washington, D.C. 20004 | |
| (202) 639-7300 | |