IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

MICROSOFT CORPORATION,

            Defendant.

Civil Action No. 98-1232 (CKK)

Next Court Deadline: March 6, 2002

## DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN OPPOSITION TO NOVELL INC.'S MOTION FOR LEAVE TO FILE AN AMICUS BRIEF

Novell Inc. ("Novell) has moved for leave to file an *amicus* brief in opposition to the Second Revised Proposed Final Judgment in the above captioned matter. Microsoft Corporation ("Microsoft") submits that Novell's motion should be denied on the grounds that its participation will be only repetitious of the already granted *amici curiae* and thus will not contribute to the Court's Tunney Act review and for all the additional reasons set forth in

Microsoft's oppositions to motions filed with this Court by other parties similarly situated.

Dated: March 4, 2002

Respectfully submitted,

_____

| | |
|---|---|
| William H. Neukom | John L. Warden (Bar No. 222083) |
| Thomas W. Burt | James H. Carter, Jr. |
| David A. Heiner, Jr. | Richard J. Urowsky |
| Diane D'Arcangelo | Steven L. Holley |
| Christopher J. Meyers (Bar No. 456586) | Michael Lacovara |
| MICROSOFT CORPORATION | Richard C. Pepperman, II |
| One Microsoft Way | Stephanie G. Wheeler |
| Redmond, Washington 98052 | Ronald J. Colombo |
| (425) 936-8080 | Kate Usdrowski |
| | SULLIVAN & CROMWELL |
| Dan K. Webb | 125 Broad Street |
| Bruce R. Braun | New York, New York 10004 |
| WINSTON & STRAWN | (212) 558-4000 |
| 35 West Wacker Drive | |
| Chicago, Illinois 60601 | Bradley P. Smith (Bar No. 468060) |
| (312) 558-5600 | SULLIVAN & CROMWELL |
| | 1701 Pennsylvania Avenue, N.W. |
| Charles F. Rule (Bar No. 370818) | Washington, D.C. 20006 |
| FRIED, FRANK, HARRIS, SHRIVER  & JACOBSON | (202) 956-7500 |
| 1001 Pennsylvania Avenue, N.W. | *Counsel for Defendant* |
| Suite 800 | *Microsoft Corporation* |
| Washington, D.C. 20004 | |
| (202) 639-7300 | |