IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  March 6, 2002 |

**DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM
IN OPPOSITION TO RED HAT INC. AND THE FREE SOFTWARE
<u>FOUNDATION'S MOTION FOR TUNNEY ACT PARTICIPATION</u>**

   Red Hat Inc. and the Free Software Foundation ("FSF") have moved to participate in the Tunney Act hearing.  Microsoft Corporation ("Microsoft") submits that Red Hat Inc., and FSF's joint motion should be denied on the grounds that their participation will be only repetitious of the already granted *amici curiae* and thus will not contribute to the Court's Tunney Act review and for all the additional reasons set forth in Microsoft's

-2-

oppositions to motions filed with this Court by other parties similarly situated.

Dated: March 4, 2002

                                                          Respectfully submitted,

                                                          _____

William H. Neukom                         John L. Warden (Bar No. 222083)
Thomas W. Burt                            James H. Carter, Jr.
David A. Heiner, Jr.                      Richard J. Urowsky
Diane D'Arcangelo                         Steven L. Holley
Christopher J. Meyers (Bar No. 456586)    Michael Lacovara
MICROSOFT CORPORATION                     Richard C. Pepperman, II
One Microsoft Way                         Stephanie G. Wheeler
Redmond, Washington 98052                 Ronald J. Colombo
(425) 936-8080                            Kate Usdrowski
                                          SULLIVAN & CROMWELL
Dan K. Webb                               125 Broad Street
Bruce R. Braun                            New York, New York 10004
WINSTON & STRAWN                          (212) 558-4000
35 West Wacker Drive
Chicago, Illinois 60601                   Bradley P. Smith (Bar No. 468060)
(312) 558-5600                            SULLIVAN & CROMWELL
                                          1701 Pennsylvania Avenue, N.W.
Charles F. Rule (Bar No. 370818)          Washington, D.C. 20006
FRIED, FRANK, HARRIS, SHRIVER             (202) 956-7500
  & JACOBSON
1001 Pennsylvania Avenue, N.W.            *Counsel for Defendant*
Suite 800                                   *Microsoft Corporation*
Washington, D.C. 20004
(202) 639-7300