IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>              Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: March 6, 2002<br>                         Hearing |

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned counsel hereby appears as counsel of record for Defendant Microsoft Corporation and requests that all notices given or required to be given and all papers served or required to be served in this case be given or served upon:

        Bradford L. Smith (D.C. Bar No. 411607)
        Microsoft Corporation
        One Microsoft Way
        Redmond, Washington 98052

Dated: Washington, D.C.
         March 5, 2002

                                        Respectfully submitted,

                                        Bradford L. Smith (D.C. Bar No. 411607)
                                        Microsoft Corporation
                                        One Microsoft Way
                                        Redmond, Washington 98052
                                        (425) 936-8080
                                        *Counsel for Defendant*
                                        *Microsoft Corporation*