IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICROSOFT CORPORATION,

    Defendant.

Civil Action No. 98-1232 (CKK)

Next Court Deadline: March 6, 2002 Hearing

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned counsel hereby appears as counsel of record for Defendant Microsoft Corporation and requests that all notices given or required to be given and all papers served or required to be served in this case be given or served upon:

> Bradford L. Smith (D.C. Bar No. 411607)
> Microsoft Corporation
> One Microsoft Way
> Redmond, Washington 98052

Dated: Washington, D.C.
       March 5, 2002

Respectfully submitted,

/s/ Bradford L. Smith

Bradford L. Smith (D.C. Bar No. 411607)
Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080
*Counsel for Defendant*
*Microsoft Corporation*