IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

              Plaintiff,

v.

MICROSOFT CORPORATION,

              Defendant.

Civil Action No. 98-1232 (CKK)

Next Court Deadline:  None

**UNITED STATES' NOTICE OF FILING OF CORRECTED CD-ROMS CONTAINING PUBLIC COMMENTS RELATING TO THE PROPOSED FINAL JUDGMENT**

Plaintiff United States of America submits this Notice of Filing of Corrected CD-ROMs Containing Public Comments Relating to the Proposed Final Judgment.  On February 28, 2002, the United States filed with the Court copies of a CD-ROM containing the full text of the public comments relating to the proposed Final Judgment in this matter.  Subsequently, the United States has identified thirteen (13) comments for which either an incomplete or incorrect electronic version was included on the original CD-ROM:

| | |
|---|---|
| MTC-00033650 | MTC-00000842 |
| MTC-00000827 | MTC-00000846 |
| MTC-00000830 | MTC-00000851 |
| MTC-00000831 | MTC-00000852 |
| MTC-00000834 | MTC-00000853 |
| MTC-00000835 | MTC-00000854 |
| MTC-00000838 | |

The United States is therefore submitting two copies of a corrected CD-ROM, which contains the full, corrected text of the public comments, for filing with the Court. The corrected CD-ROM differs from the CD-ROM originally submitted to the Court on February 28, 2000, only in its correction of the errors identified on the thirteen comments listed above.

DATED: March 12, 2002　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PHILLIP R. MALONE
　　　　　　　　　　　　　　　　　　　　　　　RENATA B. HESSE
　　　　　　　　　　　　　　　　　　　　　　　BARBARA NELSON
　　　　　　　　　　　　　　　　　　　　　　　KENNETH W. GAUL
　　　　　　　　　　　　　　　　　　　　　　　PAULA L. BLIZZARD
　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE S. KELLEY
　　　　　　　　　　　　　　　　　　　　　　　DAVID BLAKE-THOMAS
　　　　　　　　　　　　　　　　　　　　　　　*Trial Attorneys*
　　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　Antitrust Division
　　　　　　　　　　　　　　　　　　　　　　　601 D Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Suite 1200
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　　(202) 514-8276

　　　　　　　　　　　　　　　　　　　　　　　PHILIP S. BECK
　　　　　　　　　　　　　　　　　　　　　　　*Special Trial Counsel*