IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Action No. 98-1232 (CKK) |
| v. | |
| | Next Court Deadline: None |
| MICROSOFT CORPORATION, | |
| Defendant. | |

**UNITED STATES' NOTICE OF FILING OF CORRECTED CD-ROMS CONTAINING PUBLIC COMMENTS RELATING TO THE PROPOSED FINAL JUDGMENT**

Plaintiff United States of America submits this Notice of Filing of Corrected CD-ROMs Containing Public Comments Relating to the Proposed Final Judgment. On February 28, 2002, the United States filed with the Court copies of a CD-ROM containing the full text of the public comments relating to the proposed Final Judgment in this matter. Subsequently, the United States has identified thirteen (13) comments for which either an incomplete or incorrect electronic version was included on the original CD-ROM:

| | |
|---|---|
| MTC-00033650 | MTC-00000842 |
| MTC-00000827 | MTC-00000846 |
| MTC-00000830 | MTC-00000851 |
| MTC-00000831 | MTC-00000852 |
| MTC-00000834 | MTC-00000853 |
| MTC-00000835 | MTC-00000854 |
| MTC-00000838 | |

The United States is therefore submitting two copies of a corrected CD-ROM, which contains the full, corrected text of the public comments, for filing with the Court. The corrected CD-ROM differs from the CD-ROM originally submitted to the Court on February 28, 2000, only in its correction of the errors identified on the thirteen comments listed above.

DATED: March 12, 2002                                   Respectfully submitted,

 

PHILLIP R. MALONE
RENATA B. HESSE
BARBARA NELSON
KENNETH W. GAUL
PAULA L. BLIZZARD
JACQUELINE S. KELLEY
DAVID BLAKE-THOMAS
*Trial Attorneys*
U.S. Department of Justice
Antitrust Division
601 D Street, N.W.
Suite 1200
Washington, D.C. 20530
(202) 514-8276

PHILIP S. BECK
*Special Trial Counsel*

UNITED STATES' NOTICE OF FILING OF CORRECTED CD-ROMS CONTAINING
PUBLIC COMMENTS RELATING TO THE PROPOSED FINAL JUDGMENT - PAGE 2