# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>vs.<br><br>MICROSOFT CORPORATION<br>Defendant(s). | Case No: **98-1232** |

## NOTICE REGARDING TRANSCRIPT

The Transcript of Tunney Act hearing for the date of 3/6/02 has been filed in paper form in the Clerk's Office.  The public may view the document in the Clerk's Office during normal business hours, Monday through Friday between the hours 9:00 a.m. to 4:00 p.m.

NANCY MAYER-WHITTINGTON, CLERK

Date: 1/31/02