IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  None |

**PLAINTIFF UNITED STATES' NOTICE OF CHANGE OF ADDRESS**

Plaintiff United States of America submits this Notice of Change of Address for transmission of all documents in the above-captioned case.  All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address: Renata B. Hesse, U.S. Department of Justice, Antitrust Division, 600 E Street, N.W., Suite 9500, Washington, D.C. 20530.  Please note that the address on record for Philip S. Beck, Plaintiff's Special Trial Counsel, remains unchanged.

DATED: July 2, 2002                              Respectfully submitted,

_____
PHILLIP R. MALONE
RENATA B. HESSE
PAULA L. BLIZZARD
PATRICIA A. BRINK
JOAN V. FARRAGHER
BARBARA J. NELSON
JEFFREY J. VANHOOREWEGHE

*Trial Attorneys*
U.S. Department of Justice
Antitrust Division
600 E Street, N.W.
Suite 9500
Washington, D.C. 20530
(202) 514-8267

PHILIP S. BECK
*Special Trial Counsel*

PLAINTIFF UNITED STATES' NOTICE OF CHANGE OF ADDRESS - PAGE 2