IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: None |

**NOTICE OF ISSUANCE OF MICROSOFT
CONSENT DECREE COMPLIANCE ADVISORY**

PLEASE TAKE NOTICE that the United States will issue the attached Microsoft Consent Decree Compliance Advisory on Monday, August 5, 2002, by posting the Advisory on the Antitrust Division's website, <www.usdoj.gov/atr>.

                                                            Respectfully submitted,

                                                            PHILLIP R. MALONE
                                                            RENATA B. HESSE
                                                            PAULA L. BLIZZARD
                                                            PATRICIA A. BRINK
                                                            JOAN V. FARRAGHER
                                                            BARBARA J. NELSON
                                                            JEFFREY J. VANHOOREWEGHE

                                                            *Trial Attorneys*
                                                            U.S. Department of Justice
                                                            Antitrust Division
                                                            601 D Street, N.W.
                                                            Suite 1200
                                                            Washington, D.C. 20530
                                                            202/514-8276

                                                            PHILIP S. BECK
                                                            *Special Trial Counsel*