UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

  Plaintiff,

    v.

MICROSOFT CORPORATION,

  Defendant.

Civil Action No. 98-1232 (CKK)

**ORDER**

Presently pending before the Court is a proposed consent decree submitted by the parties in the above-captioned case. Following application of the Tunney Act, 15 U.S.C. § 16(b)-(h), and upon a finding pursuant 15 U.S.C. § 16(e) that, with the exception of § VII of the proposed final judgment ("SRPFJ"), entry of the SRPFJ as the final judgment in this action is in the public interest, as set forth in the accompanying Memorandum Opinion, it is this 1st day of November, 2002, hereby

**ORDERED** that the SRPFJ is conditionally approved as the final judgment in this case; and it is further

**ORDERED** that, in order to obtain final approval of the SRPFJ, Plaintiff and Microsoft shall submit to the Court a proposed amendment to § VII addressing the concerns described in the accompanying Memorandum Opinion; and it is further

**ORDERED** that such proposed amendment shall be submitted to the Court not later than November 8, 2002.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge