IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: November 8, 2002 |

### UNITED STATES' SUBMISSION OF THIRD
### REVISED PROPOSED FINAL JUDGMENT

Pursuant to this Court's November 1, 2002, Orders in *United States v. Microsoft*, CA No. 98-1232 and *State of New York, et al. v. Microsoft*, CA No. 98-1233, and its Memorandum Opinion in *United States v. Microsoft*, Plaintiff United States submits the attached Third Revised Proposed Final Judgment ("TRPFJ"), as well as an accompanying stipulation which has been executed by the United States, Microsoft, and representatives of the states of New York, Ohio, Illinois, Kentucky, Louisiana, Maryland, Michigan, North Carolina and Wisconsin (collectively the "Settling States"). The attached TRPFJ differs from the Second Revised Proposed Final Judgment ("SRPFJ") only in the inclusion of new language, agreed to by the parties, in Section VII that addresses the suggestions made by the Court in its November 1, 2002 orders.[1] We have been advised that the Settling States will separately submit a Final Judgment Pursuant to Rule 54(b) and accompanying Stipulation in CA No. 98-1233.

Counsel for Microsoft and the Settling States have informed the United States that they

---

[1] For the Court's convenience, the United States also submits a red-lined version of the TRPFJ, attached hereto as Exhibit A, which compares the TRPFJ to the SRPFJ.

consent to the entry of the TRPFJ in this matter.

Respectfully submitted,

_____

PHILLIP R. MALONE
RENATA B. HESSE
PAULA L. BLIZZARD
PATRICIA A. BRINK
JOAN V. FARRAGHER
JEFFREY D. NEGRETTE
BARBARA J. NELSON
JEFFREY J. VANHOOREWEGHE

*Trial Attorneys*
U.S. Department of Justice
Antitrust Division
600 E Street, N.W.
Suite 9500
Washington, D.C. 20530
202/514-8276

PHILIP S. BECK
*Special Trial Counsel*