UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff

     v.

MICROSOFT CORPORATION,

    Defendant.

Civil Action No. 98-1232 (CKK)

**ORDER**
(November 12, 2002)

On November 1, 2002, this Court entered a conditional approval of the settlement agreed to by the parties in this case. On November 8, 2002, pursuant to that decision, the United States submitted a Third Revised Proposed Final Judgment ("TRPFJ") which includes jurisdiction for the Court to act *sua sponte* in its retention of jurisdiction in this case. The United States also submitted a stipulation executed by the United States, the States of New York, Ohio, Illinois, Kentucky, Louisiana, Maryland, Michigan, North Carolina and Wisconsin, and Microsoft Corporation, agreeing to the filing and entry of the TRPFJ. Therefore, it is this 12th day of November, hereby

**ORDERED** that as the Court has accepted the Third Revised Proposed Final Judgment submitted on November 8, 2002, a separate judgment shall be issued this same day adopting it as the final judgment in this case.

    **SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge