IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: December 12, 2002 |

**PLAINTIFF'S MOTION FOR APPOINTMENT OF DR. HARRY J. SAAL AND FRANKLIN FITE, JR. AS MEMBERS OF THE TECHNICAL COMMITTEE**

Pursuant to Section IV.B.3.b of the Final Judgement in the above-captioned case, Plaintiff, the United States of America, moves this Court for entry of an order appointing Dr. Harry J. Saal and Franklin Fite, Jr. as Members of the Technical Committee. In support of this Motion, Plaintiff files herewith a Memorandum in Support of Motion for Appointment of Technical Committee Members. It is Plaintiff's understanding that Plaintiff states in *State of New York, et al., v. Microsoft Corporation*, CA No. 98-1233 (CKK), the States of New York, Ohio, Illinois, Kentucky, Louisiana, Maryland, Michigan, North Carolina, and Wisconsin (the "Settling States"), will file a parallel motion in that case.

Dated: November ___, 2002

                                                            Respectfully submitted,

                                                            _____
                                                            PHILLIP R. MALONE
                                                            RENATA B. HESSE
                                                            PAULA L. BLIZZARD

1

                    PATRICIA A. BRINK
                    JOAN V. FARRAGHER
                    JEFFREY D. NEGRETTE
                    BARBARA J. NELSON
                    JEFFREY J. VANHOOREWEGHE

*Trial Attorneys*
U.S. Department of Justice
Antitrust Division
600 E Street, N.W.
Suite 9500
Washington, D.C. 20530
202/514-8276