# Biographical Sketch of Dr. Harry J. Saal

President of Cultural Initiatives Silicon Valley
Chairman of Octago, Inc.

Dr. Harry J. Saal serves as Chairman of the Board of Octago, a San Francisco-based company which offers advanced Internet-enabled solutions addressing the needs of employee recuitors.

As well, he is President of Cultural Initiatives Silicon Valley, a non-profit organization which links a network of public and private cultural agencies and organizations to enhance the role of arts and culture in every aspect of life in Silicon Valley. The first focus of the organization is to return arts education to the core curriculum of the school system of Santa Clara County.

Dr. Saal was the founder and CEO of Network General Corporation (now Network Associates, Inc.), the first company wholly dedicated to the area of network diagnostics. He has extensive experience in a variety of senior management and technical positions, with both startup and large corporations, most recently in the area of computer data networking. In October 1978 he founded Nestar Systems, Incorporated, a pioneer in local area network systems for personal computers.

From 1993 through 1995, Dr. Saal served as founding CEO and President of Smart Valley, Inc., a non-profit organization chartered to create a regional electronic community based on an advanced information infrastructure and the collective ability to use it.

Until recently, he has served as Director of several other publically traded high technology firms, most recently including Imaging Technologies Corporation and Inprise Corporation. Ernst & Young named Dr. Saal the Bay Area 1990 Software Entrepreneur of the Year and he is also the recipient of the ADL Torch of Liberty Award, the ACM/Computer Museum 1994 Computer Bowl MVP, and the JNF Tree of Life Award.

He is active in philanthropy and community affairs, serving on the Board of the Community Foundation Silicon Valley, from whom he received the 1996 Corporate Community Involvement Award. He has served as Vice Chairman of the American Leadership Forum, Silicon Valley Chapter, and in 1995 received their John W. Gardner Leadership Award. As well, he serves on the boards of the American Institute of Mathematics, the World Institute on Disability, the Saal Family Foundation and the Henry Crown Fellowship Program of the Aspen Institute. In 1997, Columbia University awarded Dr. Saal its highest honor, the John Jay Award.

Dr. Saal is a magna cum laude graduate of Columbia University where he received his Ph.D. in High Energy Physics in 1969. He then served as Deputy Director of the Stanford Linear Accelerator Center's Computation Group and later as Visiting Associate Professor of Computer Science at the State University of New York at Buffalo. From 1973 to 1978, he worked for IBM, at the IBM Scientific Center in Haifa, Israel and the IBM General Products Division in San Jose.