# *Harry J. Saal*

| | |
|---|---|
| *Summary:* | *Extensive experience in a variety of senior management and technical positions, with both startup and large corporations, most recently in the area of computer data networking.* |
| **Education:** | BA (Physics; 1963), MA (Physics; 1965) and Ph.D. (Physics; 1969), Columbia University. |
| **Honors and Awards:** | National Westinghouse Science Finalist (1960). Magna cum laude, Columbia University; NSF Fellow; President's Fellow, Columbia University; National Champion, Mathematics Association of America (1960). Bay Area Software Entrepreneur of the Year (1990). ADL Torch of Liberty Award (1992), ACM/Computer Museum Computer Bowl MVP (1993), JNF Tree of Life Award (1994), American Leadership Forum John W. Gardner Leadership Award (1995), Community Foundation of Santa Clara County Corporate Community Involvement Award (1996). Columbia University John Jay Award (1997), PACT Leadership in Community Award (2000). |
| **Professional Experience:** | 1993 to 1998: Smart Valley, Inc., Palo Alto, CA; CEO and President (through 1995); Director (1993 on). |
| | 1986 to 1997: Network General Corp., Menlo Park, CA; CEO and President (through 1993); Chairman (1986 to 1997), Founder. |
| | 1979 to 1986: Nestar Systems Inc., Palo Alto, CA; CEO and President (through 1983), Chairman, Chief Scientist, Senior Vice President (Research and Development) (1985 on): Founder of Nestar, provided product direction concept and assembled startup team. Responsible for overall management, strategic planning, growth and funding for the company. |
| | 1976 to 1979: IBM Corporation, General Products Division, San Jose, CA; advisory programmer: Project leader, directed design and implementation of enhancements to APL language and time-sharing system. |
| | 1973 to 1976: IBM Corporation, World Trade; Scientific Center, Haifa, Israel; staff member of the Scientific Center. Adjunct Associate Professor of Computer Science, Israel Institute of Technology, Haifa. Israeli representative to EUROMICRO. |
| | 1972 to 1973: State University of New York, Buffalo, NY; Visiting Associate Professor of Computer Science. Member of Board of Directors of ACM SIGMICRO Group. Chairman of micro-programming group of IEEE. |
| | 1968 to 1972: Stanford University Linear Accelerator Center (SLAC), Stanford, CA; Staff member and Deputy Director of |

Computation Group. Worked in computer graphics, special-purpose computer languages, and software tool development. Lecturer in Computer Science Department, Stanford University.

**Other Organizations:** 2002 to present: Redwood Neurosciences Institute, Menlo Park, CA; Director.

2000 to present: Octago, Inc., San Francisco, CA; Chairman.

1999 to present: American Institute of Mathematics, Palo Alto, CA; Director.

1999 to 2002: Business Cafe, San Jose, CA; Senior Advisor.

1999 to present: World Institute on Disability, Oakland, CA; Director.

1998 to 2001: Hebrew University School of Engineering, Jerusalem, Israel; International Advisory Committee.

1998 to present: Churchill Club, San Jose, CA; Advisory Board.

1998 to present: Foothill College Center for Innovation, Los Altos Hills, CA; Advisory Board.

1998 to present: University of Maryland Business School, College Park, MD; Council of Advisors.

1998 to present: Cultural Initiative/Silicon Valley, San Jose, CA; President of the Board.

1998 to present: Kirsch Family Foundation, San Jose, CA; Vice Chairman.

1998: Leave a Legacy Program, San Francisco, CA; South Bay Chairman.

1998 to 1999: San Jose Museum of Art, San Jose, CA; Trustee.

1997 to 1998: Networks Associates, Inc., Santa Clara, CA; Director.

1997 to present: Henry Crown Fellowship Program, Washington, DC; Overseer, Senior Mentor.

1997 to 1998: NTT Multimedia Communications Laboratory, Palo Alto, CA; Chairman.

1997 to 1998: LinkCo, Inc., Boston, MA; Director.

1996 to 1999: Inprise, Inc., Scotts Valley, CA; Director and

Vice-Chairman (formerly Borland International.)

1995 to 1998: GlobalNet Systems, Ltd., Chatsworth, CA; Director.

1995 to 1996: Broad Alliance for Multimedia Technology and Applications (BAMTA), Santa Clara, CA; Chairman.

1993 to 2000: American Leadership Forum, Silicon Valley Chapter, Class V (1993), Director (1993 on), Vice Chair (1995 to 1999).

1992 to 2002: Community Foundation Silicon Valley, Board of Advisors (1992 to 1993), Director (1993 on), Chairman (1997 to 1999).

1992 to 1996: modernsoft, Inc., Palo Alto, CA; Director.

1990 to present: Saal Family Foundation, San Francisco, CA; President and Director.

1989 to 1991, 1995 to 1997: AssureNet Pathways, Inc., Mountain View, CA; Director, Chairman (1996 to 1997).

1989 to present: Jewish High Tech Community of the Jewish Community Federation South Peninsula Region, Palo Alto, CA; Founder, Executive Committee.

1986 to 1987: IIS Intelligent Information Systems, Ltd., Haifa, Israel; Director.

1985: Giltronix, Inc., Palo Alto, CA; Director.

1984 to 1985: Notation Corporation, Los Gatos, CA; Director.

1983 to 1999: Imaging Technologies Corporation, San Diego, CA; Director; Chairman (1996 on).

**Patents:** U.S. Patent 4,253,087 for Self-Assigning Address System (Awarded Feb. 24, 1981)

*Revised November 21, 2002.*