# Franklin Fite, Jr.

**Summary**

Extensive experience managing small and large software product teams. Proven ability to successfully lead significant software projects from inception to shipment and marketing. Demonstrated skills at negotiating deals with customers and partners. Core expertise in software design and development, operating systems, real time systems, and communications protocols. Excellent verbal and oral communication skills.

**Professional Experience**

5/2000 – 6/2002          Nimble Technology          Seattle, WA

**President (2001 – 2002)**
**CTO (2000 – 2001)**

- Hired in May 2000 as the first CTO of start-up Nimble Technology, an enterprise software company developing and selling an XML-based data integration suite. The Nimble suite is a middleware product that allows the data in disparate systems such as relational databases, mainframes, and enterprise applications, to be queried as though they were all in one XML database.
- Grew the Nimble software design and test team from 10 to 50 people. Set in place and managed the procedures for scheduling, developing, and deploying the product.
- Managed the development process for the product suite, consisting of primarily Java based servers running on Solaris, Linux, and Windows NT. Helped to bring in best of breed development and testing software and hardware from Oracle, IBM, Mercury, Sun, and Microsoft.
- Worked closely and successfully with IT staff at large corporations such as GE and Reuters to convince them to deploy our new product in the beta phase. Dealt with CTOs and other high level IT professionals at dozens of Fortune 500 companies.
- Led the successful shipment of three releases of the suite in two years.
- As President, starting in October 2001, managed the Professional Services, IT, and Engineering teams, comprising 80% of the company. For a time was Nimble's key executive in conducting sales calls. Also responsible for convincing highly technical partners, such as system integrators, of the effectiveness of our product in complex deployments.
- Was a key player in making Nimble's first sales in 1Q 2002.

1/1992 – 4/2000          Microsoft Corporation          Redmond, WA

**General Manager, Windows CE Platforms (1997 - 2000)**
**Director, Windows CE Operating System and Tools (1994 - 1997)**

- Founded the Windows CE Operating System team that developed and shipped a completely new OS for use in non-PC devices in less than 18 months.
- Responsible for all aspects of the Windows CE Platform business, including the design, development, testing, documentation, marketing, and deployment of the Windows CE OS and its associated tools. Grew the team to over 200 in 1Q 2000.
- Successfully led the shipment of three major versions of the Windows CE OS. Gained design wins in devices ranging from the Pocket PC to gasoline dispensers and cow milking machines.

**Group Manager, At Work Operating System (1993-1994)**
**Development Manager, At Work Fax (1992-1993)**
- Hired at Microsoft to be the first development manager of an advanced technology project building Microsoft technology into office machines.
- Grew the original four person research team into a product group of 50 developers, testers, and program managers. Established the software development process.
- Designed the overall software architecture for the At Work OS. Shipped the first version of the operating system and fax technology in Win 3.11 and in the Ricoh At Work Fax machine in Japan.
- Designed, coded, and tested the driver software to enable high end fax modems to work with Windows 3.11 and Windows 95.

6/1981 – 12/1991        AT&T Bell Laboratories           Holmdel, NJ
**Supervisor, Software Process Laboratory (1990-1991)**
- Developed, wrote, and evangelized the best practices in software development for all of Bell Laboratories. Was recognized as a company expert in design methods.
- Consulted with over a dozen large software projects in the Labs and led them to improve their software development practices.
- Directed a team that prototyped and deployed object oriented design tools for C++ development in a UNIX and embedded systems environment. Responsible for the adoption of these tools in many Labs projects.
- Specified, selected and recommended external tools for company-wide best practices. Worked extensively with UNIX based tools and hardware from Sun Microsystems, DEC, and AT&T Computer Systems. Was the company's leading expert on advanced Computer Aided Software Engineering tools running on the Sun SPARCstation.

**Supervisor, Integrated Access Systems (1986 -1990)**
**Member of Technical Staff, Transmission Systems (1981 -1986)**
- Developed the hardware and software for line and trunk units used in the 5ESS digital switching system and the DACS electronic cross connect products.
- Programmed in C and Intel and Motorola microprocessor assembly language in a development environment consisting of AT&T's UNIX running on DEC minicomputers.
- Debugged hardware and software with HP based tools, including logic analyzers.
- Managed the software development for the Integrated Access and Cross Connect System, a packet switch and multiplexer.
- Investigated and selected pSOS as the real time OS for the packet switch.

**Education**   1981 - 1982        Stanford University           Palo Alto, CA
**Master of Science in Computer Engineering**

1977 - 1981        Vanderbilt University           Nashville, TN
**Bachelor of Engineering in Computer Science and Electrical Engineering**
- Graduated summa cum laude



Awarded six patents: three in the area of fault tolerant packet switching techniques and three in embedded operating systems for office machine design.