IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICROSOFT CORPORATION,

        Defendant.

Civil Action No. 98-1232 (CKK)

Next Court Deadline: December 12, 2002

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO NOMINATE THE THIRD TECHNICAL COMMITTEE MEMBER**

Plaintiff, the United States of America, moves this Court for an extension of time to nominate the third Technical Committee ("TC") member pursuant to Sections IV.B.1 and IV.B.3.c and d of the Final Judgment in this case. Pursuant to the discussion with the Court held on the record on December 11, 2002, Plaintiff moves for an extension of forty-five days until January 27, 2003 to nominate the third member of the TC. A proposed order is attached.

Dated: December ___, 2002

                                                  Respectfully submitted,

PHILLIP R. MALONE
RENATA B. HESSE
PAULA L. BLIZZARD
PATRICIA A. BRINK
JOAN V. FARRAGHER
JEFFREY D. NEGRETTE
BARBARA J. NELSON
JEFFREY J. VANHOOREWEGHE
*Trial Attorneys*
U.S. Department of Justice
Antitrust Division
600 E Street, N.W.
Suite 9500
Washington, D.C. 20530
202/514-8276