IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>            Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: December 12, 2002 |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO NOMINATE THE THIRD TECHNICAL COMMITTEE MEMBER**

Plaintiff, the United States of America, moves this Court for an extension of time to nominate the third Technical Committee ("TC") member pursuant to Sections IV.B.1 and IV.B.3.c and d of the Final Judgment in this case. Pursuant to the discussion with the Court held on the record on December 11, 2002, Plaintiff moves for an extension of forty-five days until January 27, 2003 to nominate the third member of the TC. A proposed order is attached.

Dated: December ___, 2002

                                              Respectfully submitted,

                                              _____
                                              PHILLIP R. MALONE
                                              RENATA B. HESSE
                                              PAULA L. BLIZZARD
                                              PATRICIA A. BRINK
                                              JOAN V. FARRAGHER
                                              JEFFREY D. NEGRETTE
                                              BARBARA J. NELSON
                                              JEFFREY J. VANHOOREWEGHE
                                              *Trial Attorneys*
                                              U.S. Department of Justice
                                              Antitrust Division
                                              600 E Street, N.W.
                                              Suite 9500
                                              Washington, D.C. 20530
                                              202/514-8276