IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

MICROSOFT CORPORATION,

          Defendant.

Civil Action No. 98-1232 (CKK)

**ORDER**

Presently pending before the Court is Plaintiff's Motion for an Extension of Time to Nominate the Third Technical Committee Member.

**IT IS HEREBY ORDERED** that the time to nominate the third Technical Committee member be extended to and including January 27, 2003.

**SO ORDERED.**

          COLLEEN KOLLAR-KOTELLY
          United States District Judge