IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.                            Civil Action No. 98-1232 (CKK)

MICROSOFT CORPORATION,

                Defendant.

## ORDER

Presently pending before the Court is Plaintiff's Motion for an Extension of Time to Nominate the Third Technical Committee Member.

**IT IS HEREBY ORDERED** that the time to nominate the third Technical Committee member be extended to and including January 27, 2003.

**SO ORDERED.**

 

COLLEEN KOLLAR-KOTELLY
United States District Judge