IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: None |

**PLAINTIFF'S UNOPPOSED MOTION TO MODIFY
THE BRIEFING SCHEDULE ON THE JOINT MOTION OF CCIA
AND SIIA FOR LEAVE TO INTERVENE FOR PURPOSES OF APPEAL**

Plaintiff, the United States, hereby moves to modify the briefing schedule relating to the Joint Motion of CCIA and SIIA (collectively "Joint Movants") for Leave to Intervene for Purposes of Appeal, which was filed on December 20, 2002. Under the proposed modified briefing schedule:

(1) Plaintiff and Microsoft will file their respective oppositions to the Joint Motion, if any, **no later than 12:00 noon on January 6, 2003** (rather than on December 31, 2002); and

(2) Joint Movants' reply will be filed on **January 8, 2003** (the same date that it would have been due absent the proposed modification).

Counsel for Plaintiff discussed this proposal with counsel for Joint Movants on December 20, 2002, and with counsel for Microsoft on December 23, 2002, and was informed that neither Joint Movants nor Microsoft opposes the modified briefing schedule proposed by Plaintiff. Counsel for Plaintiff and counsel for Joint Movants jointly notified the Court of the proposed modification to the briefing schedule by telephone conference with Judge Kollar-

Kotelly's law clerk on December 20, 2002, and Plaintiff files this motion pursuant to the Court's instructions.

Dated: December 23, 2002

Respectfully submitted,

_____
PHILLIP R. MALONE
RENATA B. HESSE
PAULA L. BLIZZARD
PATRICIA A. BRINK
JOAN V. FARRAGHER
JEFFREY D. NEGRETTE
BARBARA J. NELSON
JEFFREY J. VANHOOREWEGHE
*Trial Attorneys*
U.S. Department of Justice
Antitrust Division
600 E Street, N.W.
Suite 9500
Washington, D.C. 20530
202/514-8276