IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, vs. MICROSOFT CORPORATION, *Defendant*. | Civil Action No. 98-1232 (CKK) Next Court Deadline: None |

**NOTICE OF REGISTRATION AND FIRM NAME CHANGE**

PLEASE TAKE NOTICE that Sullivan & Cromwell has registered with the New York Secretary of State as a limited liability partnership, effective as of January 1, 2003, and has changed its firm name to Sullivan & Cromwell LLP.

Dated: New York, New York
       January 3, 2003

Respectfully submitted,

*/s/ John L. Warden*
John L. Warden (Bar No. 222083)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Counsel for Defendant
  Microsoft Corporation*