IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICROSOFT CORPORATION,

Defendant.

Civil Action No. 98-1232 (CKK)

Next Court Deadline:  None

## NOTICE OF REGISTRATION AND FIRM NAME CHANGE

PLEASE TAKE NOTICE that Sullivan & Cromwell has registered with the New York Secretary of State as a limited liability partnership, effective as of January 1, 2003, and has changed its firm name to Sullivan & Cromwell LLP.

Dated:  New York, New York
     January 3, 2003

Respectfully submitted,

John L. Warden (Bar No. 222083)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Counsel for Defendant*
*Microsoft Corporation*