UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 98-1232 (CKK) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 11th day of January, 2003, hereby

**ORDERED** that the Joint Motion by *Amici Curiae* CCIA and SIIA For Leave to Intervene for Purposes of Appeal [# 764] is DENIED; and it is further

**ORDERED** that Joint Motion by *Amici Curiae* CCIA and SIIA For Enlargement of Time for Appeal [# 765] is DENIED as moot.

**SO ORDERED.**

                                         _____
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge