IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: January 27, 2003 |

**PLAINTIFF'S MOTION FOR APPOINTMENT OF EDWARD P. STRITTER AS THE THIRD MEMBER OF THE TECHNICAL COMMITTEE**

Pursuant to Section IV.B.3.d of the Final Judgement in the above-captioned case, Plaintiff, the United States of America, moves this Court for entry of an order appointing Edward P. Stritter as the third Member of the Technical Committee. In support of this Motion, Plaintiff files herewith a Memorandum in Support of Motion for Appointment of Edward P. Stritter as the Third Member of the Technical Committee. It is Plaintiff's understanding that the Plaintiff states in *State of New York, et al., v. Microsoft Corporation*, CA No. 98-1233 (CKK), the States of New York, Ohio, Illinois, Kentucky, Louisiana, Maryland, Michigan, North Carolina, and Wisconsin (the "Settling States"), will file a parallel motion in that case.

Dated: January 27, 2003

                                          Respectfully submitted,

                                          _____
                                          PHILLIP R. MALONE
                                          RENATA B. HESSE
                                          PAULA L. BLIZZARD
                                          PATRICIA A. BRINK
                                          JOAN V. FARRAGHER
                                          JEFFREY D. NEGRETTE
                                          BARBARA J. NELSON
                                          JEFFREY J. VANHOOREWEGHE

                                          *Trial Attorneys*
                                          U.S. Department of Justice
                                          Antitrust Division
                                          600 E Street, N.W.
                                          Suite 9500
                                          Washington, D.C. 20530
                                          202/514-8276