# EDWARD P. STRITTER

**EDUCATION:**

**Dartmouth College,** B.A. Math                                                                                 1968

**Stanford University,** M.S. Computer Science                                                         1969

**Stanford University,** Ph.D. Computer Science                                                       1976

**EXPERIENCE:**

**Bell Laboratories**, Holmdel, NJ                                                                      1968 to 1970
Programmer in Database development.

**Motorola**, Austin, TX                                                                                     1976 to 1979
Member of technical staff on new microprocessor development team. Chief Architect for Motorola 68000 microprocessor. Author of first Pascal compiler for 68000.

**Nestar, Inc**, Palo Alto, CA                                                                             1979 to 1983
Director of Product Development. Early pioneering company in local area networks for PCs. Developed hardware and software products for PC networking.

**MIPS Computer, Inc**, Sunnyvale, CA                                                            1983 to 1992
Founder, VP Engineering, VP Business Development. First commercial RISC microprocessor. Company founder and original head of engineering. Later served as VP of Business Development and worked with global semiconductor companies and operating system vendors for large-scale adoption of MIPS architecture.

**NeTpower, Inc.**, Sunnyvale CA                                                                      1992 to 1996
Founder, VP Engineering, VP Technology. Producer of workstations and servers using MIPS and Intel processors, designed specifically for Windows NT. Worked with Microsoft and major ISV's to tune operating system, graphics subsystems and application software for NeTpower computer systems.

**Clarity Wireless**, Belmont, CA                                                                      1996 to 1998
Founder and Chairman. Producer of very high data-rate fixed broadband wireless equipment. Development stage company with patented high-bandwidth wireless technologies. Acquired by Cisco in 1998.

**Cisco Systems, Inc,** San Jose, CA                                                                  1999 to 2000
Director of Business Development, Wireless Access Business Unit. Worked with major spectrum holders and service providers to advance use of wireless technologies for broadband internet access.

**Independent Angel Investor**                                                                    2000 to present
Advisor, investor and board member of early stage startup companies in Wireless Internet.

**SERVICE**

**Thayer School of Engineering, Dartmouth College,** Hanover NH              1997 to present
Member of Board of Overseers, Member of Campus Computing Corporate Advisory Group

**Trinity School**, Menlo Park CA                                                                2002 to present
Member of Board of Trustees