UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>   Defendant. | Civil Action No. 98-1232 (CKK) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 7th day of February, 2003, hereby

**ORDERED** that Robert E. Litan's Motion For Leave to Intervene for Purposes of Appeal [# 760] is DENIED.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge