UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   Plaintiff,

    v.

MICROSOFT CORPORATION,

   Defendant.

Civil Action No. 98-1232 (CKK)

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 7th day of February, 2003, hereby

**ORDERED** that Robert E. Litan's Motion For Leave to Intervene for Purposes of Appeal [# 760] is DENIED.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge