UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

      v.

MICROSOFT CORPORATION,

    Defendant.

Civil Action No. 98-1232 (CKK)

**ORDER**

    For the reasons set forth in the accompanying Memorandum Opinion, it is, this 7th day of February, 2003, hereby

    **ORDERED** that the Motion by *Amicus Curiae* Consumers for Computing Choice for Leave to Intervene for Purposes of Appeal [# 756] is DENIED.

    **SO ORDERED.**

                                                                                                 COLLEEN KOLLAR-KOTELLY
                                                                              United States District Judge