UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Civil Action No. 98-1232 (CKK) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 7th day of February, 2003, hereby

**ORDERED** that the Motion by *Amicus Curiae* Consumers for Computing Choice for Leave to Intervene for Purposes of Appeal [# 756] is DENIED.

**SO ORDERED.**

                                                                                      _____
                                                                                      COLLEEN KOLLAR-KOTELLY
                                                                                      United States District Judge