IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: None |

**PLAINTIFF UNITED STATES' NOTICE OF ATTORNEY SUBSTITUTION AND CHANGE OF ADDRESS**

       Plaintiff United States of America submits this Notice of Attorney Substitution and Change of Address in the above-captioned case.  Currently listed as counsel of record for Plaintiff United States are Renata B. Hesse, Phillip R. Malone, Mary Jean Moltenbrey, Jacqueline S. Kelley, and Special Trial Counsel Philip S. Beck.  Mary Jean Moltenbrey, Jacqueline S. Kelley, and Philip S. Beck should be removed from the list of counsel for Plaintiff United States and substituted by Patricia A. Brink and Paula L. Blizzard.  Pursuant to LCvR 83.2(j), Plaintiff files herewith Attorney Certifications for Patricia A. Brink and Paula L. Blizzard.

       The correct address and telephone number for counsel of record Renata B. Hesse, Phillip R. Malone, Patricia A. Brink, and Paula L. Blizzard should be U.S. Department of Justice, Antitrust Division, 600 E Street, N.W., Suite 9500, Washington, D.C. 20530, (202) 514-8276, changed from 601 D Street N.W., Washington D.C. 20530.  All future correspondence, service of pleadings, and other documents submitted in this case should be directed to Renata B. Hesse at the

corrected address. Pursuant to LCvR 83.15(c), Plaintiff files herewith a Praecipe reflecting this change.

DATED: March ___, 2003     Respectfully submitted,

_____
PHILLIP R. MALONE
RENATA B. HESSE
PAULA L. BLIZZARD
PATRICIA A. BRINK
JOAN V. FARRAGHER
JEFFREY D. NEGRETTE
BARBARA J. NELSON
JEFFREY J. VANHOOREWEGHE

*Trial Attorneys*
U.S. Department of Justice
Antitrust Division
600 E Street, N.W.
Suite 9500
Washington, D.C. 20530
(202) 514-8276