# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## 2003 RENEWAL/GOVERNMENT ATTORNEY INFORMATION

*PLEASE PRINT OR TYPE THE INFORMATION REQUESTED BELOW.*

| | |
|---|---|
| NAME: | Patricia Brink |
| D.C. BAR/FEDERAL BAR NUMBER: | CA 144499 |
| SOCIAL SECURITY NO.: (Please fill in) | 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 |
| DATE OF BIRTH: | 8/6/61 |
| FIRM: | U.S. Dept. of Justice |
| ADDRESS: | 600 E St. NW |
| CITY: | Washington |
| STATE: | DC |
| ZIP CODE: | 20530 |
| SUITE: | Suite 9500 |
| AREA CODE & PHONE NO.: | (202) 514-8276 |
| FAX NO.: **NOTE:** Please initial and include dedicated fax no. if you are authorizing the court to send judgments, orders, etc. via fax. | (202) 307-1454 |
| USDC ADMISSION DATE | |
| ARE YOU A U.S. GOVERNMENT ATTORNEY? | yes |

**NOTE:** All occasions, if any, on which you have been held in contempt of Court, convicted of a crime, censured, suspended, disciplined or disbarred by any Court since your last renewal date are set forth as follows: (**If none, so state.**) (State the facts and circumstances connected therewith. Attach additional sheets if necessary.)

---

### CHANGE OF ADDRESS
This form may serve as written notification to the Clerk's Office of address change under the requirements of Local Rule 83.15(c). However, this notification **DOES NOT** fulfill the PRAECIPE requirement of the Rule. 83.15(c) requires that, "(t)he attorney shall also within 10 days file a praecipe reflecting such change in each case which the attorney has pending before this Court serving a copy upon each of the attorneys in these cases."

### FAILURE TO RENEW
An attorney who fails to file the required certification and pay the renewal fee will be provisionally removed from the list of members in good standing. The name of the attorney will be restored to the list of members in good standing upon the filing of the required certificate and payment of the delinquent fee within five years after the due date. At the end of the five years from the due date, the attorney'[s name will be permanently removed from the roll, without prejudice to an application for admission as a new member. [Local Rule83.9(c)].

*DID YOU REMEMBER TO INCLUDE YOUR CHECK IN THE AMOUNT OF $25.00, PAYABLE TO :*
*"CLERK, U.S. DISTRICT COURT"*
*333 Constitution Avenue, NW*
*Room 1225*
*Washington, DC   20001*

1

## ATTORNEY CERTIFICATION

In compliance with Local Rule 83.9(a), all attorneys who are members in good standing of the bar of this Court, AND/OR, government attorneys eligible to practice by virtue of Local Rule 83.2(e) or (f), must submit this certification and hereby certify that he/she:

**(MANDATORY FOR ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THIS COURT)**
**(OPTIONAL FOR ATTORNEYS WHO WISH TO MAINTAIN A 'GOVERNMENT' STATUS)**

1. __X__ is familiar with the current version of the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of this Court, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct, adopted by the Bar on June 18, 1996

**and/or**

2. ____ is familiar with the current version of the Federal Rules of Criminal Procedure, the Sentencing Guidelines, the Federal Rules of Evidence, the Local Rules of this Court, and the Code of Professional Conduct as adopted by the District of Columbia Court of Appeals. (Attorneys who appear in criminal cases.)

In compliance with Local Rule 83.2(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

**(CHECK ALL ITEMS THAT APPLY)**

3. ____ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [Local Rule 83.2(b)(1)]; **OR**

4. ____ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [Local Rule 83.2(b)(2)]; **OR**

5. ____ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [Local Rule 83.2(b)(3)]

In consideration of Local Rules 83.10(a) and 83.11, the undersigned applicant certifies that he/she:

**(OPTIONAL)**

6. ____ has read Local Rule 83.10(a) and understands that members in good standing of the bar of this Court have an obligation to assist or represent the needy in civil matters before this Court whenever requested by the Court and if necessary, without compensation. I have read Local Rule 83.11 and understand that the Court has established a voluntary Civil Pro Bono Panel from which attorneys may be appointed by the Court to represent indigent pro se litigants. I have indicated below whether I would like to receive additional information regarding the Court's Civil Pro Bono Panel.
____ Please Send       ____ Do Not Send

I declare under penalty of perjury that the foregoing is true and correct.

March 4, 2003
DATE

_/s/ Pat Brink_
SIGNATURE OF ATTORNEY

2