PRAECIPE

# United States District Court
# for the District of Columbia

the __18th__ day of __March__ __2003__

__United States of America, Plaintiff__
vs.
__Microsoft Corporation, Defendants__

Civil / Criminal Action No. __98-1232__

*The Clerk of said Court will* change the address and telephone on record for Plaintiff counsels Renata B. Hesse, Phillip R. Malone, Patricia A. Brink, and Paula L. Blizzard to U.S. Department of Justice, Antitrust Division, 600 E Street, N.W., Suite 9500, Washington, D.C. 20530, (202) 514-8276.

18 March 2003
**Date**

DC (inactive) 466107
CA (active) 148425
**BAR IDENTIFICATION NO.**

**Signature**

Renata B. Hesse
**Print Name**

600 E Street, N.W., Suite 9500
**Address**

Washington, D.C.   20530
**City**         **State**      **Zip Co**

(202) 514-8276
**Phone Number**

**CERTIFICATE OF SERVICE**