IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: April 22, 2003<br>Status Conference |

## NOTICE OF ISSUANCE OF MICROSOFT
## CONSENT DECREE COMPLIANCE ADVISORY

PLEASE TAKE NOTICE that Plaintiff, the United States of America, will issue the attached Microsoft Consent Decree Compliance Advisory today, Monday, April 21, 2003, by posting the Advisory on the Antitrust Division's website, <www.usdoj.gov/atr>.

DATED: April 21, 2003

Respectfully submitted,

PHILLIP R. MALONE
RENATA B. HESSE
PAULA L. BLIZZARD
PATRICIA A. BRINK
JOAN V. FARRAGHER
AARON D. HOAG
JEFFREY D. NEGRETTE
BARBARA J. NELSON
JEFFREY J. VANHOOREWEGHE

*Trial Attorneys*
U.S. Department of Justice
Antitrust Division
600 E Street, N.W.
Suite 9500
Washington, D.C. 20530
(202) 514-8276