UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK, *et al.*,<br><br>  Plaintiffs<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Civil Action No. 98-1233 (CKK) |

**ORDER**

Pursuant to a Joint Status Report on Coordinating Enforcement of the Final Judgments, and a meeting with counsel for the Plaintiffs Department of Justice, the "New York Group," the "California Group," and Defendant Microsoft, which was held on April 22, 2003 to discuss progress in implementation of the Final Judgments in 98cv1232 and 98cv1233, the Court sets the following schedule:

1. **Oral Progress Report** on compliance with Section III (I), license provisions, of the Final Judgment shall be held via <u>telephonic conference call</u>, <u>on the record</u>, on <u>May 2, 2003, at 11:00 a.m.</u> Conference Call shall be initiated by the parties;

2. **Status Report** shall be filed by no later than <u>July 3, 2003</u>. By separate order, the Court will set out the required areas of reporting.

3. **Status Conference** shall be held on <u>July 24, 2003, at 10:00 a.m.</u> in Courtroom 11.

**SO ORDERED.**

| <u>April 23, 2003</u> | *[Signed by Judge Colleen Kollar-Kotelly]* |
|---|---|
| Date | COLLEEN KOLLAR-KOTELLY |
| | United States District Judge |