UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Civil Action No. 98-1232 (CKK) |

**ORDER**

On November 12, 2002, this Court entered a Final Judgment in the above-captioned case. In an effort to monitor the enforcement of this Final Judgment, the Court has asked that the Plaintiffs in this action submit status reports.  Upon consideration of their proposal for the contents of such reports, detailed in their Joint Report on Coordinating Enforcement of the Final Judgments, it is this 14th day of May, 2003, hereby

**ORDERED** that the Plaintiffs shall file compliance status reports with this Court every six months, the first of which shall be due July 3, 2003; it is further

**ORDERED** that the six-month status reports shall contain the following information

1. a general description of Microsoft's compliance efforts, keyed to the requirements in the Final Judgment, including the timelines of the compliance and the extent of compliance;

2. a general description by each Plaintiff or Plaintiff group of its efforts to monitor Microsoft's compliance with the Final Judgments;

    3.    a description of the type of complaints received by Microsoft, Plaintiffs, and the Technical Committee or any other enforcement entities in the prior six months, to include:

        a.    the number and types of complaints received;

        b.    how many of these complaints have been resolved;

        c.    the number of unresolved complaints not yet under investigation and the number still under investigation; and

        d.    the number of complaints received which lacked merit; it is further

**ORDERED** that the initial six-month report shall include information regarding the compliance mechanism of the Technical Committee unless the mechanism is amended in which case such changes shall be noted in future reports. The information on the compliance mechanism provided to the Court shall include:

    1.    the organizational plan;

    2.    procedures adopted by the Technical Committee to monitor compliance including, but not limited to:

        a.    the manner in which the Technical Committee interacts with Microsoft and the various Plaintiffs;

        b.    the manner in which the Technical Committee makes its determinations;

        c.    the manner in which the Technical Committee resolves intra-committee disagreements; and

        d.    the timeline for the Technical Committee to resolve complaints; it

is further

**ORDERED** that the six-month reports shall include the procedure for monitoring by the Compliance Officers and the manner in which the Officers have operated; and it is further

**ORDERED** that the Court will schedule status conferences within one month of receipt of each status report until further notice of the Court.

**SO ORDERED.**

_/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge