# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff(s), )<br>)<br>vs. )<br>)<br>MICROSOFT CORP. )<br>      Defendant(s). ) | Case No:98cv1232 |

## NOTICE REGARDING TRANSCRIPT

The Transcript of Telephone Status Conference for the date of___05/13/03___ has been filed in paper form in the Clerk's Office. The public may view the document in the Clerk's Office during normal business hours, Monday through Friday between the hours 9:00 a.m. to 4:00 p.m.

                                 NANCY MAYER-WHITTINGTON, CLERK

Date: