Attachment C

# Information Flow for Complaints and Inquiries Under the LS Final Judgment

