Attachment C

# Information Flow for Complaints and Inquiries
## Under the LS Final Judgment

