Attachment D

# Organizational Chart Under The Litigating States ("LS") Final Judgment

