IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: October 17, 2003<br>Interim Status Report |

### NOTICE OF ISSUANCE OF MICROSOFT
### CONSENT DECREE COMPLIANCE ADVISORY

PLEASE TAKE NOTICE that Plaintiff, the United States of America, will issue the attached Microsoft Consent Decree Compliance Advisory today, Friday, August 1, 2003, by posting the Advisory on the Antitrust Division's website, <www.usdoj.gov/atr>.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PHILLIP R. MALONE
　　　　　　　　　　　　　　　　　　　RENATA B. HESSE
　　　　　　　　　　　　　　　　　　　PAULA L. BLIZZARD
　　　　　　　　　　　　　　　　　　　PATRICIA A. BRINK
　　　　　　　　　　　　　　　　　　　JOAN V. FARRAGHER
　　　　　　　　　　　　　　　　　　　AARON D. HOAG
　　　　　　　　　　　　　　　　　　　JEFFREY D. NEGRETTE
　　　　　　　　　　　　　　　　　　　BARBARA J. NELSON
　　　　　　　　　　　　　　　　　　　JEFFREY J. VANHOOREWEGHE

　　　　　　　　　　　　　　　　　　　*Trial Attorneys*
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　Antitrust Division
　　　　　　　　　　　　　　　　　　　600 E Street, N.W.
　　　　　　　　　　　　　　　　　　　Suite 9500
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　202/514-8276