# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff(s),

vs.                                         CA No:98-1232(CKK)

MICROSOFT CORPORATION,
Defendant(s).

STATE OF NEW YORK, et al.,
Plaintiff(s),

                                            CA No. 98-1233 (CKK)

vs.

MICROSOFT CORPORATION,
Defendant

## NOTICE REGARDING TRANSCRIPT

Transcript of status conference on July 24, 2003 has been filed in paper form in the Clerk's Office. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

NANCY MAYER-WHITTINGTON

Clerk

Date: August 19, 2003