THE WALL STREET JOURNAL. TUESDAY, SEPTEMBER 9, 2003 B5

© 2003 Microsoft Corporation. All rights reserved. Microsoft and Windows are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries.



NOW WE'VE MADE IT EASIER THAN EVER TO LICENSE MICROSOFT COMMUNICATIONS PROTOCOLS.

Just go to www.microsoft.com/protocols to see for yourself. We've revamped our communications protocol licensing program. By simplifying our royalty structure, lowering the up-front cost, and publishing the program terms and pricing on our web site for all to see, we've created a better licensing experience. The information is clearer and simple to understand—you can even review standard license agreements and summaries of each protocol. Which means now it's easier than ever for developers to achieve optimal Windows interoperability. We'll even help you through the licensing process, step-by-step. So get started today by e-mailing us at protocol@microsoft.com or calling 1-800-MICROSOFT; ad code: "MCPP" and see how easy it can be to license Microsoft® Windows® client-server protocols.



© 2003 Microsoft Corporation. All rights reserved. Microsoft and Windows are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries.



NOW WE'VE
MADE IT EASIER
THAN EVER
TO LICENSE

MICROSOFT
COMMUNICATIONS
PROTOCOLS.

**Just go to www.microsoft.com/protocols to see for yourself.** We've revamped our communications protocol licensing program. By simplifying our royalty structure, lowering the up-front cost, and publishing the program terms and pricing on our web site for all to see, we've created a better licensing experience. The information is clearer and simple to understand—you can even review standard license agreements and summaries of each protocol. Which means now it's easier than ever for developers to achieve optimal Windows interoperability. We'll even help you through the licensing process, step-by-step. So get started today by e-mailing us at protocol@microsoft.com or calling 1-800-MICROSOFT; ad code: "MCPP" and see how easy it can be to license Microsoft® Windows® client-server protocols.

