IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: January 16, 2004<br>Interim Status Report |

**NOTICE OF ISSUANCE OF MICROSOFT
CONSENT DECREE COMPLIANCE ADVISORY**

PLEASE TAKE NOTICE that Plaintiff, the United States of America, will issue the attached Microsoft Consent Decree Compliance Advisory today, Thursday, January 15, 2004, by posting the Advisory on the Antitrust Division's website, <www.usdoj.gov/atr>.

                                                            Respectfully submitted,

                                                            _____
                                                            PHILLIP R. MALONE
                                                            RENATA B. HESSE
                                                            PAULA L. BLIZZARD
                                                            PATRICIA A. BRINK
                                                            JOAN V. FARRAGHER
                                                            AARON D. HOAG
                                                            JEFFREY D. NEGRETTE
                                                            BARBARA J. NELSON
                                                            JEFFREY J. VANHOOREWEGHE

                                                            *Trial Attorneys*
                                                            U.S. Department of Justice
                                                            Antitrust Division
                                                            600 E Street, N.W.
                                                            Suite 9500
                                                            Washington, D.C. 20530
                                                            202/514-8276