UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br>   Defendant. | Civil Action No. 98-1232 (CKK) |
| STATE OF NEW YORK *ex. rel.*<br>Attorney General ELIOT SPITZER, *et al.*,<br>   Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br>   Defendant. | Civil Action No. 98-1233 (CKK) |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective December 23, 2003, the firm of Fried, Frank, Harris, Shriver & Jacobson, counsel for defendant Microsoft Corporation, has qualified as a Delaware limited liability partnership and, in connection therewith, has changed its name to Fried, Frank, Harris, Shriver & Jacobson LLP. The firm's address, telephone numbers, and fax numbers remain the same.

Dated: Washington, D.C.
   March 10, 2004

Respectfully submitted,

*[signature]*

Charles F. Rule (Bar No. 370818)
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP.
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004
(202) 639-7300

*Counsel for Defendant*
  *Microsoft Corporation*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2004, a true and correct copy of the foregoing Notice of Change of Firm Name was served upon persons below by First Class Mail:

>Sara Hinchey, Esq.
>Assistant Attorney General
>Office of the Attorney General
>The Commonwealth of Massachusetts
>One Ashburn Place
>Boston, Massachusetts 02108-1598
>
>Steven R. Kuney, Esq.
>Williams & Connolly LLP
>725 Twelfth Street, N.W.
>Washington, D.C. 20005
>
>Douglas L. Davis, Esq.
>Assistant Attorney General for the State of West Virginia
>Consumer Protection/Antitrust Division
>P.O. Box 1789
>Charleston, West Virginia 25326-1789
>
>*Counsel for Plaintiffs-Appellants the Commonwealth
>of Massachusetts and the State of West Virginia*
>
>Renata B. Hesse, Esq.
>United States Department of Justice
>Antitrust Division
>600 E Street, N.W.
>Suite 9500
>Washington, D.C. 20530
>
>*Counsel for the United States of America,
>Plaintiff in Civil Action No. 98-1232*
>
>Jay L. Himes, Esq.
>Chief, Antitrust Bureau
>Office of the Attorney General of the State of New York
>120 Broadway, Suite 2601
>New York, NY 10271

David J. Gilles, Esq.
Kevin J. O'Connor, Esq.
Assistant Attorneys General
Office of the Attorney General of the State of Wisconsin
P.O. Box 7857
123 West Washington Avenue
Madison, WI 53703-7857

Beth Finnerty, Esq.
Office of the Attorney General of the State of Ohio
140 East Town Street, 12th Floor
Columbus, OH 43215

Blake Harrop, Esq.
Office of the Attorney General of the State of Illinois
100 West Randolph Street, 12th Floor
Chicago, IL 60601

*Counsel for Plaintiff States of New York, Illinois, Kentucky, Louisiana, Maryland, Michigan, North Carolina, Ohio and Wisconsin*

Thomas Greene, Esq.
Office of the Attorney General of the State of California
1300 I Street
P.O. Box 944255
Sacramento, California 95814

Richard Blumenthal, Esq.
Steven Ruthstein, Esq.
Attorney General of the State of Connecticut
Office of the Attorney General
110 Sherman Street
Hartford, Connecticut 06105

Craig Farringer, Esq.
Assistant Attorney General
Office of the Attorney General
PL 01, The Capitol
Tallahassee, Florida 32399

Tom Miller, Esq.
Attorney General of Iowa
Office of the Attorney General
Hoover State Office Building
Des Moines, Iowa 50319

Rex G. Beasley, Esq.
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612

Ann Kinsella, Esq.
Michael E. Jacobs, Esq.
Assistant Attorneys General
Office of the Attorney General of Minnesota
NCL Tower, Suite 900
445 Minnesota Street
St. Paul, Minnesota 55101

Wayne Klein, Esq.
Assistant Attorney General
Office of the Attorney General of Utah
160 East 300 South, 5th Floor
Box 140872
Salt Lake City, Utah 84114

Bennett Rushkoff, Esq.
Senior Counsel
Office of the Corporation Counsel
441 Fourth Street, N.W.
Suite 450-N
Washington, D.C. 20001

James E. Rhillinger