# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**United States of America**

    Plaintiff(s),

    vs.                      Civil CaseNo:**98-1232 CKK**

**Microsoft Corporation** .

## NOTICE REGARDING TRANSCRIPT

The Transcript filed of proceedings held on 07/19/04 has been filed in paper form in the Clerk's Office. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                      **NANCY MAYER-WHITTINGTON**

                                                  Clerk

**Date:** 8/6/04