# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 03-5030**  **September Term, 2003**

United States of America,
           Appellee

v.

Microsoft Corporation, et al.,
           Appellees

The Computer and Communications Industry Association and
The Software and Information Industry Association,
           Appellants



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN 30 2004
CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 98cv01232)

Before: GINSBURG, *Chief Judge*, and EDWARDS, SENTELLE, RANDOLPH, ROGERS, and TATEL, *Circuit Judges*.

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the order denying intervention is reversed and the order approving the consent decree in the public interest is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 8/2/04
BY: [signature], Deputy Clerk
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk
BY: [signature]
Michael C. McGrail
Deputy Clerk

Date: June 30, 2004

Opinion for the court filed by Chief Judge Ginsburg.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk