# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 03-5030**                                **September Term, 2003**

United States of America,
        Appellee

v.

Microsoft Corporation, et al.,
        Appellees

The Computer and Communications Industry Association and
The Software and Information Industry Association,
        Appellants



Appeal from the United States District Court
for the District of Columbia
(No. 98cv01232)

Before: GINSBURG, *Chief Judge,* and EDWARDS, SENTELLE, RANDOLPH, ROGERS, and TATEL, *Circuit Judges.*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the order denying intervention is reversed and the order approving the consent decree in the public interest is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 8/30/04
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
             ___ Opinion
             ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Michael C. McGrail
Deputy Clerk

Date: June 30, 2004

Opinion for the court filed by Chief Judge Ginsburg.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk