IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>      v.<br><br>MICROSOFT CORPORATION,<br><br>                          Defendant | Civil Action No. 98-1232 (CKK) |

**PLAINTIFF'S MOTION TO RESCHEDULE STATUS CONFERENCE AND REPORT AND MEMORANDUM OF POINTS AND AUTHORITIES**

      Plaintiff, the United States of America, moves this Court to reschedule the January 21, 2005 Status Conference to February 1, 2004 at 10:15 a.m. and to extend the due date for the Status Conference Report to January 25, 2005.  The New York Group, the California Group and Microsoft Corporation have consented to this motion.  A proposed order is attached.

Dated: November 10, 2004

                                                                Respectfully submitted,

                                                                 _____
                                                                 RENATA B. HESSE
                                                                 PATRICIA A. BRINK
                                                                 AARON D. HOAG
                                                                JEFFREY J. VANHOOREWEGHE
                                                                PHILIP A. GIORDANO
                                                                *Trial Attorneys*
                                                                U.S. Department of Justice
                                                                Antitrust Division
                                                                600 E Street, N.W.
                                                                Washington, D.C.  20530
                                                                202/307-6464