IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

MICROSOFT CORPORATION,

                Defendant

Civil Action No. 98-1232 (CKK)

**ORDER**

    Presently pending before the Court is Plaintiff's Motion to Reschedule Status Conference and Report and Memorandum of Points and Authorities.

    **IT IS HEREBY ORDERED** that the next Status Conference shall be held February 1, 2004 at 10:15 a.m. and the Status Conference Report shall be due January 25, 2005.

    **SO ORDERED.**

                                                          _____
                                                          COLLEEN KOLLAR-KOTELLY
                                                          United States District Judge