IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>         Defendant | Civil Action No. 98-1232 (CKK) |

**PLAINTIFF'S MOTION TO RESCHEDULE STATUS CONFERENCE AND REPORT AND MEMORANDUM OF POINTS AND AUTHORITIES**

   Plaintiff, the United States of America, moves this Court to reschedule the January 21, 2005 Status Conference to February 1, 2005 at 10:15 a.m. and to extend the due date for the Status Conference Report to January 25, 2005. The New York Group, the California Group and Microsoft Corporation have consented to this motion. A proposed order is attached.

Dated: November 10, 2004

                            Respectfully submitted,

                            _____
                            RENATA B. HESSE
                            PATRICIA A. BRINK
                            AARON D. HOAG
                            JEFFREY J. VANHOOREWEGHE
                            PHILIP A. GIORDANO
                            *Trial Attorneys*
                            U.S. Department of Justice
                            Antitrust Division
                            600 E Street, N.W.
                            Washington, D.C. 20530
                            202/307-6464