IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>                      Defendant | Civil Action No. 98-1232 (CKK) |

**ORDER**

      Presently pending before the Court is Plaintiff's Motion to Reschedule Status Conference and Report and Memorandum of Points and Authorities.

      **IT IS HEREBY ORDERED** that the next Status Conference shall be held February 1, 2005 at 10:15 a.m. and the Status Conference Report shall be due January 25, 2005.

      **SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge