IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>             Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  June 3, 2005<br>Status Report |

**MOTION FOR RE-APPOINTMENT OF
DR. HARRY J. SAAL, FRANKLIN FITE, JR., AND EDWARD P.
STRITTER AS MEMBERS OF THE TECHNICAL COMMITTEE**

Pursuant to Section IV.B.4 of the Final Judgment in the above-captioned case, the United States of America, Plaintiff in *United States v. Microsoft*, CA No. 98-1232 (CKK), and the Plaintiffs in *New York, et. al. v. Microsoft*, CA No. 98-1233 (CKK), the States of New York, Ohio, Illinois, Kentucky, Louisiana, Maryland, Michigan, North Carolina, and Wisconsin ("the New York Group") (collectively "Plaintiffs") move this Court for entry of an order re-appointing Dr. Harry J. Saal, Franklin Fite, Jr., and Edward P. Stritter as Members of the Technical Committee.  In support of this Motion, Plaintiffs file an accompanying Memorandum in Support of

the Motion for Re-Appointment of Dr. Harry J. Saal, Franklin Fite, Jr., and Edward P. Stritter as Members of the Technical Committee. The New York Group will file a parallel motion in thier case, No. 98-1233 (CKK). Microsoft consents to this motion.

Dated: May 4, 2005

                                            Respectfully submitted,

| FOR THE STATES OF NEW YORK, OHIO, ILLINOIS, KENTUCKY, LOUISIANA, MARYLAND, MICHIGAN, NORTH CAROLINA, AND WISCONSIN | FOR THE UNITED STATES DEPARTMENT OF JUSTICE'S ANTITRUST DIVISION |
|---|---|
| ELIOT SPITZER<br>*Attorney General of New York*<br>JAY L. HIMES<br>*Chief, Antitrust Bureau*<br>120 Broadway<br>New York, New York 10271<br>212/416-6229 | RENATA B. HESSE<br>PATRICIA A. BRINK<br>PHILIP A. GIORDANO<br>AARON D. HOAG<br>ADAM T. SEVERT<br>*Trial Attorneys*<br>U.S. Department of Justice<br>Antitrust Division<br>600 E Street, N.W.<br>Suite 9500<br>Washington, D.C. 20530<br>202/307-6153 |