IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>       Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: August 30, 2006<br>Joint Status Report |

**NOTICE OF CORRECTION REGARDING SUPPLEMENTAL STATUS REPORT
ON MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS [DE #832]**

  Defendant Microsoft, by and through undersigned counsel, files concurrently herewith its Amended Supplemental Status Report on Microsoft's Compliance with the Final Judgments ("Amended Status Report"). The Amended Status Report replaces the sentence on page 3 of the Status Report filed at Docket Entry #832 that read "The data was captured as planned during a test pass in early July." with the following sentence: "Data were captured during multiple test passes in July, and the TC currently is evaluating the captured data."

                Respectfully submitted,

                /s/ Charles F. Rule
                CHARLES F. RULE (D.C. Bar No. 370818)
                Fried, Frank, Harris, Shriver & Jacobson LLP
                1001 Pennsylvania Avenue, NW
                Suite 800
                Washington, DC 20004-2505
                (202) 639-7300

                STEVE L. HOLLEY
                RICHARD C. PEPPERMAN II
                Sullivan & Cromwell LLP
                125 Broad Street

New York, NY 10004
(212) 558-4000
*Counsel for Defendant*
*Microsoft Corporation*