Case 1:98-cv-01232-CKK   Document 841-1   Filed 11/21/06   Page 1 of 1

**EXHIBIT 1**

Designed by The Technical Committee (TheTC), the ISV Settings Manager (ISM) is an application built to assist developers in making correct registry settings for their applications on Windows XP and Vista. It assembles registry keys gleaned from Microsoft's MSDN website (www.msdn.microsoft.com).

Frequently, third party applications designed for the Windows platform suffer limited visibility and functional availability. After installing such an application, a user experiences difficulty in discovering the application on the main user surfaces start menu, quick launch, desktop, task pane, etc. The user may experience further difficulty in making that application the default for functions like Autoplay, File Associations and Open With. As a result, some applications designed for the platform enjoy prominent selection even when competing applications exist.

The ISM houses all the registry settings needed for applications to attain equal visibility on Windows XP and Vista systems. While this information is scattered throughout MSDN, TheTC aimed to centralize this information so that developers have an easier job finding and selecting registry settings for their applications.

**For inquiries or support relating to the ISV Settings Manager:**

**Please Contact Us**

**This .chm file is distributed with the application. It is provided as a separate download so users can learn about the tool.**



**This .tree file is distributed with the application. It is an ASCII file of all the registry settings housed in the tool.**



**This .tag file is distributed with the application. It is an ASCII file of all the tags handled by the tool.**



**A complete source listing for the tool.**

**(Not included in Manager Download)**