IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>           Defendant. | Civil Action No. 98-1232 (CKK) |

NOTICE OF CHANGE OF ADDRESS

Please note that the counsel of record for Microsoft Corporation, Charles F. Rule, formerly of FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, has changed firms, with the client's consent, to CADWALADER, WICKERSHAM & TAFT LLP, at 1201 F Street, N.W., Washington, D.C. 20004. Mr. Rule has entered his change of address with the court.

Respectfully submitted,

/s/ CHARLES F. RULE
CHARLES F. RULE (D.C. BAR #370818)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W.
Washington, D.C. 20004
TELEPHONE: 202-862-2420
FACSIMILE: 202-862-2400

Counsel to Microsoft Corporation

May 11, 2007