IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil Action No. 98-1232 (CKK) |
| Plaintiff, | ) | |
| | ) | Hon. Colleen Kollar-Kotelly |
| v. | ) | |
| | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION OF GOOGLE INC. FOR
LEAVE TO PARTICIPATE AS AMICUS CURIAE**

For the reasons set forth in the accompanying Memorandum of Points and Authorities, Google Inc. respectfully requests leave to file the attached brief as *amicus curiae*.

Dated: June 25, 2007

Respectfully Submitted,

David I. Gelfand (D.C. Bar No. 416596)
Leah Brannon (D.C. Bar No. 467359)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 974-1500

Dana R. Wagner
Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043
(650) 253-0000

*Counsel for Google Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Hon. Colleen Kollar-Kotelly |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION OF GOOGLE INC. FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE**

Google Inc. ("Google") respectfully requests leave to file the attached brief as *amicus curiae*. The Joint Status Report submitted by the parties on June 19, 2007, raises issues about Microsoft's compliance with the Final Judgment in relation to the desktop search product that Microsoft has hardwired into Windows Vista. It also describes certain steps that Microsoft has agreed to take in order to address those issues. As noted in the Joint Status Report, Google is the company that brought this matter to the plaintiffs' attention. Google is the developer of Google Desktop, an extremely popular desktop search product on top of which thousands of applications have been written, and Google has a strong interest in this aspect of enforcement of the Final Judgment.

Through its *amicus* brief, Google proposes to present to the Court additional information relating to this topic. This information is not duplicative of the parties' submissions.

Google has endeavored to present its *amicus* brief in compliance with the parameters this Court set for other parties who received leave to participate as *amici curiae* in the Tunney Act

proceedings. *See, e.g., United States v. Microsoft Corp.*, No. 98-1232 (CKK), Memorandum Order and Opinion, 2002 WL 319366 (D.D.C. Feb. 28, 2002).

Undersigned counsel has conferred with counsel for the United States, counsel representing the California Group of State plaintiffs and counsel representing the New York Group of State plaintiffs, all of whom have indicated that they do not oppose this motion. Undersigned counsel has also conferred with counsel for Microsoft, who has indicated that Microsoft will likely oppose this motion.

For the reasons set forth above, Google respectfully requests that the Court grant it leave to file the attached brief as *amicus curiae*.

Dated: June 25, 2007            Respectfully Submitted,

                                _____
                                David I. Gelfand (D.C. Bar No. 416596)
                                Leah Brannon (D.C. Bar No. 467359)
                                CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                2000 Pennsylvania Avenue, N.W.
                                Washington, D.C. 20006
                                (202) 974-1500

                                Dana R. Wagner
                                Google Inc.
                                1600 Amphitheatre Parkway
                                Mountain View, CA 94043
                                (650) 253-0000

                                *Counsel for Google Inc.*

CERTIFICATE OF SERVICE

I, Larry C. Dembowski, hereby certify that on June 25, 2007, a copy of the Motion of Google Inc. for Leave to Participate as Amicus Curiae dated June 25, 2007 and accompanying papers were served by U.S. mail, first-class postage prepaid, on the following parties:

Aaron D. Hoag
U.S. Department of Justice
600 E Street, NW
Suite 9500
Washington, DC 20530
Attorney for United States of America


Jacqueline S. Kelley
U.S. Department of Justice
601 D Street, NW
Suite 1200
Washington, DC 20530
Attorney for United States of America


Mary Jean Moltenbrey
Freshfields Bruckhaus Deringer, LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Attorney for United States of America


Philip Beck
U.S. Department of Justice
601 D Street, NW
Suite 1200
Washington, DC 20530
Attorney for United States of America


Phillip R. Malone
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
Attorney for United States of America

Bradley Paul Smith
Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052
Attorney for Microsoft Corporation


John L. Warden
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attorney for Microsoft Corporation


Richard J. Uroksky
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attorney for Microsoft Corporation


Steven L. Holley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attorney for Microsoft Corporation


William H. Neukom
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
(425) 936-8080
Attorney for Microsoft Corporation


Charles F Rule
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
Attorney for Microsoft Coporation

Jay L. Himes
New York Department of Law
120 Broadway
New York, NY 10271
Attorney for State of New York, State of
Ohio, State of Illinois, Commonwealth of
Kentucky, State of Louisiana, State of
Maryland, State of Michigan, State of
North Carolina


Peter Peckarsky
1615 L Street, NW
Suite 850
Washington, DC 20036-5627
Attorney for Relpromax Antitrust Inc.


Steven F. Benz
Kellogg, Huber, Hansen Todd & Evans, PLLC
1615 M. Street, NW
Suite 400
Washington, DC 20036-3209
Attorney for California Plaintiffs


Donald L. Flexner
Boies, Schiller & Flexner, LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Attorney for SBC Communications Inc.


Kenneth W. Starr
Kirkland & Ellis
655 15th Street, NW
Suite 1200
Washington, DC 20005
Attorney for Procomp

3

Bradley S. Lui
Morrison & Foerster, LLP
2000 Pennsylvania Avenue, NW
Suite 5500
Washington, DC 20006-1831
Attorney for The Computer & Communications Industry Association


Jason M. Mahler
Computer & Communications Industry Association
666 11th Street, NW
Washington, DC 20001
Attorney for The Computer & Communications Industry Association


Glenn B. Manishin
Kelley Drye & Warren, L.L.P.
3050 K Street, NW
Suite 400
Washington, DC 20005-5108
Attorney for Softward & Information Industry Association


Brendan V. Sullivan, Jr.
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
Attorney for District of Columbia, State of Utah, State of Minnesota, State of Massachusetts, State of Kansas, State of Iowa, State of Florida, State of Connecticut, State of California


Michael Lenett
Cuneo Gilberth & Laduca, LLP
507 C Street, NE
Washington, DC 20002
Attorney for The American Antitrust Institute

4

Jeffrey Blumenfeld
Gray Cary Ware & Friedentich
1625 Massachusetts Avenue, NW
Suite 300
Washington, DC 20036
Attorney for Netaction and Computer Professionals for Social Responsibility


Gene C. Schaerr
Sidley Austin Brown & Wood LLP
1501 K Street, NW
Washington, DC 20006
Attorney for The Association for Competitive Technology


Judith L. Harris
Reed Smith LLP
1301 K Street, NW
Suite 1100 - East Tower
Wsahington, DC 20005-3317
Attorney for Novell, Inc.


James S. Turner
Swankin & Turner
1400 16th Street, NW
Suite 330
Washington, DC 20036
Attorney for Free Software Foundation, Mason Thomas, John Carroll, Dan Kegel, Andreas Pour, Consumers for Computing Choice and Open Platform Working Group


Dated:  June 25, 2007

Larry C. Dembowski (D.C. Bar # 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-1801
Telephone:  (202) 974-1500