IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            *Plaintiff*,              )<br>   v.                               )<br>                                    )<br>MICROSOFT CORPORATION,              )<br>                                    )<br>            *Defendant*.             )<br>_____) | Civil Action No. 98-1232 (CKK)<br><br>Hon. Colleen Kollar-Kotelly |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, David I. Gelfand, of the law firm Cleary Gottlieb Steen & Hamilton LLP, respectfully moves for an order of this Court admitting *pro hac vice* Leah Brannon as counsel to represent Amicus-Movant Google Inc. in the above-referenced matter.

1.    David I. Gelfand is a partner at the law firm Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Avenue, N.W., Suite 9000, Washington, D.C. 20006, telephone (202) 974-1690, facsimile (202) 974-1999, is a member in good standing with the bar of this Court, and represents Google Inc. in its participation in the above-referenced proceeding.

2.    Leah Brannon is an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Avenue, N.W., Suite 9000, Washington, D.C. 20006, telephone (202) 974-1690, facsimile (202) 974-1999.

3.    Ms. Brannon is admitted to practice law in the District of Columbia and in the state of Maryland. Ms. Brannon is also admitted to the bars of the Untied States Supreme Court and the United States District Court for the Southern District of New York.

4. Ms. Brannon is a member in good standing in each of the bars identified above. Ms. Brannon has have never been suspended, disbarred or otherwise disciplined by any court, and she has never been the subject of investigatory or disciplinary proceedings before any court or administrative body. Ms. Brannon has not been denied admission to the courts of any state or any federal court.

5  Ms. Brannon has not been admitted *pro hac vice* in this Court within the last two years.

6. Ms. Brannon is familiar with the local rules of this District and will comply with them.

Wherefore, David I. Gelfand moves for the admission of Leah Brannon *pro hac vice* as counsel for Amicus-Movant Google Inc.


Dated: June 25, 2007                    Respectfully Submitted,

                                                 *[signature]*
David I. Gelfand (D.C. Bar # 416596)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Telephone:  (202) 974-1500
Facsimile:  (202) 974-1999
*Counsel for Google Inc.*

CERTIFICATE OF SERVICE

I, Larry C. Dembowski, hereby certify that on June 25, 2007, a copy of Motion for Admission Pro Hac Vice dated June 25, 2007 and accompanying papers were served by U.S. mail, first-class postage prepaid, on the following parties:

Aaron D. Hoag
U.S. Department of Justice
600 E Street, NW
Suite 9500
Washington, DC 20530
Attorney for United States of America


Jacqueline S. Kelley
U.S. Department of Justice
601 D Street, NW
Suite 1200
Washington, DC 20530
Attorney for United States of America


Mary Jean Moltenbrey
Freshfields Bruckhaus Deringer, LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Attorney for United States of America


Philip Beck
U.S. Department of Justice
601 D Street, NW
Suite 1200
Washington, DC 20530
Attorney for United States of America


Phillip R. Malone
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
San Francisco, CA 94102
Attorney for United States of America

Bradley Paul Smith
Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052
Attorney for Microsoft Corporation


John L. Warden
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attorney for Microsoft Corporation


Richard J. Uroksky
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attorney for Microsoft Corporation


Steven L. Holley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attorney for Microsoft Corporation


William H. Neukom
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
(425) 936-8080
Attorney for Microsoft Corporation


Charles F Rule
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
Attorney for Microsoft Coporation

Bradley Paul Smith
Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052
Attorney for Microsoft Corporation


John L. Warden
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attorney for Microsoft Corporation


Richard J. Uroksky
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attorney for Microsoft Corporation


Steven L. Holley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attorney for Microsoft Corporation


William H. Neukom
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
(425) 936-8080
Attorney for Microsoft Corporation


Charles F Rule
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004
Attorney for Microsoft Coporation

Jay L. Himes
New York Department of Law
120 Broadway
New York, NY 10271
Attorney for State of New York, State of Ohio, State of Illinois, Commonwealth of Kentucky, State of Louisiana, State of Maryland, State of Michigan, State of North Carolina


Peter Peckarsky
1615 L Street, NW
Suite 850
Washington, DC 20036-5627
Attorney for Relpromax Antitrust Inc.


Steven F. Benz
Kellogg, Huber, Hansen Todd & Evans, PLLC
1615 M. Street, NW
Suite 400
Washington, DC 20036-3209
Attorney for California Plaintiffs


Donald L. Flexner
Boies, Schiller & Flexner, LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Attorney for SBC Communications Inc.


Kenneth W. Starr
Kirkland & Ellis
655 15th Street, NW
Suite 1200
Washington, DC 20005
Attorney for Procomp

3

Bradley S. Lui
Morrison & Foerster, LLP
2000 Pennsylvania Avenue, NW
Suite 5500
Washington, DC 20006-1831
Attorney for The Computer & Communications Industry Association


Jason M. Mahler
Computer & Communications Industry Association
666 11th Street, NW
Washington, DC 20001
Attorney for The Computer & Communications Industry Association


Glenn B. Manishin
Kelley Drye & Warren, L.L.P.
3050 K Street, NW
Suite 400
Washington, DC 20005-5108
Attorney for Softward & Information Industry Association


Brendan V. Sullivan, Jr.
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
Attorney for District of Columbia, State of Utah, State of Minnesota, State of Massachusetts, State of Kansas, State of Iowa, State of Florida, State of Connecticut, State of California


Michael Lenett
Cuneo Gilberth & Laduca, LLP
507 C Street, NE
Washington, DC 20002
Attorney for The American Antitrust Institute

Jeffrey Blumenfeld
Gray Cary Ware & Friedentich
1625 Massachusetts Avenue, NW
Suite 300
Washington, DC 20036
Attorney for Netaction and Computer Professionals for Social Responsibility


Gene C. Schaerr
Sidley Austin Brown & Wood LLP
1501 K Street, NW
Washington, DC 20006
Attorney for The Association for Competitive Technology


Judith L. Harris
Reed Smith LLP
1301 K Street, NW
Suite 1100 - East Tower
Wsahington, DC 20005-3317
Attorney for Novell, Inc.


James S. Turner
Swankin & Turner
1400 16th Street, NW
Suite 330
Washington, DC 20036
Attorney for Free Software Foundation, Mason Thomas, John Carroll, Dan Kegel, Andreas Pour, Consumers for Computing Choice and Open Platform Working Group


Dated: June 25, 2007

Larry C. Dembowski (D.C. Bar # 486331)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Telephone: (202) 974-1500

5