# Attachment – Declaration of Leah Brannon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>           *Plaintiff*,              )<br>   v.                              )<br>                                   )<br>MICROSOFT CORPORATION,              )<br>                                   )<br>           *Defendant*.             )<br>_____) | Civil Action No. 98-1232 (CKK)<br><br>Hon. Colleen Kollar-Kotelly |

### DECLARATION OF LEAH BRANNON

Leah Brannon declares the following:

1. My name is Leah Olivia Brannon.

2. I am an associate at the law firm Cleary Gottlieb Steen & Hamilton LLP. My office is at 2000 Pennsylvania Avenue, N.W., Suite 9000, Washington, D.C. 20006. My office phone number is (202) 974-1508.

3. I am admitted to practice law in the District of Columbia and in the state of Maryland.

4. I am also a member of the bars of the Untied States Supreme Court and the United States District Court for the Southern District of New York.

5. I am a member in good standing in each of the bars and courts identified above. I have never been suspended, disbarred, or otherwise disciplined by any court, and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

2

6.  I have never been admitted previously before this court *pro hac vice*.

I respectfully request to be admitted *pro hac vice* in this action.

Dated: June 25, 2007         Respectfully Submitted,

*/s/ Leah Brannon*
Leah Brannon (D.C. Bar # 467359)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Telephone: (202) 974-1508
Facsimile: (202) 974-1999

2