## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I caused a true and correct copy of Defendant Microsoft Corporation's Memorandum in Opposition to Google, Inc.'s Motion For Leave to Participate as *Amicus Curiae* to be served on the following parties, by email and U.S. Mail, first class postage prepaid:

>David I. Gelfand
>Cleary Gottlieb Steen & Hamilton, LLP
>2000 Pennsylvania Ave., N.W.
>Washington, D.C. 20006
>dgelfand@cgsh.com
>
>*Counsel for Google, Inc.*

/s/ Charles F. Rule
*Counsel for Defendant Microsoft Corporation*

Charles F. Rule
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004
rick.rule@cwt.com