# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I caused a true and correct copy of Defendant Microsoft Corporation's Memorandum in Opposition to Google, Inc.'s Motion For Leave to Participate as *Amicus Curiae* to be served on the following parties by U.S. Mail, first class postage prepaid:

> David I. Gelfand
> Leah Brannon
> Cleary Gottlieb Steen & Hamilton, LLP
> 2000 Pennsylvania Ave., N.W.
> Washington, D.C.  20006
> (202) 974-1500
>
> Dana R. Wagner
> Google Inc.
> 1600 Amphitheatre Parkway
> Mountain View, CA  94043
> (650) 253-0000
>
> *Counsel for Google, Inc.*

/s/  Charles F. Rule
*Counsel for Defendant Microsoft Corporation*

Charles F. Rule
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W., Suite 1100
Washington, D.C.  20004
rick.rule@cwt.com