# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　) | |
| 　　　　　　　　　　　　　　　　) | Civil Action No. 98-1232 (CKK) |
| 　　　　　　　*Plaintiff,*　　　　) | |
| 　　v.　　　　　　　　　　　　　) | Hon. Colleen Kollar-Kotelly |
| 　　　　　　　　　　　　　　　　) | |
| MICROSOFT CORPORATION,　　　　) | |
| 　　　　　　　　　　　　　　　　) | |
| 　　　　　　　*Defendant.*　　　　) | |
| 　　　　　　　　　　　　　　　　) | |

## NOTICE OF CERTIFYING DECLARATION

PLEASE TAKE NOTICE THAT on June 28, 2007, I, David I. Gelfand, on behalf of Google Inc., and pursuant to this Court's June 27, 2007 Order, submit the attached certifying declaration that Leah Brannon is familiar with the Local Rules of this Court.

Dated:　June 28, 2007　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　David I. Gelfand (D.C. Bar # 416596)
　　　　　　　　　　　　　　　　　Cleary Gottlieb Steen & Hamilton LLP
　　　　　　　　　　　　　　　　　2000 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　Washington, D.C.  20006-1801
　　　　　　　　　　　　　　　　　Telephone:  (202) 974-1500
　　　　　　　　　　　　　　　　　Facsimile:  (202) 974-1999
　　　　　　　　　　　　　　　　　*Counsel for Google Inc.*

## CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on June 28, 2007, a copy of the Notice of Certifying Declaration dated June 28, 2007 and accompanying papers were served by electronic transmission through the Court's CM/ECF. Notice of the filing will be sent to the parties by operation of the Court's electronic filing system.

Dated:  June 28, 2007

Emily C. Capehart