# EXHIBIT – CERTIFYING DECLARATION OF LEAH BRANNON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                              )<br>             *Plaintiff*,                           )<br>  v.                                                       )<br>                                                              )<br>MICROSOFT CORPORATION,        )<br>                                                              )<br>             *Defendant*.                        )<br>_____) | Civil Action No. 98-1232 (CKK)<br><br>Hon. Colleen Kollar-Kotelly |

### CERTIFYING DECLARATION OF LEAH BRANNON

Leah Brannon declares the following:

1.  I certify that I have read and am familiar with the Local Rules of this Court.

Dated:  June 28, 2007

Leah Brannon (D.C. Bar # 467359)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-1801
Telephone:  (202) 974-1500