IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  November 6, 2007<br>Joint Status Conference |

**SUPPLEMENTAL STATUS REPORT ON**
**MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

Microsoft hereby files its Monthly Supplemental Status Report regarding compliance with the Final Judgments.  This Supplemental Status Report details Microsoft's progress in revising the technical documentation in connection with the Microsoft Communications Protocol Program ("MCPP") and other Windows-related matters.

I.      **Microsoft's Progress in Modifying the Technical Documentation**

Since the previous Joint Status Report, Microsoft delivered the Online Build documentation for Milestone 5 as scheduled on September 28, 2007.  Microsoft now has completed delivery of all Milestones as set forth in the schedule for the revised MCPP documentation.

Microsoft also has delivered to the Technical Committee and Mr. Hunt (collectively referred to as the "TC") a set of "overview documents" to supplement the technical documentation and assist licensees in addressing scenarios that may arise while using the documentation.  Microsoft will work with the TC to supplement and modify these overview documents to address additional scenarios suggested by the TC.

Microsoft also is continuing its ongoing work to provide an XML markup of the technical documentation that the TC plans to use in connection with its internal testing efforts. Microsoft will continue to modify the XML markup as the TC's testing work moves forward and as new information is received and changes are requested by the TC.

Microsoft's practice is to identify possible issues with the XML markup by running the TC's validation tool on both interim builds of the XML markup and the final build prior to delivering final documentation to the TC. For its recent delivery of the Milestone 5 Online Build documents, which were delivered on September 28, 2007, Microsoft ran the TC's tool on the interim builds only. Microsoft now has run the most recent version of the TC's testing tool against the final Milestone 5 XML markup builds and is working cooperatively with the TC to fix additional errors that are identified.

    A.    *Current Status of Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through September 30, 2007*

As noted in previous Status Reports, Microsoft is working to address the TDIs in the old technical documentation in the course of rewriting the new technical documentation. Accordingly, Microsoft will review the Online Build documentation for each Milestone as it is produced to ensure that all previously existing TDIs relating to that Milestone (including those that were previously closed and those that were not addressed in the old documentation) are addressed. Based on this review, nearly all of the TDIs in the old documentation have now been addressed in the new documentation and closed. Microsoft has closed all of the TDIs addressed by the Milestone 1, Milestone 2, Milestone 3, and Longhorn Milestone documentation. Microsoft also has proposed resolutions for all of the TDIs addressed by the Milestone 4 and Milestone 5 documentation, which the TC is in the process of reviewing.

The current status of TDIs in the old documentation for the previous month is set forth below.  Overall, the total number of outstanding old TDIs has continued to drop as Microsoft anticipated at the beginning of the rewrite project.

| Old Document TDIs | As of 7/31/2007 | Period Ended 9/30/2007 |
|---|---|---|
| **60-Day TDIs Submitted by the TC** | | |
| Submitted this period | | 0 |
| Closed this period | | 25 |
| Outstanding | 34 | 9 |
| **Other TDIs Submitted by the TC** | | |
| Submitted this period | | 0 |
| Closed this period | | 209 |
| Outstanding | 209 | 0 |
| **TC Subtotal Outstanding** | 243 | 9 |
| **TDIs Identified by Microsoft** | | |
| Identified this period | | 0 |
| Closed this period | | 0 |
| Outstanding | 0 | 0 |
| **Total Outstanding** | 243 | 9 |

Microsoft will continue to update the Court regarding its progress in resolving TDIs from the old documentation.

Given the volume and complexity of the new technical documentation, it is inevitable that additional TDIs will emerge in the newly rewritten documentation, even as TDIs in the old documentation are being resolved.  The TC will identify all TDIs in the new Online Build documentation according to the three priority levels that were described in the March 6, 2007 Joint Status Report.  In addition to TDIs identified by the TC, Microsoft will continue to track

3

and report the number of TDIs that have been identified through Microsoft's testing efforts, as well as those submitted by licensees.

The current status of TDIs identified in rewritten documentation through September 30, 2007, is noted in the chart below.

| Rewritten Document TDIs | As of 7/31/2007[1] | Period Ended 9/30/2007 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period | | 53 |
| Closed this period | | 28 |
| Outstanding | 63 | 88 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period | | 127 |
| Closed this period | | 115 |
| Outstanding | 386 | 398 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period | | 68 |
| Closed this period | | 71 |
| Outstanding | 51 | 48 |
| | | |
| TC Submitted | | 248 |
| TC Closed | | 214 |
| **TC Outstanding** | 500 | 534 |
| | | |
| **TDIs Identified by Microsoft[2]** | | |
| Identified this period | | 492 |
| Closed this period | | 512 |
| Microsoft Outstanding | 209 | 189 |
| **Total Outstanding** | 709 | 723 |

---

[1] The TDI numbers as of July 31, 2007, reported in this chart differ slightly from the numbers provided in the previous Status Report because the dynamic nature of synchronizing both the TC's and Microsoft's TDI databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period.

[2] In some cases TDIs are opened by Microsoft in response to questions or comments from licensees, although Microsoft does not track the precise number of TDI's opened in this fashion.

4

**II.     Technical Documentation Testing**

    A.     *Protocol Test Suite*

Since the previous Status Report, Microsoft has continued its efforts to test the newly rewritten protocol documentation. As described in the last Joint Status Report, Microsoft has engaged independent vendors to facilitate the testing process and identify areas where the documentation could be improved further. Microsoft completed its testing on Cluster 3 as scheduled by September 30, 2007, and has met with the TC to review the results. A total of 10 documents completed a full test pass in Cluster 3. The testing process has begun on Cluster 4, and Microsoft will be reviewing its plans for that cluster with the TC in the coming weeks. The testing for Cluster 4 is scheduled to be completed by the end of December 2007. Nearly all of the TDIs reported by Microsoft have resulted from the protocol test suite.

    B.     *Interoperability Lab*

On August 30, 2006, Microsoft announced to MCPP licensees the availability, at no charge, of Microsoft's Interoperability Lab in the Microsoft Enterprise Engineering Center for testing licensee implementations of MCPP protocols. The Interoperability Lab offers direct access to Microsoft product development teams and technical support from Microsoft's engineering staff to address issues that may arise during testing. Microsoft has conducted a series of in-person visits to most licensees in order to promote the availability of these services. During the first week of June, one Proxy/Firewall licensee participated in the Interoperability Lab. In addition, one File Sharing licensee has scheduled an Interoperability Lab visit for April 2008.

    C.     *Plug-fests*

As noted in previous Status Reports, Microsoft hosted its first plug-fest, which was for licensees of the Media Streaming Protocols, on December 12-14, 2006, and the File Server Protocols plug-fest on April 30-May 3, 2007. The overall feedback received by Microsoft was positive. The Authentication and Certificate Services plug-fest was held during the week of September 17, 2007. Five licensees, as well as members of the TC, participated. The event

lasted four days, and the overall feedback received by Microsoft also was positive. Microsoft is planning for a Firewall/Proxy plug-fest to occur late in January.

### III.     Technical Documentation Team Staffing

Robert Muglia, the Senior Vice President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Approximately 625 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals devote their efforts to work that relates to both programs or that is exclusive to the MCPP.

Of these, approximately 370 product team engineers and program managers are actively involved in the creation and review of the technical content of the documentation. In addition, there are approximately 20 full-time employees and 40 contingent staff working as technical writers, editors, and production technicians. In addition, as the protocol testing effort continues, approximately 30 full-time employees and approximately 165 contingent staff and vendor staff are working as software test designers, test engineers, and test architects. Significant attention and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

### IV.     Windows Vista and XP Related Matters

As reported in its previous supplemental status reports, Microsoft has been working cooperatively to address a number of changes requested by the TC concerning Windows XP and certain Microsoft applications, regardless of whether these requests relate to Microsoft's middleware and default obligations under Sections III.C and III.H of the Final Judgments.

As part of that effort, Microsoft has agreed to make changes to two Middleware Products. All of the agreed upon changes have now been delivered to and accepted by the TC, and there are currently no open Middleware issues. Accordingly, no issues relating to compliance with the Final Judgments in this area remain outstanding.[3] Changes to Internet Explorer were delivered to consumers on August 14, 2007, and changes for Windows Media Player were delivered on August 28, 2007. Microsoft delivered the change to Windows XP to the TC on October 1, 2007, and plans to incorporate the change into Service Pack 3 for Windows XP.[4]

---

[3]  The changes Microsoft has made to the "pin list" feature appear to have resolved all major issues; it is conceivable that one potential edge case remains that the TC has been unable to recreate.

[4]  In addition to the Middleware changes noted above, changes to Windows Live Messenger were delivered in the Windows Live Messenger 8.5 beta and will be included in the public release.

In addition, Microsoft has been working with the TC to transition the TC's testing methods and tools to Microsoft before expiration of the middleware-related portions of the Final Judgments. The TC and Microsoft's test teams have worked closely together to accomplish all of the TC's requests. Microsoft and the TC also have collaborated to make the TC's ISV Readiness Tests and test tools available to third parties on MSDN.

Dated: October 15, 2007

>Respectfully submitted,
>
>FOR DEFENDANT
>MICROSOFT CORPORATION
>
>/s/ CHARLES F. RULE
>CHARLES F. RULE (DC BAR No. 370818)
>JONATHAN S. KANTER (DC BAR No. 473286)
>Cadwalader, Wickersham & Taft LLP
>1201 F Street, NW
>Washington, DC  20004
>(202) 862-2420
>
>BRADFORD L. SMITH
>MARY SNAPP
>DAVID A. HEINER, JR.
>Microsoft Corporation
>One Microsoft Way
>Redmond, WA  98052
>(425) 936-8080
>
>STEVE L. HOLLEY
>RICHARD C. PEPPERMAN II
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, NY  10004
>(212) 558-4000