IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>MICROSOFT CORPORATION,<br><br>                 Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:<br>      October 23, 2007 Teleconference |

**REPORT STATING THE POSITION OF THE UNITED STATES
ON THE RECENTLY-FILED MOTIONS TO EXTEND
THE STATES' FINAL JUDGMENTS**

The United States of America, Plaintiff in *United States v. Microsoft*, CA No. 98-1232 (CKK), hereby files this Report pursuant to the Court's Minute Order of September 11, 2007, and the Court's request during the Teleconference of October 16, 2007.

As the Court is aware, certain members of the California Group and certain members of the New York Group filed motions to extend their respective Final Judgments on October 16, 2007, and October 18, 2007, respectively (collectively, "Motions"). Pursuant to the Court's request, the United States informs the Court below of its general position with respect to the Motions.

The United States will not file a motion to extend its Final Judgment as it does not believe that the standard for such an extension has been met. The United States is prepared to participate in any hearing to resolve the Motions orally and/or in writing, according to the

Court's preference.  The United States reserves the right to request, on its own initiative,

approval from the Court to submit written filings and otherwise to participate as amicus curiae.


Dated: October 19, 2007

                         Respectfully submitted,


                         FOR THE UNITED STATES
                         DEPARTMENT OF JUSTICE'S
                         ANTITRUST DIVISION


                          /s/_____
                         AARON D. HOAG
                         JAMES J. TIERNEY
                         SCOTT A. SCHEELE
                         PHILIP A. GIORDANO
                         ADAM T. SEVERT
                         *Trial Attorneys*
                         U.S. Department of Justice
                         Antitrust Division
                         600 E Street, N.W.
                         Suite 9500
                         Washington, D.C. 20530
                         202/514-8276