IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>               v.<br><br>MICROSOFT CORPORATION,<br><br>                        Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  December 15, 2007<br>Supplemental Status Report |

**SUPPLEMENTAL STATUS REPORT ON**
**MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

      Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.  This Supplemental Status Report details Microsoft's progress in revising the technical documentation in connection with the Microsoft Communications Protocol Program ("MCPP") and other Windows-related matters.

**I.**      **Microsoft's Progress in Modifying the Technical Documentation**

      Microsoft has completed delivery of all Milestones as set forth in the schedule for the revised MCPP documentation.  Moreover, as Microsoft first noted to the Court in its April 2007 Supplemental Status Report, it will make available overview/reference documents to assist licensees in addressing scenarios that may arise while using the technical documentation.  *See* Supplemental Status Report on Microsoft's Compliance with the Final Judgments, at 2 n.4 (April 16, 2007).  Microsoft has delivered to the Technical Committee and Mr. Hunt (collectively referred to as the "TC") a set of these overview/reference documents.  Microsoft will coordinate closely with the TC to supplement or modify these documents, and understands that the TC regards this material as important.

Microsoft also is continuing its ongoing work to modify the XML markup as the TC's testing work moves forward and as new information is received and changes are requested by the TC.

    A.    *Current Status of Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") Through October 31, 2007*

As noted in previous Status Reports, Microsoft is working to address the TDIs in the old technical documentation in the course of rewriting the new technical documentation. Accordingly, Microsoft has reviewed the Online Build documentation for each Milestone as it was produced to ensure that all previously existing TDIs relating to that Milestone (including those that were previously closed and those that were not addressed in the old documentation) are addressed. Nearly all of the TDIs in the old documentation now have been addressed in the new documentation and closed.

The current status of TDIs in the old documentation for the previous month is set forth below. Overall, the total number of outstanding old TDIs has continued to drop as Microsoft anticipated at the beginning of the rewrite project.

| Old Documentation TDIs | As of 9/30/2007 | Period Ended 10/31/2007 |
|---|---|---|
| **60-Day TDIs Submitted by the TC** | | |
| Submitted this period | | 0 |
| Closed this period | | 2 |
| Outstanding | 9 | 7 |
| **Other TDIs Submitted by the TC** | | |
| Submitted this period | | 0 |
| Closed this period | | 0 |
| Outstanding | 0 | 0 |
| **TC Subtotal Outstanding** | 9 | 7 |
| **TDIs Identified by Microsoft** | | |
| Identified this period | | 0 |
| Closed this period | | 0 |
| Outstanding | 0 | 0 |
| **Total Outstanding** | 9 | 7 |

Microsoft will continue to update the Court regarding its progress in resolving TDIs from the old documentation.

Given the volume and complexity of the new technical documentation, it is inevitable that additional TDIs will emerge in the newly rewritten documentation, even as TDIs in the old documentation are being resolved. The TC will identify all TDIs in the new Online Build documentation according to the three priority levels that were described in the March 6, 2007 Joint Status Report. In addition to TDIs identified by the TC, Microsoft will continue to track and report the number of TDIs that have been identified through Microsoft's testing efforts.

The current status of TDIs identified in rewritten documentation through September 30, 2007, is noted in the chart below.

| Rewritten Documentation TDIs | As of 9/30/2007 | Period Ended 10/31/2007 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period | | 33 |
| Closed this period | | 40 |
| Outstanding | 88 | 81 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period | | 71 |
| Closed this period | | 332 |
| Outstanding | 403 | 142 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period | | 51 |
| Closed this period | | 61 |
| Outstanding | 48 | 38 |
| | | |
| TC Submitted | | 155 |
| TC Closed | | 433 |
| **TC Outstanding** | 539 | 261 |
| | | |
| **TDIs Identified by Microsoft[1]** | | |
| Identified this period | | 316 |
| Closed this period | | 185 |
| Microsoft Outstanding | 192 | 323 |
| **Total Outstanding** | 731 | 584 |

**II.   Technical Documentation Testing**

   A.   *Protocol Test Suite*

Since the previous Status Report, Microsoft has continued its efforts to test the newly rewritten protocol documentation. Microsoft completed its testing on Cluster 3 as scheduled by September 30, 2007, and has met with the TC to review the results. The testing process has

---

[1]   In some cases TDIs are opened by Microsoft in response to questions or comments from licensees, although Microsoft does not track the precise number of TDI's opened in this fashion.

4

continued on Cluster 4, and Microsoft has reviewed its plans for that cluster with the TC. The testing for Cluster 4 is scheduled to be completed by the end of December 2007. Microsoft expects to complete testing on 20 documents as part of Cluster 4.

      B.    *Interoperability Lab*

On August 30, 2006, Microsoft announced to MCPP licensees the availability, at no charge, of Microsoft's Interoperability Lab in the Microsoft Enterprise Engineering Center for testing licensee implementations of MCPP protocols. The Interoperability Lab offers direct access to Microsoft product development teams and technical support from Microsoft's engineering staff to address issues that may arise during testing. One File Sharing licensee has scheduled an Interoperability Lab visit for March 2008, and another has scheduled a visit for April 2008.

      C.    *Plug-fests*

As noted in previous Status Reports, Microsoft hosted its first plug-fest, for licensees of the Media Streaming Protocols, on December 12-14, 2006, and the File Server Protocols plug-fest on April 30-May 3, 2007. The overall feedback received by Microsoft was positive. Microsoft held the Authentication and Certificate Services plug-fest during the week of September 17, 2007. Five licensees, as well as members of the TC, participated. The event lasted four days, and the overall feedback Microsoft received also was positive. Microsoft is in the process of planning a future event for Firewall/Proxy licensees and is working with potential licensees and the TC to schedule a date in early 2008. Additionally, Microsoft is planning three additional plug-fests for later in 2008 (for File Sharing, Media Streaming, and Active Directory licensees).

### III.  Technical Documentation Team Staffing

Robert Muglia, the Senior Vice President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Approximately 600 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals devote their efforts to work that relates to both programs or that is exclusive to the MCPP.

Of these, approximately 320 product team engineers and program managers are actively involved in the creation and review of the technical content of the documentation. There are approximately 25 full-time employees and over 40 contingent staff working as technical writers, editors, and production technicians. In addition, as the protocol testing effort continues, approximately 30 full-time employees and approximately 185 contingent staff and vendor staff work as software test designers, test engineers, and test architects. Significant attention and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

IV.     **Windows Vista and XP Related Matters**

No middleware issues relating to compliance with the Final Judgments are currently outstanding.

Dated:  November 15, 2007

                                                           Respectfully submitted,

FOR DEFENDANT
MICROSOFT CORPORATION

/s/ CHARLES F. RULE
CHARLES F. RULE (DC BAR No. 370818)
JONATHAN S. KANTER (DC BAR No. 473286)
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC  20004
(202) 862-2420

BRADFORD L. SMITH
MARY SNAPP
DAVID A. HEINER, JR.
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
(425) 936-8080

STEVE L. HOLLEY
RICHARD C. PEPPERMAN II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
(212) 558-4000