IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  June 17, 2008<br>Joint Status Report |

**SUPPLEMENTAL STATUS REPORT ON**
**MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

  Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.  This Supplemental Status Report details Microsoft's progress in revising the technical documentation in connection with the Microsoft Communications Protocol Program ("MCPP") and other Windows-related matters.

**I.**  **Microsoft's Progress in Modifying the Technical Documentation**

  As previously reported, Microsoft has delivered all of the Milestones associated with the "rewrite" program.  In addition to this documentation, Microsoft has produced additional overview/reference materials in order to assist licensees in using the technical documentation.

  While Microsoft firmly believes that the current protocol documentation available to implementers enables interoperability with Windows and fully complies with the Final Judgments, in response to the Technical Committee's ("TC") request, Microsoft is undertaking a new effort to supplement the existing protocol documentation with additional "System" documents.  As part of this process, on March 31, Microsoft delivered three initial System documents to the TC.  Microsoft also is continuing work on additional System documents.

A.  *Current Status of Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through April 30, 2008*

In light of the volume and complexity of the new technical documentation, it is inevitable that additional TDIs will emerge in the newly rewritten documentation.  As part of its analysis, the TC is identifying TDIs in the new Online Build documentation according to the three priority levels that were described in the March 6, 2007 Joint Status Report.  The current status of TDIs identified in rewritten documentation through April 30, 2008, is noted in the chart below.  The total number of TDIs spans the entire range of rewritten MCPP documentation as well as some of the overview materials and should be considered in the context of more than 20,000 pages of MCPP technical documentation.[1]

| New Documentation TDIs | As of 3/31/2008 | Period Ended 4/30/2008 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period | | 29 |
| Closed this period | | 3 |
| Outstanding | 101 | 127 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period | | 43 |
| Closed this period | | 27 |
| Outstanding | 204 | 220 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period | | 25 |
| Closed this period | | 22 |
| Outstanding | 58 | 61 |
| | | |
| TC Submitted | | 97 |
| TC Closed | | 52 |
| **TC Outstanding** | 363 | 408 |
| | | |
| **TDIs Identified by Microsoft** | | |

---

[1] The TDI numbers as of March 31, 2007, reported in this chart differ slightly from the numbers provided in the previous Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period.

| | | |
|---|---|---|
| Identified this period | | 417 |
| Closed this period | | 330 |
| Microsoft Outstanding | 488 | 575 |
| | | |
| **TDIs Identified by Licensees[2]** | | |
| Identified this period | | 2 |
| Closed this period | | 5 |
| Licensees Outstanding | 9 | 6 |
| | | |
| **TDIs Identified by the TC in Overview/Reference Materials[3]** | | |
| Identified this period | | 9 |
| Closed this period | | 6 |
| Overview Outstanding | 61 | 64 |
| | | |
| **Total Outstanding** | 921 | 1053 |

II.     **Technical Documentation Testing**

     A.     *Protocol Test Suite*

Since the previous Status Report, Microsoft has continued its efforts to test the newly rewritten protocol documentation. Microsoft finished its testing on Cluster 5, during which Microsoft completed test passes on 32 documents. As is the normal practice, Microsoft and the TC met to review the results of this Cluster. Microsoft is continuing the testing of Cluster 6, which will be complete by June 30, 2008.

     B.     *Interoperability Lab*

On August 30, 2006, Microsoft announced to MCPP licensees the availability, at no charge, of Microsoft's Interoperability Lab in the Microsoft Enterprise Engineering Center for

---

[2]     In most cases, licensees do not open TDIs themselves. Licensees generally ask Microsoft questions about the documentation. Most questions do not result in any TDIs. In some cases, questions from licensees result in a TDI being filed by the Microsoft employees involved in answering the licensees' questions. In these circumstances, Microsoft categorizes the TDI as a licensee TDI.

[3]     At the request of the Plaintiffs, Microsoft has included the number of outstanding TDIs identified by the TC in the overview/reference materials that Microsoft is producing in the above chart. The TDIs identified in the overview/reference materials do not include TDIs identified in System Documents (of which there were none for the relevant period). Microsoft will report any such System TDIs separately from the overview/reference materials.

3

testing licensee implementations of MCPP protocols. The Interoperability Lab offers direct access to Microsoft product development teams and technical support from Microsoft's engineering staff to address issues that may arise during testing. Microsoft completed an interoperability lab with one licensee during March 2008. An additional licensee is scheduled to attend the interoperability lab this month.

      C.    *Plug-fests*

Microsoft held a Firewall/Proxy plug-fest for three licensees as well as another company during February 2008. Microsoft also is planning a file-sharing plug-fest for June 2008. Additionally, Microsoft is planning two plug-fests for later in 2008 (for Media Streaming and Active Directory).

### III. Technical Documentation Team Staffing

Robert Muglia, the Senior Vice President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Approximately 750 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals devote their efforts to work that relates to both programs or that is exclusive to the MCPP.

Of these, approximately 320 product team engineers and program managers are actively involved in the creation and review of the technical content of the documentation. There are over 25 full-time employees and over 50 contingent staff working as technical writers, editors, and production technicians. Additionally, as the protocol testing effort continues, approximately 35 full-time employees and approximately 320 contingent and vendor staff work as software test designers, test engineers, and test architects. Significant attention to and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

### IV. Windows Vista and XP Related Matters

The TC has identified an issue related to how user defaults and icons are displayed when the same default is first set using Set User Defaults and then set using Set Program Access and Defaults.  Microsoft is examining this issue and working to develop a course of action.

Dated:  May 15, 2008

Respectfully submitted,

FOR DEFENDANT
MICROSOFT CORPORATION

/s/ CHARLES F. RULE
CHARLES F. RULE (DC BAR No. 370818)
JONATHAN S. KANTER (DC BAR No. 473286)
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC  20004
(202) 862-2420

BRADFORD L. SMITH
MARY SNAPP
DAVID A. HEINER, JR.
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
(425) 936-8080

STEVE L. HOLLEY
RICHARD C. PEPPERMAN II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
(212) 558-4000