IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>               v.<br><br>MICROSOFT CORPORATION,<br><br>                               Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  November 17, 2008<br>Monthly Supplemental Status Report |

**SUPPLEMENTAL STATUS REPORT ON
MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

    Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.  This Supplemental Status Report details Microsoft's progress in revising the technical documentation in connection with the Microsoft Communications Protocol Program ("MCPP") and other Windows related matters.

**I.**    **Microsoft's Progress in Modifying the Technical Documentation**

    A.    *System Documents*

    As required by the Final Judgments, Microsoft is creating "system" documents to assist developers in using Microsoft's protocol documentation.  Microsoft is working on a schedule that will allow it to deliver 18 system documents to the Technical Committee ("TC") by June 30, 2009.[1]  Microsoft will create these documents on a rolling schedule with initial delivery of each document followed by a final online build.  In order to meet this aggressive schedule, Microsoft

---

[1]    Based on discussions with the TC, Microsoft currently anticipates producing a total of 18 system documents.   Microsoft hopes to finalize the total number of documents by the next Supplemental Status Report.

anticipates incorporating feedback from the TC between the initial and final releases.  Microsoft will provide the Court with a fully-developed schedule in the November status report.

Microsoft already has developed preliminary versions for six of the 18 system documents.  The company is in the process of revising these six documents to conform to the template developed by the TC and Microsoft.  (Microsoft expects that it and the TC will finalize an additional template for a second category of system documents in the near future.)  Microsoft will deliver the first of the six revised system documents to the TC by the end of this month.  Feedback from the TC on these six documents will facilitate Microsoft's development of the remaining 12 system documents in a manner that should meet the TC's expectations.

B.   *Rewritten Protocol Documentation*

For some of the communications between Windows Client and Windows Server, Microsoft makes use of industry standard protocols.  Since the specifications for these standards are publicly available, Microsoft has not created new specifications.  Microsoft does, however, document ways in which its implementations vary from the standards.  As part of its ongoing development of the next version of Windows ("Windows 7"), Microsoft learned that three sections of code that were previously believed to be in conformance with industry standards actually vary from the standards in a few respects.  Microsoft will release documentation describing these variations in its next scheduled documentation release, due on October 24, 2008.[2]

C.   *Current Status of Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through September 30, 2008*

In light of the volume and complexity of the new technical documentation, it is inevitable that additional TDIs will emerge in the newly rewritten documentation.  As part of its analysis,

---

[2] These three specifications are:  [MS-TLSP] Transport Layer Security (TLS) Profile, [MS-L2TPIE] Layer 2 Tunneling Protocol (L2TP) IPSec Extensions Protocol Specification, and [MS-LLMNRP] Link Local Multicast Name Resolution (LLMNR) Profile Specification.

the TC is identifying TDIs in the new Online Build documentation according to the three priority levels that were described in the March 6, 2007 Joint Status Report. The current status of TDIs identified in rewritten documentation through September 30, 2008, is noted in the chart below. The total number of TDIs spans the entire range of more than 20,000 pages of rewritten MCPP documentation as well as the overview materials and system documents.[3]

| New Documentation TDIs | As of 8/31/2008 | Period Ended 9/30/2008 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period | | 9 |
| Closed this period | | 15 |
| Outstanding | 184 | 178 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period | | 57 |
| Closed this period | | 90 |
| Outstanding | 206 | 173 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period | | 18 |
| Closed this period | | 29 |
| Outstanding | 62 | 51 |
| | | |
| TC Submitted | | 84 |
| TC Closed | | 134 |
| **TC Outstanding** | 452 | 402 |
| | | |
| **TDIs Identified by Microsoft** | | |
| Identified this period | | 668 |
| Closed this period | | 691 |
| Microsoft Outstanding | 653 | 630 |
| | | |
| **TDIs Identified by Licensees[4]** | | |

---

[3] The August TDI numbers reported in this chart differ slightly from the numbers provided in the September Joint Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period.

[4] In most cases, licensees do not open TDIs themselves. Licensees generally ask Microsoft questions about the documentation. Most questions do not result in any TDIs. In some cases, questions from licensees result in a TDI being filed by the Microsoft employees involved in answering the licensees' questions. In these circumstances, Microsoft categorizes the TDI as a licensee TDI.

| | | |
|---|---|---|
| Identified this period | | 23 |
| Closed this period | | 37 |
| Licensees Outstanding | 37 | 23 |
| | | |
| **TDIs Identified by TC in Overview/Reference Materials** | | |
| Identified this period | | 7 |
| Closed this period | | 7 |
| Overview Outstanding | 24 | 24 |
| | | |
| **TDIs Identified by TC in System Documents** | | |
| Identified this Period | | 11 |
| Closed this Period | | 57 |
| System Outstanding | 195 | 149 |
| | | |
| **Total Outstanding** | 1361 | 1228 |

## II. Technical Documentation Testing

A.   *Protocol Test Suite*

Since the September Joint Status Report, Microsoft has continued its efforts to test the rewritten protocol documentation. Microsoft completed the testing of Cluster 7 on September 30, 2008, and has begun testing of Cluster 8. Microsoft met with the TC to discuss the results of Cluster 7 testing on October 14, 2008.

B.   *Interoperability Lab*

On August 30, 2006, Microsoft announced to MCPP licensees the availability, at no charge, of Microsoft's Interoperability Lab in the Microsoft Enterprise Engineering Center for testing licensee implementations of MCPP protocols. The Interoperability Lab offers direct access to Microsoft product development teams and technical support from Microsoft's engineering staff to address issues that may arise during testing. Microsoft held interoperability labs with implementers in July and September 2008 and received positive feedback on the events.

    C.    *Plug-fests*

Microsoft is planning a Media Streaming plug-fest for October 20-23, 2008, and an Active Directory plug-fest for January 2009. Microsoft also sponsored a file systems plug-fest in September 2008 in conjunction with an event for developers hosted by the Storage Networking Industry Association ("SNIA").

**III.**    **Technical Documentation Team Staffing**

Robert Muglia, the Senior Vice President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Over 800 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals' work relates to both programs or is exclusive to the MCPP. Of these, approximately 320 product team engineers and program managers are actively involved in the creation and review of the technical content of the documentation, including periodic work on TDI resolution as well as developing new content for the next version of Windows Client and Windows Server. Because of varying areas of expertise, not all of these product team employees are working on the documentation at any given time. For example, many of the MCPP documents currently do not have any associated TDIs. In other months, these same product teams may have multiple TDIs to resolve and/or additional content to draft and spend most or all of their time on projects relating to the protocol documentation.

In addition, there are approximately 30 full-time employees and approximately 50 contingent staff working as technical writers, editors, and production technicians. Additionally, as the protocol testing effort continues, approximately 40 full-time employees and approximately 400 contingent and vendor staff work as software test designers, test engineers, and test architects. Significant attention to and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of

numerous product engineering, business, technical, and legal groups, as well as company management.

### IV.     Windows Vista and XP Related Matters

The TC has identified a scenario in Windows Vista in which a single link in the Control Panel Network and Sharing Center launches Internet Explorer rather than the default browser.  In this instance, when a user accesses the Network and Sharing Center and chooses "Set up a connection or network," then chooses "Connect to the Internet," and clicks "Next," a dialog box appears that says "You are already connected to the Internet."  Within that dialog box there is a link labeled "Browse the Internet now."  When the user clicks on this link, Internet Explorer is launched.  Microsoft will change this behavior in an upcoming monthly update to Windows and in future "service pack" updates.

Dated:  October 15, 2008

                Respectfully submitted,

                FOR DEFENDANT
                MICROSOFT CORPORATION

                /s/ CHARLES F. RULE
                CHARLES F. RULE (DC BAR No. 370818)
                JONATHAN S. KANTER (DC BAR No. 473286)
                Cadwalader, Wickersham & Taft LLP
                1201 F Street, NW
                Washington, DC  20004
                (202) 862-2420

                BRADFORD L. SMITH
                MARY SNAPP
                DAVID A. HEINER, JR.
                Microsoft Corporation
                One Microsoft Way

Redmond, WA  98052
(425) 936-8080

STEVE L. HOLLEY
RICHARD C. PEPPERMAN II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
(212) 558-4000