IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  December 15, 2008<br>Monthly Supplemental Status Report |

**SUPPLEMENTAL STATUS REPORT ON**
**MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.  This Supplemental Status Report details Microsoft's progress in revising the technical documentation in connection with the Microsoft Communications Protocol Program ("MCPP") and other Windows-related matters.

**I.**  **Microsoft's Progress in Modifying the Technical Documentation**

    A.  *System Documents*

As required by the Final Judgments, Microsoft is creating "system" documents to assist developers in using Microsoft's protocol documentation.  Starting next month, Microsoft will be delivering these documents to the Technical Committee ("TC") on a rolling basis and according to the following schedule:

| Milestone | No. of Documents | Initial Availability |
|---|---|---|
| Milestone 1 | 2 | 12/15/08 |
| Milestone 2 | 2 | 1/15/09 |
| Milestone 3 | 2 | 2/27/09 |
| Milestone 4 | 6 | 3/30/09 |
| Milestone 5 | 2 | 4/30/09 |
| Milestone 6 | 3 | 5/29/09 |
| Milestone 7 | 1 | 6/30/09 |
| Total | 18 | |

Upon completion of each milestone, the newly created system documents will be made available to licensees immediately upon request and will be included in the next regularly scheduled revision to the documentation. In addition, last month Microsoft discussed its plans for testing the system documents with the TC. Due to the unique nature of the system documents, the process for testing these materials will differ from the test plan for the underlying protocol documentation. The system documents plan combines an in-depth technical review with verification of several selected use scenarios for each system being documented. Most of this work will take place as the documents are being written and is thus reflected in the milestones above. It is possible that some of this testing will continue beyond initial availability, but it should be completed shortly thereafter.

    This schedule was provided to the TC on November 6, 2008. Microsoft also recently submitted a draft of the first system document to the TC for its initial feedback. Microsoft will use this initial feedback to guide the development of future releases and to ensure that the remaining system documents conform to the TC's expectations.

B.  *Current Status of Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through October 31, 2008*

In light of the volume and complexity of the new technical documentation, it is inevitable that additional TDIs will emerge in the newly rewritten documentation. As part of its analysis, the TC is identifying TDIs in the new Online Build documentation according to the three priority levels that were described in the March 6, 2007 Joint Status Report. The current status of TDIs identified in rewritten documentation through October 31, 2008, is noted in the chart below. The total number of TDIs spans the entire range of more than 20,000 pages of rewritten MCPP documentation as well as the overview materials and system documents.[1]

| New Documentation TDIs | As of 9/30/2008 | Period Ended 10/31/2008 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period | | 2 |
| Closed this period | | 25 |
| Outstanding | 178 | 155 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period | | 34 |
| Closed this period | | 86 |
| Outstanding | 173 | 121 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period | | 23 |
| Closed this period | | 29 |
| Outstanding | 51 | 45 |
| | | |
| TC Submitted | | 59 |
| TC Closed | | 140 |
| **TC Outstanding** | 402 | 321 |
| | | |
| **TDIs Identified by Microsoft** | | |
| Identified this period | | 457 |

---

[1] The September TDI numbers reported in this chart differ slightly from the numbers provided in the October Supplemental Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period.

3

| | | |
|---|---|---|
| Closed this period | | 422 |
| Microsoft Outstanding | 635 | 670 |
| | | |
| **TDIs Identified by Licensees[2]** | | |
| Identified this period | | 16 |
| Closed this period | | 20 |
| Licensees Outstanding | 23 | 19 |
| | | |
| **TDIs Identified by TC in Overview/Reference Materials** | | |
| Identified this period | | 2 |
| Closed this period | | 8 |
| Overview Outstanding | 24 | 18 |
| | | |
| **TDIs Identified by TC in System Documents** | | |
| Identified this Period | | 0 |
| Closed this Period | | 124 |
| System Outstanding | 149 | 25 |
| | | |
| **Total Outstanding** | 1233 | 1053 |

## II.     Technical Documentation Testing

   A.     *Protocol Test Suite*

Microsoft has continued its efforts to test the rewritten protocol documentation. Microsoft completed the testing of Cluster 7 on September 30, 2008, and met with the TC to discuss the results on October 14, 2008. The TC accepted the test results and had no additional requests or suggestions. Testing of Cluster 8 is underway, and Microsoft expects to complete its comprehensive testing of the existing documentation by March 2009. Newly created technical documentation (including for Windows 7) will be tested using a similar method.

---

[2] In most cases, licensees do not open TDIs themselves. Licensees generally ask Microsoft questions about the documentation. Most questions do not result in any TDIs. In some cases, questions from licensees result in a TDI being filed by the Microsoft employees involved in answering the licensees' questions. In these circumstances, Microsoft categorizes the TDI as a licensee TDI.

B.   *Interoperability Lab*

As previously reported, a team from Samba participated in Microsoft's Interoperability Lab in the Microsoft Enterprise Engineering Center for testing licensee implementations of MCPP protocols during late September and early October 2008.[3]  Samba recently posted an essay by one of its team members detailing its positive experience working with the technical documentation and with the Microsoft team in general.  (See Exhibit A.)

C.   *Plug-fests*

Microsoft hosted a media streaming plug-fest on Microsoft's campus on October 20-23, 2008.  The planning for future plug-fests is underway.

**III.   Technical Documentation Team Staffing**

Robert Muglia, the Senior Vice President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Over 800 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation.  Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals' work relates to both programs or is exclusive to the MCPP.  Of these, approximately 310 product team engineers and program managers are actively involved in the creation and review of the technical content of the documentation, including periodic work on TDI resolution as well as developing new content for the next version of Windows Client and Windows Server.  Because of varying areas of expertise, not all of these product team employees are working on the documentation at any given time.  For example, many of the MCPP documents currently do not have any associated TDIs.  In other

---

[3]   Samba approaches the Technical Documentation from the perspective of the European analog to the MCPP (known as the "WSPP").  As previously explained to the Court, there is substantial overlap between the two programs.

5

months, these same product teams may have multiple TDIs to resolve and/or additional content to draft and spend most or all of their time on projects relating to the protocol documentation.

In addition, there are approximately 31 full-time employees and approximately 56 contingent staff working as technical writers, editors, and production technicians. Additionally, as the protocol testing effort continues, approximately 40 full-time employees and approximately 375 contingent and vendor staff work as software test designers, test engineers, and test architects. Significant attention to and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

## IV.   Windows Vista and XP Related Matters

As related in the previous report, the TC identified a scenario in Windows Vista in which a single link in the Control Panel Network and Sharing Center mistakenly launched Internet Explorer rather than the default browser. Microsoft provided the TC with an update to Windows that addresses this error. This update will be made available to the general public shortly through Windows Update and in future "service pack" updates.

Dated:  November 17, 2008

Respectfully submitted,

FOR DEFENDANT
MICROSOFT CORPORATION

/s/ CHARLES F. RULE
CHARLES F. RULE (DC BAR No. 370818)
JONATHAN S. KANTER (DC BAR No. 473286)
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC  20004
(202) 862-2420

BRADFORD L. SMITH
MARY SNAPP
DAVID A. HEINER, JR.
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
(425) 936-8080

STEVE L. HOLLEY
RICHARD C. PEPPERMAN II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(212) 558-4000