IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>MICROSOFT CORPORATION,<br><br>                        Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  January 21, 2009<br>Joint Status Report |

**SUPPLEMENTAL STATUS REPORT ON**
**MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.

**I.      Technical Documentation**

*A.      Updated Technical Documents for Windows 7 Beta 1*

Microsoft released updated documentation to MCPP licensees on December 5, 2008, in advance of the Windows 7 beta.  This release included 30 new and 87 updated technical documents for Windows 7.

*B.      System Documents*

As required by the Final Judgments, Microsoft is creating System Documents to assist developers in using Microsoft's protocol documentation.  Since the last monthly report, Microsoft has added one additional system document to the schedule to reflect content that is new in Windows 7, bringing the total number of System Documents to nineteen.  Microsoft is on track to deliver the first two System Documents to the Technical Committee ("TC") on December 15, 2008, as scheduled.

The following table shows all seven milestones, updated to reflect the new Windows 7 System Document, which is scheduled to be delivered in May:

| Milestone | No. of Documents | Initial Availability |
|---|---|---|
| Milestone 1 | 2 | 12/15/08 |
| Milestone 2 | 2 | 1/15/09 |
| Milestone 3 | 2 | 2/27/09 |
| Milestone 4 | 6 | 3/30/09 |
| Milestone 5 | 2 | 4/30/09 |
| Milestone 6 | 4 | 5/29/09 |
| Milestone 7 | 1 | 6/30/09 |
| | | |
| Total | 19 | |

C.  *Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through November 30, 2008*

In light of the volume and complexity of the new technical documentation, it is inevitable that additional TDIs will emerge in the technical documentation. As part of its analysis, the TC is identifying TDIs in the new Online Build documentation according to the three priority levels that were described in the March 6, 2007 Joint Status Report. The current status of TDIs identified in rewritten documentation through November 30, 2008, is noted in the chart below. The total number of TDIs spans the entire range of more than 20,000 pages of rewritten MCPP documentation as well as the overview materials and system documents.[1]

---

[1] The October TDI numbers reported in this chart differ from the numbers provided in the October Supplemental Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period. In addition, Microsoft inadvertently overlooked a category of TDIs in its prior reports, and has included them here in both the October and November figures.

| New Documentation TDIs | As of 10/31/2008 | Period Ended 11/30/2008 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period | | 21 |
| Closed this period | | 20 |
| Outstanding | 158 | 159 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period | | 114 |
| Closed this period | | 22 |
| Outstanding | 123 | 215 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period | | 23 |
| Closed this period | | 9 |
| Outstanding | 45 | 59 |
| | | |
| TC Submitted | | 158 |
| TC Closed | | 51 |
| **TC Outstanding** | 326 | 433 |
| | | |
| **TDIs Identified by Microsoft** | | |
| Identified this period | | 526 |
| Closed this period | | 513 |
| Microsoft Outstanding | 676 | 689 |
| | | |
| **TDIs Identified by Licensees[2]** | | |
| Identified this period | | 12 |
| Closed this period | | 9 |
| Licensees Outstanding | 19 | 22 |
| | | |
| **TDIs Identified by TC in Overview/Reference Materials** | | |
| Identified this period | | 7 |
| Closed this period | | 2 |
| Overview Outstanding | 18 | 23 |

---

[2] In most cases, licensees do not open TDIs themselves. Licensees generally ask Microsoft questions about the documentation. Most questions do not result in any TDIs. In some cases, questions from licensees result in a TDI being filed by the Microsoft employees involved in answering the licensees' questions. In these circumstances, Microsoft categorizes the TDI as a licensee TDI.

3

|  |  |  |
|---|---:|---:|
| **TDIs Identified by TC in System Documents** |  |  |
| Identified this Period |  | 1 |
| Closed this Period |  | 0 |
| System Outstanding | 25 | 26 |
|  |  |  |
| **Total Outstanding** | 1064 | 1193 |

## II.     Technical Documentation Testing and Licensee Support

Microsoft is continuing its efforts to test the rewritten protocol documentation. Testing of Cluster 8 is underway, and Microsoft expects to complete its comprehensive testing of the existing documentation by March 2009. Newly created technical documentation (including for Windows 7) will be tested using a similar method.[3]

Separately, Microsoft is continuing to make various resources available to assist licensees in using the technical documentation. The next plugfest is scheduled for January 26, 2009, and planning is underway. In addition, the interoperability lab remains available for use by licensees.

## III.    Technical Documentation Team Staffing

Robert Muglia, the Senior Vice President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Over 800 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals' work relates to both programs or is exclusive to the MCPP. Of these, approximately 279 product team engineers and program managers are actively involved in the creation and review of the technical content of the

---

[3] As reported last month, Microsoft's plan for testing the System Documents differs from the testing process for the underlying technical documents because of the unique nature of the System Documents. Most of this work will take place as the System Documents are being written and is thus reflected in the System Document milestones above rather than in the technical documentation testing schedule.

documentation, including periodic work on TDI resolution as well as developing new content for the next version of Windows Client and Windows Server. Because of varying areas of expertise, not all of these product team employees are working on the documentation at any given time. For example, many of the MCPP documents currently do not have any associated TDIs. In other months, these same product teams may have multiple TDIs to resolve and/or additional content to draft and spend most or all of their time on projects relating to the protocol documentation.

In addition, there are approximately 31 full-time employees and approximately 53 contingent staff working as technical writers, editors, and production technicians. Additionally, as the protocol testing effort continues, approximately 40 full-time employees and approximately 350 contingent and vendor staff work as software test designers, test engineers, and test architects. Significant attention to and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

## IV.   Windows Vista and XP Related Matters

As related in the previous report, the TC identified a scenario in Windows Vista in which a single link in the Control Panel Network and Sharing Center mistakenly launched Internet Explorer rather than the default browser. An update addressing this issue was released on November 24, 2008, through Windows Update and will be included in future "service pack" updates as well.

Dated: December 15, 2008

                Respectfully submitted,

                FOR DEFENDANT
                MICROSOFT CORPORATION

                /s/ CHARLES F. RULE

CHARLES F. RULE (DC BAR No. 370818)
JONATHAN S. KANTER (DC BAR No. 473286)
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC  20004
(202) 862-2420

BRADFORD L. SMITH
MARY SNAPP
DAVID A. HEINER, JR.
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
(425) 936-8080

STEVE L. HOLLEY
RICHARD C. PEPPERMAN II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
(212) 558-4000