IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>                 Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  March 16, 2009<br>Monthly Supplemental Status Report |

**SUPPLEMENTAL STATUS REPORT ON**
**MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

      Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.

**I.**    **Technical Documentation**

      *A.*    *System Documents*

      As required by the Final Judgments, Microsoft is creating System Documents to assist developers in using Microsoft's protocol documentation.  Microsoft has completed the first two Milestones and is on track for the remainder.

      The following table shows all seven milestones:

| Milestone | No. of Documents | Initial Availability |
|---|---|---|
| Milestone 1 | 2 | Delivered |
| Milestone 2 | 2 | Delivered |
| Milestone 3 | 2 | 2/27/09 |
| Milestone 4 | 6 | 3/30/09 |
| Milestone 5 | 2 | 4/30/09 |
| Milestone 6 | 4 | 5/29/09 |
| Milestone 7 | 1 | 6/30/09 |
|  |  |  |
| Total | 19 |  |

B.  Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through January 31, 2009

The current status of TDIs identified in rewritten documentation through January 31, 2009, is noted in the chart below. The total number of TDIs spans the entire range of more than 20,000 pages of rewritten MCPP documentation as well as the overview materials and system documents.[1]

| New Documentation TDIs | As of 12/31/2008 | Period Ended 1/31/2009 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period | | 26 |
| Closed this period | | 128 |
| Outstanding | 301 | 199 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period | | 124 |
| Closed this period | | 136 |
| Outstanding | 404 | 392 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period | | 53 |

---

[1] The December TDI numbers reported in this chart differ from the numbers provided in the December Supplemental Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period.

2

| | | |
|---|---|---|
| Closed this period | | 40 |
| Outstanding | 116 | 129 |
| | | |
| TC Submitted | | 203 |
| TC Closed | | 304 |
| **TC Outstanding** | 821 | 720 |
| | | |
| **TDIs Identified by Microsoft** | | |
| Identified this period | | 445 |
| Closed this period | | 464 |
| Microsoft Outstanding | 781 | 762 |
| | | |
| **TDIs Identified by Licensees[2]** | | |
| Identified this period | | 7 |
| Closed this period | | 11 |
| Licensees Outstanding | 11 | 7 |
| | | |
| **TDIs Identified by TC in Overview/Reference Materials** | | |
| Identified this period | | 0 |
| Closed this period | | 14 |
| Overview Outstanding | 24 | 10 |
| | | |
| **TDIs Identified by TC in System Documents** | | |
| Identified this Period | | 15 |
| Closed this Period | | 3 |
| System Outstanding | 28 | 40 |
| | | |
| **Total Outstanding** | 1665 | 1539 |

II. <u>Technical Documentation Testing and Licensee Support</u>

Microsoft is continuing its efforts to test the rewritten protocol documentation. Microsoft currently is testing the final cluster of rewritten protocol documentation (Cluster 9) and expects to complete it by March 2009. Newly created technical documentation (including for Windows

---

[2] In most cases, licensees do not open TDIs themselves. Licensees generally ask Microsoft questions about the documentation. Most questions do not result in any TDIs. In some cases, questions from licensees result in a TDI being filed by the Microsoft employees involved in answering the licensees' questions. In these circumstances, Microsoft categorizes the TDI as a licensee TDI.

3

7) will be tested using a similar methodology.[3]

Separately, Microsoft is continuing to make various resources available to assist licensees in using the technical documentation. Microsoft hosted a plug-fest on Active Directory protocols during the week of January 26, 2009. Four companies attended: Verisign, SUN Microsystems, F5, and NetApp. Planning is underway for the next plugfest focused on Certification protocols, which is scheduled for the week of March 30, 2009. In addition, Microsoft's interoperability lab remains open and available for licensees.

### III. Technical Documentation Team Staffing

Robert Muglia, the President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Approximately 700 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals' work relates to both programs or is exclusive to the MCPP. Of these, approximately 283 product team engineers and program managers are actively involved in the creation and review of the technical content of the documentation, including periodic work on TDI resolution as well as developing new content for the next version of Windows Client and Windows Server. Because of varying areas of expertise, not all of these product team employees are working on the documentation at any given time. For example, many of the MCPP documents currently do not have any associated TDIs. In other months, these same product teams may have multiple TDIs to resolve and/or additional content to draft and spend most or all of their time on projects relating to the protocol documentation.

---

[3]   As previously reported, Microsoft's plan for testing the System Documents differs from the testing process for the underlying technical documents because of the unique nature of the System Documents. Most of this work will take place as the System Documents are being written and is thus reflected in the System Document milestones above rather than in the technical documentation testing schedule.

4

In addition, there are approximately 31 full-time employees and approximately 53 contingent staff working as technical writers, editors, and production technicians. Additionally, as the protocol testing effort continues, approximately 40 full-time employees and approximately 300 contingent and vendor staff work as software test designers, test engineers, and test architects. (This number has been decreasing over the last several months as the testing of the protocol documentation nears completion at the end of March. As the number of documents being tested decreases, test teams are being assigned to other projects. To be clear, the reductions in staff are from those who generate TDIs, not from those who fix them.) Significant attention to and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

Dated: February 17, 2009

Respectfully submitted,

FOR DEFENDANT
MICROSOFT CORPORATION

/s/ CHARLES F. RULE
CHARLES F. RULE (DC BAR No. 370818)
JONATHAN S. KANTER (DC BAR No. 473286)
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC  20004
(202) 862-2420

BRADFORD L. SMITH
ERICH D. ANDERSEN
DAVID A. HEINER, JR.
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
(425) 936-8080

                                  STEVE L. HOLLEY  
                                  RICHARD C. PEPPERMAN II  
                                  Sullivan & Cromwell LLP  
                                  125 Broad Street  
                                  New York, NY  10004  
                                  (212) 558-4000