IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Action No. 98-1232 (CKK) |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

**JOINT NOTICE REGARDING THE NEXT JOINT STATUS CONFERENCE**

In accordance with the Court's Minute Order of May 4, 2009, Plaintiffs and Microsoft hereby provide notice that the Court's proposal for the next Joint Status Conference (August 12, 2009, at 10:30 a.m.) is convenient for all parties. The parties anticipate filing the next Joint Status Report on August 7, 2009, a corresponding seven days later than originally planned.

Dated: May 8, 2009

Respectfully submitted,

FOR THE STATES OF NEW YORK,
OHIO, ILLINOIS, KENTUCKY,
LOUISIANA, MARYLAND, MICHIGAN
NORTH CAROLINA, AND WISCONSIN

FOR THE UNITED STATES
DEPARTMENT OF JUSTICE'S
ANTITRUST DIVISION


/s/_____
ELLEN COOPER
*Assistant Attorney General*
*Chief, Antitrust Division*
Office the Maryland Attorney General
200 Saint Paul Place
Baltimore, MD 21202
410/576-6470

/s/_____
AARON D. HOAG
JAMES J. TIERNEY
SCOTT A. SCHEELE
ADAM T. SEVERT
*Trial Attorneys*
U.S. Department of Justice
Antitrust Division
600 E Street, N.W.
Suite 9500
Washington, D.C. 20530
202/514-8276


FOR THE STATES OF CALIFORNIA,
CONNECTICUT, IOWA, KANSAS,
FLORIDA, MASSACHUSETTS, MINNESOTA,
UTAH, AND THE DISTRICT OF COLUMBIA


/s/_____
KATHLEEN FOOTE
*Senior Assistant Attorney General*
Office of the Attorney General of California
455 Golden Gate Avenue
Suite 11000
San Francisco, California 94102-3664
415/703-5555

FOR DEFENDANT MICROSOFT
CORPORATION


BRADFORD L. SMITH          /s/_____
MARY SNAPP                 CHARLES F. RULE
DAVID A. HEINER, JR.       JONATHAN S. KANTER
Microsoft Corporation      Cadwalader, Wickersham & Taft LLP
One Microsoft Way          1201 F Street, N.W.
Redmond, Washington 98052  Washington, DC 20004
425/936-8080               202/862-2420

                           STEVE L. HOLLEY
                           RICHARD C. PEPPERMAN II
                           Sullivan & Cromwell LLP
                           125 Broad Street
                           New York, New York 10004
                           212/558-4000

                           Counsel for Defendant
                            Microsoft Corporation