IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>MICROSOFT CORPORATION,<br><br>                        Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  June 15, 2009<br>Monthly Supplemental Status Report |

**SUPPLEMENTAL STATUS REPORT ON**
**MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.

**I.   Technical Documentation**

   *A.     System Documents*

As required by the Final Judgments, Microsoft is creating System Documents to assist developers in using Microsoft's protocol documentation.  Microsoft has completed the System Documents for the first five Milestones and is on track to deliver the remainder of the documentation in accordance with the following schedule:

| Milestone | No. of Documents | Initial Availability |
|---|---|---|
| Milestone 1 | 2 | Delivered |
| Milestone 2 | 2 | Delivered |
| Milestone 3 | 2 | Delivered |
| Milestone 4 | 6 | Delivered |
| Milestone 5 | 2 | Delivered |
| Milestone 6 | 4 | 5/29/09 |
| Milestone 7 | 1 | 6/30/09 |
|  |  |  |
| Total | 19 |  |

B.   *Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through April 30, 2009*

The current status of TDIs identified in the MCPP documentation through April 30, 2009, is noted in the chart below.[1] As previously reported, the total number of TDIs generated by the Technical Committee ("TC") is increasing as a result of the TC's dedication of additional resources to documentation review. To keep pace with the TC, Microsoft also has increased its resources dedicated to resolving TDIs. However, given the necessary lag as new TDIs are processed and closed, as well as the nature of the documentation release cycle, Microsoft expects it will be several months before the total number of TDIs decreases. Nevertheless, Microsoft is confident in its ability to address TDIs in a timely fashion and in its continued success in producing high-quality documentation through the remaining stages of the project.

---

[1] The March TDI numbers reported in this chart differ slightly from the numbers provided in the previous Joint Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period. In addition, the March TC-generated TDI numbers have been adjusted to include "generic" TDIs that do not relate to specific existing documents.

|  | As of 3/31/2009 | Period Ended 4/30/2009 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period | | 191 |
| Closed this period | | 87 |
| Outstanding | 244 | 348 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period | | 228 |
| Closed this period | | 250 |
| Outstanding | 728 | 706 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period | | 147 |
| Closed this period | | 107 |
| Outstanding | 275 | 315 |
| | | |
| TC Submitted | | 566 |
| TC Closed | | 444 |
| **TC Outstanding** | 1247 | 1369 |
| | | |
| **TDIs Identified by Microsoft** | | |
| Identified this period | | 68 |
| Closed this period | | 280 |
| Microsoft Outstanding | 330 | 118 |
| | | |
| **TDIs Identified by Licensees[2]** | | |
| Identified this period | | 6 |
| Closed this period | | 17 |
| Licensees Outstanding | 17 | 6 |
| | | |
| **TDIs Identified by TC in Overview/Reference Materials** | | |
| Identified this period | | 9 |
| Closed this period | | 7 |
| Overview Outstanding | 22 | 24 |

---

[2]  In most cases, licensees do not open TDIs themselves.  Licensees generally ask Microsoft questions about the documentation.  Most questions do not result in any TDIs.  In some cases, questions from licensees result in a TDI being filed by the Microsoft employees involved in answering the licensees' questions.  In these circumstances, Microsoft categorizes the TDI as a licensee TDI.

3

|  |  |  |
|---|---|---|
| **TDIs Identified by TC in System Documents** |  |  |
| Identified this Period |  | 65 |
| Closed this Period |  | 37 |
| System Outstanding | 123 | 151 |
|  |  |  |
| **Total Outstanding** | 1739 | 1668 |

### II. Technical Documentation Testing and Licensee Support

As previously reported, Microsoft completed testing of the rewritten protocol documentation on March 31, 2009. Newly created technical documents, including those applicable to Windows 7, will be tested using similar methodology. These testing efforts have been incorporated into Microsoft's standard protocol documentation practices.[3]

Separately, Microsoft is continuing to make various resources available to assist licensees in using the technical documentation. A File-Sharing plug-fest is being planned for the week of June 1, 2009. In addition, Microsoft's interoperability lab remains open and available for use by licensees.

### III. Technical Documentation Team Staffing

Robert Muglia, the President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Over 600 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals' work relates to both programs or is exclusive to the MCPP. Of these, approximately 310 product team engineers and program managers are actively involved in the creation and review of the technical content of the

---

[3] As previously reported, Microsoft's plan for testing the System Documents differs from the testing process for the underlying technical documents because of the unique nature of the System Documents. Most of this work will take place as the System Documents are being written and is thus reflected in the System Document milestones above rather than in the technical documentation testing schedule.

4

documentation, including periodic work on TDI resolution as well as developing new content for the next version of Windows Client and Windows Server.  Because of varying areas of expertise, not all of these product team employees are working on the documentation at any given time.  For example, many of the MCPP documents currently do not have any associated TDIs.  In other months, these same product teams may have multiple TDIs to resolve and/or additional content to draft and spend most or all of their time on projects relating to the protocol documentation.

In addition, there are approximately 29 full-time employees and approximately 56 contingent staff working as technical writers, editors, and production technicians.  Additionally, as the protocol testing effort continues, approximately 40 full-time employees and approximately 200 contingent and vendor staff work as software test designers, test engineers, and test architects.  Microsoft will continue to apply the resources necessary to ensure compliance with the Final Judgments, and this commitment is not affected by the Company's recent workforce reductions.  Significant attention to and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

Dated:  May 15, 2009

> Respectfully submitted,
>
> FOR DEFENDANT
> MICROSOFT CORPORATION
>
> /s/ CHARLES F. RULE
> CHARLES F. RULE (DC BAR No. 370818)
> JONATHAN S. KANTER (DC BAR No. 473286)
> Cadwalader, Wickersham & Taft LLP
> 1201 F Street, NW
> Washington, DC  20004
> (202) 862-2420

BRADFORD L. SMITH
ERICH D. ANDERSEN
DAVID A. HEINER, JR.
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
(425) 936-8080

STEVE L. HOLLEY
RICHARD C. PEPPERMAN II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
(212) 558-4000