IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Civil Action No. 98-1232 (CKK) |

**PLAINTIFF UNITED STATES' NOTICE OF CHANGE OF ADDRESS**

      Plaintiff United States of America submits this Notice of Change of Address in the above-captioned case. The correct address and telephone number for counsel of record Aaron D. Hoag should be U.S. Department of Justice, Antitrust Division, 450 5th Street, N.W., Suite 7100, Washington, D.C. 20530, (202) 514-8276, changed from 600 E Street N.W., Suite 9500, Washington D.C. 20530. All future correspondence, service of pleadings, and other documents submitted in this case should be directed to Aaron D. Hoag at the corrected address.

                                             Respectfully submitted,

                                             FOR THE UNITED STATES
                                             DEPARTMENT OF JUSTICE'S
                                             ANTITRUST DIVISION

                                              /s/_____
                                             AARON D. HOAG
                                             JAMES J. TIERNEY
                                             SCOTT A. SCHEELE
                                             ADAM T. SEVERT
                                             *Trial Attorneys*
                                             U.S. Department of Justice
                                             Antitrust Division
                                             450 5th Street, N.W.
                                             Suite 7100
                                             Washington, D.C. 20530
                                             202/514-8276

June 2, 2009