IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>            v.<br><br>MICROSOFT CORPORATION,<br><br>                              Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  July 15, 2009<br>Supplemental Status Report |

**SUPPLEMENTAL STATUS REPORT ON
MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.

**I.    Technical Documentation**

*A.    System Documents*

As required by the Final Judgments, Microsoft is creating System Documents to assist developers in using Microsoft's protocol documentation.  Microsoft has completed the System Documents for the first six Milestones and is on track to deliver the remainder of the documentation on June 30, 2009 in accordance with the following schedule:[1]

---

[1] At the request of the Technical Committee ("TC"), one of the documents Microsoft delivered as part of Milestone 1 is being converted to conform with a different system document template.  The re-worked document will be delivered by June 30, 2009.

| Milestone | No. of Documents | Initial Availability |
|---|---|---|
| Milestone 1 | 2 | Delivered |
| Milestone 2 | 2 | Delivered |
| Milestone 3 | 2 | Delivered |
| Milestone 4 | 6 | Delivered |
| Milestone 5 | 2 | Delivered |
| Milestone 6 | 4 | Delivered |
| Milestone 7 | 1 | 6/30/09 |
|  |  |  |
| Total | 19 |  |

B.  *Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through May 31, 2009*

The current status of TDIs identified in the MCPP documentation through May 31, 2009, is noted in the chart below.[2]  As predicted in Microsoft's last Supplemental Status Report, the total number of TDIs generated by the Technical Committee ("TC") continued to rise somewhat in May.  Microsoft has ramped up its ability to process and resolve the increased volume of TDIs from the TC and is committed to dedicating the resources required to accommodate the TC's pace.  However, given the necessary lag as new TDIs are processed and resolved, as well as the fact that closure of TC-generated TDIs is dependent on the six-week publication cycle, Microsoft does not expect the total number of TC-generated TDIs to begin decreasing for another two to three months.  Nevertheless, Microsoft remains confident in its ability to address these TDIs in a timely fashion and in its continued success in producing high-quality documentation through the remaining stages of the project.

---

[2]  The April TDI numbers reported in this chart differ slightly from the numbers provided in the previous Supplemental Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period.

|  | As of 4/30/2009 | Period Ended 5/31/2009 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period | | 272 |
| Closed this period | | 80 |
| Outstanding | 348 | 540 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period | | 267 |
| Closed this period | | 369 |
| Outstanding | 706 | 604 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period | | 106 |
| Closed this period | | 163 |
| Outstanding | 315 | 258 |
| | | |
| TC Submitted | | 645 |
| TC Closed | | 612 |
| **TC Outstanding** | 1369 | 1402 |
| | | |
| **TDIs Identified by Microsoft** | | |
| Identified this period | | 192 |
| Closed this period | | 165 |
| Microsoft Outstanding | 121 | 148 |
| | | |
| **TDIs Identified by Licensees**[3] | | |
| Identified this period | | 7 |
| Closed this period | | 4 |
| Licensees Outstanding | 5 | 8 |
| | | |
| **TDIs Identified by TC in Overview/Reference Materials** | | |
| Identified this period | | 8 |
| Closed this period | | 11 |
| Overview Outstanding | 24 | 21 |

---

[3] In most cases, licensees do not open TDIs themselves. Licensees generally ask Microsoft questions about the documentation. Most questions do not result in any TDIs. In some cases, questions from licensees result in a TDI being filed by the Microsoft employees involved in answering the licensees' questions. In these circumstances, Microsoft categorizes the TDI as a licensee TDI.

3

|  |  |  |
|---|---:|---:|
| **TDIs Identified by TC in System Documents** |  |  |
| Identified this Period |  | 71 |
| Closed this Period |  | 45 |
| System Outstanding | 151 | 177 |
|  |  |  |
| **Total Outstanding** | 1670 | 1756 |

## II.  Technical Documentation Testing and Licensee Support

As previously reported, the testing processes used for the rewritten protocol documentation have been integrated into Microsoft's standard business practices. Now that testing of the MCPP rewritten documents has been completed, Microsoft's testing order is based on feedback from implementers as to their interest in specific technical documents across all of Microsoft's licensing programs, including those under its Interoperability Principles, as well as documents from the Workgroup Server Protocol Program. Because of the increased scope of the testing efforts and re-prioritization, the new Windows 7 documents in MCPP will be spread out over the next several testing clusters. Microsoft expects that testing of the Windows 7 documents will be completed in approximately June 2010.

Separately, Microsoft is continuing to make various resources available to assist licensees in using the technical documentation. Microsoft hosted a plug-fest on file sharing protocols during the week of June 1, 2009. A total of 19 individuals from Isilon, Netapp, PFIF (Samba), and Sun Microsystems attended. In addition, Microsoft's interoperability lab remains open and available for use by licensees. Bluecoat is planning to attend an engagement during the week of August 24, 2009, and PFIF (Samba) is scheduled to attend during the week of September 21, 2009. Finally, planning is underway for a plug-fest to be held the week of September 14, 2009, at this year's Storage Developer Conference (sponsored by SNIA.org) focused on

CIFS/SMB/SMB2 protocols.

### III. Technical Documentation Team Staffing

Robert Muglia, the President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Approximately 600 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals' work relates to both programs or is exclusive to the MCPP. Of these, approximately 311 product team engineers and program managers are actively involved in the creation and review of the technical content of the documentation, including periodic work on TDI resolution as well as developing new content for the next version of Windows Client and Windows Server. Because of varying areas of expertise, not all of these product team employees are working on the documentation at any given time. For example, many of the MCPP documents currently do not have any associated TDIs. In other months, these same product teams may have multiple TDIs to resolve and/or additional content to draft and spend most or all of their time on projects relating to the protocol documentation.

In addition, there are approximately 29 full-time employees and approximately 58 contingent staff working as technical writers, editors, and production technicians. Additionally, as the protocol testing effort continues, approximately 40 full-time employees and approximately 145 contingent and vendor staff work as software test designers, test engineers, and test architects. Microsoft will continue to apply the resources necessary to ensure compliance with the Final Judgments. Significant attention to and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the

resources of numerous product engineering, business, technical, and legal groups, as well as company management.

Dated:  June 15, 2009

Respectfully submitted,

FOR DEFENDANT
MICROSOFT CORPORATION

/s/ CHARLES F. RULE
CHARLES F. RULE (DC BAR No. 370818)
JONATHAN S. KANTER (DC BAR No. 473286)
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC  20004
(202) 862-2420

BRADFORD L. SMITH
ERICH D. ANDERSEN
DAVID A. HEINER, JR.
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
(425) 936-8080

STEVE L. HOLLEY
RICHARD C. PEPPERMAN II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
(212) 558-4000