IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>                  Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: August 7, 2009<br>Joint Status Report |

**SUPPLEMENTAL STATUS REPORT ON**
**MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.

### I. Technical Documentation

*A.    System Documents*

Microsoft has delivered the last of the System Documents to the Technical Committee (TC) pursuant to the schedule below.

| Milestone | No. of Documents | Initial Availability |
|---|---|---|
| Milestone 1 | 2 | Delivered |
| Milestone 2 | 2 | Delivered |
| Milestone 3 | 2 | Delivered |
| Milestone 4 | 6 | Delivered |
| Milestone 5 | 2 | Delivered |
| Milestone 6 | 4 | Delivered |
| Milestone 7 | 1 | Delivered |
| | | |
| Total | 19 | |

B.  *Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through June 30, 2009*

The current status of TDIs identified in the MCPP documentation through June 30, 2009, is noted in the chart below.[1]  As predicted, the total number of TDIs generated by the Technical Committee ("TC") has continued to accrue at a greater pace.  Microsoft has adjusted its ability to process and resolve the increased volume of TDIs from the TC and is committed to dedicating the resources required to accommodate the TC's increased rate of review and logging of TDIs.  However, due to the necessary time lag as new TDIs are processed and resolved and that TDIs are closed as a formal matter every six weeks following publication of the documentation, Microsoft does not expect the total number of TC-generated TDIs to begin decreasing for another month or two.  For example, as of June 30, 2009, there were more than 800 TDIs pending closure subject to publication on July 2 of the documentation with the agreed-upon changes.  Those TDIs will not move from "outstanding" to "closed" in the chart below until after the TC has reviewed the released documentation.  Similarly, there are several hundred more TDIs already pending closure for the August documentation release.  In short, Microsoft remains on course to address these TDIs in a timely fashion and will continue to produce high-quality documentation through the remaining stages of the project.

|  | **As of 5/31/2009** | **Period Ended 6/30/2009** |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** |  |  |
| Submitted this period |  | 143 |
| Closed this period |  | 50 |

---

[1] The May TDI numbers reported in this chart differ slightly from the numbers provided in the previous Supplemental Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period.

| | | |
|---|---|---|
| Outstanding | 540 | 633 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period | | 406 |
| Closed this period | | 73 |
| Outstanding | 604 | 937 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period | | 170 |
| Closed this period | | 24 |
| Outstanding | 258 | 404 |
| | | |
| TC Submitted | | 719 |
| TC Closed | | 147 |
| **TC Outstanding** | 1402 | 1974 |
| | | |
| **TDIs Identified by Microsoft** | | |
| Identified this period | | 120 |
| Closed this period | | 160 |
| Microsoft Outstanding | 150 | 110 |
| | | |
| **TDIs Identified by Licensees[2]** | | |
| Identified this period | | 10 |
| Closed this period | | 5 |
| Licensees Outstanding | 8 | 13 |
| | | |
| **TDIs Identified by TC in Overview/Reference Materials** | | |
| Identified this period | | 19 |
| Closed this period | | 4 |
| Overview Outstanding | 21 | 36 |
| | | |
| **TDIs Identified by TC in System Documents** | | |
| Identified this Period | | 102 |
| Closed this Period | | 9 |
| System Outstanding | 177 | 270 |
| | | |
| **Total Outstanding** | 1758 | 2403 |

---

[2] In most cases, licensees do not open TDIs themselves. Licensees generally ask Microsoft questions about the documentation. Most questions do not result in any TDIs. In some cases, questions from licensees result in a TDI being filed by the Microsoft employees involved in answering the licensees' questions. In these circumstances, Microsoft categorizes the TDI as a licensee TDI.

## II.  Technical Documentation Testing and Licensee Support

As previously reported, the testing processes used for the rewritten protocol documentation have been integrated into Microsoft's standard business practices. The testing of the new Windows 7 documents in MCPP will be spread out over the next several testing clusters. Microsoft expects that testing of the Windows 7 documents will be completed in approximately June 2010.

Separately, Microsoft is continuing to make various resources available to assist licensees in using the technical documentation. Microsoft's interoperability lab remains open and available for use by licensees. Two licensees, including PFIF (Samba), have scheduled time in the interoperability lab in the upcoming months. In addition, planning is underway for a plug-fest to be held during the week of September 14, 2009, at this year's Storage Developer Conference (sponsored by SNIA.org). The plug-fest will focus on the CIFS/SMB/SMB2 protocols.

## III.  Technical Documentation Team Staffing

Robert Muglia, the President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Approximately 550 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals' work relates to both programs or is exclusive to the MCPP. Of these, approximately 305 product team engineers and program managers are actively involved in the creation and review of the technical content of the documentation, including periodic work on TDI resolution as well as developing new content for the next version of Windows Client and Windows Server. Because of varying areas of expertise, not all of these product team employees are working on the documentation at any given time. For example, many of the MCPP documents currently do not have any associated TDIs. In other

months, these same product teams may have multiple TDIs to resolve and/or additional content to draft and spend most or all of their time on projects relating to the protocol documentation.

In addition, there are approximately 29 full-time employees and approximately 63 contingent staff working as technical writers, editors, and production technicians.  Additionally, as the protocol testing effort continues, approximately 40 full-time employees and approximately 110 contingent and vendor staff work as software test designers, test engineers, and test architects.  Microsoft will continue to apply the resources necessary to ensure compliance with the Final Judgments.  Significant attention to and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

Dated:  July 15, 2009

Respectfully submitted,

FOR DEFENDANT
MICROSOFT CORPORATION

/s/ CHARLES F. RULE
CHARLES F. RULE (DC BAR No. 370818)
JONATHAN S. KANTER (DC BAR No. 473286)
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, NW
Washington, DC  20001
(202) 862-2420

BRADFORD L. SMITH
ERICH D. ANDERSEN
DAVID A. HEINER, JR.
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
(425) 936-8080

                STEVE L. HOLLEY
                RICHARD C. PEPPERMAN II
                Sullivan & Cromwell LLP
                125 Broad Street
                New York, NY  10004
                (212) 558-4000