IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,

       Plaintiff,

      vs.

MICROSOFT CORPORATION,

       Defendant.

_____

CA No. 98–1232 (CKK)
Washington, DC
September 25, 2008
10:33 A.M.


STATE OF NEW YORK, ET AL,

       Plaintiff,

      vs.

MICROSOFT CORPORATION,

       Defendant.

_____

CA No. 98–1233 (CKK)


TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE COLLEEN KOLLAR–KOTELLY
UNITED STATES DISTRICT JUDGE



APPEARANCES:

For Department of Justice:    AARON D. HOAG, ESQUIRE
                          ADAM T. SEVERT, ESQUIRE
                          U.S. Department of Justice
                          600 E Street, NW
                          Suite 9300
                          Washington, DC 20530
                          (202) 307–6153


APPEARANCES continued on following page.

APPEARANCES, continued


For Microsoft:                  CHARLES F. RULE, ESQUIRE
                                JONATHAN S. KANTER, ESQUIRE
                                Cadwalader, Wickersham & Taft
                                1201 F Street, NW
                                Washington, DC  20004
                                (202) 862-2420


For Microsoft:                  KEVIN KEHOE, ESQUIRE
                                DAVID SNYDER, ESQUIRE
                                CRAIG SHANK
                                ROBERT MUGLIA

For the New York Group:         JAY L. HIMES, ESQUIRE
                                Bureau Chief, Antitrust Bureau
                                State of New York
                                Office of the Attorney General
                                120 Broadway
                                New York, NY  10271-0332
                                (212) 416-8282

For the New York Group:         ELLEN S. COOPER, ESQUIRE
                                Assistant Attorney General
                                Chief, Antitrust Division
                                Office of Attorney General
                                200 St. Paul Place
                                Baltimore, MD  21202
                                (410) 576-6470


For the California Group:       STEPHEN HOUCK, ESQUIRE
                                Menaker & Herrmann LLP
                                10 E. 40th Street
                                New York, NY  10016


For the California Group:       DON ALLEN RESNIKOFF, ESQUIRE
                                Office of Attorney General
                                 for the District of Columbia
                                One Judiciary Square
                                441-4th Street, NW
                                Suite 450N
                                Washington, DC  20001
                                (202) 727-4170

Court Reporter:                    Lisa M. Hand, RPR
                                   Official Court Reporter
                                   U.S. Courthouse, Room 6706
                                   333 Constitution Avenue, N.W.
                                   Washington, DC  20001
                                   (202) 354-3269

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1               P R O C E E D I N G S

2          THE COURT:  Good morning, everyone.

3          COURTROOM DEPUTY:  Civil Action 98-1232, the United

4     States of America versus Microsoft Corporation.  Civil Action

5     98-1233, State of New York, et al., versus Microsoft

6     Corporation.  Both cases are set for status hearing.  Counsel,

7     would you please approach the microphone and introduce

8     yourselves for the record.

9          MR. SEVERT:  Good morning, Your Honor.  Adam Severt

10    for the United States.  I'm joined at counsel table by Aaron

11    Hoag.

12         THE COURT:  All right.  Good morning.

13         MR. HIMES:  Jay Himes for the New York Group with

14    Ellen Cooper from Maryland.

15         THE COURT:  All right.  Good morning.

16         MR. HOUCK:  Steve Houck, Your Honor, for the

17    California Group.  With me at counsel table is Don Resnikoff

18    with the D.C. Corporation Counsel or Attorney General's

19    office.

20         THE COURT:  Attorney General's office.

21         MR. HOUCK:  Attorney General's office, I realized I

22    misspoke as I started to speak, so I corrected myself.  And

23    we're missing two of our usual stalworths, Adam Miller from

24    California and Layne Lindeback from Iowa.  And I want to

25    assure Your Honor there's no diminution of interest in the

1  case, Mr. Miller is stuck in depositions in California and

2  Mr. Lindeback is attending some meetings in Salt Lake City.

3       THE COURT:  Not a problem.

4       MR. RULE:  Good morning, Your Honor.  Charles Rule

5  for Microsoft.  With me at counsel table from Microsoft

6  Corporation are Bob Muglia, who will be speaking later, Kevin

7  Kehoe, Craig Shank and David Snyder, and Jonathan Kanter from

8  my firm.

9       THE COURT:  All right.  All right.  As has been my

10  practice throughout this litigation, I'll summarize the

11  compliance efforts that have been set out in the reports.  I

12  have a few questions at the end.  And I'll call on counsel and

13  Mr. Muglia to tell us where we are.  This is a full compliance

14  status hearing.  The one we held in June of this year was an

15  interim one, we have been doing a combination of these about

16  every three or four months.  The focus of the hearing in June,

17  and to a large degree the focus today, will be on the projects

18  undertaken under Section III.E, the Communications Protocol

19  Licensing Provisions of the Final Judgment, which are set to

20  expire at this point on November 12th of '09.  I also extended

21  to November 12th of '09, I'll call them the Expiring

22  Provisions of the New York and California Group Final

23  Judgments, with the exception of III.B.

24       Microsoft has filed two Supplemental Reports in

25  July and August, and you also filed a joint report in

1    September.  The joint report focuses on recent enforcement

2    activities, particularly, as I indicated, III.E, and the

3    middleware-related provisions of the Final Judgment, III.C,

4    III.D and III.H.  As always, when I talk about the TC, I'm

5    including Craig Hunt, the California's technical expert.

6            So, let me start with III.E.  In terms of the

7    project schedule, as agreed, Microsoft did create a second

8    template in response to the TC's concerns that a single

9    template wouldn't sufficiently handle the different types of

10   system documents that Microsoft planned to create.  However,

11   it looks like in early August the TC determined that

12   proceeding based on those templates was not going to lead to a

13   prompt and satisfactory resolution, in their view.  And,

14   therefore, they provided Microsoft with their own two proposed

15   templates.  And Microsoft and the TC are now using the TC's

16   templates as a starting point for discussions and are

17   reviewing Microsoft's suggested changes to those TC templates.

18           Both sides, I think, and the TC, acknowledge that

19   the challenges to creating the type of system documents the TC

20   envisions are not easy.  They also explain, and I think it's

21   important that the goal is to minimize the miscommunication

22   over the template's intended meaning, and to resolve any

23   issues before they are actually finalized.  And the TC, as I

24   understand it, has begun creating examples in order to further

25   this discussion with Microsoft for specific sections of the

1   templates, and has presented those first examples to Microsoft

2   last week.

3           I think it appears, and everybody seems to agree,

4   that finalizing the system document templates is taking longer

5   than everybody expected, unfortunately.  But that the TC is

6   pursuing the project in order to allow Microsoft to develop

7   quality system documents.  As I understand it, the targeted

8   completion for this template finalization process should be in

9   the next month or two.  After they're finalized, then

10  Microsoft will need to develop a new project plan to complete

11  the system documents, which will include Milestones so we can

12  keep track of it.

13          I would note that the parties don't provide any

14  estimate as to when Microsoft may be able to complete the

15  drafting or finalizing of these system documents.  But

16  Microsoft does state that they're continuing to draft system

17  documents in accordance with the latest templates, and it will

18  continue to do so and revise them as necessary.  As requested

19  by the TC, Microsoft did develop a process for including

20  change information in the new versions of the technical

21  documentation, and provided the TC with a sample document.  We

22  had talked about that last time.  The TC is satisfied with

23  that, and Microsoft is going to go ahead, if they haven't

24  already, in implementing the approach, I guess either in this

25  month or in October, with the release of the technical

1   documentation.

2           The TC's testing evidently recently disclosed a

3   protocol not included in Project Sydney database, and

4   evidently Microsoft also uncovered a second one.  They now

5   have been added to the database.  And evidently they don't

6   need additional documentation.

7           Finally, Microsoft has informed the TC that changes

8   to protocols in Windows 7 will result in a significant number

9   of new and modified technical documents.  These technical

10  documents will be delivered to the TC later this year, and the

11  TC is developing a plan for reviewing them.  In terms of the

12  TC's Prototype Implementation Activity, as of August 31st of

13  this year there are a total of 1,360 outstanding TDIs in the

14  rewritten documentation, of which 184 are Priority 1 TDIs,

15  which were submitted by the TC, and 651 were self-identified

16  by Microsoft.  I would note that the numbers seem to be going

17  up since June.

18          Microsoft notes, again, which they did the last

19  time, that the total number of TDIs spans the entire range of

20  rewritten MCPP documentation as well as the overview materials

21  and system documents, and that the numbers of TDIs should be

22  considered in the context of more than 20,000 pages of MCPP

23  technical documentation.  We can talk about that a little

24  later.

25          Testing and Validation.  Microsoft and the TC met

1   in July to review the results of Microsoft's Cluster 6

2   testing.  Microsoft is continuing to test Cluster 7, which is

3   expected to be out by the end of -- or completed by the end of

4   this month.  In terms of Interoperability Lab Plug-Fest

5   Events.  Microsoft completed an interoperability lab with one

6   implementer in July, got very positive feedback.  Another one

7   has been scheduled at the end of this month.  Microsoft is

8   also planning a Media Streaming Plug-Fest for October, an

9   Active Directory Plug-Fest for January of '09, and the they'll

10  also hold a File Systems Plug-Fest in September, which has

11  some interesting people that will be attending.

12          In terms of the MCPP Status.  Microsoft reports

13  there are a total of 50 companies licensing patents for

14  Communications Protocols under III.E, 40 of which had

15  royalty-bearing licenses, that's up slowly, it's been

16  increasing, but it's up since June.  Lucent Technologies,

17  DayTek, Storwize have signed patent licenses.  Microsoft is

18  aware of 14 patent licensees shipping products under the MCPP,

19  and also reports 28 licensees signed up to receive free

20  Technical Account Manager Support, and seven have signed up

21  for the Windows source code access.  As of September 18th,

22  documents describing the protocols that are available on the

23  Internet have been downloaded over 209,000 times.  That's also

24  a number that has increased since June.

25          Are there any remaining issues regarding the

1  protocol elements deleted from the revised technical

2  documentation, which was an issue last June?  Regarding

3  finalizing the templates for the overview system documents,

4  I'm assuming that we're not on track for drafts in March of

5  '09 and finalizing it in June of '09, but I'd like to hear

6  about that.  Do we have any sense from the parties and

7  Microsoft as to when that is likely to be finalized?  And are

8  Plaintiffs satisfied with the progress.

9         I'm concerned because, although I'm happy on the

10  one hand that you're cooperating and that this is moving, I'm

11  also troubled, however, about the overall delay.  Hopefully

12  we're not going to have a substantial delay as we've had in

13  the past on III.E.  They're set to expire November 12th of

14  '09, which is less than 14 months away.  And I guess one

15  question:  Is it expected that you would still be finding

16  protocols that have been excluded from Project Sydney database

17  or is that sort of a natural thing that happens, or is this

18  something that should have been picked up?

19         In terms of moving to III.C, the competing

20  middleware, this really relates more to New York and

21  California Plaintiffs.  They're monitoring the developments

22  regarding Windows XP and Vista to assure compliance with the

23  Final Judgments.  They have been reviewing early builds of

24  Windows 7.  As those builds of Windows 7 progress, the TC is

25  going to conduct middleware-related tests in order to ensure

1    that the middleware-related bugs fixed in Vista don't show up

2    again in the next operating system.  The TC is also testing

3    the version of Windows XP that Microsoft developed for the XO

4    laptop computer, which is being offered by the One Laptop Per

5    Child Foundation.

6           Plaintiffs also report that the TC has completed

7    its testing of the new desktop search features introduced as a

8    result of the Google complaint, and reports that the new

9    features are working as agreed, and promote user and OEM

10   choice for desktop search and Vista.  So, that seems to be an

11   issue that hopefully has been put to rest.  The TC has

12   continued to work on the operating system code scan that's

13   aimed at determining whether there's a commonality in the

14   Windows code accounts for browser overrides.  The TC is also

15   continuing its investigation of certain default browser

16   overrides and has reported issues in this vein to Microsoft,

17   which is still looking into it.

18          The TC has completed its testing of Microsoft's

19   publicly released version of IE 8 beta 1, and is now testing

20   the recent release beta 2.  Based on the testing of beta 1,

21   the TC discussed with Microsoft the behavior of placing its

22   icon in the Start menu under certain middleware

23   default-setting scenarios, and Microsoft has changed that

24   behavior in beta 2.  Microsoft also made changes in beta 2

25   based on the TC's discussion of certain aspects of Windows'

12

1    Internet Options interface.  Plaintiffs indicate that these

2    changes make the interface more browser independent.  I'm

3    pleased to hear that and pleased to hear the progress.

4         The TC has made certain changes to its simulator

5    tool, which it had transitioned to Microsoft.  Once it

6    completes that it will pass that on to Microsoft.  Any initial

7    reactions to the TC's testing of Windows 7 or IE 8, or is it

8    too early to tell anything further that would need to be

9    added?  It looks like that one is moving fairly smoothly.

10        In terms of complaints, we still have the one that

11   has been left or noted as being investigated by the

12   Plaintiffs, which does include the United States, including

13   some discovery.  And I assume that that's continuing.  There

14   don't seem to be any additional substantive complaints since

15   the last report.  Are we satisfied with the progress?  I don't

16   know what the complaint is, which is fine, I'm not supposed to

17   know.  But are we satisfied with the progress that's been

18   occurring with this complaint in terms of how it's moving

19   forward to get resolved?  Anything else to add?

20        Compliance efforts.  Microsoft has been actively

21   engaged in their ongoing training programs, monitoring, making

22   sure that newly appointed individuals, officers, directors, et

23   cetera, get the necessary materials.  So, we're sort of

24   narrowed down on what the issues are, although they are

25   certainly very important issues.  And each time we come there

1    is some new little wrinkle to it.  So, let me call on everyone

2    at this point.  Let me start with the federal people, Justice

3    and, then I'll work my way around.

4             MR. SEVERT:  Thank you, Your Honor.  I think I'll

5    start by updating you on recent developments since the filing

6    of the status report, because I think they'll address most of

7    the questions related to III.E.

8             THE COURT:  All right.

9             MR. SEVERT:  I'm pleased to report that the TC and

10   Microsoft have reached agreement on at least the first

11   template for the system documents.

12            THE COURT:  Okay.

13            MR. SEVERT:  And this has been a result of the TC,

14   Craig Hunt, and Microsoft working really around the clock for

15   the last few weeks to get resolution on the open matters.  So,

16   the agreement so far is on the protocol family system

17   document, which is the first of the two types of templates.

18   And most of the system documents actually fall into this

19   category.  The defined task, which is the second type of

20   system document, work is still ongoing to reach resolution of

21   those, however, most of the discussions relating to the first

22   type of system documents also relate to the second type of

23   system documents.  So, at this time we don't anticipate any

24   major obstacles in reaching an agreement on the second type of

25   system document.  And we also have a little bit of time to

1    reach agreement, as none of the system documents which

2    Microsoft has already drafted or is currently writing are of

3    the second type, they are all the first type.

4         THE COURT:  Okay.  So, where does that put us on

5    the timetable?

6         MR. SEVERT:  I think we are -- now that we have

7    reached agreement on the template, Microsoft is now working on

8    putting together what a schedule might look like.  I think

9    that is certainly the next step.

10        THE COURT:  That's very gratifying to hear.  I was

11   concerned we were back to more delays.

12        MR. SEVERT:  Absolutely.  And let me just take a

13   moment to talk a little bit more generally about the system

14   documents.

15        THE COURT:  Okay.

16        MR. SEVERT:  We continue to believe that they are

17   critical to interoperability, and just as an example of that,

18   the TC has really dropped everything the last few weeks to

19   work with Microsoft to develop these concrete examples to move

20   the discussions on the template along.  And in their portion

21   of the status report, Microsoft notes that the system

22   documents may be the first of their kind, and that may

23   technically be true, but from our perspective that's not

24   really a complete answer.

25             The template was adapted from industry standards

1    and from academic texts, so what perhaps is unique about this

2    undertaking is Microsoft is attempting to document its

3    interoperability information for a highly complex system that

4    was neither designed or intended for interoperability.  So, I

5    don't think anyone will tell you this is not very, very

6    difficult.  But by the same token, it's also very important.

7    In fact, there is already information in the systems documents

8    that is not in the technical documents that is essential to

9    interoperability.

10                  THE COURT:  All right.

11                  MR. SEVERT:  Now, your other couple questions.

12   Well, first, anything else on the templates or system

13   documents?

14                  THE COURT:  No.  Certainly, the progress that has

15   been made -- and I do appreciate the TC, they obviously have a

16   vision of how this should be done and they've presented it,

17   and I'm gratified to hear that Microsoft has worked

18   cooperatively to make this work.  I'm always thankful that I

19   decided to adopt the idea of using the TC and Craig Hunt

20   because they have turned out to be invaluable --

21                  MR. SEVERT:  As are we, Your Honor.

22                  THE COURT:  -- in terms of having this actually

23   work.  So, I'm pleased in terms of -- it made sense in the

24   discussion that a systems document -- the concept made sense

25   in terms of the discussions, and I'm glad to see that it's

1   picking up on things that will aid not only in the technical

2   documentation, but obviously in our ultimate goal, which is

3   interoperability.

4            MR. SEVERT:  Sure.  Sure.  So, as far as the other

5   questions you had, the deleted protocol elements, that has

6   been resolved and Microsoft is doing additional training to

7   make sure this doesn't happen again.  And, of course, we

8   certainly expect that it will not.  And your last question

9   relating to the protocols that were excluded and --

10           THE COURT:  Right.  I don't know whether that's

11  something that just happens and it's to be expected, or

12  whether that's something that shouldn't happen.

13           MR. SEVERT:  I think from our perspective that it's

14  not wholly unexpected.  And I think that the nature of, so

15  far, the protocols that have been found recently is they are

16  not particularly common or necessarily the most useful.

17           THE COURT:  Okay.  All right.  Thank you.

18           MR. SEVERT:  Thank you.

19           THE COURT:  Mr. Himes.

20           MR. HIMES:  Good morning, Your Honor.  I want to

21  reiterate what Mr. Severt said that the system documents, as

22  we have said consistently, are essential and integral to the

23  rewrite project and having technical documentation that is

24  usable by licensees.  You know, these past few status

25  conferences we go through this ritual of our saying that, and

1    Microsoft comes back and says, well, they are not really

2    required, we're acting as a volunteer.  All the while, of

3    course, you heard Mr. Muglia say that these documents -- these

4    system documents definitely aid interoperability.  They're

5    very useful documents, there is no question about that.

6            And I must say, Microsoft also has e-mails from

7    people out in the world who are now using the documents that

8    are online, which are saying what we have said.  I saw a copy

9    of one recently from a couple of weeks ago.  No where is there

10   a good protocol overview showing the actions and impacts from

11   the top down.  Could you please provide an overview?  And

12   that's illustrative of what Microsoft, we understand, is

13   getting from the people out in the public that are able now to

14   use materials that are online.

15           So, I must say, I have to express my concern with

16   this attitude that they're behaving as a volunteer, that

17   position simply doesn't send a good message to the individual

18   engineers at Microsoft who are doing the work on the system

19   documents.  I don't see how that position can convey to those

20   engineers the sense of importance in what they're being called

21   on to do.  That they would have, if they understood these

22   documents, to be part of Microsoft's obligations under the

23   Final Judgment.

24           So, there is a tension here and it's very

25   troubling.  I think it fosters the sort of grudging commitment

1    to getting the system documents done, and I think that's been

2    a persistent and a pervasive concern that we've had.  Now, you

3    heard about how we have indeed come to agreement on the first

4    template, and yes, that's a very good thing.  Let me tell you

5    a little more about that.

6         Your Honor remarked, and it was in the JSR, that in

7    early August after we had had TC engineers review Microsoft's

8    own version of the template, and several of them reviewed it

9    and reviewed it for an extended period of time, and they all

10   found it to be inadequate.  We concluded that the only way we

11   were going to get a template in a sensible period of time was

12   not to sit there and argue about Microsoft's but to start with

13   the TC's own version of a template.  And we sent them ours and

14   we said we will meet with you and work with you on that.

15        So, that resulted in meetings beginning in August,

16   and those meetings intensified last week where they were going

17   day-to-day.  By my estimate, there were over 150 TC person

18   hours dedicated simply to the meetings with Microsoft last

19   week that included a half a dozen TC representatives and at

20   least one TC member in person, another on the telephone for a

21   number of those meetings.  Meanwhile, the entire TC

22   implementation group, that's nearly 30 engineers, had been

23   pulled off of everything else, all the other III.E tasks of

24   implementation, to support the template effort.  And that

25   activity began even before the day-to-day meetings that took

1    place last week.

2                Now, you know, Your Honor, we created the TC

3    in 2003, that's when the members were first approved.  They

4    added a couple of administrative people to build the office

5    from scratch, and you know, over time to help Microsoft

6    identify bugs in their own documentation.  We built up staff.

7    Those individuals, you know, work mostly below the hood,

8    they're not visible as industry people, they are uncommonly

9    dedicated.

10               And what we have today is the TC and its staff

11   spoon-feeding the world's biggest and most profitable software

12   company, not only with a template, but with the details that

13   Microsoft says -- the examples that Microsoft maintains that

14   they have to have in order to create a template that will

15   describe the interactions of parts of the technical documents

16   that Microsoft has written to cover protocols in its own

17   software.

18               And I suggest to you that something about that just

19   isn't right.  We're well past the time when Microsoft should

20   just get over it.  I mean, they should stop the posturing and

21   they should send the right message to their engineers and the

22   others involved with these system documents.  And that message

23   is that this is part of their Final Judgment obligation, and

24   that's how they have to treat it.  And maybe, just maybe, if

25   they would do that we would get through this process with a

1    little less wear and tear on everybody, maybe even a little

2    faster.  There is still no project schedule.  They have told

3    us now that we have the first template, and that is the most

4    significant template, we recognize that.  They will work on a

5    schedule.  That's good.  I don't mean to suggest that these

6    system documents aren't challenging, they certainly are.  But

7    they're essential and they are part of Microsoft's

8    obligations, and they really ought to be treated that way, and

9    I think thus far they haven't been.

10           Now, I would respond briefly on the middleware.  I

11   don't think we have any current issues with Microsoft on

12   Windows 7, it is still an early version that we're testing,

13   but we will continue with the subsequent versions.  And on the

14   IE 8 beta 2, I think that's undergoing testing now, but we

15   have no current ongoing issues.  Anything else, Your Honor?

16           THE COURT:  No.  No.

17           MR. HIMES:  Thank you.

18           THE COURT:  Mr. Houck.

19           MR. HOUCK:  Good morning, Your Honor.  Let me start

20   by agreeing with you, once again, that it is a good thing that

21   Your Honor established the TC and Mr. Hunt, even though it was

22   over our objection.  But in retrospect it is a good thing.

23           THE COURT:  I didn't bring it up.

24           MR. HOUCK:  I knew you were thinking about it.

25           THE COURT:  In terms of the TC has been -- without

1   it, it certainly would make my job much more difficult in

2   terms of having this work.

3           MR. HOUCK:  Absolutely.  Your Honor asked about the

4   one complaint that we're still investigating, and indeed we

5   are investigating it, and we hope to wind it up in one fashion

6   or another before the next status conference.  So, we'll be

7   reporting to Your Honor then, if not before, on that.  But I

8   did want to address most of my comments this morning to the

9   technical documentation and the system documents where most of

10  the effort has been concentrated over the last few months, and

11  where we still do have some concerns.

12          As Mr. Severt said, it is certainly good news that

13  we got an agreement at last on the templates.  But there is

14  some bad news with that as well.  The bad news is that it took

15  so long.  And as Mr. Himes indicated, had this been done

16  sooner, more effort could have been devoted over the last

17  several months to actually working on the system documents and

18  to dealing with the TDIs, which still remain.

19          As Your Honor pointed out in your summary,

20  Microsoft does say in its submission that the 1300 or so TDIs

21  ought to be taken in the context of 20,000 pages of documents.

22  I was curious about the number of TDIs actually over time

23  since the rewrite, and I asked Mr. Hunt to compute that, and

24  he came up with a figure of 4,000.  So, we're really talking

25  about 4,000 TDIs, or more actually, since the rewrite.  Now,

1    to be sure -- it's our view that those TDIs tend to be less

2    significant and more easily correctable than the TDIs in the

3    initial documentation.  But, nevertheless, we believe that's a

4    fairly high and unacceptable number.

5           Now, why did it take so long to get an agreement on

6    the system documents template.  As Mr. Severt pointed out, and

7    Microsoft believes they're working on uncharted territory, we

8    think that's probably an exaggeration.  I think the other

9    interesting thing to point out is, by the time we submitted

10   the written materials to Your Honor for this conference, there

11   had been no agreement.  The agreement was actually achieved in

12   the last week or so, which again, reflects how so many of

13   these disagreements have been resolved over the course of time

14   here.  It happens at the very last minute right before we come

15   to see Your Honor.

16          THE COURT:  That's why I set them every three

17   months.

18          MR. HOUCK:  Precisely.  And that's why we ask to

19   have them every three months.  It definitely plays a useful

20   role.  We have a second more serious concern, which is a theme

21   that Mr. Himes alluded to, and I think he actually understated

22   that a bit, and that's the concern about whether Microsoft

23   recognizes that these system documents are required as opposed

24   to voluntary.  Mr. Himes said we come into court every time

25   and say we think they are required.  But I wanted to remind

1    Your Honor that at the last status conference on June 24th,

2    this is what Your Honor said:  System documents seem to be

3    integral to interoperability and usefulness of technical

4    documents, and therefore, are required.  So, I thought that

5    was put to bed.

6              But oddly enough, six weeks later, in Microsoft's

7    July 15th, 2008, Supplemental Status Report, we find this

8    language, which has been repeated in subsequent reports and

9    indeed is in the current report for this conference.  This is

10   what Microsoft says:  Microsoft firmly believes that the

11   current protocol documentation available to implementers

12   enables interoperability with Windows and fully complies with

13   the Final Judgment.

14             So, it would seem as if they don't think anything

15   else is necessary.  In fact, the next sentence they say:  In

16   response to the Technical Committee's request, Microsoft is

17   undertaking a new effort to supplement the existing protocol

18   documentation with additional systems document.  So, we share

19   Mr. Himes' concern that Microsoft, we think erroneously at

20   this point, regards the systems documents as something

21   voluntary on their part, not obligatory.  And voluntary

22   commitments are certainly nice, but they usually don't get the

23   same level of the concern and attention something would get if

24   it's actually required by the Court.

25             So I wanted to note that that is a significant

concern we have.  As I said, the agreement on the templates is

good news, but I would say it's tempered good news, because

past experience in this case has taught us that when we think

we have an agreement with Microsoft, it doesn't necessarily

mean that there aren't going to be problems of understanding

down the road.  And I'd be interested to hear from Mr. Muglia

if he does in fact believe he fully understands what it is

that the TC expects, and I hope he does.

              And in addition to that, of course, there is

likely to be problems of implementation and execution.  So,

based on past experience, we're certainly pleased that there

is agreement at this point, but we're sort of in a watchful

waiting mode to see what happens.  Now, we certainly agree

with Your Honor that we like to bring some closure to this

thing here.  But we also want to make sure that the documents

are done right and that Microsoft fulfills its obligations

with respect to interoperability as required under the Final

Judgment.  And, as also, we remain ready, willing and able to

work with Microsoft and the other Plaintiffs to make that come

to pass as soon as possible.

              That's what I wanted to say, if Your Honor has

questions I'm happy to --

              THE COURT:  No, I'm fine.

              MR. HOUCK:  Thank you.

              THE COURT:  Mr. Rule.

1          MR. RULE:  Your Honor, good morning.

2          THE COURT:  Good morning.

3          MR. RULE:  Let me start by reiterating that we take

4    our -- Microsoft takes its responsibility under the decree

5    very seriously.

6          THE COURT:  Why don't you deal right up front with

7    the issue in the reports about the systems documents being

8    voluntary and not requirements.  I did make it clear, I

9    thought, at the last hearing that I did not see them as

10   something -- sort of icing on the cake.  I saw them as

11   something that was integral to making this work.

12         MR. RULE:  Your Honor, we definitely heard Your

13   Honor last time, and we understand that that is a requirement,

14   and the company is very committed to getting these documents

15   done.  There's no question about that.  You know, one can't

16   say whether, you know, that what people understood and

17   expected and foresaw in the Fall of 2001, you know, we may not

18   have fully contemplated or understood, which doesn't matter, I

19   will grant you at that point, what was going to be required.

20         If you'll remember, Your Honor, the decree that we

21   negotiated that Your Honor entered had the notion that the

22   Communications Protocol documentation would be done in nine

23   months.  I think everybody --

24         THE COURT:  That was obviously very unrealistic.

25         MR. RULE:  Right.

26

1              THE COURT:  But, at any rate -- certainly it's

2    something that -- but it is certainly a key feature, and in

3    terms of the other options that were proposed to the Court, it

4    certainly is the lesser of the options from, I'm sure,

5    Microsoft's perspective.  You may not look at it that way now,

6    but I think in '01 you did.

7              MR. RULE:  Your Honor, I'm not disputing that at

8    all.  I got up in front of Your Honor and defended various

9    parts of the decree, and so I don't disagree with that at all.

10   I'm simply saying -- I'm not saying that -- I mean, I could be

11   critiqued, as well as others, who were in the process of not

12   foreseeing that it was a more complex project.  The fact is

13   that we are where we are and Microsoft -- and this I guess is

14   what I want to start by responding to, Microsoft is completely

15   committed to getting these documents done.  The delays have

16   not been a result of Microsoft taking a lackadaisical attitude

17   towards this project or sending a message out, gee, don't

18   worry about this, get to this when you can.

19             The issue has been -- Microsoft has been writing

20   these documents since the first quarter of this year.  We've

21   presented pilot documents to the TC and to the Plaintiffs, and

22   we've gotten feedback.  Quite frankly, because of certain

23   elements that the Plaintiffs and the TC feel are necessary,

24   we've had an ongoing discussion back and forth to try to

25   understand exactly what would be desired.  And the reason for

1    that is because the templates go to engineers, and engineers

2    need clear directions on what they have to produce.  And so it

3    is that -- it's that back and forth, which I think we are

4    reaching the end of, we're expecting something back from the

5    other side in light of some of those discussions.  But just so

6    Your Honor is absolutely clear, we are not waiting on those

7    documents to write the documents themselves.  The templates

8    are not -- we're not sitting back waiting until the templates

9    arrived.  When the templates do and everybody has agreed to

10   them, we'll go back and make sure the other documents that are

11   in progress conform to those, but we take that responsibility

12   very seriously.

13            The other point I would say is, I think that the

14   report on the TDIs is actually very encouraging.  No one has

15   ever said that you can develop documents of this technical

16   detail that are not going to have issues, and that's why you

17   test -- we're in the middle of the testing.  The testing is

18   pretty much going to be complete, as Mr. Muglia told Your

19   Honor last time, by the end of the year, and you would expect

20   things to -- the TDIs to go down even more quickly, but

21   actually they are going down.  So, I think that's positive.

22   The company is committed to getting this done.

23            The other point that I would make is, as important

24   and as urgent as the discussion of the technical documentation

25   is, and as seriously as Microsoft takes it, it should not

28

1    obscure the fact that they are a means to an end.  If we look

2    at how the decree is working, how the MCPP project is working,

3    I don't think we should overlook the fact that it is working

4    very well.  If you look at the degree to which the documents

5    are being used, the number of downloads.  You know, Mr. Muglia

6    maybe can discuss this a little bit more, was telling me this

7    morning about the software or the System Network Industry

8    Association meeting recently where SAMBA and Sun and a number

9    of other participates actually demonstrated implementations of

10   the MCPP protocols, you know, things that I'm not sure in 2001

11   even I would have thought that a SAMBA implementation of the

12   protocols would have occurred, but it's there.

13           So, I don't -- I think that it's important not to

14   overlook the fact that there are implementations out there.

15   There's a lot of use and a lot of reviewing of these

16   documentation that is going on at the same time that Microsoft

17   is committed to doing the system documents and getting them

18   accomplished on a reasonable schedule.  And, again, we

19   started, they're underway.  We agree with sort of the

20   complexity and length of the program as the Plaintiffs have

21   laid out.  But, you know, it's underway now.  We're trying to

22   move forward as quickly as we can, as quickly as we're on the

23   same page, and we understand what the TC thinks should be in

24   those documents, to get them to our engineers and make sure

25   that those system documents provide all the information that

29

1    the TC believes is necessary, and we all agree is necessary.

2              So, I just want to make that absolutely clear.

3    This is not a situation where anybody is saying, gee, it's

4    voluntary, if you get around to it, just get to it.

5              THE COURT:  Why do you still have it in the

6    reports?

7              MR. RULE:  I'm sorry?

8              THE COURT:  Why do you still have it in the

9    reports?  Why do you have language that doesn't make it quite

10   as clear in the reports, I mean, those are easy to --

11             MR. RULE:  Your Honor, we will take your comments

12   on our language to heart in the future reports.  And it was

13   certainly not intended, Your Honor, as any shot at you or any

14   statement that we take our responsibility anything less than

15   seriously.  I think it's not -- I'm happy to go through how we

16   perceive the chronology of events, but I don't think that's

17   particularly productive this morning.  I think what is clear

18   is that we heard Your Honor last -- at the last hearing, we

19   understand that those system documents need to be done.

20             We are doing everything we can, but this back and

21   forth to make sure that the template is right and it gives

22   guidance to engineers and we know what we're supposed to put

23   in those documents is a process that has taken longer than we

24   expected.  But it has not stopped us from putting the effort

25   in to writing those documents as we are speaking.

1          THE COURT:  All right.

2          MR. RULE:  I'm not -- I think, Your Honor, all the

3    other issues have been addressed.  I don't know if you have

4    any other questions for me?

5          THE COURT:  No.  The reports are getting shorter,

6    which means we are having fewer issues.  The documentation is

7    the key one, for the most part.  There's still some things

8    with middleware that are being presented to me, but they seem

9    to be moving smoothly, as far as I can see.  The documentation

10   is obviously the key part to this.

11         MR. RULE:  Your Honor, should I ask Mr. Muglia --

12         THE COURT:  If he has something he wishes to add,

13   sure.

14         MR. MUGLIA:  Good morning, Your Honor.

15         THE COURT:  Good morning.

16         MR. MUGLIA:  First of all, I would like to state

17   that -- say that I generally concur with what Mr. Severt said

18   about the progress that's been made across the board, and

19   certainly including the systems documents.  And I'm very

20   gratified by the work that the combination of the TC and the

21   engineering team at Microsoft had made in the past set of

22   weeks to really reach resolution on the system document

23   templates.

24         In terms of those documents, I want to just really

25   emphasize that regardless of anything that may have been

1   written in any reports that I myself and my engineering team

2   are operating with absolute clarity that they are fully

3   required.  And we are working very, very hard to get them

4   done.  We have assigned a significant number of senior

5   engineers to this project.  And, in fact, while we have been

6   discussing and working on the final templates structure with

7   the TC, my teams have been proceeding ahead making progress on

8   these documents.

9            As Mr. Severt indicated, it is agreed by all of us

10  that this is a complex project, and that the documents –– the

11  system documents are something that has a level of complexity

12  that was not originally anticipated.  And given that, we know

13  that this is a multi-month project.  And originally in

14  conversations with the TC, we've heard that they have an

15  expectation that the project would take on the order of 18

16  months.  In the context of that, when we became aware of the

17  need to do the system documents in the first quarter of this

18  calendar year, we began working on it and have proceeded

19  completely on that with the engineers working on the documents

20  as the templates have been finalized.

21           And, in fact, we have now released a total of six

22  early –– I'll call them early documents that do not fully

23  conform to the TC template to the TC, three of those are

24  posted on the Web, and we are continuing a pace on that.  Now

25  that we have reached resolution with the Technical Committee

 1   on the first template, we will begin the process of finalizing

 2   our schedule and taking the documents that we've already

 3   written and converting them to the new template, and then of

 4   course, will write future documents according to that

 5   template.

 6           THE COURT:  Okay.  Good.  How much -- what do you

 7   see -- I mean, I realize that you have not proposed a

 8   particular milestones or whatever, that you will be in the

 9   near future, hopefully.

10           MR. MUGLIA:  Absolutely.

11           THE COURT:  But do you have some sense at this

12   point of how this is going to progress?  It sounds like you

13   now have agreed on the template, you're proceeding with the

14   documentation.  If it turns out that the documentation doesn't

15   work with the systems, you're going to have to be making

16   changes, right?

17           MR. MUGLIA:  I think the purpose of the documents

18   is to describe the system, and like anything, we will

19   undoubtedly have a conversation -- we're planning a

20   conversation in fact with the TC, we're planning a test

21   process against those documents.  So, the process which will

22   unfold will be somewhat similar to what we did with the

23   original blue line process, but it's because these documents

24   are very detailed and very technical and not quite as many

25   pages total, I think the schedule will be somewhat different.

1    We have a smaller number of documents, each of which are much

2    harder to write than the 200, roughly, documents we've already

3    created.

4         It is my anticipation, as I said, that the TC is

5    approximately correct, although we don't have an actual final

6    schedule.  In engineering terms we call this is a top down

7    schedule versus a bottoms up schedule.  And us managers create

8    these top down schedules, they're not always accurate in the

9    end.  But that sort of top down schedule that the TC suggested

10   was approximately an 18 month project.

11        THE COURT:  We've only got 14 months for it to

12   expire.

13        MR. MUGLIA:  We started this, though, in Q1.  So,

14   if you work back -- if you worked back, we should be able to

15   be completing this --

16        THE COURT:  I can tell you one thing, I don't want

17   to have this so you complete the project the day before this

18   expires and we don't have any sense of how it works.  I can

19   tell you that's not going to happen.  So, you just be aware of

20   that.

21        MR. MUGLIA:  I concur with you exactly, Your Honor.

22   And my goal is to get them done much sooner than that, and in

23   fact, what we expect is that these things will be coming out

24   in the format as soon as we're able to begin the conversion

25   process.  But it will be into next year, there's no question

1    that the date will go into next year, and I would guess

2    roughly somewhere in the middle of next year, when all is said

3    and done.

4              THE COURT:  Okay.

5              MR. MUGLIA:  And expect that we will have our

6    schedule for you -- we'll be able to have our schedule for you

7    before the next one of these hearings, we'll be able to have a

8    final schedule.

9              THE COURT:  Okay.  So, you don't think it will be

10   one of the interim reports that I'll be hearing about it?

11             MR. MUGLIA:  It could be, Your Honor, but we're

12   still waiting to get agreement on that final template, and

13   until we have that, I can't really work back on the date.

14             THE COURT:  All right.

15             MR. MUGLIA:  In terms of some of the other

16   questions that Your Honor had.  In terms of the TDIs, this is

17   very common for a project of this complexity.  If we looked at

18   any Microsoft engineering project we would see what we -- we

19   call them bugs, we would see similar numbers for something of

20   this level of complicity.  As I reported to Your Honor in

21   June, it was my expectation that given the volume of testing

22   that is being done, as we speak, that the number of TDIs will

23   actually continue to increase.  We are able to keep them

24   relatively flat and constant, but just the amount of testing

25   will likely generate a significant number of new TDIs coming

1    in, that will ramp down.  Our testing is mostly complete this

2    calendar year.  It is fully complete after the first quarter

3    of next year.  So, we expect that as we move into 2009, the

4    outstanding TDIs will begin to ramp down, and they should over

5    time begin to ramp down pretty quickly, because as the

6    incoming rate goes down, our ability to fix them will more

7    than catch up.  Right now we are balancing the incoming rate

8    with the fix rate.

9              That was Your Honor's question around the TDIs, is

10   that clear?

11             THE COURT:  Yes.

12             MR. MUGLIA:  You asked the question about the

13   Sydney protocols and why we did not discover two of those.  If

14   Your Honor might recall, when I talked about the process we

15   used to determine the database of protocols, that was a

16   process where our engineers looked at everything, we believe

17   we got -- we believed very strongly we got all the important

18   ones, and we tried to get every other one we possibly could.

19   The protocols that were missed, I would describe as either

20   obscure or obsolete, and as we determined with the TC, they

21   don't really need to be documented anywhere.  So, I feel

22   pretty okay about what happened there, and it is possible that

23   we'll find more in that category, but I really do believe

24   we're not hitting anything that would impact a licensee in any

25   way, shape or form.

1              And, finally, Your Honor, just commenting on the

2     plug-fest, I will say the following, which is, it's been --

3     it's actually very gratifying for me to see the shift that's

4     happening in the industry, together inside Microsoft, that

5     this project has done.  We, this week at the Storage

6     Networking Industry Association Plug-Fest that we worked with,

7     we had quite a number of Microsoft engineers working directly

8     with SAMBA people and Apple people and Sun people, and we are

9     really beginning to see some very sophisticated

10    implementations of interoperable systems coming out of this

11    effort.

12             And the way the engineers are working together is

13    quite a bit different than in the past.  So, we see them

14    getting together after the plug-fest and going out to dinner

15    and working together, and it's quite a different atmosphere

16    than might have occurred even three or four years ago.  So, I

17    feel very good about that kind progress, both in terms of the

18    actual products and the quality of the interoperable products

19    that are being produced as a direct result of this effort, and

20    the consent decree as well as, frankly, the way the engineers

21    are working together.

22             THE COURT:  All right.

23             MR. MUGLIA:  Anything else, Your Honor?

24             THE COURT:  No.

25             MR. MUGLIA:  Thank you very much.

1          THE COURT:  Anything anybody wants to respond to?

2          MR. HIMES:  I do have a couple of things, Your

3     Honor.  First of all, I heard Mr. Muglia refer to the system

4     document project as going back to the first quarter of this

5     year.  The first quarter of this year was the point that

6     Microsoft renamed the overview documents the system documents.

7     The system documents, in concept, go back to the beginning of

8     the rewrite project in the Spring of 2006, and it was a

9     subject of discussion with the TC and Microsoft at that point

10    in time.  The notion was overview documents, the nomenclature

11    changed at a given point in time, but not the concept.

12          And, in fact, our reviewing the technical documents

13    themselves took into account the fact that there were going to

14    need to be what are now called system documents.  We did not

15    fight a religious war over whether particular items of

16    information had to be in particular technical documents,

17    because we had made clear there was going to have to be a

18    system document or an overview document that would describe

19    interactions, and therefore, there was no need necessarily to

20    worry about whether bits of information made it into technical

21    documents or not, it would be included in the overall rewrite

22    project.  So, it is not accurate to say that the system

23    document project began in the first quarter of this year, it

24    did not.

25          Now, one other thing.  We made reference to the

1   fact that Windows 7 will result in new documentation that

2   needs to be done, and we do have subsequent information, and

3   I'm sorry that we didn't bring it to your attention earlier.

4   We are now told by Microsoft that at least on the current

5   version of Windows 7 there will be 26 new documents required

6   and another 68 will need to be modified.  So, that's going to

7   be an additional part of the overall III.E project as it

8   currently exists, I'm sure that number could change, but that

9   is our current information and I wanted to bring it to your

10  attention.

11          THE COURT:  All right.  Thank you.  All right.

12  There's obviously the positive side.  There's progress on all

13  fronts.  Certainly, other than the documentation, I think

14  other areas are moving smoothly, the middleware area, you

15  know, there's monitoring and that seems to be moving the way

16  it should or the way I had contemplated it.  I mean, the

17  documentation is still the issue.

18          Obviously, there's two views when you come into

19  court, since I'm not at the meetings, I'm not with the TC in

20  terms of how they're working here, but I am concerned that

21  despite the cooperation, and there certainly has been, that

22  there seems to be a sharp divergence in view of -- between,

23  say, the non-federal Plaintiffs and Microsoft as to the

24  attitudes and approaches that have been taken.

25          I'm not in a particular way to totally resolve it,

1    but the fact that it's there tells me that this isn't all

2    working as smoothly as it might.  I don't expect -- you

3    obviously have differing points of view, and I don't expect

4    Mr. Himes and Mr. Houck would raise an issue if they didn't

5    have concerns.  And I have to say, the TC was -- and I'm so

6    pleased that I adopted this, but it was expected to review, to

7    be the technical group that would come in, that would make

8    sure that all of it was done the way it was supposed to.  They

9    moved into doing testing, which I assume we would have

10   expected.  But, frankly, they're doing a lot of work in the

11   firsthand, which has happened before.  We've had this happen

12   at various points where the TC has picked up work that I think

13   would have been expected to have been done by Microsoft.

14           And I will just throw this out, I don't have a full

15   understanding.  I understand -- I do appreciate the fact that

16   these are not simple, that these are complex.  But I think

17   it's interesting that it appears that the TC is able to do

18   what is necessary and brings Microsoft along, not the other

19   way around.  And I'm pleased that we have the TC and they're

20   able to do this so we can get this done.  I do want to make

21   sure -- I realize that Microsoft has indicated, and I'm not in

22   any way indicating that you have not sent them the message,

23   hopefully you'll change it from the written materials, but

24   have not sent the right message.

25           On the other hand, there must be something in the

contacts between the technical people that's raising this
issue for them to go back and talk to the Plaintiffs, because
Mr. Himes is not sitting at the table there.  And the
Technical Committee generally has not complained in this vein.
So, I am a little concerned about hearing this because my
assumption is, even though they are working together, that
there is some frustration here about how this is -- we
certainly have had a lot of changes around this.

          I'm hopeful that what we're doing with the systems
documents, et cetera, that this will finally come to fruition
in terms of having the interoperability that we need.  So,
somewhere the message needs to be filtered down lower or
something, but I think you need to at least take it seriously.
I made my comment last time and I'm reiterating it.  The
systems documents, as far as I'm concerned, are required.  I
mean, interoperability is really the key part to this whole
thing.  And, frankly, Microsoft, I'm sure at some point wants
this consent judgment to terminate, as do I, sometime in the
near future.  But that's not going to happen unless these
things get done and there is enough time, frankly, to see that
they are actually going to work.  And it's 14 months away that
the next deadline comes up.  And I'm certainly not going to
let it be that it's shortly before that we get this all
together with no opportunity to see how it works.  So, it
behooves everybody to take a look at this.

1          This may not be how Microsoft usually does things

2    or whatever, but I want to make sure that all the way down

3    completely, whoever is working on this, that it be done all

4    along, not just killing yourself and the TC just before you're

5    coming to court.  I realize that's why judges set hearings,

6    frankly, in all of their cases, it's the best way of making

7    sure there is progress, because nobody wants to come in and

8    say, we haven't got things done.  So, I mean, this isn't just

9    you, this is everybody.  Otherwise, we probably wouldn't have

10   as many court hearings.

11         I want this to be -- as I said, I'm not suggesting

12   that you're not doing what you're supposed to, but I am

13   concerned there's something going on here and you all need to

14   look at it.  Because we don't usually get this -- you know,

15   there have been complaints and differing views about progress.

16   This is a different one.  And this is one that I think you

17   need to take seriously, and it's just not the spoken word

18   that, yes, you understand it's required and you're making sure

19   everybody does it.  Something's missing here, and I'll leave

20   it up to you to figure out where it is, to plug it in and make

21   sure this moves forward the way it should.  I hope not to hear

22   the same thing next time.

23         So, let's pick a timeframe for the next -- I would

24   like to do it in the beginning of new year, I have a whole

25   series of trials through the rest of this Fall.  So, it would

1    work better for me to try and do it some time in the January

2    timeframe, near the end because I do have a trial the first

3    two weeks in January.  So, if we did it -- is it better to do

4    it in the middle of week?

5            MR. HOUCK:  Yes.

6            THE COURT:  How about January 28th?  That's the

7    week after the election and all the other stuff.  So, the 28th

8    is a Wednesday.  Does that work for people?  I'll be finished

9    with -- in terms of traveling, et cetera, it should make it

10   easier for you to get here.  My trial should be done.  Or pick

11   another day.

12           MR. HOUCK:  That's fine with the California Group,

13   Your Honor.

14           THE COURT:  Federal, Mr. Himes, everybody else?

15           MR. RULE:  Yes.

16           MR. SEVERT:  Yes.

17           THE COURT:  All right.  Then why don't we set it --

18   we've been setting this I think at 10:30, which is fine, so

19   those of you who can get in in the morning can do so.  And so

20   we would expect the report -- if you can get the report in on

21   the 21st.  Anything else from anybody?

22           (No response).

23           THE COURT:  I won't be seeing you until the new

24   year.  Have a good Fall.  Take care.

25   END OF PROCEEDINGS AT 11:36 A.M.

1

2

3                        C E R T I F I C A T E

4            I, Lisa M. Hand, RPR, certify that the

5   foregoing is a correct transcript from the record of

6   proceedings in the above-titled matter.

7

8

9

10                               /s/ Lisa M. Hand

11                        _____

12                        Lisa M. Hand, RPR

13

14

15

16

17

18

19

20

21

22

23

24

25