IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>          v.<br><br>MICROSOFT CORPORATION,<br><br>                       Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: December 9, 2009<br>Joint Status Report |

**SUPPLEMENTAL STATUS REPORT ON
MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.

### I. Technical Documentation

    *A.    Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through October 31, 2009*

The current status of TDIs identified in the MCPP documentation through October 31, 2009, is noted in the chart below.[1]

---

[1] The September TDI numbers reported in this chart differ slightly from the numbers provided in the previous Supplemental Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period.

|  | As of 9/30/2009 | Period Ended 10/31/2009 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period | | 92 |
| Closed this period | | 201 |
| Outstanding | 706 | 597 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period | | 249 |
| Closed this period | | 307 |
| Outstanding | 896 | 838 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period | | 99 |
| Closed this period | | 248 |
| Outstanding | 495 | 346 |
| | | |
| TC Submitted | | 440 |
| TC Closed | | 756 |
| **TC Outstanding** | 2097 | 1781 |
| | | |
| **TDIs Identified by Microsoft** | | |
| Identified this period | | 267 |
| Closed this period | | 284 |
| Microsoft Outstanding | 301 | 284 |
| | | |
| **TDIs Identified by Licensees[2]** | | |
| Identified this period | | 8 |
| Closed this period | | 17 |
| Licensees Outstanding | 17 | 8 |
| | | |
| **TDIs Identified by TC in Overview/Reference Materials** | | |
| Identified this period | | 1 |
| Closed this period | | 2 |
| Overview Outstanding | 14 | 13 |
| | | |
| **Total Outstanding** | 2429 | 2086 |

---

[2] In most cases, licensees do not open TDIs themselves. Licensees generally ask Microsoft questions about the documentation. Most questions do not result in any TDIs. In some cases, questions from licensees result in a TDI being filed by the Microsoft employees involved in answering the licensees' questions. In these circumstances, Microsoft categorizes the TDI as a licensee TDI.

## II. Technical Documentation Testing and Licensee Support

Microsoft's testing of the Windows 7 documentation is progressing and is expected to be completed in approximately June 2010.

Microsoft continues to make various resources available to assist licensees in using the technical documentation. Microsoft's Interoperability Lab remains open and available for use by licensees. A team from Sun Microsystems completed work in the Lab from October 26th through 30th. Separately, planning is underway for the next weeklong plug-fest focused on Active Directory protocols, which is scheduled for January 2010 on the Microsoft campus.

## III. Technical Documentation Team Staffing

Robert Muglia, the President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Approximately 500 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals' work relates to both programs or is exclusive to the MCPP. Of these, approximately 259 product team engineers and program managers are actively involved in the creation and review of the technical content of the documentation, including periodic work on TDI resolution as well as developing new content for the next version of Windows Client and Windows Server. Because of varying areas of expertise, not all of these product team employees are working on the documentation at any given time. For example, many of the MCPP documents currently do not have any associated TDIs. In other months, these same product teams may have multiple TDIs to resolve and/or additional content to draft and spend most or all of their time on projects relating to the protocol documentation.

In addition, there are approximately 29 full-time employees and approximately 56 contingent staff working as technical writers, editors, and production technicians. Additionally, as the protocol testing effort continues, approximately 40 full-time employees and approximately

110 contingent and vendor staff work as software test designers, test engineers, and test architects. Microsoft will continue to apply the resources necessary to ensure compliance with the Final Judgments. Significant attention to and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

Dated: November 16, 2009

Respectfully submitted,

FOR DEFENDANT
MICROSOFT CORPORATION

/s/ CHARLES F. RULE
CHARLES F. RULE (DC BAR No. 370818)
JONATHAN S. KANTER (DC BAR No. 473286)
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, NW
Washington, DC 20001
(202) 862-2420

BRADFORD L. SMITH
ERICH D. ANDERSEN
DAVID A. HEINER, JR.
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
(425) 936-8080

STEVE L. HOLLEY
RICHARD C. PEPPERMAN II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(212) 558-4000