UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 98-1232 (CKK) |

ORDER
(February 17, 2010)

This matter comes before the Court on the recent submissions of non-party Tyrone Hurt, who has repeatedly attempted to file various motions and other pleadings in these cases. The above-captioned actions were filed by the United States of America and the State Plaintiffs, respectively, against Defendant Microsoft Corporation and are currently in the final remedy phase of litigation. Despite his continuing efforts to file documents in these cases as if he were a party litigant, Mr. Hurt is neither a party to nor has any involvement with these matters and his attempted filings are both frivolous and without merit.[1] Accordingly, it is this 17th day of

---

[1] The Court notes that Mr. Hurt has a history of filing frivolous and meritless lawsuits and has in fact been barred from proceeding *in forma pauperis* in this Court. See *Hurt v. The Declaration of Independence*, Civ. Act. No. 07-647, Jan. 9, 2009 Order, Docket No. [8].



February, 2010, hereby

**ORDERED** that the Clerk of Court shall not accept any future submissions from Tyrone Hurt for filing in the above-captioned actions; and it is further

**ORDERED** that the Clerk of the Court shall return Mr. Hurt's recent submission, along with a copy of this Order, to Mr. Hurt at the following address: 801 Pennsylvania Avenue, S.E., Washington, D.C. 20003.

**SO ORDERED.**

/s/ *[signature]*
**COLLEEN KOLLAR-KOTELLY**
United States District Judge