IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>            Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: May 17, 2010<br>Supplemental Status Report |

**SUPPLEMENTAL STATUS REPORT ON**
**MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.

I. **Technical Documentation**

   A.   *Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through March 31, 2010*

The current status of TDIs identified in the MCPP documentation through March 31, 2010 is noted in the chart below.[1] The number of outstanding TDIs reported by the Technical Committee ("TC") decreased during this period. The slight overall increase in outstanding TDIs was due to an increase in the number of TDIs relating to Microsoft's own testing of the recently released Windows 7 documentation.[2]

---

[1]   The February TDI numbers reported in this chart differ slightly from the numbers provided in the previous Joint Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period.

[2]   In addition, because Microsoft's publication cycle and the Court's reporting cycle do not coincide exactly, there will be a small subset of TDIs in each status report classified as resolved pending publication and

|  | As of 2/28/2010 | Period Ended 3/31/2010 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period |  | 111 |
| Closed this period |  | 134 |
| Outstanding | 531 | 508 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period |  | 172 |
| Closed this period |  | 292 |
| Outstanding | 716 | 596 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period |  | 125 |
| Closed this period |  | 242 |
| Outstanding | 429 | 312 |
| **Total TDIs Submitted by the TC** | | |
| TC Submitted |  | 408 |
| TC Closed |  | 668 |
| TC Outstanding | 1676 | 1416 |
| **TDIs Identified by Microsoft** | | |
| Identified this period |  | 466 |
| Closed this period |  | 246 |
| Microsoft Outstanding TDIs | 174 | 400 |
| **TDIs Identified by Licensees** | | |
| Identified this period |  | 7 |
| Closed this period |  | 16 |
| Licensee Outstanding TDIs | 20 | 11 |
| TOTAL OUTSTANDING TDIs | 1870 | 1827 |
| TC TDIs Resolved Pending Publication | 709 | 528 |
| Total Active TDIs (Outstanding minus Resolved Pending Publication) | 1161 | 1299 |

During the March 10, 2010 Joint Status Conference, the Court requested that Microsoft provide information regarding Microsoft's older TDIs. Accordingly, provided below is a graph reflecting the total number of TC TDIs that have been open for less than three months, between three and six months, and more than six months. The information is reflected on a monthly basis for the previous six months.

---

verification by the TC that will not be formally closed until the publication cycle after the upcoming publication cycle.

2



## II.   Technical Documentation Testing and Licensee Support

Microsoft is in the process of testing the Windows 7 documentation, which it expects to complete in approximately June 2010.

Microsoft continues to make various resources available to assist licensees in using the technical documentation. In addition, Microsoft's Interoperability Lab remains open and available for use by licensees. In addition, Microsoft is holding a Certificate/DirectAccess plug-fest from April 12–15, 2010 in Redmond, Washington. Nine companies are attending the plug-fest.

## III.   Technical Documentation Team Staffing

Robert Muglia, the President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Approximately 500 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals' work relates to both

programs or is exclusive to the MCPP. Of these, approximately 233 product team engineers and program managers are actively involved in the creation and review of the technical content of the documentation, including periodic work on TDI resolution as well as developing new content for the next version of Windows Client and Windows Server. Because of varying areas of expertise, not all of these product team employees are working on the documentation at any given time. For example, many of the MCPP documents currently do not have any associated TDIs. In other months, these same product teams may have multiple TDIs to resolve and/or additional content to draft and spend most or all of their time on projects relating to the protocol documentation.

In addition, there are approximately 28 full-time employees and approximately 76 contingent staff working as technical writers, editors, and production technicians. Further, as the protocol testing effort continues, approximately 40 full-time employees and approximately 110 contingent and vendor staff work as software test designers, test engineers, and test architects. Microsoft will continue to apply the resources necessary to ensure compliance with the Final Judgments. Significant attention to and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

Dated:  April 15, 2010

                                                          Respectfully submitted,

                                                          FOR DEFENDANT
                                                          MICROSOFT CORPORATION

                                                          /s/ CHARLES F. RULE
                                                          CHARLES F. RULE (DC BAR No. 370818)
                                                          JONATHAN S. KANTER (DC BAR No. 473286)
                                                          Cadwalader, Wickersham & Taft LLP
                                                          700 Sixth Street, NW
                                                          Washington, DC  20001
                                                          (202) 862-2420

BRADFORD L. SMITH
ERICH D. ANDERSEN
DAVID A. HEINER, JR.
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
(425) 936-8080

STEVE L. HOLLEY
RICHARD C. PEPPERMAN II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
(212) 558-4000