IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>                       Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: June 16, 2010<br>Joint Status Report |

**SUPPLEMENTAL STATUS REPORT ON**
**MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.

**I.  Technical Documentation**

    *A.*    *Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through April 30, 2010*

The current status of TDIs identified in the MCPP documentation through April 30, 2010 is noted in the chart below.[1]

---

[1]  The March TDI numbers reported in this chart differ slightly from the numbers provided in the previous Supplemental Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period.

|  | As of 3/31/2010 | Period Ended 4/30/2010 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period |  | 172 |
| Closed this period |  | 126 |
| Outstanding | 508 | 554 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period |  | 364 |
| Closed this period |  | 264 |
| Outstanding | 596 | 696 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period |  | 238 |
| Closed this period |  | 150 |
| Outstanding | 312 | 400 |
| **Total TDIs Submitted by the TC** | | |
| TC Submitted |  | 774 |
| TC Closed |  | 540 |
| *TC Outstanding* | 1416 | 1650 |
| **TDIs Identified by Microsoft** | | |
| Identified this period |  | 396 |
| Closed this period |  | 379 |
| *Microsoft Outstanding TDIs* | 400 | 417 |
| **TDIs Identified by Licensees** | | |
| Identified this period |  | 11 |
| Closed this period |  | 5 |
| *Licensee Outstanding TDIs* | 11 | 17 |
| **TOTAL OUTSTANDING TDIs** | 1827 | 2084 |
| *TC TDIs Resolved Pending Publication* | 520 | 515 |
| **Total Active TDIs (Outstanding minus Resolved Pending Publication)[2]** | 1307 | 1569 |

As noted in previous status reports, Microsoft anticipated the increase in Outstanding and Active TC TDIs. Microsoft expects that it will be able to address these newly filed TDIs.

Below is a chart reflecting the total number of TC TDIs that have been open for less than three months, between three and six months, and more than six months. The information is

---

[2]  In addition, because Microsoft's publication cycle and the Court's reporting cycle do not coincide exactly, there will be a small subset of TDIs in each status report classified as resolved pending publication and verification by the TC that will not be formally closed until the publication cycle after the upcoming publication cycle.

reflected on a monthly basis for the previous seven months. Microsoft is working with the TC to enable more efficient resolution of TDIs that are more than 180 days old and expects this number to decline significantly over the next several months.



## II. Technical Documentation Testing and Licensee Support

Microsoft is in the process of testing the Windows 7 documentation, which it expects to complete in approximately June 2010.

Microsoft continues to make various resources available to assist licensees in using the technical documentation. In addition, Microsoft's Interoperability Lab remains open and available for use by licensees. Moreover, Microsoft continues to engage with implementers through participation in conferences and other industry gatherings. For example, Microsoft contributed to a recent Samba conference by presenting on various issues relating to interoperability and answering questions from the Samba development team.

Microsoft will be hosting a File Sharing plug-fest in Redmond, WA during the week of May 17, 2010. Twelve companies are registered to attend. At the plug-fest attendees will meet with Microsoft product team members and participate in interoperability testing using the

Microsoft Protocol Test Suites. Also, Microsoft will be hosting EMC for an interoperability lab at the Enterprise Engineering Center in Redmond, WA during the week of May 24, 2010.

### III.   Technical Documentation Team Staffing

Robert Muglia, the President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Approximately 500 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals' work relates to both programs or is exclusive to the MCPP. Of these, approximately 237 product team engineers and program managers are actively involved in the creation and review of the technical content of the documentation, including periodic work on TDI resolution as well as developing new content for the next version of Windows Client and Windows Server. Because of varying areas of expertise, not all of these product team employees are working on the documentation at any given time. For example, many of the MCPP documents currently do not have any associated TDIs. In other months, these same product teams may have multiple TDIs to resolve and/or additional content to draft and spend most or all of their time on projects relating to the protocol documentation.

In addition, there are approximately 28 full-time employees and approximately 71 contingent staff working as technical writers, editors, and production technicians. Further, as the protocol testing effort continues, approximately 40 full-time employees and approximately 110 contingent and vendor staff work as software test designers, test engineers, and test architects. Microsoft will continue to apply the resources necessary to ensure compliance with the Final Judgments. Significant attention to and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

Dated: May 17, 2010

        Respectfully submitted,

        FOR DEFENDANT
        MICROSOFT CORPORATION

        <u>/s/ CHARLES F. RULE</u>
        CHARLES F. RULE (DC BAR No. 370818)
        JONATHAN S. KANTER (DC BAR No. 473286)
        Cadwalader, Wickersham & Taft LLP
        700 Sixth Street, NW
        Washington, DC  20001
        (202) 862-2420

        BRADFORD L. SMITH
        ERICH D. ANDERSEN
        DAVID A. HEINER, JR.
        Microsoft Corporation
        One Microsoft Way
        Redmond, WA  98052
        (425) 936-8080

        STEVE L. HOLLEY
        RICHARD C. PEPPERMAN II
        Sullivan & Cromwell LLP
        125 Broad Street
        New York, NY  10004
        (212) 558-4000