IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>         Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  September 15, 2010<br>Supplemental Status Report |

**SUPPLEMENTAL STATUS REPORT ON**
**MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

  Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.

### I. Technical Documentation

  As reported to the Court in the last Joint Status Report, the schedule agreed to by the parties between now and May 2011 is as follows:

| Date | Event | Status |
|---|---|---|
| July 1, 2010 | Deadline for deciding on document re-writes | Completed |
| September 1, 2010 | Deadline for Microsoft completion of document re-writes | |
| October 1, 2010 | Open TDIs over 180 days reduced to 25% of level of April 30, 2010 | |
| January 1, 2011 | Open TDIs over 90 days reduced to 15% of level of April 30, 2010 | |
| January 1, 2011 | TC stops submitting TDIs | |
| March 15, 2011 | Open TDIs reduced to 15% of level of April 30, 2010 | |

| | | |
|---|---|---|
| March 15, 2011 | Open Priority 1 + Priority 2 TDIs reduced to 15% of level of April 30, 2010 | |
| March 15, 2011 | Open TDIs over 90 days reduced to 5% of level of April 30, 2010 | |
| April 15, 2011 | Open TDIs reduced to 5% of level of April 30, 2010 | |
| April 15, 2011 | Open Priority 1 + Priority 2 TDIs reduced to 5% of level of April 30, 2010 | |

   A.   *Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through July 31, 2010*

The current status of TDIs identified in the MCPP documentation through July 31, 2010 is noted in the chart below.[1]

---

[1] The June TDI numbers reported in this chart differ slightly from the numbers provided in the previous Supplemental Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period.

|  | As of 6/30/2010 | Period Ended 7/31/2010 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period | | 107 |
| Closed this period | | 215 |
| Outstanding | 541 | 433 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period | | 289 |
| Closed this period | | 387 |
| Outstanding | 814 | 716 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period | | 260 |
| Closed this period | | 248 |
| Outstanding | 452 | 464 |
| **Total TDIs Submitted by the TC** | | |
| TC Submitted | | 656 |
| TC Closed | | 850 |
| *TC Outstanding* | 1807 | 1613 |
| **TDIs Identified by Microsoft[2]** | | |
| Identified this period | | 87 |
| Closed this period | | 69 |
| *Microsoft Outstanding TDIs* | 263 | 310 |
| **TDIs Identified by Licensees** | | |
| Identified this period | | 9 |
| Closed this period | | 9 |
| *Licensee Outstanding TDIs* | 22 | 22 |
| TOTAL OUTSTANDING TDIs | 2092 | 1945 |
| *TC TDIs Resolved Pending Publication* | 739 | 395 |

---

[2] Historically, Microsoft self-reported TDIs resulting from its formal testing of the technical documents or direct licensee feedback.  Separately, Microsoft maintains internal tracking mechanisms to track feedback from Microsoft personnel who are not involved in the formal testing process.  Microsoft regularly updates the technical documentation as appropriate to reflect relevant feedback compiled through these internal tracking mechanisms.  This internal feedback covers a broad range of items, some of which are relevant to the MCPP and some of which are not.  Among other things, internal feedback may relate to suggestions regarding documentation templates, feedback from non-U.S. regulatory authorities, and general suggestions from Microsoft personnel who are not directly involved in the MCPP efforts.  Although Microsoft regularly tracks this internal feedback and updates the documentation as appropriate, both Microsoft and the Plaintiffs agreed that it would be helpful include the total number of these MCPP-related items in this and future Status Reports as the end of the Final Judgments draws near.  At the end of July, the total number of relevant items was 174.

| Total Active TDIs (Outstanding minus Resolved Pending Publication)[3] | 1353 | 1550 |
|---|---|---|

Below is a chart reflecting the total number of TC TDIs that have been open for less than three months, between three and six months, and more than six months.



Microsoft's progress in closing the older TDIs has been slower than anticipated, but not due to lack of time or attention. Microsoft is treating these TDIs as the highest priority for the impacted product groups and continues to work closely with the TC staff to resolve these issues as efficiently as possible. At the same time, the total number of active TDIs has increased while Microsoft has focused on resolving the older TDIs. Microsoft anticipates resolving younger TDIs as quickly as practicable once the October 1 milestone for older TDI reduction is met. If Microsoft anticipates additional time may be required to complete the goal set for October 1, 2010 that issue will be addressed in the September Supplemental Status Report.

---

[3] In addition, because Microsoft's publication cycle and the Court's reporting cycle do not coincide exactly, there will be a small subset of TDIs in each status report classified as resolved pending publication and verification by the TC that will not be formally closed until the publication cycle after the upcoming publication cycle.

## II. Technical Documentation Testing and Licensee Support

Microsoft completed its testing of the new and revised Windows 7 documentation on schedule in June. Microsoft continues to test subsequently released MCPP documentation.

Microsoft continues to make various resources available to assist licensees in using the technical documentation, including by providing access to support engineers and through user forums. In addition, Microsoft's Interoperability Lab remains open and available for use by licensees.

Microsoft is working with the Storage Networking Industry Association (SNIA) to help plan the "SNIA 2010 Storage Developer Conference." The event is scheduled for September 20-23, 2010 in Santa Clara, California. A primary focus of the event will be interoperability between operating systems and storage devices. Microsoft will sponsor the Interoperability lab where participants will be able to test interoperability scenarios between different software. Additionally, Microsoft will make available its file sharing protocol test suites for participants to run against their solutions to facilitate testing of their protocol implementations. Microsoft is also working with the Samba development team to host an interoperability lab following the SNIA conference.

## III. Technical Documentation Team Staffing

Robert Muglia, the President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Approximately 500 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals' work relates to both programs or is exclusive to the MCPP. Of these, approximately 234 product team engineers and program managers are actively involved in the creation and review of the technical content of the

documentation, including periodic work on TDI resolution as well as developing new content for the next version of Windows Client and Windows Server.  Because of varying areas of expertise, not all of these product team employees are working on the documentation at any given time.  For example, many of the MCPP documents currently do not have any associated TDIs.  In other months, these same product teams may have multiple TDIs to resolve and/or additional content to draft and spend most or all of their time on projects relating to the protocol documentation.

In addition, there are approximately 28 full-time employees and approximately 66 contingent staff working as technical writers, editors, and production technicians.  Further, as the protocol testing effort continues, approximately 40 full-time employees and approximately 110 contingent and vendor staff work as software test designers, test engineers, and test architects.  Microsoft will continue to apply the resources necessary to ensure compliance with the Final Judgments as contemplated in the schedule agreed to by the parties.  Significant attention to and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

Dated:  August 16, 2010

                                                 Respectfully submitted,

FOR DEFENDANT
MICROSOFT CORPORATION

/s/ CHARLES F. RULE
CHARLES F. RULE (DC BAR No. 370818)
JONATHAN S. KANTER (DC BAR No. 473286)
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, NW
Washington, DC  20001
(202) 862-2420

BRADFORD L. SMITH
ERICH D. ANDERSEN

DAVID A. HEINER, JR.
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
(425) 936-8080

STEVE L. HOLLEY
RICHARD C. PEPPERMAN II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
(212) 558-4000