```
                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,

        Plaintiff,
                                    CA No. 98-1232 (CKK)
     vs.                            Washington, DC
                                    December 16, 2009
MICROSOFT CORPORATION,              9:55 a.m.

        Defendant.
_____


STATE OF NEW YORK, ET AL,

        Plaintiff,
                                    CA No. 98-1233 (CKK)
     vs.

MICROSOFT CORPORATION,

        Defendant.
_____



                  TRANSCRIPT OF STATUS CONFERENCE
             BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
                    UNITED STATES DISTRICT JUDGE




APPEARANCES:

For Department of Justice:    ADAM T. SEVERT, ESQUIRE
                              SCOTT A. SCHEELE, ESQUIRE
                              U.S. Department of Justice
                              600 E Street, NW
                              Suite 9300
                              Washington, DC 20530
                              (202) 307-6153


APPEARANCES continued on following page.
```

APPEARANCES, continued

| | |
|---|---|
| For Microsoft: | CHARLES F. RULE, ESQUIRE<br>JONATHAN S. KANTER, ESQUIRE<br>NCOG HULBIG, ESQUIRE<br>Cadwalader, Wickersham & Taft<br>1201 F Street, NW<br>Washington, DC  20004<br>(202) 862-2420 |
| For Microsoft: | KEVIN KEHOE, ESQUIRE<br>JUDY JENNISON, ESQUIRE<br>FRED WURDEN |
| For the New York Group: | ELLEN S. COOPER, ESQUIRE<br>Assistant Attorney General<br>Chief, Antitrust Division<br>Office of Attorney General<br>200 St. Paul Place<br>Baltimore, MD  21202<br>(410) 576-6470 |
| For the California Group: | STEPHEN HOUCK, ESQUIRE<br>Menaker & Herrmann LLP<br>10 E. 40th Street<br>New York, NY  10016 |
| For the California Group: | LAYNE LINDEBAK, ESQUIRE (Iowa)<br>ADAM MILLER, ESQUIRE (Calif) |
| Court Reporter: | Lisa M. Hand, RPR<br>Official Court Reporter<br>U.S. Courthouse, Room 6505<br>333 Constitution Avenue, N.W.<br>Washington, DC  20001<br>(202) 354-3269 |

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2            THE COURT:  Good morning, everyone.
 3            COURTROOM DEPUTY:  Civil case 98-1232, the United
 4   States of America versus Microsoft Corporation, et al., and
 5   Civil Case 98-1233.  State of New York, et al. versus
 6   Microsoft Corporation.  Counsel, would you please identify
 7   yourself for the record.
 8            MR. SEVERT:  Good morning, Your Honor.  Adam Severt
 9   for the United States, with me at counsel table is Scott
10   Scheele.
11            THE COURT:  All right.
12            MS. COOPER:  Good morning, Your Honor.  Ellen
13   Cooper from the State of Maryland for the New York Group.
14            THE COURT:  Okay.
15            MR. HOUCK:  Stephen Houck, Your Honor, for the
16   California Group.  With me at counsel's table are Layne
17   Lindebak from Iowa and Adam Miller from California.
18            THE COURT:  All right.
19            MR. RULE:  Good morning, Your Honor.  Charles Rule,
20   Cadwalader, for Microsoft.  With me at counsel table, Fred
21   Wurden, who is the manager of -- I think it's the Director of
22   Engineering in charge of the protocol project for Microsoft,
23   as you'll recall, Your Honor.  Mr. Muglia couldn't be with us
24   today, and Mr. Wurden is here instead.
25            Also with me, Kevin Kehoe from Microsoft.  Judy
```

1   Jennison from Microsoft.  My partner, Jonathan Kanter.  And
2   also Ngoc Hulbig from my firm.
3              THE COURT:  All right.  We'll go through our usual
4   routine, which is I'll summarize the status of compliance
5   since our last court hearing based on the report that you have
6   filed.  I have a few questions, not too many this time, and
7   then I'll call on counsel.  This is a full compliance hearing,
8   so six months.  And the issues to discuss are really very
9   discreet and very focused.
10             We were last in court on August 13th of this year
11  for an interim compliance status conference, and since that
12  status conference in August, Microsoft has filed supplemental
13  status reports on their compliance.  Reports on
14  September 15th, October 15th, November 16th, and then the
15  parties filed a joint status report on December 8th in
16  anticipation of the hearing.
17             The status report in our hearing will focus on the
18  recent enforcement activities which concentrates
19  predominantly, as we have for the last hearings, on
20  developments with respect to Section III.E and the middleware
21  related provisions.  We'll be discussing also the TC, and that
22  of course includes Mr. Craig Hunt, the California technical
23  expert.
24             So, let me start with III.E, which is our major
25  project.  And I'm just going to discuss the steps that have

1    been taken most recently on the reset process.  Microsoft did
2    create a set of system documents as part of the technical
3    documentation rewrite.  They delivered the final ones on June
4    30th of this year, putting plaintiffs in a position to assess
5    whether the documentation was substantially complete.  And at
6    the last hearing you had not had a full opportunity to review
7    them.
8               My understanding is that plaintiffs, after
9    consulting with the TC, have determined that the technical
10   documentation is now substantially complete.  We can define
11   substantially complete to mean that the documentation, when
12   considered as a whole, appears on an initial reading to cover
13   the information required by the templates in a reasonably
14   thorough and comprehensible manner.
15              So, since the rewrite is now substantially
16   complete, Microsoft can now end the MCPP licensee interim
17   royalty credit and will be able to resume collecting
18   royalties.  Microsoft states that they will work with the
19   plaintiffs to ensure a smooth transition for the MCPP
20   licensees.  While this determination that the documentation
21   rewrite project is substantially complete, it's obviously a
22   very significant milestone.  It doesn't mean that the
23   documents are finished or that there isn't additional work
24   that needs to be done.
25              For example, the TC will continue to identify

1  substantial numbers of technical documentation issues, the
2  TDIs.  A small number of documents require substantial
3  rewriting or reorganization.  The test suites for Windows 7
4  protocols have to be written, and Microsoft must continue to
5  resolve licensee concerns and TDIs in a timely manner.
6              Because the TC has shifted some time ago the
7  engineering resources to direct review of the documents, the
8  TC for the last hearings has been identifying TDIs at a higher
9  rate than we did initially.  And plaintiffs are reporting in
10 this status that although it took Microsoft some time to shift
11 staffing to handle the increased TDIs, that plaintiffs have
12 seen some positive signs regarding Microsoft's resolution of
13 the TDI rate.
14             In terms of the TDIs as of November 30th, there
15 were a total of 2,013 outstanding TDIs in the rewritten
16 documentation, 577 were Priority 1 submitted by the TC, 231
17 were self-identified by Microsoft.  Microsoft, again, notes
18 that the total number of TDIs spans the entire range of
19 rewritten MCPP documentation, has the Windows 7 documentation,
20 et cetera, and so it should be considered in the context of
21 more than 30,000 pages of technical documentation.
22             Microsoft also reports that its testing of Windows
23 7 documentation is progressing, and is expected to be
24 completed around June of 2010.  Microsoft is also planning the
25 next week long plug-fest focused on active directory

1    protocols, which will be scheduled in January of 2010.
2             In terms of the MCPP status, Microsoft reports that
3    there are a total of 55 companies licensing patents for
4    communication protocols under Section III.E, 42 of which are
5    royalty bearing licenses.  Microsoft is aware of 14 patent
6    licensees shipping products under the MCPP.  And Microsoft
7    reports that 27 licensees have signed up to receive free
8    technical account manager support.  Seven licensees have
9    signed up for Windows source code access.
10            Also, many of them are making use of the protocol
11   documentation that has been made available to the public on
12   the MSDN website.  As of December 8th, 2009, documents
13   describing the protocols made available pursuant to the final
14   judgments have been downloaded over 732,000 times.
15            So, I'm happy to hear that the plaintiffs in
16   consultation with the TC seem to be of the view that the
17   documentation system documents are substantially complete, and
18   which is the goal of -- we had set at the end of the year
19   making this determination.  And I realize that there's still a
20   fair amount to be done, but at least it appears that we're
21   starting to meet the deadlines that we had set out.
22            In terms of the TDIs, it looks like -- unless the
23   plaintiffs feel differently -- it looks like that's starting
24   to move.  Although there is an increase, it also looks like
25   the resolution is moving at a quicker timeframe.  So, whatever

1   additional information both parties want to provide on that,
2   you're welcome to listen to it.
3              We really don't have too much else in terms of the
4   III.C, which is the competing middleware.  Plaintiffs report
5   that, as agreed, Microsoft modified the Internet Explorer 8
6   first run process in August, so that the user now has a clear
7   choice with respect to the browser default setting, before the
8   "Choose your Settings" screen offers the Express/Custom
9   option.  So, that seems to be moving forward, and if there's
10  anything further to add on that, I'd be interested in hearing
11  it.
12             And then in terms of complaints, the state
13  plaintiffs and the TC received a new substantive complaint,
14  and you're currently engaging in ongoing discussions with both
15  Microsoft and the complainant relating to that.  Hopefully
16  that can be resolved.  As of December 4th, Microsoft had
17  received 10 complaints or inquiries since the last hearing,
18  none of which related to Microsoft's compliance.
19             And plaintiffs, since the last full one, which
20  would have been six months ago, 15 third-party complaints have
21  been received by the United States, all of which were
22  non-substantive and didn't raise any issues regarding
23  Microsoft's compliance or the U.S. enforcement of the final
24  judgment.  So, in terms of -- from the state plaintiffs, the
25  one major complaint that has come in and that's being worked

1  through seems to be the one that is still at issue.
2              In terms of the compliance officers, that seems to
3  be moving forward in terms of making sure that the training
4  does take place.  So, this report looks like we've met
5  deadlines and we're moving forward.  And I'm very happy to
6  hear that it appears that the systems documents are
7  substantially complete.
8              So, let me hear from -- I don't have a lot of
9  questions.  Anything you want to add?  Let me start with the
10 Justice Department.
11             MR. SEVERT:  Sure.  Thank you, Your Honor.  I think
12 Your Honor has provided a pretty detailed and accurate summary
13 of where we are.  The only thing I would add is just to agree
14 with Your Honor that the substantially complete is a
15 significant milestone, and just point out that there's still a
16 lot of work to do.  And I think the good news in this case is
17 that although there's a lot of work to do, there is a plan in
18 place with the TC and Microsoft, and we have been meeting
19 deadlines on time.  I think things are moving forward very
20 well right now.
21             And I would make the same comment about the TDIs, I
22 think Microsoft has responded very well in recent months in
23 terms of closing TDIs, and that's moving along quite well
24 right now.
25             THE COURT:  Okay.

```
 1            MR. SEVERT:  Unless you have further questions, I
 2   don't have anything else to add.
 3            THE COURT:  No.  I know Ms. Cooper usually
 4   discusses the TC.
 5            MR. SEVERT:  Sure.  Well, thank you.
 6            MS. COOPER:  Good morning, Your Honor.
 7            THE COURT:  Good morning.
 8            MS. COOPER:  I am pleased to say that the TC has
 9   submitted its budget for the coming term, and that has been
10   approved by the plaintiffs and by Microsoft, and so things
11   will be moving smoothly in the future I believe.  And I'd just
12   like to add that I agree with the assessment of the United
13   States in terms of the substantial completion of the
14   documents.  I think what is left to do can be handled through
15   the normal TDI process, so we're pleased about that.
16            THE COURT:  So, in terms of the TDIs, you feel
17   that -- obviously they're being resolved faster, but do we see
18   this as all coming to a completion in the timeframes that
19   we've talked about or not?
20            MS. COOPER:  It looks like it will be.  Although,
21   they are being handled more rapidly, or at least in greater
22   numbers, the TC itself has ramped up, as you know, and so they
23   are producing large numbers.  But Microsoft thus far has been
24   able to keep up and, you know, we feel confident that that
25   will continue in the future.
```

1    THE COURT:  So you see this as being able to be
2 resolved in the timeframe that we've got -- sort of the
3 ultimate timeframes?
4    MS. COOPER:  Yes, Your Honor.
5    THE COURT:  All right.  Mr. Houck.
6    MR. HOUCK:  I'll just say a few words, Your Honor.
7 I think the substantially complete declaration is a
8 vindication of the decision to rewrite the document.  So,
9 basically what we have now is a pretty good bone structure for
10 the documents, but they still have a lot of warts and
11 wrinkles, you know, over a couple thousand presently.  And the
12 TC is still conducting their full body scan and finding more
13 warts and wrinkles to work through.
14    I think the situation, as Ms. Cooper said, is
15 Microsoft recently has been able to keep up with the numbers
16 of TDIs that the TC has found and resolved them at about the
17 same rate, whereas before they were falling behind.  What we
18 had hoped to see was, at some point, that actually start
19 cutting into the backlog, which they have not done yet.
20    However, as Your Honor knows, at some point before
21 May 2011, which I know is a date Your Honor is looking forward
22 to, the TC will be stopping or will have finished their
23 process of looking for TDIs.  And at the current rate
24 Microsoft is resolving the TDIs, there should be enough time,
25 we think, to finally resolve all of them before May 2011,

1   although, I must say it would be nice to have a little buffer
2   in there.
3               It would be nice if Microsoft started to draw down
4   the TDIs or decrease them at a more rapid rate than the TC is
5   finding them before the end of the process so we don't get
6   into a bind then.  Currently we're hopeful that we should be
7   finished with that process by May of 2011.
8               THE COURT:  All right.  Thank you.
9               MR. HOUCK:  Thank you.
10              THE COURT:  Mr. Rule.
11              MR. RULE:  Thank you, Your Honor.  I really have
12  nothing except for one point to add, but we're here obviously
13  to answer your questions.  Microsoft's commitment,
14  notwithstanding it being gratified about the recognition of
15  the documents being substantially complete, is not in any way
16  lessened in terms of adhering to the decree and working
17  through the TDIs.
18              And while the increase in TDIs reflect sort of a
19  shift of TC resources, they're gratified to note that the
20  plaintiffs have recognized that there's a positive trend.  I
21  think if you look at the older TDIs, the number has been
22  reduced significantly.  And if you actually look at the
23  numbers, although the decline is not in absolute magnitude
24  great, there is a declining trend.
25              So, all the trends are in the right direction.

63

1  We're committed to continuing to put the resources on this to
2  make sure that we work through the TDIs, and we're confident
3  that we will meet the timetables that this Court expects and
4  that the plaintiffs have laid out as well.
5           THE COURT: All right. I think that's it. I mean,
6  in the past we've always had some issue and some problem or
7  some deadline hasn't been met, and I think we're -- the
8  deadlines are now being met. And I do think, as Mr. Houck has
9  said, that we finally seem to have the documentation that we
10 need that was contemplated by the Final Judgment, in terms of
11 moving forward, at least, in terms of working from the
12 templates.
13          I would, as he has indicated, like to see a little
14 bit of a buffer zone in here in terms of the TDIs so we're not
15 moving up to the May 2011 with just finishing them off, but
16 actually have a period in here where we would have either none
17 or minimal. I don't know whether that's possible, but it
18 certainly would be nice.
19          MR. RULE: I think it's certainly true that the
20 decrease in the TDIs that are over 60 days is a positive
21 trend. To some extent it's a function of the new TDIs that
22 are identified, obviously, to Microsoft. The one thing that I
23 guess I would say, I'm not an engineer, but as I understand
24 the process, it is likely, and I think the process has been
25 set up so that as people, going forward even after May

1    of 2011, raise issues about the documentation, there's going
2    to be a process for dealing with them.  And, of course, those
3    would shows up as TDIs, but that's just inherent in the nature
4    of any engineering process that has 30,000 pages.
5              But I do think that the trends, if you look at the
6    trends, that's some reason for confidence that the objectives
7    of this Court are going to be met.
8              THE COURT:  All right.  Then I think, unless
9    there's something else, this is one of the most positive
10   hearings I've had, which is always nice in the holiday season.
11   Why don't we pick another date.  Just out of curiosity, I
12   realize that it doesn't totally have anything to do with --
13   since these are separate between what the EU does and what we
14   do, but I did notice in the newspaper this morning relating to
15   that.  Does that have any impact in terms of what we do here?
16             MR. RULE:  No, Your Honor, I wouldn't say that it
17   does.  I'm happy to direct the Court, if it's helpful, to the
18   website that sort of provides all of the materials.  But what
19   was announced is completely consistent with what this Court
20   did, but it reflects -- there are differences in, obviously,
21   in EU law, and that's reflected in some of this, but we're
22   happy to point you to those materials if you're interested in
23   learning more.
24             THE COURT:  All right.  Well, I had looked at, as I
25   said, the newspaper articles this morning and was interested

```
 1  in it.  I realize we have moved differently, but there have
 2  been some things that are the same since some of the work has
 3  been combined in terms of the earlier -- I guess the earlier
 4  issues, not so much the most recent one that they just
 5  announced.
 6              MR. RULE:  Sure, Your Honor.
 7              THE COURT:  All right.  We've been doing -- do you
 8  want to do something in March?
 9              MR. HOUCK:  Yes.
10              THE COURT:  I think we had decided that the middle
11  of week seemed to work best for everybody in terms of flying
12  in, et cetera.  So, how about if we -- I'm not sure of my
13  trial calendar, but how about -- do we have anything
14  March 10th?
15              COURTROOM DEPUTY:  No.
16              THE COURT:  How about March 10th?  Does that work?
17  Wednesday.  We'll do it at 10:00.  Does that work or do you
18  need it later?
19              MR. HOUCK:  That's fine.
20              MR. SEVERT:  That's fine.
21              MR. RULE:  Your Honor, I think March 10th works for
22  everyone who is present in this room.  So it may be, again,
23  that Mr. Wurden is here rather than Mr. Muglia, we know that
24  he can make that commitment.
25              THE COURT:  Well, as long as we're moving along
```

```
 1  here there's no problem with a substitute.  So, we'll set it
 2  for March 10th of 2010 at 10:00 a.m. and that will be one of
 3  the interim.  So, I would ask if we could get it, say, by
 4  March 5th.  And, again, since this is an interim one and not
 5  the full one, it can be a more focused report in terms of what
 6  we're doing.
 7            Okay.  All right.  Then parties are excused and
 8  happy holidays to everybody.
 9            MR. HOUCK:  Same to you, Your Honor.
10            MR. RULE:  Happy holidays.
11            MR. SEVERT:  Happy holidays.
12  END OF PROCEEDINGS AT 11:28 A.M.
13
14
15
16                       C E R T I F I C A T E
17            I, Lisa M. Hand, RPR, certify that the
18  foregoing is a correct transcript from the record of
19  proceedings in the above-titled matter.
20
21
22
23                              _____
24                              Lisa M. Hand, RPR
25
```