IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,

        Plaintiff,

           vs.

MICROSOFT CORPORATION,

        Defendant.
_____

CA No. 98–1232 (CKK)
Washington, DC
March 10, 2010
10:00 a.m.


STATE OF NEW YORK, ET AL,

        Plaintiff,

           vs.

MICROSOFT CORPORATION,

        Defendant.
_____

CA No. 98–1233 (CKK)


TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE COLLEEN KOLLAR–KOTELLY
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For Department of Justice:    ADAM SEVERT, ESQUIRE
                            AARON HOAG, ESQUIRE
                            U.S. Department of Justice
                            600 E Street, NW
                            Suite 9300
                            Washington, DC 20530
                            (202) 307–6153


APPEARANCES continued on following page.

APPEARANCES, continued


For Microsoft:                CHARLES F. RULE, ESQUIRE
                              NCOG HULBIG, ESQUIRE
                              Cadwalader, Wickersham & Taft
                              1201 F Street, NW
                              Washington, DC  20004
                              (202) 862-2420


For Microsoft:                KEVIN KEHOE, ESQUIRE
                              JUDY JENNISON, ESQUIRE
                              FRED WURDEN
                              CRAIG SHANK


For the New York Group:       ELLEN S. COOPER, ESQUIRE
                              Assistant Attorney General
                              Chief, Antitrust Division
                              Office of Attorney General
                              200 St. Paul Place
                              Baltimore, MD  21202
                              (410) 576-6470


For the California Group:      STEPHEN HOUCK, ESQUIRE
                              Menaker & Herrmann LLP
                              10 E. 40th Street
                              New York, NY  10016


For the California Group:      LAYNE LINDEBAK, ESQUIRE (Iowa)
                              ADAM MILLER, ESQUIRE (Calif)


Court Reporter:               Lisa M. Hand, RPR
                              Official Court Reporter
                              U.S. Courthouse, Room 6505
                              333 Constitution Avenue, N.W.
                              Washington, DC  20001
                              (202) 354-3269


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

THE COURT:  Good morning, everyone.

COURTROOM DEPUTY:  Civil case 98-1232, the United States of America versus Microsoft.  Civil case 98-1233, State of New York, et al. versus Microsoft Corporation.  Counsel, please come forward and identify yourself for the record.

MR. SEVERT:  Good morning, Your Honor.  Adam Severt for the United States, with me at counsel table is Aaron Hoag.

THE COURT:  All right.

MS. COOPER:  Good morning, Your Honor.  Ellen Cooper from the State of Maryland for the New York group.

THE COURT:  Good morning.

MR. HOUCK:  Good morning, Your Honor.  Steven Houck for the California group.  With me at counsel table is Layne Lindebak from the Iowa Attorney General's office and Adam Miller from the California Attorney General's office.

THE COURT:  Good morning.

MR. RULE:  Good morning, Your Honor.  Rick Rule, Cadwalader Wickersham for Microsoft.  With me at counsel table are Fred Wurden, who is the executive at Microsoft in charge of documentation.  Next to him is Kevin Kehoe from the legal department.  Judy Jennison, also from Microsoft's legal department.  Ncog Hulbig at Cadwalader, who is with me today. And Craig Shank, who is the general manager in charge of interoperability at Microsoft.

1              THE COURT:  All right.  So I'll summarize the

2     status of the compliance since our last court hearing, based

3     on the reports that have been filed by the parties.  I have a

4     few questions and I'll call on counsel.  This is an interim

5     report and status with a very narrow focus.  In fact, it's a

6     short and pithy report this time, is the way I would

7     characterize it.

8              On December 19th of '09 I held a full compliance

9     status conference on the cases.  As has been true for some

10    time, the focus has been on the projects undertaken under

11    Section III.E, the Communications Protocol Licensing

12    Provisions of the Final Judgments, which are now set to expire

13    along with some supporting provisions on May 12th of 2011.

14    And also extended through May 12th of 2011, pursuant to the

15    Court's order of April 22nd of '09 are the surviving non-III.E

16    provisions of the New York and California group Final

17    Judgments.

18             Microsoft filed supplemental reports on

19    January 15th and February 16th of this year, and then on

20    March 5th the parties filed a joint status report.  And the

21    joint status report focuses on recent enforcement in the

22    Section III.E as well as Section III.C with the

23    middleware-related provisions.  Other sections are being

24    monitored, but there doesn't seem to be any particular reason

25    at this point to discuss them or something of concern.

1              Again, when I talk about the TC, technical

2     committee, I'm including Craig Hunt who is the expert working

3     with the California group.  So, starting with III.E, which has

4     been the focus of most of the hearings in recent times, I'll

5     just go over those steps that are related to the updated

6     information.

7              In terms of the schedule, over the course evidently

8     of the past several months, Microsoft has demonstrated that

9     it's able to resolve the TDIs at approximately the same rate

10    at which they're identified by the TC.  And so the plaintiffs

11    think that there currently is no cause for concern about the

12    project's progress and that we should be able to get it

13    completed by the date of May 2011.  That's certainly excellent

14    news.

15             Microsoft also reports it added seven new technical

16    documents to the MCPP set in January of this year, these

17    documents are for new protocols in the next version of Windows

18    Home Serve that will be released later this year.  Microsoft

19    notes that it has revised the format in which the TDIs are

20    reported to the Court as part of the status reports, these

21    changes were done in consultation with the plaintiffs.  As I

22    understand it, in terms of background, the TC generated TDIs

23    remain open as a formal matter until the revised documents

24    reflecting any agreed upon changes are actually published

25    through Microsoft's six week publication cycle, and then

1    they're again verified by the TC.

2           So, Microsoft may have addressed a TDI during the

3    reporting period, and actually have resolved it with the TC,

4    but if the reporting period doesn't coincide with the six week

5    publication cycle then the TDI will remain open until the next

6    reporting period when it's been published and verified.  So,

7    the TDIs in the reports are been listing sort of outstanding,

8    even though some of those have actually been resolved -- the

9    proposed changes have been agreed to, they just haven't been

10   implemented.

11          So, the report that I'm getting now will separate

12   that out.  And Microsoft does recognize that the TC still has

13   been doing it this way, has to verify that these agreed upon

14   changes resolving TDIs have actually been incorporated in the

15   published documentation.  And certainly this is, I think, very

16   helpful, I would agree.

17          As I understand it, in summary, now the reports

18   will have a total TDI, and then there will be two categories,

19   one is a TDI that will be reported, and it will either -- they

20   will not have been addressed or it hasn't been resolved.  And

21   then there will be a TDI that has been resolved but not

22   implemented.  In other words, it hasn't been published and the

23   TC has not actually verified it.  And obviously you'd be

24   excluding all of the TDIs that have been resolved,

25   implemented, in other words, published and the TC has actually

1   looked at them.

2            So, with that in mind, as of February 28th of 2010

3   there were 1,864 outstanding TDIs in the rewritten

4   documentation.  531 were Priority 1 TDIs submitted by the TC.

5   168 were self-identified by Microsoft.  In compliance with

6   this reporting change, of the 1,864 TDIs that are outstanding,

7   710 of the TC generated TDIs have actually been addressed to

8   the TC's satisfaction during the reporting period, but they

9   remain open because they haven't been published and haven't

10  been verified by the TC.

11           So, the total number of active TDIs, in other

12  words, those that have not been either addressed or resolved,

13  is 1,154.  So, I think, frankly, if I understood it correctly,

14  this is a good way of reporting it and gives a much more

15  accurate presentation.

16           And as I've previously mentioned on a number of

17  occasions, I do recognize that the total number of TDIs spans

18  the entire range of rewritten MCPP documentation, newly

19  released Windows 7 documentation, overview materials and

20  system documents, and it should be considered in the context

21  of over 30,000 pages of technical documentation.

22           Microsoft also reports that its testing of Windows

23  7 documentation is moving along, it should be completed in

24  June of this year.  Microsoft is planning a certificate

25  plug-fest to begin on April 12th of this year, five other

1    plug-fests have been scheduled, and the interoperability lab

2    remains open and available for licensees.

3            In terms of the MCPP status, there are total of 53

4    companies licensing patents for Communication Protocols under

5    III.E, 40 of which have royalty bearing licenses.  Microsoft

6    is aware of 15 patent licensees shipping products under the

7    MCPP.  Microsoft reports that 27 licensees have signed up to

8    receive free technical account manager support.  Six licensees

9    have signed up for Windows source code access.  There may be

10   others, but some of this has been made available to the public

11   on the MSDN website.

12           As of March 5th of this year, documents describing

13   protocols available relating to the Final Judgments have been

14   downloaded over 800,000 times.  And I notice, I've gone back

15   looked and the number keeps growing in each of the reporting

16   periods.

17           So, I think -- I would certainly agree that it

18   gives the Court a more complete picture to have done this

19   change in reporting.  I'm sure you've told me the differences

20   before, but I'm not sure that I ever focused in.  It does

21   separate out at least those that have not been addressed or

22   resolved from those that are on the way to having been

23   resolved but need to be published and verified, and I think

24   it's a more accurate picture.  So, I'm happy with that.  Also,

25   I'm very happy to hear that it's been running smoothly and

1  that you anticipate that the deadline of May 2011 should be

2  met.

3  You're now indicating that Microsoft is resolving

4  the TDIs approximately at the same rate as they are identified

5  by the TC.  It seemed to me that once before I was told that

6  once Microsoft resolves the TDIs at a faster rate than

7  identified by the TC, such that the backlog will begin to

8  decrease as well, which I believe -- looking at earlier

9  reports -- was key to ensuring that the May 2011 deadline was

10  met.

11  Do you expect that to happen or have I

12  misunderstood what needs to occur, and of course, anything

13  else you want to report?  The only other Section was III.C.

14  There was a previous complaint which you had identified in the

15  last joint status report that was received by the state

16  plaintiffs and the TC in September of '09.  The state

17  plaintiffs explain that the complaint related to add-ons to

18  the Internet Explorer.

19  As I understand it, if you set aside the Final

20  Judgment requirements, plaintiffs and Microsoft have agreed

21  that Microsoft will make certain technical changes, I assume,

22  in response to this complaint, which are to be published on

23  MSDN.  There was a sentence in the report, and I wasn't quite

24  sure what you meant, so I'm going to quote it and just ask

25  what you mean.  It's, quote:  Plaintiff have informed

1    Microsoft that it can enforce these technical changes so long
2    as Microsoft's conduct is otherwise consistent with the terms
3    of the Final Judgment.  I didn't quite -- I don't know whether
4    something is missing or I just don't understand it.  It didn't
5    make sense to me, but I'll let you explain this.
6              And does this resolve the complaint?  In other
7    words, assuming that this is implemented, is this the end of
8    the complaint and are plaintiffs satisfied with the
9    resolution?
10             And the only other area is, in terms of complaint,
11   which we always report.  As of March 3rd of 2010 Microsoft has
12   received 11 complaints or inquiries, none of which relate to
13   their compliance obligations, and plaintiffs don't report any
14   new complaints.  The Microsoft compliance officers have
15   continued to make sure that copies of the Final Judgments go
16   to new employees and that there's a regular annual briefing,
17   and certifications and compliance related documents are also
18   kept.
19             So, as I said, it was short and pithy.  So, let me
20   call on the Government first and see if there's anything to
21   add, or if one of you want to tackle that one sentence as to
22   what it means.
23             MR. SEVERT:  Thank you, Your Honor.
24             THE COURT:  I'm not sure who put it in.
25             MR. SEVERT:  Thank you, Your Honor.  Let me start

1   with your overall summary of where the project's progress --

2   and I think from the United States' perspective, everything

3   appears to be on track as Your Honor said, and there's not

4   currently any cause for concern from the United States'

5   perspective over the project.

6          Microsoft is able to keep up with the pace of TDIs.

7   There is a period at the end of the project, which is

8   contemplated, where the TC would stop producing new TDIs and

9   work with Microsoft to resolve the ones that are currently

10  open.  So, though it would be certainly welcome news if

11  Microsoft were able to exceed the rate of the TDIs that are

12  identified, I think there -- and that might be possible over a

13  certain period of time, it's not necessary for the project's

14  success because there is time at the end to resolve those

15  TDIs.

16         What I will say, however, is that -- and I know

17  Microsoft and the TC have been working hard at some of the

18  more difficult TDIs that have been open for a significant

19  period of time, and I think making progress on those TDIs,

20  sort of the ones that go beyond the TDIs in the ordinary

21  course, those are the ones that will require the most focus

22  going forward.

23         THE COURT:  So, was I wrong, though, it seemed to

24  me in earlier reports that we did say something about that

25  they -- to actually get it done, maybe this was the idea that

1   the TC wouldn't stop, but that it actually would have moved

2   beyond it, but I was just curious.  I'm happy -- don't get me

3   wrong -- I'm very happy that they are now keeping up with it.

4   My question -- you know, in terms of working on sort of the

5   backlog, it was my understanding that they needed to get ahead

6   in order to actually accomplish that, and I'd be interested to

7   see what period of time ultimately, and I realize it's too

8   early to do that, because we need to see -- it's not until

9   2011 -- we need to see where we are at that point to see what

10  the period is.

11          And I would hope that the difficult ones wouldn't

12  be left, you know, as judges, it's always easier to do the

13  easy motions and the more difficult ones.  Well, it's a

14  tendency for everybody to look at the quick ones and get them

15  through, which is important not the leave them languishing.

16  On the other hand, I do want to make sure that the difficult

17  ones -- because they may impact on other things -- get taken

18  care of along the way.

19          MR. SEVERT:  Sure.  Let me address that.  I think

20  from the United States' perspective, the current rate of TDIs

21  being resolved in a monthly period is 600 to 800 or so.  And

22  if you look at the report, the total active number is 1200.

23  So, it's about one and a half months worth of active TDIs that

24  are outstanding.  When Your Honor refers to a backlog, I don't

25  think of the ones that have only been open since the last

13

 1   reporting period as necessarily a backlog, they're actively

 2   being worked on -- that number is unlikely to be able to be

 3   driven down significantly.  It's sort of the older ones

 4   that --

 5              THE COURT:  That's what I'm talking about.

 6              MR. SEVERT:  So, that number has been the focus of

 7   a lot of work between Microsoft and the TC, and that's the

 8   number we hope to drive down in the coming next couple

 9   conferences.

10              THE COURT:  In terms of -- remind me, roughly, what

11   figure is that at?

12              MR. SEVERT:  You know, I don't have the numbers in

13   front of me, sort of the break down by age, but it's a

14   small -- it's not a very large portion of the total active

15   number.

16              THE COURT:  Okay.

17              MR. SEVERT:  And I just wanted to comment on the

18   new reporting structure.  And I think, Your Honor, it is

19   correct that it provides additional useful information.  I

20   would just want to note that the total outstanding number is

21   very significant from the United States' perspective because

22   that is the set -- the publication set that is available to

23   users and licensees, so I think that number is very

24   significant, though, it provides Your Honor with insight into

25   what fixes have been agreed to and what progress is being

1    made.  I think the bottom line of outstanding TDIs is really

2    very critical to people who are actually using the documents.

3              THE COURT:  Good point.  The only other thing was I

4    guess -- the complaint was the State, so I'll leave it to

5    them.

6              MR. SEVERT:  Thank you, Your Honor.

7              THE COURT:  All right.  Ms. Cooper.

8              MS. COOPER:  Good morning, Your Honor.

9              THE COURT:  Good morning.

10             MS. COOPER:  I'd just like to address the question

11   of the TDIs first.  Partly as a result of some staff turnover,

12   but also the need to meet the targeted deadlines over the next

13   14 months.  The TC has redirected some existing staff to

14   review documents, and also anticipates hiring three additional

15   document reviewers.  That's going to be able to enable them to

16   review all the critical TDs expeditiously, which will leave

17   Microsoft with sufficient time to make any revisions

18   necessary, we think, before the Final Judgments terminate.

19   So, I think that will be very helpful.

20             THE COURT:  That's good.

21             MS. COOPER:  In answer to your question about the

22   complaint.  As the JSR stated, the plaintiffs received a

23   complaint related to add-ons to IE8.  And an add-on, as the

24   name implies, is a software extension that adds extra features

25   to a program.  The plaintiffs and Microsoft worked

1   cooperatively to resolve the complaint without having to reach

2   a determination whether the Final Judgment actually apply to

3   it or not.  And as a result, Microsoft agreed to make some

4   informational and technical changes to IE add-ons, and they

5   will publish them in MSDN.  In terms of the sentence that you

6   had a question about, Microsoft will be able to inform users

7   that certain add-ons are incompatible with IE8 and give users

8   the option to continuing using the add-ons or to disable.

9           THE COURT:  Okay.  So that was the significance of

10   what that was.  Okay.  I must admit, I would not have gleaned

11   that from that sentence.  All right.  Thank you.

12          MS. COOPER:  Perhaps Mr. Rule will have more to add

13   to that.

14          THE COURT:  All right.  Okay.  Mr. Houck.

15          MR. HOUCK:  I think maybe our writing is getting

16   too short and pithy, but I will try to keep with the theme

17   here today and be fairly quick with my remarks.  I just did

18   want to say a little bit about the TDI situation from the

19   perspective of the California group.

20          Your Honor is correct, I know that we had pointed

21   out before one thing that we were looking at very closely is

22   whether the total number was declining.  Because as I think

23   Mr. Severt said, at some point the TC will complete its task

24   of looking for TDIs, and there will be a couple of months at

25   the end that Microsoft will have to clean up the remaining

1    TDIs.  And what we were concerned about is making sure that

2    there's enough time to do that.  We don't know exactly what

3    we're going to find in the coming nine months or so, so there

4    could be problems lurking there.  And obviously, to the extent

5    the backlog is diminished, the greater the likelihood is that

6    we'll be finished by May 2011 and all of us can remove TDI

7    from our vocabulary, which is something we're striving for.

8            Indeed, we discussed this at the last session with

9    Your Honor, and Your Honor agreed with that, and said, quote:

10   I would like to see a little bit of a buffer zone in here in

11   terms of the TDIs, so we're not moving up to May 2011 with

12   just finishing them off, but actually have a period in here

13   where we would have either none or minimal.  And that is

14   certainly our goal as well, and we've been pressing Microsoft

15   to do that.

16           In fact, if you look at the TDI reports you will

17   see if you look at the total outstanding TDIs, there actually

18   has been a decline in the last couple of months.  From

19   December to January they diminished by 173, and then from

20   January to February by 198.  So, there has in the last couple

21   of months been a downward progression, they have been falling

22   behind and then they were sort of staying up.  Now it looks

23   like they're eating into the backlog, which of course is a

24   very good thing.  And the real question is whether that's

25   going to be sustainable, because as I understand it the TC, as

1   Ms. Cooper suggested, is putting more resources into this so

2   they can finish on their schedule.  And I think Microsoft is

3   aware of that.

4           So, my expectation and our expectation is there

5   will be more TDIs.  In the past when that's happened,

6   Microsoft has been able to keep up.  So, we will be looking

7   very closely at these numbers and pressing Microsoft to not

8   merely keep up but to cut into the backlog.  And, as you know,

9   we meet with Microsoft a couple weeks before coming here

10  quarterly and go over all this, and they keep assuring us that

11  they have the time and the resources necessary to finish by

12  May 2011.  And we're somewhat skeptical observers, but we

13  listen to them, and at this point we have no reason to believe

14  that shouldn't happen.

15          THE COURT:  All right.

16          MR. HOUCK:  Thank you, Your Honor.

17          THE COURT:  Mr. Rule.

18          MR. RULE:  Good morning, Your Honor.  I'm going to

19  try to be pithy as well.  The only point I would make on the

20  TDIs is, it's a process -- an interactive process between both

21  sides.  There are meetings that go on all the time, a lot of

22  interaction.  And I wouldn't want Your Honor to take from this

23  and the discussion of a backlog as if there's a number of TDIs

24  that are kind of sitting somewhere on a shelf and nobody is

25  working on them.

1            As I understand it they're all being worked on,

2    some of them take longer in terms of the iteration process and

3    sort of what has to be done to fix them.  But as I understand

4    it, basically all the TDIs are in process.  And there is at

5    some point -- and I think, as I understand it, both sides

6    generally agree, we're sort of at that point that there's kind

7    of a steady state.

8            You can't get them below a certain level as long as

9    there are new TDIs coming in because there's a period of time

10   that it takes for them to be looked at, for the TC to respond

11   to what the fix is, and for them then to go into the

12   documentation and for the documentation to be published.  And

13   I think Your Honor described that very accurately this

14   morning.  But that means that there's always going to be a

15   certain number as long as the TC is looking at the documents

16   and reporting TDIs.

17           The other point that I would make is, as we said

18   before, this is an ongoing process and at some point the TC

19   will stop reporting TDIs, we will work through those issues,

20   and we're confident and committed to making sure that those

21   get resolved by May.  But that shouldn't mean that TDIs go

22   away entirely.  As Your Honor knows, there are still some that

23   we're finding, there are licensees that are reporting them.

24           And as long as people are using the technical

25   documentation, as long as they are looking at the technical

1    documentation, we are probably going to have issues.  And I

2    think the fact that we continue to get issues even beyond May

3    2011 is probably a good thing because it reflects the fact

4    that there are still people out there looking at them and

5    using them.

6            I think Ellen addressed the sentence, so I don't

7    have anything further to say on that unless you have a

8    question.

9            THE COURT:  If I could -- in terms of -- as I

10   understand it there's -- obviously the TDIs come in and you've

11   got like a month and a half in terms of it coming through,

12   which would be viewed as we'll call the more current ones.  In

13   terms of by age, do you have some sense of what I'll call the

14   older ones that are not the ones coming in getting resolved,

15   but sort of the core ones that are more difficult that are

16   still put in the backlog group?

17           MR. RULE:  We do.  And we've had discussions

18   certainly at the technical level with the TC, but also we get

19   together with the plaintiffs four times a year and sit in a

20   room and discuss issues, and that's one of the issues that we

21   have discussed.  But some of the older ones, as I understand

22   it, are issues that really pertain to maybe some document that

23   is being done and may need to -- it's taking awhile for that

24   document to sort of get resolved, and that's why the TDI looks

25   like it's older.

```
 1              But basically there are regular meetings at the
 2    technical staff level.  Then there are meetings that the TC
 3    holds with folks like Mr. Wurden to sort of discuss those
 4    issues.  So, they are very much focused on the TDIs that are
 5    somewhat older as the department and the states have reported.
 6    As a percentage those are smaller, but again, I just don't
 7    want Your Honor to get the impression that they are not being
 8    worked on.  They are being worked on, they are being
 9    addressed, and people are focused on them to make sure that
10    they do get resolved and that everything is resolved by May
11    of 2011.
12              THE COURT:  Do you have a sense or approximate
13    percentage or number or something that would fit that sort of
14    group as opposed to the new current ones that are coming in,
15    looked at and sort of moving along?
16              MR. RULE:  We do have an understanding and track
17    the TDIs based on when they came in and how old they are, and
18    you can do a histogram, if you will, of what the -- of the
19    TDIs that are still outstanding.  I hesitate to try to answer
20    that question because it's kind of a complex one.  The
21    percentage, though, of the older ones I believe has been
22    declining somewhat.  But there are different ways you can look
23    at these things, I mean, it's the old point about statistics,
24    you know, it depends on what statistic you quote.
25              THE COURT:  I understand.
```

1          MR. RULE:  But I think that generally people are

2    pretty comfortable that those older TDIs are being addressed

3    and that there is an interaction and that they are on a path

4    to be resolved and closed by May of 2011.  We can talk to the

5    plaintiffs and would be happy to do that to explore further if

6    there's a way to convey to the Court what those older TDIs --

7          THE COURT:  I won't set up a particular structure

8    for you to do this, I'll leave it to you.  But I think in a

9    two month's time we'll be at the May -- the one year when it's

10   supposed to be finished, so I think it would be helpful prior

11   to, say, the next time we come back to get -- and I'll leave

12   it to you as to what's the best way of presenting it, to have

13   some sense of historically or a snapshot or however you want

14   to do this, so that I have some sense of, you know, which of

15   the old -- how many are sitting in the older pile in terms of

16   over whatever range since I don't know how long this -- how

17   old the oldest is versus the newer ones.

18         But my sense is that there's a group that comes

19   through and that gets looked at, and then there are these

20   tougher ones that are being worked on, but it would be nice to

21   know some idea of it.  And as I said, I will leave it to you

22   all how to present that to me, I won't require it to be done

23   in a particular way.  But you know what I'm trying to get at.

24   What I'd like to know at least a year in advance of when we're

25   supposed to be done with this, where we are historically.

 1          MR. RULE:  Yes, Your Honor, we'll confer with the

 2    plaintiffs and try to give Your Honor a better idea of that

 3    issue next time.

 4          THE COURT:  Okay.  That would be very helpful.  I

 5    think that's it in terms of any questions from me.  I think

 6    that's it.  I mean, I think -- we seem to be moving, we're

 7    getting fewer complaints, the other provisions seem to be

 8    working.  So, the focus is still this, but I think it will be

 9    helpful to me, and frankly for yourselves, to take a look at

10    where we are with some of the older ones that have been

11    tougher to resolve, although they are being worked on,

12    especially since at some point we may wind up with this period

13    where you stop.

14          I would like to have a period, as I mentioned, and

15    I'll repeat it, a period where to the extent they're going

16    to -- and I appreciate the fact that there will probably

17    always be some issues coming through, but at least that the

18    major issues are done and that the number is reasonably low or

19    fairly minimal, I don't see zero, but fairly minimal.  And

20    have a period when we see how this all works, as opposed to

21    having it all go up to the deadline and see how it works at a

22    later point.

23          So, that's why I'd like to have sort of the

24    snapshot or however you want to do this when you come back

25    next to sort of see what is the goal for the following year.

1   And I won't require a particular time period now, I think we

2   need to wait to see how the year works to be able to tell.

3   Okay.

4              The question I guess is when -- our next one

5   usually is in the summer some time.  So, I don't know whether

6   you want to do it some time in June, which would then put it

7   in September as the one after that.  Would that work?  Or do

8   you want to do a different timing?  Part of it would be if you

9   got things that are going to be accomplished, to make a

10  decision about when you want to do it that's a better time to

11  come back when you'd be able to report on more things.  I'll

12  let you talk for a few minutes.

13             MR. HOUCK:  June and September works for the

14  plaintiffs at least.

15             MR. RULE:  Your Honor, we'll make it work.

16             THE COURT:  Well, let me -- I think as the time

17  progresses into the summer it's harder because people have

18  vacations.  Let me just look at my own calendar here.  How

19  about -- we've been doing these on Wednesdays, does that work?

20  I think that was the day of the week that seemed to work best

21  for people.  How about the 23rd of June near the end, would

22  that -- does that work for people?

23             MR. HOUCK:  Works for the folks at this table, Your

24  Honor.

25             THE COURT:  How about you?

1          MR. RULE:  We'll make it work, Your Honor.

2          THE COURT:  So, June 23rd of this year at

3    10:00 o'clock.  And if you can get it in by -- I think if you

4    can get it in the 16th, if you're going to have -- the week

5    before, if you're going do have whatever information there is

6    about the older TDIs versus the newer ones, I'd like to have a

7    little bit more time to take a look at it.  So, how about if

8    you got it in June 16th, a week before.

9          So, we'd come back here June 23rd at 10:00 and the

10   joint status report would be in on the 16th.  Okay.  I'm not

11   going to put in the minute entry because I'm not sure how to

12   describe it, but you know what I want in terms of a historical

13   perspective here of the TDIs in terms of the older ones versus

14   the newer ones coming in or how complex they are or however

15   you want to do this.

16         All right.  Then parties are excused.  Take care.

17   Good seeing you.

18   END OF PROCEEDINGS AT 10:35 A.M.

19                      C E R T I F I C A T E

20         I, Lisa M. Hand, RPR, certify that the

21   foregoing is a correct transcript from the record of

22   proceedings in the above-titled matter.

23

24                              _____

25                              Lisa M. Hand, RPR