IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>       Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline:  October 8, 2010<br>Joint Status Report |

**SUPPLEMENTAL STATUS REPORT ON
MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

  Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.

**I. Technical Documentation**

  As reported to the Court in the last Joint Status Report, the schedule agreed to by the parties between now and May 2011 is as follows:

| Date | Event | Status |
|---|---|---|
| July 1, 2010 | Deadline for deciding on document re-writes | Completed |
| September 1, 2010 | Deadline for Microsoft completion of document re-writes | Completed |
| October 1, 2010 | Open TDIs over 180 days reduced to 25% of level of April 30, 2010 | |
| January 1, 2011 | Open TDIs over 90 days reduced to 15% of level of April 30, 2010 | |
| January 1, 2011 | TC stops submitting TDIs | |
| March 15, 2011 | Open TDIs reduced to 15% of level of April 30, 2010 | |

| | | |
|---|---|---|
| March 15, 2011 | Open Priority 1 + Priority 2 TDIs reduced to 15% of level of April 30, 2010 | |
| March 15, 2011 | Open TDIs over 90 days reduced to 5% of level of April 30, 2010 | |
| April 15, 2011 | Open TDIs reduced to 5% of level of April 30, 2010 | |
| April 15, 2011 | Open Priority 1 + Priority 2 TDIs reduced to 5% of level of April 30, 2010 | |

    *A.*    *Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through August 31, 2010*

The current status of TDIs identified in the MCPP documentation through August 31, 2010 is noted in the chart below.[1]

---

[1] The July TDI numbers reported in this chart differ slightly from the numbers provided in the previous Supplemental Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period.

|  | As of 7/31/2010 | Period Ended 8/31/2010 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period | | 125 |
| Closed this period | | 44 |
| Outstanding | 433 | 514 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period | | 309 |
| Closed this period | | 218 |
| Outstanding | 716 | 807 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period | | 156 |
| Closed this period | | 226 |
| Outstanding | 464 | 394 |
| **Total TDIs Submitted by the TC** | | |
| TC Submitted | | 590 |
| TC Closed | | 488 |
| **TDIs Identified by Microsoft[2]** | | |
| Identified this period | | 94 |
| Closed this period | | 203 |
| **TDIs Identified by Licensees** | | |
| Identified this period | | 9 |
| Closed this period | | 9 |
| *TC TDIs Resolved Pending Publication* | 394 | 738 |
| **Total Active TDIs (Outstanding minus Resolved Pending Publication)[3]** | **1554** | **1203** |

---

[2]  Historically, Microsoft self-reported TDIs resulting from its formal testing of the technical documents or direct licensee feedback.  Separately, Microsoft maintains internal tracking mechanisms to track feedback from Microsoft personnel who are not involved in the formal testing process.  Microsoft regularly updates the technical documentation as appropriate to reflect relevant feedback compiled through these internal tracking mechanisms.  This internal feedback covers a broad range of items, some of which are relevant to the MCPP and some of which are not.  Among other things, internal feedback may relate to suggestions regarding documentation templates, feedback from non-U.S. regulatory authorities, and general suggestions from Microsoft personnel who are not directly involved in the MCPP efforts.  Although Microsoft regularly tracks this internal feedback and updates the documentation as appropriate, both Microsoft and the Plaintiffs agreed that it would be helpful include the total number of these MCPP-related items in this and future Status Reports as the end of the Final Judgments draws near.  At the end of August, the total number of relevant items was 173.

[3]  In addition, because Microsoft's publication cycle and the Court's reporting cycle do not coincide exactly, there will be a small subset of TDIs in each status report classified as resolved pending publication and verification by the TC that will not be formally closed until the publication cycle after the upcoming publication cycle.

3

Below is a chart reflecting the total number of TC TDIs that have been open for less than three months, between three and six months, and more than six months.



These metrics were designed to expose any issues early on so that the parties can resolve them expediently and enable Microsoft to meet the milestones set forth in the TDI schedule. Microsoft's progress thus far in closing the older TDIs has been slower than anticipated, but not due to lack of time or attention.  Microsoft is treating these TDIs as the highest priority for the impacted product groups and continues to work closely with the TC staff to resolve these issues as efficiently as possible.  Often closure of these more difficult TDIs requires several face-to-face meetings between the Microsoft and TC engineers over the course of several weeks for background and education on both sides.  Once agreement has been reached as to the appropriate approach, proposed resolutions often require several iterations before Microsoft finds language that is acceptable to the TC.  Microsoft is working with the Plaintiffs and the TC to ensure that there is a process in place to address these TDIs expediently, and Microsoft is optimistic that a larger number of old TDIs will be designated as closed in September than last month.  (Already this month the TC has indicated that it is satisfied with the resolutions for more than 40 TDIs.)

Nonetheless, Microsoft does not believe at this time that it can reduce the number of TDIs that are greater than 180 days to 36 or lower (25% of the level they were on April 30) by October 1. Microsoft will report on these TDIs, and on its outlook for the January 1 target (for TDIs greater than 90 days), in the Joint Status Report due October 8.

II. **Technical Documentation Testing and Licensee Support**

Microsoft continues to test MCPP documentation that has been released since Windows 7.

As previously reported, Microsoft will be sponsoring the Interoperability Lab at the "SNIA 2010 Storage Developer Conference" scheduled for September 20-23, 2010, in Santa Clara, California. Microsoft also is hosting an interoperability lab for Samba following the SNIA conference in which the Samba development team will be working with Microsoft to test the interoperability of the latest release of Samba 3 and their Samba 4 AD implementation.

Microsoft also continues to make the usual resources available to assist licensees in using the technical documentation, including by providing access to support engineers and through user forums. In addition, Microsoft's Interoperability Lab remains open and available for use by licensees.

III. **Technical Documentation Team Staffing**

Robert Muglia, the President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

Approximately 500 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals' work relates to both programs or is exclusive to the MCPP. Of these, approximately 240 product team engineers and

program managers are actively involved in the creation and review of the technical content of the documentation, including periodic work on TDI resolution as well as developing new content for the next version of Windows Client and Windows Server.  Because of varying areas of expertise, not all of these product team employees are working on the documentation at any given time.  For example, many of the MCPP documents currently do not have any associated TDIs.  In other months, these same product teams may have multiple TDIs to resolve and/or additional content to draft and spend most or all of their time on projects relating to the protocol documentation.

In addition, there are approximately 28 full-time employees and approximately 63 contingent staff working as technical writers, editors, and production technicians.  Further, as the protocol testing effort continues, approximately 40 full-time employees and approximately 110 contingent and vendor staff work as software test designers, test engineers, and test architects.  Microsoft will continue to apply the resources necessary to ensure compliance with the Final Judgments as contemplated in the schedule agreed to by the parties.  Significant attention to and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

Dated:  September 15, 2010

                                              Respectfully submitted,

                                              FOR DEFENDANT
                                              MICROSOFT CORPORATION

                                              <u>/s/ CHARLES F. RULE</u>
                                              CHARLES F. RULE (DC BAR No. 370818)
                                              JONATHAN S. KANTER (DC BAR No. 473286)
                                              Cadwalader, Wickersham & Taft LLP
                                              700 Sixth Street, NW
                                              Washington, DC  20001
                                              (202) 862-2420

BRADFORD L. SMITH
ERICH D. ANDERSEN
DAVID A. HEINER, JR.
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
(425) 936-8080

STEVE L. HOLLEY
RICHARD C. PEPPERMAN II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
(212) 558-4000