# ERRATA SHEET

**NAME OF CASE:** United States of America et al v. Microsoft Corporation
Case No. 1:98-cv-01232-CKK
United States District Court, District of Columbia

**DATE OF STATUS REPORT:** September 15, 2010

| Page | Change |
|---|---|
| 3 | Change shading of table rows to reveal text |
| 4 | Change coloring of chart titled "Active TC TDIs" |

/s/ CHARLES F. RULE
CHARLES F. RULE (DC BAR No. 370818)
JONATHAN S. KANTER (DC BAR No. 473286)
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, NW
Washington, DC 20001
(202) 862-2420