|  | As of 7/31/2010 | Period Ended 8/31/2010 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period |  | 125 |
| Closed this period |  | 44 |
| Outstanding | 433 | 514 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period |  | 309 |
| Closed this period |  | 218 |
| Outstanding | 716 | 807 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period |  | 156 |
| Closed this period |  | 226 |
| Outstanding | 464 | 394 |
| **Total TDIs Submitted by the TC** | | |
| TC Submitted |  | 590 |
| TC Closed |  | 488 |
| *TC Outstanding* | 1613 | 1715 |
| **TDIs Identified by Microsoft[2]** | | |
| Identified this period |  | 94 |
| Closed this period |  | 203 |
| *Microsoft Outstanding TDIs* | 313 | 204 |
| **TDIs Identified by Licensees** | | |
| Identified this period |  | 9 |
| Closed this period |  | 9 |
| *Licensee Outstanding TDIs* | 22 | 22 |
| TOTAL OUTSTANDING TDIs | 1948 | 1941 |
| *TC TDIs Resolved Pending Publication* | 394 | 738 |
| **Total Active TDIs (Outstanding minus Resolved Pending Publication)[3]** | **1554** | **1203** |

---

[2] Historically, Microsoft self-reported TDIs resulting from its formal testing of the technical documents or direct licensee feedback. Separately, Microsoft maintains internal tracking mechanisms to track feedback from Microsoft personnel who are not involved in the formal testing process. Microsoft regularly updates the technical documentation as appropriate to reflect relevant feedback compiled through these internal tracking mechanisms. This internal feedback covers a broad range of items, some of which are relevant to the MCPP and some of which are not. Among other things, internal feedback may relate to suggestions regarding documentation templates, feedback from non-U.S. regulatory authorities, and general suggestions from Microsoft personnel who are not directly involved in the MCPP efforts. Although Microsoft regularly tracks this internal feedback and updates the documentation as appropriate, both Microsoft and the Plaintiffs agreed that it would be helpful include the total number of these MCPP-related items in this and future Status Reports as the end of the Final Judgments draws near. At the end of August, the total number of relevant items was 173.

[3] In addition, because Microsoft's publication cycle and the Court's reporting cycle do not coincide exactly, there will be a small subset of TDIs in each status report classified as resolved pending publication and verification by the TC that will not be formally closed until the publication cycle after the upcoming publication cycle.

3

Below is a chart reflecting the total number of TC TDIs that have been open for less than three months, between three and six months, and more than six months.



These metrics were designed to expose any issues early on so that the parties can resolve them expediently and enable Microsoft to meet the milestones set forth in the TDI schedule. Microsoft's progress thus far in closing the older TDIs has been slower than anticipated, but not due to lack of time or attention. Microsoft is treating these TDIs as the highest priority for the impacted product groups and continues to work closely with the TC staff to resolve these issues as efficiently as possible. Often closure of these more difficult TDIs requires several face-to-face meetings between the Microsoft and TC engineers over the course of several weeks for background and education on both sides. Once agreement has been reached as to the appropriate approach, proposed resolutions often require several iterations before Microsoft finds language that is acceptable to the TC. Microsoft is working with the Plaintiffs and the TC to ensure that there is a process in place to address these TDIs expediently, and Microsoft is optimistic that a larger number of old TDIs will be designated as closed in September than last month. (Already this month the TC has indicated that it is satisfied with the resolutions for more than 40 TDIs.)