IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: January 14, 2011<br>Joint Status Report |

**SUPPLEMENTAL STATUS REPORT ON
MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS**

    Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.

**I.    Technical Documentation**

    As reported to the Court in the last Joint Status Report, the schedule agreed to by the parties between now and May 2011 is as follows:

| Date | Event | Status |
|---|---|---|
| July 1, 2010 | Deadline for deciding on document re-writes | Completed |
| September 1, 2010 | Deadline for Microsoft completion of document re-writes | Completed |
| October 1, 2010 | Open TDIs over 180 days reduced to 25% of level of April 30, 2010 **(36 TDIs)** | Completed on 10/8/10 |
| January 1, 2011 | Open TDIs over 90 days reduced to 15% of level of April 30, 2010 **(57 TDIs)** | Completed on 12/5/10 |
| January 1, 2011 | TC stops submitting TDIs | |
| March 15, 2011 | Open TDIs reduced to 15% of level of April 30, 2010 **(170 TDIs)** | |

| | | |
|---|---|---|
| March 15, 2011 | Open Priority 1 + Priority 2 TDIs reduced to 15% of level of April 30, 2010 **(139 TDIs)** | |
| March 15, 2011 | Open TDIs over 90 days reduced to 5% of level of April 30, 2010 **(19 TDIs)** | |
| April 15, 2011 | Open TDIs reduced to 5% of level of April 30, 2010 **(57 TDIs)** | |
| April 15, 2011 | Open Priority 1 + Priority 2 TDIs reduced to 5% of level of April 30, 2010 **(46 TDIs)** | |

   A.   *Microsoft's Progress in Resolving Technical Documentation Issues ("TDIs") through November 30, 2010*

The current status of TDIs identified in the MCPP documentation through November 30, 2010, is noted in the chart below.[1]

---

[1] The October TDI numbers reported in this chart differ slightly from the numbers provided in the previous Supplemental Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period.

|  | As of 10/31/2010 | Period Ended 11/30/2010 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period | | 164 |
| Closed this period | | 226 |
| Outstanding | 552 | 490 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period | | 368 |
| Closed this period | | 525 |
| Outstanding | 985 | 828 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period | | 92 |
| Closed this period | | 196 |
| Outstanding | 279 | 175 |
| **Total TDIs Submitted by the TC** | | |
| TC Submitted | | 624 |
| TC Closed | | 947 |
| *TC Outstanding* | 1816 | 1493 |
| **TDIs Identified by Microsoft** | | |
| Identified this period | | 124 |
| Closed this period | | 53 |
| *Microsoft Outstanding TDIs* | 136 | 207 |
| **TDIs Identified by Licensees** | | |
| Identified this period | | 11 |
| Closed this period | | 18 |
| *Licensee Outstanding TDIs* | 25 | 18 |
| TOTAL OUTSTANDING TDIs | 1977 | 1718 |
| *TC TDIs Resolved Pending Publication* | 1085 | 636 |
| **Total Active TDIs (Outstanding minus Resolved Pending Publication)**[2] | **892** | **1082** |

In addition, Microsoft regularly updates the technical documentation as appropriate to reflect relevant feedback compiled through its internal tracking mechanisms. As of the end of November, the total number of open relevant items tracked by Microsoft was 192.

---

[2] In addition, because Microsoft's publication cycle and the Court's reporting cycle do not coincide exactly, there will be a small subset of TDIs in each status report classified as resolved pending publication and verification by the TC that will not be formally closed until the publication cycle after the upcoming publication cycle.

3

B.  *90-Day TDI Project*

Below is a chart reflecting the total number of TC TDIs that have been open for less than three months, between three and six months, and more than six months.



Microsoft has already met its January 1 milestone, reducing the Active TC TDIs that are or will be greater than 90 days old on January 1 to 57 or fewer. As of December 13, 2010, there were 47 Active 90-Day TC TDIs remaining that are or will be greater than 90 days old on January 1.

Microsoft now is shifting its focus to the March 15 milestones of (a) reducing the 90 day TDIs to 19 or fewer, (b) reducing the total number of active TC TDIs to 170 or fewer, and (c) reducing the number of Priority 1 and 2 TDIs to 139 or fewer. Microsoft will report on its progress toward those goals in the January Joint Status Report.

II.  **Technical Documentation Testing and Licensee Support**

Microsoft continues to test MCPP documentation that has been released since Windows 7.

Microsoft continues the planning for the Active Directory plug-fest scheduled for January 26 – 28, 2011. In addition, Microsoft continues to make the usual resources available to assist licensees in using the technical documentation, including by providing access to support engineers and through user forums. In addition, Microsoft's Interoperability Lab remains open and available for use by licensees.

### III.    Technical Documentation Team Staffing

Robert Muglia, the President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

More than 400 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals' work relates to both programs or is exclusive to the MCPP. Of these, approximately 229 product team engineers and program managers are actively involved in the creation and review of the technical content of the documentation, including periodic work on TDI resolution as well as developing new content for the next version of Windows Client and Windows Server. Because of varying areas of expertise, not all of these product team employees are working on the documentation at any given time. For example, many of the MCPP documents currently do not have any associated TDIs. In other months, these same product teams may have multiple TDIs to resolve and/or additional content to draft and spend most or all of their time on projects relating to the protocol documentation.

In addition, there are approximately 26 full-time employees and approximately 61 contingent staff working as technical writers, editors, and production technicians. Further, as the protocol testing effort continues, approximately 15 full-time employees and approximately 100 contingent and vendor staff work as software test designers, test engineers, and test architects. Microsoft will continue to apply the resources necessary to ensure compliance with the Final Judgments as contemplated in the schedule agreed to by the parties. Significant attention to and

involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

Dated:  December 15, 2010

>Respectfully submitted,
>
>FOR DEFENDANT
>MICROSOFT CORPORATION
>
>/s/ CHARLES F. RULE
>CHARLES F. RULE (DC BAR No. 370818)
>JONATHAN S. KANTER (DC BAR No. 473286)
>Cadwalader, Wickersham & Taft LLP
>700 Sixth Street, NW
>Washington, DC  20001
>(202) 862-2420
>
>BRADFORD L. SMITH
>ERICH D. ANDERSEN
>DAVID A. HEINER, JR.
>Microsoft Corporation
>One Microsoft Way
>Redmond, WA  98052
>(425) 936-8080
>
>STEVE L. HOLLEY
>RICHARD C. PEPPERMAN II
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, NY  10004
>(212) 558-4000