IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　Defendant. | Civil Action No. 98-1232 (CKK)<br><br>Next Court Deadline: March 18, 2011<br>Joint Status Report |

**SUPPLEMENTAL STATUS REPORT ON**
**<u>MICROSOFT'S COMPLIANCE WITH THE FINAL JUDGMENTS</u>**

　　Microsoft hereby files its Monthly Supplemental Status Report regarding its compliance with the Final Judgments.

**I.　Technical Documentation**

　　As reported to the Court in the last Joint Status Report, the schedule agreed to by the parties between now and May 2011 is as follows:

| Date | Event | Status |
|:---:|:---|:---:|
| July 1, 2010 | Deadline for deciding on document re-writes | Completed |
| September 1, 2010 | Deadline for Microsoft completion of document re-writes | Completed |
| October 1, 2010 | Open TDIs over 180 days reduced to 25% of level of April 30, 2010 **(36 TDIs)** | Completed on 10/8/10 |
| January 1, 2011 | Open TDIs over 90 days reduced to 15% of level of April 30, 2010 **(57 TDIs)** | Completed on 12/5/10 |
| January 1, 2011 | TC stops submitting TDIs | Completed on 1/1/2011 |

| Date | Event | Status |
|---|---|---|
| March 15, 2011 | Open TDIs reduced to 15% of level of April 30, 2010 **(170 TDIs)** | No Longer Being Targeted |
| March 15, 2011 | Open Priority 1 + Priority 2 TDIs reduced to 15% of level of April 30, 2010 **(139 TDIs)** | No Longer Being Targeted |
| March 15, 2011 | Open TDIs over 90 days reduced to 5% of level of April 30, 2010 **(19 TDIs)** | No Longer Being Targeted |
| April 15, 2011 | Open TDIs reduced to 5% of level of April 30, 2010 **(57 TDIs)** | |
| April 15, 2011 | Open Priority 1 + Priority 2 TDIs reduced to 5% of level of April 30, 2010 **(46 TDIs)** | |

The current status of TDIs identified in the MCPP documentation through January 31, 2011, is noted in the chart below.[1]

---

[1] The January TDI numbers reported in this chart differ slightly from the numbers provided in the previous Joint Status Report because the dynamic nature of tracking TDIs in multiple databases occasionally results in categorization and exact TDI closure dates changing after the previous reporting period.

|  | As of 12/31/2010 | Period Ended 01/31/2011 |
|---|---|---|
| **Priority 1 TDIs Submitted by the TC** | | |
| Submitted this period |  | 0 |
| Closed this period |  | 130 |
| Outstanding | 2242 | 2112 |
| **Priority 2 TDIs Submitted by the TC** | | |
| Submitted this period |  | 0 |
| Closed this period |  | 84 |
| Outstanding | 4166 | 4082 |
| **Priority 3 TDIs Submitted by the TC** | | |
| Submitted this period |  | 0 |
| Closed this period |  | 32 |
| Outstanding | 440 | 408 |
| **Total TDIs Submitted by the TC** | | |
| TC Submitted |  | 0 |
| TC Closed |  | 246 |
| *TC Outstanding* | 6848 | 6602 |
| **TDIs Identified by Microsoft** | | |
| Identified this period |  | 9 |
| Closed this period |  | 13 |
| *Microsoft Outstanding TDIs* | 200 | 196 |
| **TDIs Identified by Licensees** | | |
| Identified this period |  | 6 |
| Closed this period |  | 12 |
| *Licensee Outstanding TDIs* | 23 | 17 |
| TOTAL OUTSTANDING TDIs | 7071 | 6815 |
| *TC TDIs Resolved Pending Publication* | 828 | 4117 |
| **Total Active TDIs (Outstanding minus Resolved Pending Publication)[2]** | **6243** | **2698** |

In addition, Microsoft regularly updates the technical documentation as appropriate to reflect relevant feedback compiled through its internal tracking mechanisms. As of the end of January, the total number of open relevant items tracked by Microsoft was 190.

---

[2] In addition, because Microsoft's publication cycle and the Court's reporting cycle do not coincide exactly, there will be a subset of TDIs in each status report classified as resolved pending publication and verification by the TC that will not be formally closed until the publication cycle after the upcoming publication cycle.

In January, Microsoft worked with the TC to resolve more than 3,500 TDIs, taking the total Active TC TDIs down from over 6,000 to less than 2,500. (Note that the 2,698 TDIs listed in the above chart as Active as of January 31, 2011, include TDIs identified by Microsoft and licensees.) This is significant progress, and Microsoft is optimistic about achieving the final April 15 milestones. As discussed with the Court at the last Status Conference, the parties are shifting their focus from the March 15 milestones – which, notwithstanding the excellent progress to date, would be difficult for Microsoft to meet given the remaining number of open TDIs – to the final April 15 milestones.

Below is a chart reflecting the total number of TC TDIs that have been open for less than three months and more than three months.



## II. Technical Documentation Testing and Licensee Support

Microsoft continues to test MCPP documentation that has been released since Windows 7.

Microsoft hosted an Active Directory plug-fest on January 26-28, 2011. Microsoft also hosted an Interoperability Lab for Oracle during the week of January 31, 2011. In addition, Microsoft continues to make the usual resources available to assist licensees in using the technical documentation, including by providing access to support engineers and through user forums. Microsoft's Interoperability Lab also remains open and available for use by licensees.

### III.     Technical Documentation Team Staffing

Robert Muglia, the President for Microsoft's Server and Tools Business, continues to manage the documentation effort along with additional senior product engineering team managers.

More than 400 Microsoft employees and contingent staff are involved in work on the MCPP technical documentation. Given the substantial overlap between the MCPP and the European Work Group Server Protocol Program, all of these individuals' work relates to both programs or is exclusive to the MCPP. Of these, approximately 219 product team engineers and program managers are actively involved in the creation and review of the technical content of the documentation, including periodic work on TDI resolution as well as developing new content for the next version of Windows Client and Windows Server. Because of varying areas of expertise, not all of these product team employees are working on the documentation at any given time. For example, many of the MCPP documents currently do not have any associated TDIs. In other months, these same product teams may have multiple TDIs to resolve and/or additional content to draft and spend most or all of their time on projects relating to the protocol documentation.

In addition, there are approximately 23 full-time employees and approximately 71 contingent staff working as technical writers, editors, and production technicians. Further, as the protocol testing effort continues, approximately seven full-time employees and approximately 100 contingent and vendor staff work as software test designers, test engineers, and test architects. Microsoft will continue to apply the resources necessary to ensure compliance with the Final Judgments as contemplated in the schedule agreed to by the parties. Significant

attention to and involvement in the technical documentation and the MCPP extend through all levels of the Microsoft organization and draw upon the resources of numerous product engineering, business, technical, and legal groups, as well as company management.

Dated:  February 15, 2011

>Respectfully submitted,
>
>FOR DEFENDANT
>MICROSOFT CORPORATION
>
>/s/ CHARLES F. RULE
>CHARLES F. RULE (DC BAR No. 370818)
>JONATHAN S. KANTER (DC BAR No. 473286)
>Cadwalader, Wickersham & Taft LLP
>700 Sixth Street, NW
>Washington, DC  20001
>(202) 862-2420
>
>BRADFORD L. SMITH
>ERICH D. ANDERSEN
>DAVID A. HEINER, JR.
>Microsoft Corporation
>One Microsoft Way
>Redmond, WA  98052
>(425) 936-8080
>
>STEVE L. HOLLEY
>RICHARD C. PEPPERMAN II
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, NY  10004
>(212) 558-4000