IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff,

        vs.

MICROSOFT CORPORATION,

      Defendant.
_____

CA No. 98–1232 (CKK)
Washington, DC
October 13, 2010
10:10 a.m.

STATE OF NEW YORK, ET AL,

      Plaintiff,

        vs.

MICROSOFT CORPORATION,

      Defendant.
_____

CA No. 98–1233 (CKK)

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE COLLEEN KOLLAR–KOTELLY
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Department of Justice:    AARON D. HOAG, ESQUIRE
                           ADAM T. SEVERT, ESQUIRE
                           U.S. Department of Justice
                           600 E Street, NW
                           Suite 9300
                           Washington, DC 20530
                           (202) 307–6153

APPEARANCES continued on following page.

APPEARANCES, continued


For Microsoft:                  CHARLES F. RULE, ESQUIRE
                                JONATHAN S. KANTER, ESQUIRE
                                Cadwalader, Wickersham & Taft
                                1201 F Street, NW
                                Washington, DC  20004
                                (202) 862-2420


For Microsoft:                  KEVIN KEHOE, ESQUIRE
                                JUDITH JENNISON
                                FRED WURDEN
                                NGOC HULBIG

For the New York Group:         ELLEN S. COOPER, ESQUIRE
                                Assistant Attorney General
                                Chief, Antitrust Division
                                Office of Attorney General
                                200 St. Paul Place
                                Baltimore, MD  21202
                                (410) 576-6470


For the California Group:       STEPHEN HOUCK, ESQUIRE
                                Menaker & Herrmann LLP
                                10 E. 40th Street
                                New York, NY  10016


For the California Group:       LAYNE LINDEBAK, ESQUIRE (Iowa)
                                ADAM MILLER, ESQUIRE (Calif)




Court Reporter:                 Lisa M. Hand, RPR
                                Official Court Reporter
                                U.S. Courthouse, Room 6505
                                333 Constitution Avenue, N.W.
                                Washington, DC  20001
                                (202) 354-3269

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1                          P R O C E E D I N G S

2              COURTROOM DEPUTY:  Civil case 98-1232, the United

3       States of America versus Microsoft Corporation.  Civil case

4       98-1233, State of New York, et al. versus Microsoft

5       Corporation.

6              Counsel, please come forward and identify yourself

7       for the record.

8              MR. SEVERT:  Good morning, Your Honor.  Adam Severt

9       for the United States.  With me at counsel table is Aaron

10      Hoag.

11             THE COURT:  All right.

12             MS. COOPER:  Good morning, Your Honor.  Ellen

13      Cooper for the State of Maryland for the New York Group.

14             THE COURT:  All right.  Good morning.

15             MR. HOUCK:  Good morning, Your Honor.  Steve Houck

16      for the California Group.  Next to me at counsel table is

17      Layne Lindebak from the Iowa Attorney General's office, and

18      sitting next to Mr. Lindebak is Adam Miller from the

19      California Attorney General's office.

20             THE COURT:  All right.

21             MR. RULE:  Good morning, Your Honor.  Rick Rule,

22      Cadwalader, for Microsoft.  With me at counsel's table is Fred

23      Wurden who is the executive at Microsoft in charge of

24      documentation.  Next to him is Kevin Kehoe, Associate General

25      Counsel in charge of compliance effort.  Judy Jennison, also

1    from the Microsoft Legal Department.  Across from her is Ngoc

2    Hulbig from Cadwalader, and next to her is Jonathan Kanter

3    from Cadwalader.

4          THE COURT:  Good morning, everyone.  It has been my

5    practice for many years now, I will summarize the status of

6    the compliance with the judgment.  I have a few questions,

7    I'll call on counsel, and then we'll proceed.  This is an

8    interim status hearing and the report is short and pithy

9    because the focus has been on the technical documentation.

10         So, we were last here on June 23rd for a full

11   compliance status conference and as has been the practice over

12   the last several months and hearings, has been on the Section

13   III.E, the Communications Protocol licensing provision, which

14   is now set to expire, along with supporting provisions on

15   May 12, 2011.  And in the New York and California Group there

16   are some additional non-III.E provisions that have been

17   extended.

18         Microsoft has filed supplemental status reports on

19   July 15th, August 16th and September 15th.  And then the joint

20   status report was filed on October 4th.  Then our

21   concentration has been and will be for this hearing on the

22   developments for III.E, really the technical documentation.

23   And when I talk about the TC, we, of course, are including

24   Craig Hunt from the California Group that has been assisting

25   the TC as their expert.

1              So, let me start with the project schedule, which

2    we had set out.  The parties have now started to implement the

3    TDI closure plan that we had set out.  It's designed to bring

4    an orderly conclusion, hopefully, to the efforts of the TC and

5    Microsoft to improve the technical documentation, and then to

6    avoid last minute surprises in the final months leading up to

7    the May 2011 end date -- hopefully, end date.

8              Microsoft reports that its met and completed both

9    the July 1 milestone for deciding on document rewrites, the

10   September 1 milestone for completing the document rewrites

11   themselves.  Microsoft and plaintiffs report that Microsoft

12   did not reach, although barely, the October 1 milestone for

13   Microsoft to reduce the number of open TDIs over 180 days to

14   25 percent of the level as of April 30th.  Microsoft fell just

15   short of the milestone missing the goal by 4 TDIs.

16             As explained in the report, as a result of the TDI

17   closure plan and what we called the early warning system, the

18   parties were alerted last month that the resolution of the 180

19   day TDIs was moving more slowly than had been anticipated, and

20   this allowed the TC and Microsoft to adjust the process in

21   advance of the October 1 deadline.  And Microsoft was able to

22   substantially reduce the number of outstanding 180 day TDIs

23   from 174 as of August 10th to 40 as of the end of the

24   September.

25             And Microsoft was pleased that they were able to

1   resolve those older TDIs, and expected that it would reach and

2   exceed the target of 36 TDIs remaining before the Court's

3   conference today.  I'll let you tell me whether you actually

4   did that.

5            Although, recognizing that Microsoft fell just

6   short of meeting the October 1 milestone, as I understand it,

7   the plaintiffs agree that Microsoft did make significant

8   progress by reducing the number of open TDIs over 180 days to

9   28 percent of the level of April 30th, and that progress was

10   made based on the extraordinary efforts really of the TC as

11   well as Microsoft.

12            Microsoft also reports that the next milestone

13   requires that it reduce to 57 or fewer the number of TDIs that

14   are 90 days or older by January 1st of 2011, and as there are

15   970 active TDIs on October 2nd, which are 90 days before

16   January 1, they'll need to resolve at least 913 TDIs to reach

17   the goal.  So, I do want to hear where we are with that

18   progress and whether it looks like it's possible.  And also

19   whether these resolutions have been acceptable, ultimately, to

20   the plaintiffs and TC.  Closing them out is good as long as

21   what's been closed out is quality work.

22            Now, Microsoft reports that the -- well, not

23   Microsoft, excuse me.  The staff retention incentive program

24   that was discussed relating to hopefully retaining the staff

25   and the experts on the TC to help us through this last period

1    evidently has worked in order to make sure there wasn't the

2    staff attrition that we were concerned about.  As I understand

3    it, 45 of the 47 eligible TC staff members have committed to

4    remaining with the TC through the end of the Final Judgment,

5    so I'm certainly pleased about that.  And they're eligible for

6    the staff retention incentive plan.  And as I understand it,

7    plaintiffs are satisfied that they will have the necessary

8    staff on the TC to actually make sure that this ends in the

9    way it's supposed to, and the judgment.

10          Now, as of the prototype implementation activity,

11   as of September 30th there were a total 2,390 outstanding TDIs

12   in the rewritten documentation of which 606 were Priority 1

13   that were submitted by the TC, 153 were self-identified by

14   Microsoft.  Microsoft reports that out of the 2,390 that are,

15   quote, outstanding, really 1,308 have actually been addressed

16   to the TC's satisfaction but remain open pending publication

17   verification.

18          So, actually, if you subtract them in terms of

19   those that have been resolved pending publication, which

20   you're left with 1,082.  Microsoft also reports that as of

21   September 30th, 709 active TC TDIs had been open less than 90

22   days, 156 have been open between 90 to 179 days, and 40 have

23   been open for 180 days or more.  So, I'm interested in how you

24   see this progressing.  Understanding that there probably would

25   never be a time that there is zero, but close to it,

1    hopefully.

2            In terms of the testing and validation, Microsoft

3    reports it continues to test the MCPP documentation that's

4    been released since Windows 7.  Microsoft has continued with

5    its efforts on the interoperability lab, the plug-fest events.

6    Sponsored one at the SNIA 2010 Storage Developer Conference

7    during the September period in Santa Clara, at which 25

8    companies registered to participate, over 100 individuals

9    attended and participated in the interoperability testing.

10           They also hosted another successful lab for the

11   Samba development team during the week of September 27th.  And

12   then you've made various resources available to assist

13   licensees in using the technical documentation.  And the

14   interoperability lab remains open and available at other times

15   than just during these plug-fest events.

16           In terms of the MCPP status, there are now a total

17   of 50 companies licensing patents for Communication Protocols

18   under Section III.E, 36 of which have royalty bearing

19   licenses.  Microsoft reports that 26 licensees have signed up

20   to receive free Technical Account Manager Support.  Six have

21   signed up for Windows source code access.

22           I note that the Microsoft report typically reports

23   on the number of patent licensees that they're aware of

24   shipping products under the MCPP, and I notice it wasn't

25   included in the report, and I was curious as to whether that

1    was intentional or not.

2              Microsoft's interoperability principles as of

3    October 4th, documents describing the protocols made available

4    pursuant to the Final Judgments have been downloaded more than

5    512,000 times.  My understanding is that in going back and

6    looking at the websites and checking on some anomalies that

7    there appear to be some inadvertent duplicative counting of

8    what the downloads were.  So, you've provided me with a

9    revised table.  So, even though it looks like it's less, it's

10   because some of this was duplicative, and I understand it, you

11   went through and made sure that it was a more accurate

12   counting.

13             All right.  I'm pleased that the TDI closure plan

14   appears to be working, we don't have any what I would view

15   major delays in here.  The number of active TDIs has decreased

16   since the last joint status report.  And also the early

17   warning system seems to have worked in letting the parties

18   know that there might be problems before the October date,

19   allowing Microsoft and TC to adjust -- make adjustments and

20   proceed with it.  Although, Microsoft missed the deadline, it

21   was I think by 4 TDIs, which is not an enormous amount.

22             Microsoft indicates in his report it was confident

23   that it will reach and exceed these, so I'm curious to see if

24   that has happened by today's date.  The staff retention

25   program does seem to have worked.  We did have a major concern

1    about making sure staff was going to stay on that would be

2    familiar with it, and that would be able to really look at it.

3    We've relied so heavily on the TC and Craig Hunt in reviewing

4    this material, and from the plaintiff's perspective it's

5    important that we continue to be able to do that.  So, I'm

6    happy about that.

7            With respect to the upcoming January 1 date, you're

8    going to need to resolve 913 TDIs, is that something that is

9    possible?  Now that you've had some experience with this, how

10   does that look?   Do the plaintiffs have any concerns with the

11   new and substantially reduced numbers that Microsoft has

12   provided regarding the number of times the documents have been

13   actually downloaded?  Does that make any difference from your

14   perspective or is it still a high enough number that it shows

15   that it's being accessed?  And, really, anything else to

16   report in terms of that.

17           There are only one other —— I think in terms of

18   III.D, the state plaintiffs and the TC are currently testing

19   beta versions of upcoming IE 9 and Windows 7 Service Pack 1

20   releases for compliance with the Final Judgment.  Is that

21   moving along, any issues there?  And in terms of complaint, in

22   August the state plaintiffs and the TC received a new

23   substantive complaint.  As I understand it, the state

24   plaintiffs and TC are currently engaged in discussions with

25   Microsoft and the complainant with respect to the complaint.

1    Hopefully that can be resolved.

2              As of October 1, Microsoft had received 93

3    complaints or inquiries since June, none of them, according to

4    them, related to any compliance obligations under the Final

5    Judgments.  The compliance officer seemed to be carrying out

6    their functions and needed to do what they needed to do to

7    both train as well as monitor.

8              So, the big thing is how we're doing on this

9    compliance program and whether it needs to be modified in any

10   way or whether it's working the way we intended.  So, let me

11   start with the Government and then we'll work around.

12             MR. SEVERT:  Thank you, Your Honor.  To begin with

13   your first question on the last 4 TDIs.  As of yesterday, the

14   information that I have is that Microsoft has closed those

15   last TDIs and met that October 1 milestone.  So, that's

16   certainly good news.  Going back to where the numbers were in

17   August, the large number of 180 day plus TDIs, I think Your

18   Honor is correct that the early warning system did get

19   everyone to focus on the problem, given that there were a

20   large number of 180 day TDIs to close with only a month

21   remaining.

22             And the ability to hit that -- hit that milestone

23   or come very close to hitting that milestone by October 1 was

24   really only possible by just extraordinary efforts by

25   Microsoft, and in particular, the TC, which has far fewer

12

1  resources than Microsoft, and just tremendous numbers of hours

2  put in by the TC members, TC management and TC staff.  I

3  wanted to acknowledge that.  They really worked extremely hard

4  during throughout the month of September to achieve those

5  goals.

6          THE COURT:  Are you satisfied as to how these TDIs

7  have been closed?  One concern is to make sure that they are

8  being closed in such a way that we're satisfied with it.

9          MR. SEVERT:  Yes, Your Honor.  The way the TDIs are

10 closed, the TC has -- whether a TDI is closed, the TC has sole

11 discretion as to whether the TDI is closed.  So, if it is

12 closed, the United States has confidence that it's been done

13 appropriately and that the TC is satisfied with the resolution

14 of the TDI.

15         THE COURT:  Okay.

16         MR. SEVERT:  As far as the January 1 date is

17 concerned, the United States expects Microsoft to be able to

18 hit that milestone, though, we recognize that it's going to

19 take a tremendous amount of work to get there.  Over 900 TDIs

20 are going to have to be closed, it's certainly a lot of work

21 but we expect Microsoft to be able to do it.

22         THE COURT:  Okay.

23         MR. SEVERT:  And just to address your question

24 regarding the incorrect downloads that was corrected in this

25 number -- that was corrected in the status report, I think

1      that the United States is not as concerned about the actual

2      numbers.  I think that the documents themselves are

3      interesting to -- are relatively small developer community --

4      the United States has never put a lot of stock in the absolute

5      download numbers.

6             I think when Microsoft raised this issue with us

7      right before the filing, our concern was that Microsoft take

8      steps to correct the record with the Court, and I think

9      Microsoft has now done that.

10            THE COURT:  Okay.  All right.

11            MR. SEVERT:  Thank you.

12            THE COURT:  Ms. Cooper, you usually talk about the

13     TC.

14            MS. COOPER:  Yes, I do.  I also would like to add

15     my commendation to the work that the TC has done, particularly

16     over the past month.  The amount of work that had to be done

17     in order to meet the deadline, once everyone realized that

18     there were -- we still had far to go -- was extraordinary.

19     And I think in terms of meeting the next deadlines, I think

20     that it is possible, but I think it will be difficult.

21            And so I think the plaintiffs will be keeping a

22     careful eye on how things go between now and January 1st and

23     not waiting until January 1st to try to work things out with

24     Microsoft.  So, I'm optimistic but cautiously optimistic.

25            THE COURT:  So, do you think the schedule that's

1   been set out is workable schedule?  I'm not suggesting we

2   tamper with it, I'm just asking.

3          MS. COOPER:  I think it's doable, but I think it's

4   going to take a lot of work.  We have been talking with

5   Microsoft about various ways to adjust the methodology for

6   reviewing the TDIs, and I think if we come up with a

7   streamline process, that will go a long way to helping meet

8   the schedule.

9          In terms of the numbers of downloads, I think the

10  numbers are not that useful because it's difficult to tell how

11  many different entities are downloading it at any particular

12  time.  And so, like the United States Government, we have

13  never put that much emphasis on the absolute numbers.  We're

14  glad to see the direction which they're going, but we haven't

15  been so concerned about the absolute number.

16         THE COURT:  Okay.

17         MS. COOPER:  Finally, we are working on a complaint

18  with Microsoft, and I'm also optimistic that we will be able

19  to reach a resolution of that.

20         THE COURT:  Okay.  All right.

21         MS. COOPER:  Thank you very much, Your Honor.

22         THE COURT:  Thank you.  Mr. Houck.

23         MR. HOUCK:  I'm going to be brief, Your Honor,

24  because basically I'm just going to be recovering ground that

25  Your Honor has already covered and the two other government

1    representatives have covered.  I will say, yeah, basically

2    it's good news today, Microsoft came very close to meeting the

3    first milestone since this plan has been in effect, so that's

4    very good.  Another piece of good news is that, as Your Honor

5    pointed out, our early warning system worked.  We have a

6    phased plan and a lot of this was done with Your Honor's

7    support and encouragement.

8            And one aspect of that was to focus on aging TDIs,

9    which are more difficult to resolve, and we wanted to get

10   those resolved so there would not be unpleasant surprises.

11   That was first milestone.

12           And then, secondly, we had the phase program where

13   there were milestones, and what really happened is at the last

14   supplemental status report when it was submitted, it became

15   clear that it looked at that time like it would be very

16   difficult to meet the milestone.  There were a large number of

17   unresolved older TDIs hanging around.  One of the things that

18   hasn't been said, I think, is the importance of these periodic

19   status conferences because that is really what got everybody

20   moving.  Nobody wants to come home with a bad report card.

21           And so as Mr. Severt and Ms. Cooper pointed out,

22   there was a tremendous effort by Microsoft, but also

23   particularly by the technical committee to get these numbers

24   down to -- pardon me, I thought I had my cell phone shut off,

25   it's me, it's very embarrassing.  Excuse me.  Sorry about

16

1    that.

2            THE COURT:  It's okay.  One is never free from the

3    technology.

4            MR. HOUCK:  It's dead now.  There was very

5    sustained Herculean effort by everybody to get this done, and

6    naturally the one thing I wanted to emphasize, there is a bit

7    of a cautionary note, as Your Honor knows Microsoft has much

8    greater resources than the technical committee, and there was

9    some concern on the part of the California Group that the

10   technical committee and its staff simply can't sustain that

11   pace going forward.  And if it has to do that every time we

12   come up on a milestone, it's just not going to work.

13           And I was thinking of an analogy to depict the

14   problem as we understand it in lay words or words that

15   particularly a lawyer or a judge might understand, and the one

16   that occurs to me is writing a brief where you have multiple

17   counsel.  And there's oftentimes fighting about words.  And

18   sometimes the dispute is about words, one law firm thinks the

19   phrasing is better, a little more elegant, although it's

20   accurate.  And other times there are more substantive

21   disputes.

22           From our perspective, a lot of what seems to be

23   happening is Microsoft and the TC staff come to loggerheads

24   over some wording and sometimes wording doesn't really seem

25   that important.  It's accurate -- one may be a little better

17

1    phrase than the other, but not really that important.  And

2    what happens is there's a triage meeting where the senior TC

3    staff meets with the senior Microsoft staff, and if that

4    doesn't resolve it, it gets kicked up to the TC, and there's

5    only three TC members, and they get involved.

6           So, hopefully, one of the lessons learned from this

7    is that Microsoft will be a little more forgiving in terms of

8    accepting some of the decisions by the TC staff early on

9    rather than fighting all the way through and escalating

10   everything up, which slows things down considerably.  And one

11   of the side effects of that is the TC staff is involved in

12   trying to resolve these disputes, they can't really -- don't

13   really have the time to look for TDIs like they should be

14   doing to go forward with the plan so that we can stop by

15   January 1st and then allow a period of time for Microsoft to

16   fix the TDIs.

17          So, hopefully, that will be a lesson learned that

18   will enable us to save some time going forward, so we don't

19   have these continual crises coming up every time there is a

20   milestone.  With respect to the downloads, the California

21   Group will give you the same answer that the U.S. did and the

22   New York Group did.  To some extent those numbers -- those

23   Microsoft numbers, there's a little bit of puffery to make

24   sure a lot of people are looking at these.

25          It's really unclear, though, whether it's a number

1    of people downloading the TD multiple times or exactly what is

2    being done with the downloads.  Really what's critical is the

3    extent to which the information and the technical

4    documentation is being used in products.  So, like the others,

5    we don't put too much stock in those numbers.

6              Finally, with respect to the non-III.E complaint,

7    we are, as we said in discussions with Microsoft, and we're

8    also in the process of collecting some information so we can

9    evaluate the complaint.  And I guess I would differ a little

10   bit with Ms. Cooper at this stage, it's not clear to me or I

11   think to my clients what the likelihood of resolution is,

12   we're still in the evaluation stage.  We're certainly hopeful,

13   as in many cases in the past, we can work out something

14   amicably, but at this point it's difficult to know that.  And

15   I apologize again for my cell phone.

16             THE COURT:  No, no, that's fine.  Is the

17   complaint and -- does the complaint in any way affect what

18   we're doing in terms of the TDIs?  We've set this up so that I

19   don't hear about it unless I have to.  Happily you've resolved

20   everything so I really haven't -- I get the resolution

21   ultimately, but I haven't gotten the complaint and all the

22   additional things.  But I was just curious whether it had any

23   affect on the schedule that we have set out.

24             MR. HOUCK:  It's completely unrelated.

25             THE COURT:  All right.

1          MR. HOUCK:  Thank you.

2          THE COURT:  Microsoft.  Mr. Rule.

3          MR. RULE:  Good morning, again, Your Honor.

4          THE COURT:  Good morning.

5          MR. RULE:  I'll just be very brief and hit a few

6     points.  We, too, agree that the TC as well as Microsoft

7     worked hard to get the older TDIs down.  We are down to 36 as

8     of yesterday, but they are also another four that -- at least

9     there's been an oral agreement as to resolution.  So, the

10    number continues to come down even beyond the 36.

11         I think that based on what we've all heard, the

12    early warning system did work, it created an opportunity for

13    working through some of those older TDIs.  I think it also

14    created an experience and sort of some learning that will be

15    helpful as we work towards the next milestone.  The early

16    warning system will be there for that next milestone.  We hope

17    that everything will go smoothly and we won't have any early

18    warnings.  And we're confident that we'll be able to meet that

19    target.

20         One thing to keep in mind is that the 970 TDIs that

21    we're talking about, you know, includes some TDIs that are

22    very recent that would have come in on October 1st or

23    October 2nd.  And experience does tell us that there are a

24    large number of TDIs that come through that are resolved on

25    the first pass and easily dealt with.  But, again, I think the

 1   experience of last month will be helpful in terms of

 2   addressing those that are more difficult.  And so we're

 3   confident, but again, we have that early warning system in

 4   place.

 5           With respect to the -- Your Honor asked about the

 6   failure to report.

 7           THE COURT:  I was just curious as to whether -- you

 8   know, I look at these things and I sort of expect certain

 9   things, and it's not a major significance, but...

10           MR. RULE:  It's a very fair question, and it was

11   intentional.  And the reason was that we are now in the

12   process of getting the royalty reports in, because as Your

13   Honor will recall, there was the royalty holiday and now we're

14   getting those reports in.

15           THE COURT:  Right.

16           MR. RULE:  We're sort of in the process of

17   collecting that information and then we'll be able to report

18   it.  Now, the one thing that I should add is that obviously

19   that will reflect those products that have royalty bearing

20   licenses, which of course you're limited to those that --

21   where the parties have taken patent licenses under the MCPP,

22   in some cases folks don't have to get a patent license to ship

23   implementations.

24           In other cases folks may have already through some

25   other means like a cross license with Microsoft, the patent

1    rights, and so those wouldn't necessarily get reported.  But

2    the principal reason that we didn't report is we're just

3    trying to collect that information now.

4            THE COURT:  Okay.  All right.

5            MR. RULE:  Thank you, Your Honor.

6            THE COURT:  All right.  I must say that when I got

7    the status report I was concerned that -- and I was happy that

8    we had set this system up of a schedule, milestones and

9    hearings, to make sure that we didn't have a problem near the

10   end when we got to May.  So, I was very pleased when I got the

11   report for the status and it showed that the efforts had been

12   made, and you really within the last month were able to

13   substantially get it down.

14           So, I would certainly commend the TC for their

15   efforts and Microsoft for rising to the occasion and making

16   this extraordinary effort.  And really you need both ends or

17   it doesn't work.  You can't have one and not the other.  So, I

18   commend both of you.  And you're now in compliance with the

19   schedule.  So, certainly from the report card perspective, you

20   get an A for effort in what you've been able to accomplish.

21   And I'm hopeful also that as Ms. Cooper and Mr. Houck have

22   indicated, as with all of these things, although you've been

23   working together, the TC and Microsoft, this was a slightly

24   different project, and some of these I know were older and

25   some of the older ones are more complicated and that's why

1    they have been left on the back burner.  We knew that to start

2    with, that some of these were going to be tougher to resolve.

3            And I'm hoping that learning from the experience

4    you'll be able to apply it to the next milestone so this will

5    get easier and easier as you progress, or at least it will

6    not -- it can be more evenly set out so it's not requiring

7    such an extraordinary effort at the end with the early warning

8    system.

9            So, certainly you get a very good report card for

10   this hearing in terms of what you have been doing, and I think

11   having set out the project that -- we weren't sure that this

12   was a schedule that was actually going to work, it looks like

13   it is.  It's going to be tight, which we knew, but at least it

14   is moving with some precision in terms of going forward so

15   that as we get closer to the May date we'll be in a better

16   position to see whether we really accomplish what needs to be

17   done.

18           So, if there's nothing else -- we have already set

19   our next hearing, which is January 19th, and so I don't

20   believe we set a date for the report, however.  Am I correct

21   about that?  I think -- did we set a date for the report?  We

22   did?  Then we're all set.  I knew we had set a date.

23           Is there anything else either from plaintiff's side

24   that we need to talk about?

25           (No response).

1          THE COURT:  Defendant's side?

2          (No response).

3          THE COURT:  No.  We're doing what we expected to do

4  and I'm very pleased about that.  And the next reports will

5  indicate that we have been able to meet all of these goals as

6  we move along, both in terms of the older ones as well as new

7  ones in terms of doing a combination effort.

8          All right.  Parties are excused then.  Take care.

9  END OF PROCEEDINGS AT 10:40 A.M.

10

11

12

13

14              C E R T I F I C A T E

15          I, Lisa M. Hand, RPR, certify that the

16  foregoing is a correct transcript from the record of

17  proceedings in the above-titled matter.

18

19

20

21          _____

22                              Lisa M. Hand, RPR

23

24

25