THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff,

        vs.

MICROSOFT CORPORATION,

      Defendant.

_____

CA No. 98–1232 (CKK)
Washington, DC
March 23, 2011
10:00 a.m.

STATE OF NEW YORK, ET AL,

      Plaintiff,

        vs.

MICROSOFT CORPORATION,

      Defendant.

_____

CA No. 98–1233 (CKK)

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE COLLEEN KOLLAR–KOTELLY
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For Department of Justice:    AARON D. HOAG, ESQUIRE
                          ADAM T. SEVERT, ESQUIRE
                          U.S. Department of Justice
                          600 E Street, NW
                          Suite 9300
                          Washington, DC 20530
                          (202) 307–6153

APPEARANCES continued on following page.

APPEARANCES, continued


For Microsoft:                  CHARLES F. RULE, ESQUIRE
                                NGOC HULBIG, ESQUIRE
                                Cadwalader, Wickersham & Taft
                                1201 F Street, NW
                                Washington, DC  20004
                                (202) 862-2420


For Microsoft:                  KEVIN KEHOE, ESQUIRE
                                JUDITH JENNISON
                                FRED WURDEN

For the New York Group:         ELLEN S. COOPER, ESQUIRE
                                Assistant Attorney General
                                Chief, Antitrust Division
                                Office of Attorney General
                                200 St. Paul Place
                                Baltimore, MD  21202
                                (410) 576-6470


For the California Group:       STEPHEN HOUCK, ESQUIRE
                                Menaker & Herrmann LLP
                                10 E. 40th Street
                                New York, NY  10016


For the California Group:       LAYNE LINDEBAK, ESQUIRE (Iowa)
                                CRAIG FARRINGER, ESQUIRE (DC)




Court Reporter:                 Lisa M. Foradori, RPR
                                Official Court Reporter
                                U.S. Courthouse, Room 6505
                                333 Constitution Avenue, N.W.
                                Washington, DC  20001
                                (202) 354-3269




Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1                    P R O C E E D I N G S

2          THE COURT:  Good morning, everyone.

3          COURTROOM DEPUTY:  Civil Case 98-1232, the United

4  States of America versus Microsoft Corporation; and Civil Case

5  98-1233, State of New York, et al. versus Microsoft

6  Corporation.  Counsel, would you please come forward and

7  identify yourself for the record.

8          MR. SEVERT:  Adam Severt for the United States,

9  with me at counsel table is Aaron Hoag.

10          MS. COOPER:  Good morning, Your Honor.  Ellen

11  Cooper from the State of Maryland for the New York group.

12          THE COURT:  Good morning.

13          MR. HOUCK:  Good morning, Steve Houck for the

14  California group, with me at counsel table are Layne Lindeback

15  from the Iowa Attorney General's office, and Craig Farringer

16  from the District of Columbia Attorney General's office.

17          THE COURT:  Good morning everybody.

18          MR. RULE:  Good morning, Your Honor.  Rick Rule,

19  Cadwalader, for Microsoft.  With me at counsel table are Fred

20  Wurden, Kevin Kehoe, Judy Jennison, and my colleague Ngoc

21  Hulbig.

22          THE COURT:  All right.  As usual, I'll go over your

23  reports, and I have a few comments, and I'll let you then

24  bring up whatever information you wish to do.  This is, I

25  guess, the last interim status conference that we will have.

1    And the reports are focused and pithy, they basically focus on

2    two things.  One is the technical documentation and the other

3    is the discussion of the resolution of certain outstanding

4    complaints that we talked about last time.  When I talk about

5    the TC, as always, it encompasses Mr. Hunt from the California

6    plaintiffs.

7              So, we were here last on January 19th, which was a

8    full compliance status hearing, and again, the focus, as it

9    will be today, is on Section III.E, the communication protocol

10   licensing provision.  It's now set to expire May 12th.  And

11   the interim compliance is really to see where we are and to

12   make sure that we can actually get this completed by the -- or

13   before, obviously, the May 12th date.

14             We also have a full compliance hearing, I think we

15   set for April 27th.  And Microsoft has filed two sets of

16   supplemental reports, one was on February 15th; and then we

17   had the parties filed their joint status report on March 17th.

18   We've been doing the hearings closer in time as we have neared

19   the end.

20             So, starting with III.E.  The TC and Microsoft had

21   developed this detailed plan for the remaining time so that

22   there would be an orderly conclusion in terms of the efforts

23   to improve the technical documentation, and then hopefully

24   avoid any last minute surprises in the final months leading up

25   to May.  And so where we are at this point, there was the

1   unexpected spike in the technical documentation, the issues

2   are the TDIs, at the end of 2010, which made it -- I think the

3   word impossible is the correct word, for Microsoft and the TC

4   to meet the March 15th milestones.

5            I will say that Microsoft and the TC have made

6   extraordinary progress in resolving the total number of active

7   the TDIs since then.  The total number of active TDIs has been

8   reduced from approximately 6,018 at the end of 2010 to 590 at

9   the time that the report was filed on March 17th.  So, that's

10  quite a reduction.

11           And while everyone was optimistic at the last

12  compliance hearing that they would be able to meet the

13  April 15th milestone, it looks to me as if you actually should

14  be able to, unless you tell me something different today.  And

15  Microsoft reports that the number of active TDIs has been

16  reduced by over 90 percent since January 1st.  Evidently

17  there's a little bit of slowing in that some of the last ones

18  turned out to be quite complex, and I would be interested in

19  hearing a little more about that.

20           So, as of -- and I'm going to read this so I get

21  the numbers correct.  As of February 28th there were a total

22  of 2,953 outstanding TDIs, 1,000 were Priority 1 submitted by

23  the TC, and 232 were self-identified by Microsoft.  Of the

24  2,953, 1,804 had actually been resolved to the TC's

25  satisfaction, but as with all of these, they remain open

1  pending publication and verification.

2  So, the truly active TDIs as of February 28th were

3  1,149.  And approximately 91 percent of those were open for

4  equal or less than 90 days, so it was a shorter time period.

5  And the parties report that as of the time the report was

6  filed on March 17th, as I indicated, the number of active TDIs

7  has been further reduced down to 590.  So, I want to hear how

8  that's progressing.

9  Microsoft reports that it's continuing to test the

10  MCPP documentation released since Windows 7.  Microsoft is

11  planning interoperability lab/plug fest events for June 13th

12  to the 17th and June 20th to the 24th.  Microsoft also reports

13  there's still a total of 49 companies licensing patents for

14  communications protocols through the MCPP program.  And the

15  documentation of the protocols has been downloaded I think

16  more than -- over 500,000 times, so that's good.

17  So, it looks as if when we were here last we were

18  all cautiously optimistic that even though the deadline for

19  March 15th wouldn't be met, that we would be able to do it for

20  April 15th, which is obviously coming up.  Is that still the

21  case?  And in terms of the complex -- are people really

22  concerned that they're going to be too complex to get them

23  done, is it going to push the deadlines?

24  The other question is, we have set it for the

25  April 27th date, do we need another -- that leaves really only

1  two weeks before it actually expires.  I don't know whether

2  there's any need at this point to tentatively set something up

3  or should we be optimistic it all gets taken care of by that

4  point?  So those were some issues.

5        In terms of III.C, the Competing Middleware.  In

6  terms of certain complaints, evidently everyone has resolved

7  and closed the complaint concerning the toolbars.  There were

8  a combination of two issues, one was a marketing and one was a

9  technical management.  The technical management, at the last

10  status report they had reached a -- a resolution had been

11  reached and it was a question of the TC reviewing the actual

12  implementation.  I understand that they are satisfied.

13        The marketing component, the state plaintiff's had

14  not completed their investigation as of the last time as to

15  the marketing component.  Evidently they have completed it and

16  have determined there's no apparent violation of the Final

17  Judgments.  So, that complaint has been closed.

18        There were also a report of complaints or

19  inquiries, only one related to Microsoft's compliance

20  obligations, and Microsoft represented that the products in

21  question are not Microsoft Middleware under the Final

22  Judgments.  I understand the state plaintiffs have

23  investigated that through the TC, indicate Middleware is not

24  involved and so there's no violation of the Final Judgment.

25  So, I take it that that one has been resolved.

1             And then there was a substantive complaint that was

2   received in January of 2011 about the licensing proposal by

3   Microsoft for accessing certain features of Windows server.

4   An investigation was done, and the complaint was outside the

5   scope of the Final Judgment.  Microsoft reports 85 complaints

6   or inquiries, but none relate to compliance obligations.

7             So, I just want to make sure I'm accurate that it

8   looks like all the complaints that have been received have

9   been looked at, either resolved and/or they're not encompassed

10  within the scope of the Final Judgments.

11            The compliance officers, Microsoft has again

12  indicated they have continued to ensure that newly appointed

13  officers get the copies of the Final Judgment, the material,

14  if there's annual briefing, annual certification, compliance

15  related documents are maintained, and that you have training

16  programs and monitoring matters that are continuing.

17            There's also sort of a miscellaneous item in that

18  even though the Final Judgment will be expiring, that the TC

19  will not immediately close up shop, it will not be doing its

20  reviews, but it will need a period to wind down, pay bills, et

21  cetera.  And I was just curious as to an estimate of how long

22  that needs to be and whether there's anything that I should be

23  aware of or can be of assistance in that.

24            So, there's not a lot from my perspective other

25  than just waiting to see how this -- whether this is going to

1   be accomplished in the timeframe we've talked about, and

2   whether we can get all of the milestones done, as we had

3   hoped.  It looks more promising today than it did when you

4   were back here earlier this year.

5              So, I can hear anything from the Government.

6              MR. SEVERT:  Thank you, Your Honor.  To address

7   your first question on the April 15th milestone, I think the

8   United States continues to believe that that milestone is

9   attainable.  And I say that with certainly more confidence

10  than I had the last time -- the last conference when there

11  were still many thousands of outstanding TDIs.  And we're

12  certainly much closer.  I know in the report we were down to

13  just over 500, I think we are now just under 500 in terms of

14  number of outstanding TDIs.

15             But it's still going to require a lot of work, as

16  Your Honor identified, a lot of the outstanding TDIs are quite

17  difficult, and that means that they require more time for TC

18  engineers, more time for Microsoft engineers, more back and

19  forth between them.  But the good news is, there are far fewer

20  TDIs, so there is the ability to spend more time on each one

21  even though many of them are complex.

22             THE COURT:  Have they been -- have they all been

23  looked at to the extent to figure out which ones are the

24  complex ones so they get the attention, you know, the time

25  period to work on it?

1        MR. SEVERT:  I think --

2        THE COURT:  A little triaging in this.

3        MR. SEVERT:  Yes, I think -- I'm not sure if it's

4  100 percent, but most of them have had at least one round trip

5  at this point.  There may be a few that have not yet had sort

6  of one round trip between the parties, but I'll defer to

7  Microsoft if they know whether or not there are any

8  outstanding that have not yet been responded to at least once.

9        THE COURT:  Okay.

10        MR. SEVERT:  But the vast majority have been.

11        THE COURT:  All right.

12        MR. SEVERT:  Then your other question on whether

13  the April 27th conference -- we would need an additional one.

14  I think at this point we don't.  I think April 27th is

15  actually the perfect time for a status conference.

16        THE COURT:  I wasn't going to change that, I mean,

17  it's two weeks beforehand.  My only question was, since

18  everybody has calendars and commitments as to whether, you

19  know, there was a need to slot something else in.  There's

20  only two weeks, frankly, between the 27th and May 12th, so

21  you'd have to do it like a week later.  I raise it -- I'm not

22  suggesting we necessarily need it, I raise it only because

23  everybody's calendars -- and this is a large group to put

24  together -- if it looked like it might be needed, we should do

25  it now, you can always cancel it, as opposed to coming in on

1  the 27th and deciding that maybe we do need one.

2           MR. SEVERT:  Yeah, I think that the 27th will be

3  sufficient because I think by then we'll know whether or not

4  the 4/15 deadline has been hit.  And it will also give the

5  parties a few days in the case that that deadline is missed to

6  either fix it or to address the implications of missing that

7  deadline, depending on in what way it's missed.

8           THE COURT:  Okay.

9           MR. SEVERT:  And then your question about the TC

10  wind down process.  We expect that to take -- probably most of

11  the work will be done in about a month, but there will be some

12  active wind down going on for about two to three months, and

13  then there will be sporadic activity into 2012, things like

14  filing taxes -- tax returns and things like that into next

15  year.

16          THE COURT:  Okay.  It sounds as if you don't --

17  there's nothing that's really needed from the Court, but I

18  thought I would ask.

19          MR. SEVERT:  We don't believe so, Your Honor, but

20  we'll certainly raise the issue with you if something arises.

21  But we've looked at what would be involved, and we don't

22  believe we would need or require an additional order from Your

23  Honor.

24          THE COURT:  Okay.  And I take it, I'm correct then

25  that all of the complaints have either been resolved, looked

1   at, resolved, in terms of what we had talked about that were

2   outstanding the last time, and/or they're not within the scope

3   of the Final Judgment?

4            MR. SEVERT:  The III.E complaints -- all III.E

5   related complaints have been resolved.  I can't speak to the

6   non-III.E complaints, the state plaintiffs can speak to that.

7            THE COURT:  All right.

8            MR. SEVERT:  Thank you.

9            THE COURT:  Thank you.

10           MS. COOPER:  Good morning, Your Honor.

11           THE COURT:  Good morning.

12           MS. COOPER:  I think that the III.E TDI issue is

13  progressing better than we thought last time, and I think it's

14  entirely possible that we'll be able to meet our deadlines.  I

15  think it's going to require a lot of work.  The TC is prepared

16  to work overtime, and in fact, are positioned to work

17  overtime, if necessary, and I hope Microsoft is as well, but

18  they'll have to speak to that.

19           I agree that at this time it doesn't look like we

20  would need another hearing, but I think we will know based on

21  the numbers by April 15th.  And I think that would be

22  sufficient time to schedule something at that time if things

23  go awry.

24           THE COURT:  Okay.

25           MS. COOPER:  In terms of the Middleware complaints,

1    Your Honor is correct, all have been resolved and at the

2    moment there are no Middleware complaints outstanding.

3              THE COURT:  All right.

4              MS. COOPER:  Thank you.

5              THE COURT:  Thank you.  Mr. Houck.

6              MR. HOUCK:  Good morning, Your Honor.  As both my

7    predecessors up here said, the complaint ledger is entirely

8    clear.  At this point there are no pending complaints.  We are

9    very mindful of the fact that the Final Judgment is winding

10   down, and we pledge that if we do get a complaint after today,

11   or complaints, we will investigate them expeditiously and try

12   to resolve them as promptly as possible so they don't become

13   an issue in terms of the Final Judgment ending.

14             With respect to the documents, as Your Honor

15   observed, Microsoft has closed a very significant number of

16   documents.  As Your Honor also has observed, sometimes the

17   focus is on the easier ones and the more complex ones are

18   left.  And it's kind of like the NCAA March Madness

19   Tournament, just because you've rattled the opposition in the

20   earlier rounds doesn't necessarily mean that you're going to

21   win the Final Four, because the competition gets tougher as

22   you go along.

23             But, nevertheless, we do believe that there should

24   not be a significant problem in meeting the April 15th

25   milestones.  Microsoft, as I'm sure they'll tell you, they

14

1    told us, remain very confident that they can close out the

2    number of TDIs necessary.  And recent history indicates they

3    have become much more proficient at resolving TDIs, and

4    probably, most importantly from our perspective, the remaining

5    TDIs tend to cluster in groups, they relate to certain

6    documents and to certain issues.  So that once those issues

7    are resolved, it should be readily easy to rapidly close a

8    large number of TDIs since they're not really separate

9    problems, but they have a problem in common.

10            So, once the resolution is reached, hopefully --

11   actually, the process should accelerate, and we anticipate

12   seeing a large number of TDIs closed.  That being the case, I

13   agree with the other plaintiffs, we probably don't need

14   another status conference, although I want the record to be

15   absolutely clear, the California group is more than happy to

16   meet with Your Honor whenever Your Honor wants to meet with

17   us.

18            THE COURT:  That's all right.  I don't want to drag

19   people here if we don't need it, I just thought I would raise

20   it.  And it's correct that if April 15th comes along -- and I

21   wasn't being pessimistic about it, but I just thought it's too

22   many people to try and resolve things, and if you wanted to

23   think about it.  But that's fine.  I have it at least somewhat

24   open, I could squeeze something in without too much --

25            MR. HOUCK:  Actually, in all seriousness, really

15

1   very much throughout this process we have appreciated Your

2   Honor's willingness to get involved in this in some detail,

3   it's been very helpful.  At this point, hopefully, that's not

4   necessary.  We obviously are going to be following this

5   process very carefully over the next four or five weeks, and

6   if something causes our expectations to change, we will let

7   Your Honor know.  And in the unlikely event it becomes

8   necessary to schedule something additional, in our view, we

9   will let Your Honor know that.

10              That's all I have this morning.  Thank you.

11              THE COURT:  All right.  Thank you.  Mr. Rule.

12              MR. RULE:  Your Honor, I think we would echo what

13   has been said.  We are -- the company is certainly committed

14   to getting to the April deadlines and we're working hard

15   towards that goal.  We want to work with the TC and with the

16   plaintiffs to achieve that, and we're looking forward to it.

17              I think as Steve said, there are groups of TDIs

18   together, that if we can resolve issues we can get that number

19   down.  And I'm told that all of the TDIs have at least been

20   discussed.  So, it's not as if there is some backlog that we

21   haven't looked at and haven't at least raised with the TC.

22              THE COURT:  That's important because then you at

23   least know what you have left.

24              MR. RULE:  Yes, Your Honor.  I believe we do.  As

25   with the plaintiffs, we are always more than happy to meet

1   with Your Honor, but I think that we would agree with them

2   that at this point it doesn't appear that it's necessary, but

3   if that changes we'll let Your Honor know at the first

4   opportunity.

5            THE COURT:  All right.  That's fine.  Then I think

6   this is probably one of our shortest hearings, which is good,

7   which means we don't have any naughty problems to resolve.

8   And I must say that the reduction is quite astounding, I

9   looked at the -- as I usually do, I look at the last report

10  and looked at my notes and then the most recent one, and

11  there's quite an amazing reduction.

12           So, it looks much more feasible at this point to

13  actually meet the milestones as opposed to when we looked at

14  this the last time we were here.  So, I'll see you on the

15  27th.  We should figure out -- when do you want to do the

16  report?  You'll be knowing on the 15th, what is a good time

17  period from your perspective?  I want to make sure that you

18  have enough time to figure out what you want to do.

19           MR. SEVERT:  Your Honor, we would propose Friday

20  the 22nd.

21           THE COURT:  That's fine.  That's perfect.  Okay.

22  Anything else that we need to talk about?

23           (No response).

24           THE COURT:  Do we have another report in between

25  here or is this really going to be the report?  I think it

1   probably will be.  I'm not sure that we need another -- my

2   feeling would be that you don't need to file anything extra,

3   that we'll hear -- instead of focusing on that, I'd rather you

4   focus on getting this accomplished, and we'll do the report on

5   the 22nd.  So, that's the only report that's going to be due

6   the Court.  Okay.  Parties are excused.  Take care.

7   COURT CONCLUDED AT 10:26 A.M.

8

9

10                C E R T I F I C A T E

11          I, Lisa M. Foradori, RPR, certify that the

12   foregoing is a correct transcript from the record of

13   proceedings in the above-titled matter.

14

15

16

17                                _____

18                                Lisa M. Foradori, RPR

19

20

21

22

23

24

25