THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,

       Plaintiff,

         vs.

MICROSOFT CORPORATION,

       Defendant.
_____

CA No. 98-1232 (CKK)
Washington, DC
April 27, 2011
10:00 a.m.


STATE OF NEW YORK, ET AL,

       Plaintiff,

        vs.

MICROSOFT CORPORATION,

       Defendant.
_____

CA No. 98-1233 (CKK)


TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For Department of Justice:    AARON D. HOAG, ESQUIRE
                       ADAM T. SEVERT, ESQUIRE
                       U.S. Department of Justice
                       600 E Street, NW
                       Suite 9300
                       Washington, DC 20530
                       (202) 307-6153


APPEARANCES continued on following page.

APPEARANCES, continued


For Microsoft:                CHARLES F. RULE, ESQUIRE
                              NGOC HULBIG, ESQUIRE
                              JONATHAN KANTER, ESQUIRE
                              Cadwalader, Wickersham & Taft
                              1201 F Street, NW
                              Washington, DC  20004
                              (202) 862-2420


For Microsoft:                KEVIN KEHOE, ESQUIRE
                              JUDITH JENNISON
                              FRED WURDEN

For the New York Group:       ELLEN S. COOPER, ESQUIRE
                              BETH FINNERTY, ESQUIRE
                              Assistant Attorney General
                              Chief, Antitrust Division
                              Office of Attorney General
                              200 St. Paul Place
                              Baltimore, MD  21202
                              (410) 576-6470


For the California Group:     STEPHEN HOUCK, ESQUIRE
                              Menaker & Herrmann LLP
                              10 E. 40th Street
                              New York, NY  10016


For the California Group:     LAYNE LINDEBAK, ESQUIRE (Iowa)
                              CRAIG FARRINGER, ESQUIRE (DC)
                              ADAM MILLER, ESQUIRE (Calif)


Court Reporter:               Lisa M. Foradori, RPR
                              Official Court Reporter
                              U.S. Courthouse, Room 6505
                              333 Constitution Avenue, N.W.
                              Washington, DC  20001
                              (202) 354-3269

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1                           P R O C E E D I N G S

2                   THE COURT:  Good morning, everyone.  All right.

3                   COURTROOM DEPUTY:  Civil case 98-1232, the United

4      States of America versus Microsoft Corporation.  And civil

5      case 98-1233, State of New York, et al., versus Microsoft

6      Corporation.

7                   Counsel, would you please come forward and identify

8      yourself for the record.

9                   MR. SEVERT:  Good morning, Your Honor.  Adam Severt

10     for the United States, with me at counsel table is Aaron Hoag.

11                  MS. COOPER:  Good morning, Your Honor.  I'm Ellen

12     Cooper from the State of Maryland, with me at counsel table is

13     Beth Finnerty from the State of Ohio.

14                  THE COURT:  Okay.

15                  MR. HOUCK:  Good morning.  Steven Houck for the

16     California group, at counsel table with me is Layne Lindebak

17     from Iowa and Adam Miller from California, also present is

18     Craig Farringer from the D.C. Attorney General's office.

19                  THE COURT:  All right.  Good morning.

20                  MR. RULE:  Good morning, Your Honor.  Rick Rule,

21     Cadwalader on behalf of Microsoft.  With me at counsel's table

22     is Fred Wurden who, as you know, Your Honor, has been the

23     project manager for the technical documentation project.

24     Kevin Kehoe, in-house counsel at Microsoft, Judy Jennison, his

25     colleague and in-house in Microsoft.  Ngoc Hulbig and Jonathan

1 | Kanter Cadwalader.

2 |        THE COURT:  All right.  So, it's been my practice

3 | over the years, and I'm going to summarize what's in the

4 | status report as to the implementation efforts.  I have a few

5 | questions, some comments, and then I'll call on counsel.  And

6 | when I talk about the technical committee, the TC, I'll also

7 | be including Craig Hunt who's the independent expert for the

8 | California group plaintiffs.

9 |        So, when we were last here on March 23rd, it was an

10 | interim compliance status conference, the focus which has been

11 | true over the last couple of years has been on the Section

12 | III.E, the communications protocol licensing provision of the

13 | Final Judgment, which is now set to expire, along with the

14 | supporting provisions, on May 12th -- extended through

15 | May 12th pursuant to an order I issued on April 22nd, 2009 of

16 | some of the surviving non-Section III.E provisions of the New

17 | York and California groups Final Judgments.

18 |        So, today's compliance conference was intended to

19 | be the last.  In light of the information provided by the

20 | parties to the Court concerning the status of Microsoft's

21 | compliance with the Final Judgment, it appears that it will

22 | be, unless you tell me otherwise when we talk.

23 |        On April 22nd the parties filed a joint status

24 | report and the focus, as I said, has been on Section III.E,

25 | which is the one that we've been working on to make sure that

1    that gets finally done before the judgments are to expire.

2    So, let me start with that.  Let me go back and put this in

3    context in terms of the project schedule.  The parties

4    developed a detailed plan for the time that was remaining

5    until the scheduled expiration.  The plan was designed to

6    bring to an orderly conclusions the efforts of the TC and

7    Microsoft to improve the technical documentation and hopefully

8    to avoid any last minute surprises in the final months.  And

9    now we're in the final week, pretty much, leading up to that

10   point.

11        The only major aspect of the proposed plan that

12   really remains relevant in terms of a discussion at this late

13   stage is the agreed upon milestones for the resolution of all

14   the outstanding technical documentation issues or TDIs.  So,

15   I'm going to discuss only the process to which you're now

16   at -- near the end here on the current joint status report.

17        In terms of the project schedule, although the

18   parties did not achieve the April 15th milestone, it is

19   expected that the milestone will be met -- hopefully at this

20   status conference you'll be telling me that.  There are

21   apparently two categories of TDIs that are remaining, those of

22   which Microsoft evidently has assumed -- has primary

23   responsibility, and those for which the TC has assumed primary

24   responsibility.  So, evidently there's been a split here.

25        According to the parties, the TC has assumed

1   responsibility for addressing all the TDIs in a specific, but

2   at this point, unidentified subject area.  By apparent

3   agreement, Microsoft will finalize the documents and then

4   publish them in the next document update cycle, which would

5   seem to suggest a time line extending beyond the expiration of

6   the Final Judgments, at least as to that aspect.

7           When the TDIs for which the TC has assumed primary

8   responsibilities are excluded then at least when the report

9   was filed only 34 open TDIs remained.  Based on that figure

10  the parties had reported that Microsoft would meet its goal as

11  part of the wind down plan.  Plaintiff's overall assessment

12  was that the documents are of sufficient completeness and

13  qualify and compliance with the Final Judgment requirements,

14  and Microsoft has represented in the report that it intends to

15  continue creating, testing, supporting and publishing

16  technical documentation even after the Final Judgments expire.

17          The TC's prototype implementation activity, as of

18  April 15th there were a total of 837 outstanding TDIs of which

19  232 were Priority 1 submitted by the TC, and 246 were

20  self-identified by Microsoft.  Of the total outstanding TDIs,

21  345 have been addressed to the TC's satisfaction, but there

22  were open -- pending publication and verification, which is

23  the process, that even though they have been approved takes a

24  little bit longer.  And that the total number of active TDIs

25  was 492.

1          In turn, Microsoft continues to test the MCPP

2   documentation release since Windows 7, the interoperability

3   lab plug-fest events, Microsoft's planning of file sharing

4   protocol plug-fest event for June 20th to the 24th; and is in

5   discussions with Samba for an interoperability lab for

6   September, and with NetApp for an interoperability lab for

7   October.

8          The parties report that a total of 49 companies are

9   licensing patents for communications protocols through the

10  MCPP program:  29 with royalty bearing licenses, 7 with fixed

11  fee license, and 13 with royalty free licenses.  24 licensees

12  are shipping products, 23 of those have elected to receive

13  free technical account manager support from Microsoft, and 6

14  licensees have access to Windows source code.

15         The parties report that the documents describing

16  the protocols have been made available, which is pursuant to

17  the documentation through the Final Judgments and they have

18  been downloaded more than 574,000 times.  So, they're

19  certainly out there.

20         In terms of observations, the report was filed, it

21  wasn't quite clear to me whether at this point the milestones

22  have actually been met in terms of Microsoft's responsibility

23  and what the TC was doing.  And, perhaps, without getting too

24  technical, you could tell me the nature of the TDIs for which

25  the TC has assumed primary responsibility, and how did you

1   figure out how to separate these out?  And is everybody in

2   agreement as to this allocation of responsibility and the

3   timeframe for resolution.

4           I guess the question too is, is the documentation

5   going to be handed to Microsoft before the Final Judgments

6   expired, and is there anything besides the publication that

7   will be left until after the expiration of the Final

8   Judgments?  I couldn't tell from -- whether there was

9   something that was going to happen afterwards.  In other

10  words, they would be approved, or whether the publication was

11  afterwards or within the timeframe.  And then, as I said, I

12  don't know whether the 34 TDIs have been resolved or expected

13  to be resolved and whether there's anything else to report.

14          I'm just going to go over -- since this -- I'm

15  expecting it to be the last court hearing, in very summary

16  form, the other non-III.E provisions that will also expire

17  that I had extended.  And they are III.C, which is the

18  competing middleware that bars Microsoft from restricting by

19  agreements any OEM licensee from variance anti-competitive

20  practices, which I won't go into, but I understand Microsoft

21  is in compliance.

22          There was III.D, which was the APIs.  Microsoft had

23  to disclose to ISVs, IHVs, IAPs, ICPs and OEMs the APIs and

24  related documentation that are used by Microsoft Middleware to

25  interoperate with Windows Operating System Products.  And my

1   understanding is they are in compliance with that.

2          III.H related to the defaults which requires

3   Microsoft to allow end users and OEMs to enable or remove

4   access to each of the Microsoft Middleware Products or

5   non-Microsoft Middleware Products, and to change defaults.

6   And there are other various requirements.  By the time of the

7   March 23rd interim compliance hearing, the parties had

8   resolved and closed the August 2010 complaint concerning

9   toolbars and IE 9 in its entirety.  So, at this point my

10  understanding is they are in compliance.  If I'm wrong about

11  any of these things, let me know.

12         So, at the March 23rd interim status the parties

13  reported that the complaint ledger was clear.  Now, in terms

14  of the current report it indicates that plaintiffs report that

15  they received four complaints since the last full joint status

16  report.  Microsoft reports it's received 32 complaints or

17  inquiries, that the complaints were non-substantive or didn't

18  warrant any further action with respect to Microsoft's

19  compliance with the Final Judgment.

20         The status report did note a specific complaint

21  related to III.E.  It stated that in March of this year the

22  state plaintiffs, New York and California groups, received a

23  new substantive complaint relating to the technical

24  documentation.  The status report indicated that it was

25  reviewed, a meeting was held with the complainants and the

1   plaintiffs determined that no further action was required

2   regarding Microsoft's compliance with or the plaintiff states

3   enforcement of the Final Judgment.

4           I will note that the Court received a letter

5   dated April 26th regarding this complaint.  The letter doesn't

6   elaborate or provide any contents as to the complaint.  So, I

7   would just ask counsel, since this is our last hearing, to

8   address what was done to investigate this last hearing.

9           Now, the one question I had is if you have -- if

10  there are complaints that come in between now and the

11  expiration date, which isn't very long, how do you -- do you

12  have a way of handling those?  I don't know whether the Court

13  needs to be informed, unless you think that there's a problem.

14  I think if there's a problem, obviously you would get in touch

15  with me.  I would think that if you resolve them and there

16  isn't any issue, that I don't know that I need to have a

17  report, but I'm just asking how you plan on doing it.  We

18  don't have too much time, but there is at least some period in

19  here before they actually expire.

20          The Microsoft compliance officers, they've been

21  since July of 2003 -- compliance officers have been involved,

22  and they have made sure that everybody has gotten copies,

23  there's been training, et cetera.  It wasn't clear to me

24  whether with the expiration of the Final Judgment, whether

25  their responsibilities -- and obviously there won't be any

1   Final Judgments, but I'd be interested to know whether the

2   principals at least involved in the Final Judgments would

3   continue to be considered by the compliance officers or

4   whether their job is done.

5           And then sort of a miscellaneous thing, in the

6   previous report the parties advised the Court that the TC

7   would continue to exist as a legal entity after the

8   expiration, and that was to just do wind down operations, you

9   know, paying bills, tax returns, et cetera.  And no action was

10  required from the Court.  I just wanted to make sure that that

11  was still the case.  So, at this point let me call on counsel

12  for any -- in response to my questions or any comments that

13  you want to make.

14          MR. SEVERT:  Thank you, Your Honor.  To address

15  your questions regarding the milestones, I can report that

16  Microsoft has indeed met the April 15th milestones, in fact,

17  as of last night the total number of outstanding TC TDIs is

18  now under 30, I think 29 was the last number I heard last

19  evening.

20          THE COURT:  So, if I understand you then, Microsoft

21  has completed their responsibilities and the TC is down to

22  under 30?

23          MR. SEVERT:  Well, the ones that are outstanding

24  all are ones that are sort of under Microsoft's -- has primary

25  responsibility for.  The TC has closed all of the TDIs that

 1   relate to the issue for which it took primary responsibility,

 2   and that issue deals the controlling network access among

 3   machines.

 4           THE COURT:  Okay.

 5           MR. SEVERT:  Sort of at a very high level.  And

 6   though the TC has closed all of the TDIs relating to that

 7   subject matter, and those TDIs really relate to a handful of

 8   documents, they will continue to fine tune those documents

 9   through the end of the Final Judgments, and at the end hand

10   the documents back to Microsoft.

11           THE COURT:  Okay.  So the fine tuning would be done

12   by the TC?

13           MR. SEVERT:  Correct.

14           THE COURT:  Okay.  So, at the end then, by the time

15   May 12th rolls around, will these -- they'll wait for

16   publication, will they have had the verification?  I just

17   wasn't clear, it looked to me as if the publication cycle was

18   going to be after the May 12th date, and therefore, is what is

19   only going to be left after May 12th is publication or is

20   there something else that's going to be left?

21           MR. SEVERT:  You're exactly right, Your Honor.

22   There is a publication shortly after the May 12th date, so

23   that will be left to be done.  There also will be some number,

24   as we discussed for some time, some number of outstanding

25   TDIs, as I said, the number is 29, and Microsoft has committed

 1   to closing those after the expiration, but it's well under --

 2   I think the lowest milestone target was 46.  So, we are well

 3   under that number, so that will still remain out there to be

 4   done.

 5            THE COURT:  All right.  We knew that there were

 6   going to be continuing to have -- or expected to have some

 7   that would be a continuing process of hopefully continuing to

 8   improve the documentation, but I didn't want a big number.  It

 9   looks like it's small enough that --

10            MR. SEVERT:  Right.  And by May 12th that number

11   may shrink a bit little more as well.  Your next question was

12   about any new complaints that we received before the

13   expiration, and what I --

14            THE COURT:  Hopefully none, but I was just curious.

15            MR. SEVERT:  What I can promise you is that we

16   will -- if we receive a complaint, we will work as quickly as

17   we can to understand it and resolve it.

18            THE COURT:  Okay.

19            MR. SEVERT:  To the extent there are any problems

20   that arise, we will contact you immediately.

21            THE COURT:  Okay.

22            MR. SEVERT:  But not knowing what those

23   complaints -- what that potential complaint might be, it's

24   hard to say more than that.

25            THE COURT:  Okay.  It was something that wasn't

14

 1   addressed and I was just curious as to what -- and our system

 2   has been that I would only be notified or involved if it's

 3   something that I needed to resolve, so far happily it hasn't

 4   happened.

 5            MR. SEVERT:  Sure.  And then I think your last

 6   question was regarding the wind down procedures for the

 7   technical committee, and I think from our perspective I don't

 8   think we would require anything additional from the Court to

 9   do the wind down.  We still expected to take two to three

10   months for most of the work to be done, but there will be some

11   things like filing of tax returns into next year.

12            THE COURT:  And I take it then that you would agree

13   that they are in compliance with all the other -- with the

14   Section -- with the III.E at this point from your perspective?

15            MR. SEVERT:  Yes, I think from our perspective

16   Microsoft is in compliance with III.E, and it's appropriate

17   for the Final Judgments to be allowed to expire on May 12th.

18            THE COURT:  Okay.

19            MR. SEVERT:  And I'd like to note that we're only

20   in this position because of the Herculean work done by the

21   technical committee.  As time has gone on, the TC has taken on

22   more and more responsibilities culminating over the last few

23   weeks with the TC taking over primary responsibility for

24   directly editing these certain technical documents relating to

25   a particularly difficult issue.  And as even Mr. Houck

1  admitted several statuses ago, the TC has been instrumental

2  and critical to the plaintiff's work enforcing the Final

3  Judgments.

4          It is simply impossible to overstate how much

5  talent and dedication they have brought to their job every

6  single day.  Without them and without Mr. Hunt, the

7  plaintiff's job would have been nearly impossible.  On behalf

8  of the United States, I'd like to thank the TC members, Harry

9  Saal, Frank Fite, Skip Stritter, their general manager, Ron

10 Schnell, their other managers and their staff for really truly

11 excellent work.

12         I'd also on behalf of the United States like to

13 thank the New York group and the California group, I think the

14 level of cooperation is really an excellent model for joint

15 federal/state civil law enforcement.  Although at times each

16 group has had -- have seen certain issues in a slightly

17 different way, there was nearly always a shared investigation,

18 a shared analysis of whatever complaint or issue was

19 confronting us.  Even when we disagreed, which was

20 surprisingly rare, given the number of complex issues that we

21 faced over the many years of this decree, I think everyone was

22 extremely professional, and I thank them for that.

23         And the Court may have noted that in the courtroom

24 today are a number of alumni --

25         THE COURT:  I recognize familiar faces here.

1          MR. SEVERT:  -- who have worked on this case over

2     the years.  And I think that speaks not only to just the sheer

3     length of this case, but also its significance.  And on behalf

4     of the Department of Justice, I'd like to thank the Court for

5     its diligence and attention to this case over many years.  The

6     Court's level of engagement has really helped create an

7     environment whereby the parties were able to resolve most

8     issues prior to filing a joint status report or at least prior

9     to the status conference when we walk into court.

10          THE COURT:  I have found that the joint status

11     reports work wonders in a lot of cases in terms of having

12     people sit down and discuss it so that they can resolve it and

13     not have to come to court and say they can't.

14          MR. SEVERT:  Unless, Your Honor has additional

15     questions, I don't have anything else.

16          THE COURT:  Nothing.  No, that's fine.

17          MR. SEVERT:  Thank you, Your Honor.

18          THE COURT:  All right.  Ms. Cooper.

19          MS. COOPER:  Good morning, Your Honor.

20          THE COURT:  Good morning.

21          MS. COOPER:  I'm pleased to report that all

22     non-III.E matters have been resolved, there is nothing

23     outstanding there.  And I would add also on behalf of the New

24     York group that we believe that the III.E matters have been

25     resolved and Microsoft is in compliance.

1        As Your Honor knows, it's been my responsibility to

2   report to the Court on all matters pertaining to the TC, and

3   I'd just like to add a few words about the responsibility that

4   the TC has recently undertaken in one subject area, as Mr.

5   Severt mentioned, and that is network policy and access

6   services, which they fondly refer to as NAPSO.

7        The TC took over responsibility for eight documents

8   in this subject area, and there were in the neighborhood of

9   150 TDIs associated with those documents.  When it looked like

10  Microsoft would not be able to resolve these issues in a

11  timely way without the TC's help.  With its help, Microsoft

12  was able to focus on the other documents.  And as Mr. Severt

13  has said, the number of TDIs is now below the 34 reported in

14  the JSR.

15       So, this also was able to happen because nearly all

16  of the engineers have stayed on, many working overtime, to

17  complete reviewing all of the technical documents and ensuring

18  also that the Middleware has been treated as required under

19  the Final Judgments.  This was the purpose of the retention

20  bonus and plaintiffs have been relieved to see that the

21  retention contract has served its purpose.

22       I also would like to take the opportunity to

23  commend all the TC members and staff who have done an

24  outstanding job throughout the term of the Final Judgments,

25  and particularly so in the last six months as they have

1    balanced the need to close TDs with the requirement that the

2    documents be accurate, complete and usable.

3            And I'd also like to add a note of personal thanks

4    on the record for each of the members, Harry Saal, Frank Fite

5    and Skip Stritter, as well as to the TC's general manager, Ron

6    Schnell, for being available and responsive to all of my many

7    question, and for their patience in explaining the many

8    technical issues that have arisen during the course of my

9    representation of the New York group.

10           I would also like to mention that all three

11   plaintiff groups have worked effectively together in recent

12   years to accomplish the goals of the Final Judgments.  All

13   three groups have shared information, including TC

14   information.  And where waivers were necessary under the Final

15   Judgment implementation order and the protective order, these

16   waivers were given.

17           In addition, Craig Hunt, California's technical

18   expert has provided invaluable assistance to all three groups

19   in assessing complaints and offering helpful suggestions

20   regarding all matters technical.

21           With respect to Your Honor's question about the

22   recent complaint, Adam Miller from California and I

23   investigated the complaint that was referenced in the JSR with

24   additional technical help from Craig Hunt.  This included a

25   four hour face-to-face meeting with the complainants in

1    California a couple of weeks ago.  Craig Hunt attended that

2    meeting by telephone.

3            We reviewed a large volume of documents that were

4    provided to us, and most of that material was technical in

5    nature and Mr. Hunt reviewed all of that material for us.

6    With Mr. Hunt's assistance, we determined that the complaint

7    involved good faith discretionary decisions made by the TC,

8    and that many aspects of the complaint were in fact out of

9    scope of the Final Judgment.

10           We consulted with all three plaintiff groups and

11   all agreed that the complaint did not warrant any further

12   action.  The TC is proceeding with a wind down that is still

13   on schedule under the capable hands of their office manager,

14   Lorin Walker, and I believe also that nothing further is

15   required from the Court in this regard.

16           And finally, I, too, would like to thank the Court

17   for its attention to this matter and for enabling us to bring

18   this to a final conclusion.  Thank you, Your Honor.

19           THE COURT:  You're welcome.  Mr. Houck.

20           MR. HOUCK:  Your Honor, it does appear that this is

21   the last joint status conference, and it sounds like we've

22   entered an era of good feeling, if we hadn't entered it

23   before.  As Your Honor may know, I signed the State's

24   complaint on behalf of the all the States approximately 13

25   years ago and worked on the case through the liability trial

1   and then went off the case for a bit, and rejoined the

2   California group enforcement effort.  And I think Beth

3   Finnerty who was here in court today was in at the beginning

4   with me, but I suspect I've logged more hours on this case

5   than anyone else in the courtroom today.

6          And like the two folks who preceded me, I'd like to

7   make a few valedictory comments, if Your Honor will allow me

8   to about the case.  I'm not going to comment on the remedies

9   here and what they may or may not have accomplished, I think

10  that's better left to academics or other pundits with more

11  objectivity who can make that assessment.  But I did want to

12  make one point, which is that one of the principal objectives

13  of bringing the case is a little bit different from that and

14  in many ways important.

15         When we first brought the case back 13 years ago

16  many pundits said that it was simply impossible to apply the

17  antitrust laws to high-tech, fast moving industries, and in

18  particular they were adamant that it was impossible to apply

19  Section II, which they considered antiquated to industries

20  like this.  And there was some justification for that belief

21  because the long running IBM case had just terminated a few

22  years ago with a whimper without accomplishing much, so there

23  was a lot of skepticism.

24         And I think the one thing that we have proved to

25  these doubters is that antitrust law, which is the

1    underpinning of our free market economy is alive and well

2    throughout the high-tech industry.  It's being enforced today

3    not only by the U.S. Government and the states, but by

4    Europeans and private plaintiffs as well.  And I think that's

5    a very important thing because high-tech is an increasingly

6    important part of our economy.  And for reasons we've

7    discussed in this case, it often is so that market power

8    accretes very rapidly in those industries and becomes quickly

9    entrenched.  So, it's I think a very good thing, and that's

10   one thing the case has accomplished for sure is to make

11   antitrust alive and well in this century and in its

12   application to a wide array of high-tech industries.

13            Now, of course, all of this would have been

14   impossible without a lot of work by a lot of people, and in

15   particular on the State side, this was really a unique

16   singular efforts.  I can't think of anything even remotely

17   close to this in the antitrust field or otherwise where states

18   have collaborated together over such a long period of time and

19   involving really quite an array of different states, there are

20   small states, large states, different geographic areas

21   covering the political spectrum from a conservative Republican

22   to the liberal Democrat, and we've all worked together.  I

23   don't think there's been anything like that in history, and

24   it's really a testament to the hard work of a lot of AAGs and

25   generations of AAGs over time, and I want to acknowledge their

1   hard work.  I can't name them all, but I did want to single

2   out one lawyer for comment, and that is Attorney General Tom

3   Miller of Iowa.  General Miller has worked on this case with

4   me from the beginning, he was a chair of the executive

5   committee overseeing the litigation, and he put a lot of time

6   and effort into it and really understood the importance of the

7   case.  And he was an inspiration to the AAGs who have worked

8   on the case, and equally important, he was a bridge between

9   them and their Attorneys General bosses.  And I said they

10  covered a wide philosophical spectrum, sometimes within one

11  office.  As one left another came in, they were very

12  different.  So, that was a very tough job and he did it well.

13         There's one other name that I'd like to mention, a

14  person who is part of our enforcement team.  The lawyers on

15  the team get some credit, they appear, and Your Honor has

16  always been very gracious to include Craig Hunt when she

17  mentions the technical committee, but we've had an economist

18  who's also made very invaluable contributions to our team, and

19  he comes to court every day and he's here today, and his name

20  is Charles F. Clarke.  And I just wanted to acknowledge his

21  excellent work on the case, which has been very helpful to us

22  in our enforcement efforts.

23         And, of course, we couldn't have accomplished

24  anything without the good work that the Department of Justice

25  has done, and I know all the state lawyers have been very

1    impressed over time.  Again, as generations of those lawyers

2    have come through the case with a uniformly high skill they've

3    exhibited and great dedication to the case, notwithstanding

4    the fact, like the state lawyers, they've served very varying

5    philosophical masters in terms of their anti-trust views, but

6    their work has always been extraordinarily high.

7            And as Mr. Severt mentioned, there have been a

8    couple of bumps on the road, but in what 13-year marriage have

9    there not been some disagreements.  And the important thing is

10   that we're still here working together, and I've always felt

11   that the exchange of views has been very helpful to us in

12   strengthening our position, articulating our position to the

13   Court, and hopefully that has been helpful to the Court as

14   well.

15           I would be remiss also if I didn't compliment the

16   Microsoft lawyers, both in-house and outside.  This has been a

17   very tough litigation for them, an extraordinarily high stakes

18   litigation.  The fate of the company was at issue, and I must

19   say, you know, throughout the entire litigation, I've known a

20   lot of the lawyers at various law firms, outside and inside,

21   they have always conducted themselves very professionally and

22   without rancor.  And as Your Honor knows, that is

23   unfortunately rare in many cases where the stakes aren't

24   nearly as high.  So, I compliment them for that.

25           And they have also exhibited great skill and

1  dedication to their client.  We live in an adversary system,

2  and that works best when you have good lawyers on both sides.

3  And I know from the state's perspective, they certainly

4  brought out the best in us.

5       Other people have mentioned the technical

6  committee; over time we've gotten to work more closely with

7  them and have greatly admired their work and benefited from it

8  and have had access to it, including this most recent

9  complaint that was mentioned in the joint status report that

10  we investigated.  And so as Mr. Severt alluded to, the

11  California group initially had doubts about the technical

12  committee, but as I told Your Honor before, it's turned into

13  something very different than what we envisioned it, and I

14  think that's largely a testament to the men and the women who

15  have peopled it.  So, I think it's been one of the success

16  stories of the Final Judgment.

17       And then, finally, I also would like to thank the

18  Court.  And by the Court I mean Your Honor and Judge Jackson

19  and your respective clerks and your courtroom deputies for the

20  great courtesy you have shown to us.  Any lengthy litigation

21  like this would have been much, much more difficult had the

22  Court not been so courteous and respectful to the lawyers, and

23  we appreciate it.

24       And particularly as regards Your Honor, I wanted to

25  thank you for your willingness to get down in the weeds on

1  some of these issues like TDIs, which I'm quite sure are not

2  the most scintillating legal issues that have ever come before

3  Your Honor, but you've been willing to do that.  And as I said

4  before, your willingness to do that and to have periodic

5  status conferences has helped immeasurably our efforts in

6  enforcing the Final Judgments.  I want to thank you for your

7  time and attention to this case over the years.  Thank you.

8          THE COURT:  Thank you.  Okay.  Mr. Rule.

9          MR. RULE:  Thank you, Your Honor.  Your Honor asked

10  about the ongoing nature of the compliance process at

11  Microsoft.  That process will be folded into the antitrust

12  team going forward at Microsoft once the decree ends, and it's

13  a very extensive team already.  I think with that experience

14  folded in, as the company has in the past, there will continue

15  to be training and assurance that the employees understand

16  their legal obligations and commitments.

17          I, too, unless Your Honor has any other questions,

18  I'll try to keep my remarks brief.  I do think that it's been

19  an experience, I'll say that, for awhile.  And I want to

20  commend the plaintiffs.  I do think that over the period of

21  time that we have developed a good working relationship, and

22  we view them as worthy adversaries, but also lawyers

23  displaying the highest degree of professionalism, and we

24  appreciate that.

25          With respect to individuals, I'll limit my remarks

1  to you, Your Honor.  On behalf of Microsoft, we want to

2  commend you for all of your efforts in this case.  I think you

3  really have been an example to all the rest of us, and we

4  appreciate your good humor, your diligence and your fairness.

5  And I don't think we could ask for anything more, so we

6  appreciate your efforts, Your Honor.  And I can't say it's

7  with sadness, but I will say good-bye.  Thank you, Your Honor.

8            THE COURT:  All right.  Well, let me just indicate

9  that in terms of at least the complaint, which is the only one

10 that's at issue at this point, everything else -- the ledger

11 has been closed.  That I'm satisfied and I'll accept all three

12 plaintiffs group's conclusion that the complaint lacks

13 substance and doesn't require any action by the Court as I

14 have in the past.

15           I do have a few final comments.  The technical

16 documentation required by Section III.E has obviously been a

17 primary focus over recent years and was certainly an important

18 piece of the Final Judgment.  After a number of false starts a

19 format was developed, which was adopted by the parties and the

20 Court.  And I went back and looked at my opinion back on

21 November 1st of '02, where I stated the following about the

22 communication protocols, which is the interoperation between

23 the PC operating systems and the server operating systems and

24 its purpose.

25           I'm just going to read it, it's very short, just to

1    sort of put this back in context, at least as to that.

2         The mandatory disclosure of the communications

3    protocols relied upon by Microsoft's PC operating systems to

4    interoperate with its server operating systems will advance

5    the ability of non-Microsoft server operating systems to

6    interoperate, or communicate, with the ubiquitous Windows PC

7    client.  Advancement of the communications between

8    non-Microsoft server operating systems and Windows clients

9    will further the ability of these non-Microsoft server

10   operating systems to provide a platform which competes with

11   Windows itself.

12        Through the disclosure of select communications

13   protocols, the Court's remedy extends to the most apparent

14   frontier and "platform" threats to Microsoft's PC operating

15   system monopoly.  This is what I wrote back in '02.  And I

16   think plaintiff's and Microsoft's overall assessment that the

17   documents are of sufficient completeness and quality, such

18   that the communications protocols as defined in the judgments

19   are -- I would say this -- available for use by third parties,

20   within the meaning of Section III.E.

21        So, plaintiffs and Microsoft and the Court's

22   position is that it's now appropriate to allow the Final

23   Judgments to expire on May 12th.  Microsoft is in compliance

24   with the Final Judgments.

25        Now, I do have some very few personal remarks to

1    make as we close this out, and I generally don't make remarks

2    in terms of cases but I decided that this was an exceptional

3    case and it merited it.

4            For me personally, this has been an intellectually

5    stimulating experience and a challenging process to both

6    devise the remedies and to implement the Final Judgments.  And

7    I say this very seldom, generally I think it's not appropriate

8    for judges to comment, particularly in terms of what's

9    happening in front of you in particular cases; but, again, I

10   think this is exceptional.

11           And I do want to commend counsel for all of the

12   parties, and those that are not only at the tables here but

13   that are in the courtroom and those who have been part of this

14   process.  I haven't gotten to know everybody, obviously those

15   who have spoken to me and have been in front of me or dealt

16   with me I know, there have been others I know in the wings.

17           But I want to commend the counsel for all of the

18   parties for your professional, your civility, your dedication,

19   both in the manner in which you've litigated these cases

20   before the Court, and in the manner in which you have

21   interacted with each other.  I think it's been truly

22   commendable, and I cannot say that about all of my cases.

23           You've represented your clients vigorously, while

24   also being cooperative with each other, all with the goal of

25   implementing Final Judgments.  I consider the legal pleadings

1   and the reports that have been filed in these cases to be

2   models for how legal and factual issues should be presented

3   for the Court for resolution.  It certainly has made my task

4   much easier and also far more pleasurable.  Things that are

5   well-pleaded, it's wonderful to look through to make these

6   decisions, and I commend you for all of that.

7            It can also be said that Microsoft ultimately put

8   forth the efforts necessary to implement the Final Judgment as

9   the Court intended it.  I appreciate that Microsoft's approach

10  was one of cooperation and not obstruction implementing the

11  Final Judgment.

12           I do want to thank Robert Muglia for his leadership

13  on Microsoft's behalf on getting the technical documentation

14  on the right track so that we could move forward.  I also

15  wanted to thank all of the staff of the TC, they have been

16  silent in the background, I don't know them.  And Craig Hunt,

17  he's been the independent expert for the plaintiffs' group,

18  but he certainly has worked with the TC and I've seen him

19  through Mr. Houck as an independent voice.  So, we've had the

20  TC and the rest.

21           And I truly want to commend the TC and Mr. Hunt for

22  their dedicated services to this effort to successfully

23  implement the Final Judgments.  They certainly have been the

24  lynchpin in the successful effort.  Not only have they been

25  monitors of the progress, which was what we expected, arbiters

1  of the technical complaints, but they've proactively developed

2  devices and programs, they have been a creative force in this

3  endeavor, and I think without their assistance we would not

4  have been successful, and so their contribution has been

5  really invaluable.

6         I think also the concept of the technical committee

7  and its use as a vehicle for monitoring the implementation of

8  the Final Judgment has been ingenious.  Although I adopted the

9  proposal, I did not develop the idea, so credit goes

10  elsewhere.  But I believe strongly that it's been far more

11  effective than the use of a special master, which I did give

12  consideration at one point.  And I think particularly it's

13  lended itself as being the perfect vehicle in a technical and

14  complex subject matter.

15         The TC, I think, is a model for monitoring that I

16  would heartily recommend and I would use again.  And so

17  May 12th we'll close an important chapter in the history of

18  antitrust law.  So, I thank you all.  Take care.

19  END OF PROCEEDINGS AT 10:50 A.M.

20

21

22

23

24

25

1              C E R T I F I C A T E

2          I, Lisa M. Foradori, RPR, certify that the

3    foregoing is a correct transcript from the record of

4    proceedings in the above-titled matter.

5

6

7

8                            _____

9                            Lisa M. Foradori, RPR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25